MATTHEW J. GULDE
guldem@sec.gov
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-5749<br><br>JURY TRIAL DEMANDED |

### NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

TO:　　Opposing Counsel

　　　　_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed there, I Matthew J. Gulde will move this Court pursuant to Rule 1.3(c) of the Local Rules of United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the Division of Enforcement for the United States Securities and Exchange Commission and a member in good standing of the bar of the State of Illinois, as attorney *pro hac vice* to argue or

try this case in whole or in part as counsel for the United States Securities and Exchange Commission. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: July 31, 2023                            Respectfully submitted,

<div style="margin-left: 3em;">

s/ Matthew J. Gulde
MATTHEW J. GULDE*

*Application for admission *pro hac vice* pending

United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-1410
Fax: 917-978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

</div>