MATTHEW J. GULDE
guldem@sec.gov
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br><br>　　　　　　　　　　Defendants. | Case No. 1:23-cv-5749<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

I, Matthew J. Gulde, being duly sworn, hereby depose and say as follows:

1. I am a Senior Trial Attorney with the United States Securities and Exchange Commission.

2. I submit this affidavit of support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown, in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Illinois.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.
7. Attorney Registration Number(s) if applicable:_____

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-cv-5749, *SEC v. Schueler, et al.*, for Plaintiff, United States Securities and Exchange Commission.

DATED:  July 31, 2023                               Respectfully submitted,


                                                    s/ Matthew J. Gulde
                                                    MATTHEW J. GULDE*

                                                    *Application for admission *pro hac vice* pending

                                                    United States Securities and Exchange Commission
                                                    Fort Worth Regional Office
                                                    Burnett Plaza, Suite 1900
                                                    801 Cherry Street, Unit #18
                                                    Fort Worth, TX 76102-6882
                                                    Ph: 817-978-1410
                                                    Fax: 917-978-4927
                                                    guldem@sec.gov

# EXHIBIT A

# Certificate of Good Standing

# Matthew J. Gulde

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Matthew John Gulde

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of July, 2023.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois