MATTHEW J. GULDE
guldem@sec.gov
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                             **Plaintiff,**<br><br>         v.<br><br>**RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX**<br><br>                            **Defendants.** | Case No. 1:23-cv-5749<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE |

      The motion of Matthew J. Gulde, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Illinois and that his contact information is as follows:

Matthew J. Gulde
SECURITIES AND EXCHANGE COMMISSION
Fort Worth Regional Office
800 Cherry Street, Suite 1900, Unit 18
Fort Worth, Texas 76102
Telephone: (817) 978-1410
Fax: (817) 978-4921
Email: guldem@sec.gov

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated_____                    _____
                                                U.S. District Court Judge