MATTHEW J. GULDE
guldem@sec.gov
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-1410

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br><br>       Defendants. | Case No. 1:23-cv-05749-CBA-PK<br><br>JURY TRIAL DEMANDED |

<u>**NOTICE OF APPEARANCE**</u>

   Matthew J. Gulde, a senior trial attorney employed by Plaintiff Securities and Exchange Commission ("Commission"), submits his notice of appearance regarding his representation of the Commission in this matter. Accordingly, the Commission respectfully requests that Mr. Gulde receive all notices and orders from the Court as well as service of all documents by other parties:

        Matthew J. Gulde
        Illinois Bar No. 6272325
        U.S. Securities and Exchange Commission
        801 Cherry Street, Unit 18, Suite 1900
        Fort Worth, TX  76102
        Ph: 817-978-1410
        Fax: 817-978-4927
        guldem@sec.gov

DATED:  August 1, 2023 Respectfully submitted,

s/ Matthew J. Gulde
MATTHEW J. GULDE
Illinois Bar No. 6272325
United States Securities and Exchange Commission
Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-1410
Fax: 817-978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF UNITED STATES
SECURITIES AND EXCHANGE COMMISSION