MATTHEW J. GULDE
guldem@sec.gov
UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>           Plaintiff,<br><br>v.<br><br>**RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX**<br><br>           Defendants. | **Case No. 1:23-cv-05749-CBA-PK**<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

Plaintiff Securities and Exchange Commission ("the Commission") files this Notice of Service Pursuant to Rule 4(f) of the Federal Rules of Civil Procedure.  Richard Schueler and his alter-ego entities, Hex, PulseChain, and PulseX, were served on October 31, 2023 in accordance with Finnish law and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.  *See* Ex. A, Attestation; and Ex. B, Reason for Substitute Service.

DATED:  December 11, 2023            Respectfully submitted,


                                                                     s/ Matthew J. Gulde
                                                                     MATTHEW J. GULDE*
                                                                     Illinois Bar No. 6272325
                                                                     United States Securities and Exchange Commission

Fort Worth Regional Office
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX 76102-6882
Ph: 817-978-3821
Fax: 817-978-4927
guldem@sec.gov

ATTORNEY FOR PLAINTIFF UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
*Admitted *Pro Hac Vice*