# EXHIBIT B



**MINISTRY OF JUSTICE**
   FINLAND

International Judicial Assistance                    07 November 2023


Matthew Gulde, Attorney
Securities and Exchange Commission
801 Cherry St., Ste. 1900
Fort Worth Texas 76102
USA

| *Address for Visitors* | **Postal Address** | **Tel. Int.** | **Fax** | **Email** |
|---|---|---|---|---|
| Eteläesplanadi 10 | POB 25 | +358 9 160 03 | +358 9 1606 7524 | central.authority.om@gov.fi |
| HELSINKI | FIN-00023 GOVERNMENT | | | |

Liite tiedoksiantotodistukseen / Annex to the proof of service

**Reason for Substitute Service in case nr VN/25106/2023**

Recipient of Service: Mr. Richard Schueler

Address of Recipient: Korkeavuorenkatu 41 A 8, 00130 Helsinki, Finland

According to our civil registry, the intended recipient has a permanent address at the residence listed above. Attempts at contacting Mr. Schueler have been made since the 13th of September 2023, initially by letter, telephone, and text message. After the initial contact attempt provided no results, the process server attempted to contact Mr. Schueler directly at his residential address on the 29th of September. At least three contact attempts were made at Korkeavuorenkatu 41 A 8 between the 29th of September and the 24th of October, with the process server leaving behind a contact request form on at least two of those occasions. Other attempts at further phone calls and text messages were performed, but none resulted in a reply.

The multiple attempts of contacting Mr. Schueler (using different methods) over a period lasting nearly seven weeks have given ample time for response from Mr. Schueler. As this is a civil matter and service is to be performed in accordance with domestic Finnish legislation, it is the decision of this process server that these documents shall be served through the method of *Substitute Service*, in accordance with the Finnish Code of Judicial Procedure (Oikeudenkäymiskaari 4/1734), section 11 (7).

Notice of service will be sent to Mr. Schueler's address and the documents to be served will be deposited at the Helsinki Police station (Poliisitalo 1, Pasilanraitio 13, 00240, Helsinki), where they will remain available for pick up for 21 days from the date of service (October 31st).

In Helsinki, on the 31st of October 2023

Process Server Antti Vehi