UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>      -against-<br><br>RICHARD SCHUELER, aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>              Defendants. | Civil Action No.: 1:23-cv-05749-CBA-PK<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Richard Schueler, aka Richard Heart, in the above-captioned action.

    I hereby certify that I am a member in good standing of the bar of this Court.

Dated: New York, New York
         January 9, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By:   /s/ Samuel P. Nitze
      51 Madison Avenue, 22nd Floor
      New York, New York 10010
      Telephone: (212) 849-7000
      samuelnitze@quinnemanuel.com

      *Attorneys for Richard Schueler, aka Richard Heart.*