AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> *Plaintiff* ) <br> v. ) <br> Richard J. Schueler et al. ) <br> *Defendant* ) | Case No.  1:23-cv-05749-CBA-PK |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard J. Schueler                                    .

Date:     01/09/2024

/s/ David E. Kirk
*Attorney's signature*

David E. Kirk (5502398)
*Printed name and bar number*

Kirk & Ingram, LLP
43 West 43rd St., Suite 279
New York, NY 10036-7424
*Address*

dkirk@kirkingram.com
*E-mail address*

(212) 859-3504
*Telephone number*

*FAX number*