Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **Case No. 1-23-cv-5749** |
| **vs.** | § | **NOTICE OF MOTION** |
| | § | **TO ADMIT COUNSEL** |
| **RICHARD SCHUELER aka RICHARD** | § | **PRO HAC VICE** |
| **HEART, HEX, PULSECHAIN, and** | § | |
| **PULSEX** | § | |
| **Defendants.** | | |

TO:     Opposing Counsel

Matthew J. Gulde

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this

motion and the Certificate(s) of Good Standing annexed thereto, I Joshua D. Smeltzer will move

this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Gray Reed & McGraw, LLP and a member in good standing of the bar of

the State of Texas, and State of Maryland, as attorney pro hac vice to argue or try this case in

whole or in part as counsel for Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex.

There are no pending disciplinary proceedings against me in any state or federal court.

DATED: <u>January 12, 2024</u>       Respectfully submitted,

GRAY REED & MCGRAW, LLP

By:    <u>*/s/ Joshua D. Smeltzer*</u>
Joshua D. Smeltzer
State Bar No. 24113859
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
jsmeltzer@grayreed.com

COUNSEL FOR DEFENDANTS,
RICHARD SCHUELER aka RICHARD HEART, HEX,
PULSECHAIN, and PULSEX