Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br>Defendants. | § § § § § § § § § § § | <u>Case No. 1-23-cv-5749</u><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

I, Joshua Smeltzer, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Gray Reed & McGraw, LLP.

2. I submit this affidavit of support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown, in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas and the State of Maryland.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: _____

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice in case 1"23-cv-5749, SEC v Scheler, et al.,* for Defendants, Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex.

DATED: January 12, 2024

Respectfully submitted,

GRAY REED & MCGRAW, LLP

By: _____
Joshua D. Smeltzer
State Bar No. 24113859
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
jsmeltzer@grayreed.com

COUNSEL FOR DEFENDANTS,
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX

On January 12, 2024, Joshua D. Smeltzer, a person known to me, personally appeared before me and acknowledged executing the foregoing Affidavit with full authority to do so.

SHERIE A SMITH
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 04/27/2027
NOTARY ID 782317-1

_____
Notary Public
Commission expires: