Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** §<br>**Plaintiff,** §<br>§<br>§<br>vs. §<br>§<br>§<br>**RICHARD SCHUELER aka RICHARD** §<br>**HEART, HEX, PULSECHAIN, and** §<br>**PULSEX** §<br>**Defendants.** § | **Case No. 1-23-cv-5749**<br>**ORDER**<br>**FOR ADMISSION**<br>*PRO HAC VICE* |

The motion of Joshua D. Smeltzer, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas and the State of Maryland and that his contact information is as follows:

Joshua D. Smeltzer
State Bar No. 24113859
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Fax (469) 320-6869
jsmeltzer@grayreed.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex in the above-entitled action;

4879-3372-6363.1

IT IS HEREBY ORDERED that Applicant to practice Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____                    _____
                                           U.S. District Court Judge