CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>Plaintiff, §<br>§<br>§<br>vs. §<br>§<br>RICHARD SCHUELER aka RICHARD §<br>HEART, HEX, PULSECHAIN, and §<br>PULSEX §<br>Defendants. | <u>Case No. 1-23-cv-5749</u><br>**NOTICE OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |

TO:     Opposing Counsel

Matthew J. Gulde

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Christopher A. Davis will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Gray Reed & McGraw, LLP and a member in good standing of the bar of the State of Texas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: <u>January 12, 2024</u>   Respectfully submitted,

                                             GRAY REED & MCGRAW, LLP

                                             By:   <u>*/s/ Chris Davis*</u>
                                             Christopher A. Davis
                                             State Bar No. 24050483
                                             GRAY REED
                                             1601 Elm Street
                                             Dallas, Texas 75201-3005
                                             Telephone No. (214) 954-4135
                                             Telecopy No. (469) 320-6869
                                             cdavis@grayreed.com

                                             COUNSEL FOR DEFENDANTS,
                                             RICHARD SCHUELER aka RICHARD HEART, HEX,
                                             PULSECHAIN, and PULSEX