CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** Plaintiff, | § § § § § | |
| **vs.** | § § | <u>**Case No. 1-23-cv-5749**</u> **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| **RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX** Defendants. | § § § § | |

I, Christopher A. Davis, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Gray Reed & McGraw, LLP.

2. I submit this affidavit of support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown, in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: _____

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice in case 1"23-cv-5749, SEC v Scheler, et al.,* for Defendants, Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex.

DATED: <u>January 12, 2024</u>     Respectfully submitted,

GRAY REED & McGRAW, LLP

By: _____

Christopher A. Davis
State Bar No. 24050483
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
cdavis@grayreed.com

COUNSEL FOR DEFENDANTS,
RICHARD SCHUELER aka RICHARD HEART, HEX,
PULSECHAIN, and PULSEX

On _January 12_, 2024, _Christopher A. Davis_, a person known to me, personally appeared before me and acknowledged executing the foregoing Affidavit with full authority to do so.

SHERIE A SMITH
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 04/27/2027
NOTARY ID 782317-1

_____
Notary Public
Commission expires: