UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>RICHARD J. SCHUELER, a/k/a RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　Civil Action No.: 1:23-cv-5749<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that Patrick J. Smith of Clark Smith Villazor LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendant Richard Schueler in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated:　New York, New York
　　　　　January 12, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**CLARK SMITH VILLAZOR LLP**

　　　　　　　　　　　　　　　　　　By:　*s/ Patrick J. Smith*
　　　　　　　　　　　　　　　　　　　　　Patrick J. Smith
　　　　　　　　　　　　　　　　　　　　　250 West 55th Street, Floor 30
　　　　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　　　　(212) 377-0850
　　　　　　　　　　　　　　　　　　　　　patrick.smith@csvllp.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Richard Schueler*