UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>RICHARD J. SCHUELER, a/k/a RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>      Defendants. | Civil Action No.: 1:23-cv-5749 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Jeffrey D. Rotenberg of Clark Smith Villazor LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendant Richard Schueler in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
       January 12, 2024

Respectfully submitted,

**CLARK SMITH VILLAZOR LLP**

By: *s/ Jeffrey D. Rotenberg*
    Jeffrey D. Rotenberg
    250 West 55th Street, Floor 30
    New York, New York 10019
    (212) 377-0850
    jeffrey.rotenberg@csvllp.com

*Attorneys for Defendant Richard Schueler*