CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §§§§§§§§§§§§ Plaintiff, vs. RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX Defendants. | **Case No. 1-23-cv-5749** **ORDER FOR ADMISSION** *PRO HAC VICE* |

The motion of Christopher A. Davis, for admission to practice Pro Hac Vice in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

Christopher A. Davis
State Bar No. 24050483
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Fax (469) 320-6869
cdavis@grayreed.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex in the above-entitled action;

4880-7364-3419.1

IT IS HEREBY ORDERED that Applicant to practice Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: 1/16/2024

*Peggy Kuo*

U.S. Magistrate Judge

4880-7364-3419.1