

CHRIS DAVIS

DIRECT DIAL:  469.320.6215
DIRECT FACSIMILE: 469.320.6926
E-MAIL: Cdavis@grayreed.com

January 16, 2024

Via: e-filing

United States District Court
Eastern District of New York
Attention: US Magistrate Judge Peggy Kuo

Re: Case no. 1:23-cv-5749 SEC v Schueler et al. *Pro Hac Vice*

Dear Judge Kuo,

On Friday January 12, 2024, our office filed a Motion to Admit Counsel Pro Hac Vice, Affidavit in Support and proposed order granting pro hac vice admission for Chris Davis and Joshua Smeltzer on behalf of Defendants Richard Schueler aka Richard Heart, Hex, Pulsechain, and Pulsex in the above referenced matter. The order was signed today January 16, 2024.

It was brought to our attention after filing there was an error with the Defendant representation. Chris Davis and Joshua Smeltzer only represent Richard Schueler aka Richard Heart and file the corrected documents (exhibits A and B) attached. We respectfully request that the Court to please replace the erroneous filing with these corrected documents showing we represent Defendant Richard Schueler aka Richard Heart only.

Sincerely,

*/s/ Chris Davis and Joshua Smeltzer*

Chris Davis and Joshua Smeltzer
Gray Reed
1601 Elm Street
Dallas, TX 75201
Counsel for the Defendant

CAD/mf
Exhibits attached

4879-9751-2350.1

# EXHIBIT A

CHRISTOPHER DAVIS CORRECTED *PRO HAC VICE* MOTION, AFFIDAVIT, AND ORDER

CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** | §<br>§<br>§<br>§<br>§ | |
| **vs.** | §<br>§ | **Case No. 1-23-cv-5749**<br>**NOTICE OF MOTION**<br>**TO ADMIT COUNSEL**<br>**PRO HAC VICE** |
| **RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX** **Defendants.** | §<br>§<br>§<br>§ | |

TO:     Opposing Counsel

Matthew J. Gulde

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Christopher A. Davis will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Gray Reed & McGraw, LLP and a member in good standing of the bar of the State of Texas, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Richard Schueler aka Richard Heart. There are no pending disciplinary proceedings against me in any state or federal court.

DATED: <u>January 16, 2024</u>          Respectfully submitted,

GRAY REED & MCGRAW, LLP

By:     <u>*/s/ Chris Davis*</u>
Christopher A. Davis
State Bar No. 24050483
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
cdavis@grayreed.com

COUNSEL FOR DEFENDANT,
RICHARD SCHUELER aka RICHARD HEART

CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** Plaintiff, | § § § § § | |
| **vs.** | § § § | **Case No. 1-23-cv-5749** **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| **RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX** Defendants. | § § § § | |

I, Christopher A. Davis, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Gray Reed & McGraw, LLP.

2. I submit this affidavit of support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown, in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of Texas.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: _____

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice in case 1"23-cv-5749, SEC v Scheler, et al.,* for Defendant, Richard Schueler aka Richard Heart.

DATED: <u>January 16, 2024</u>       Respectfully submitted,

GRAY REED & MCGRAW, LLP



By: _____
Christopher A.  Davis
State Bar No. 24050483
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
<u>cdavis@grayreed.com</u>

COUNSEL FOR DEFENDANT,
RICHARD SCHUELER aka RICHARD HEART

On January 16, 2024, Christopher A. Davis, a person known to me, personally appeared before me and acknowledged executing the foregoing Affidavit with full authority to do so.

_____
Notary Public
Commission expires:

# **<u>EXHIBIT A</u>**

## CERTIFICATE OF GOOD STANDING

## CHRISTOPHER A. DAVIS

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 09, 2024

Re: Mr. Christopher Allen Davis, State Bar Number 24050483

To Whom It May Concern:

This is to certify that Mr. Christopher Allen Davis was licensed to practice law in Texas on November 04, 2005, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Christopher Allen Davis**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2005.

I further certify that the records of this office show that, as of this date

**Christopher Allen Davis**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of January, 2024.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5338C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

CHRISTOPHER A. DAVIS
cdavis@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** **Plaintiff,** | § § § § § | |
| **vs.** | § § | **Case No. 1-23-cv-5749** **ORDER FOR ADMISSION** *PRO HAC VICE* |
| **RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX** **Defendants.** | § § § § | |

The motion of Christopher A. Davis, for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of Texas and that his contact information is as follows:

Christopher A. Davis
State Bar No. 24050483
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Fax (469) 320-6869
cdavis@grayreed.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Richard Schueler aka Richard Heart in the above-entitled action.

IT IS HEREBY ORDERED that Applicant to practice Pro Hac Vice in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____
                                                        U.S. District Court Judge

# EXHIBIT B

JOSHUA SMELTZER CORRECTED *PRO HAC VICE* MOTION, AFFIDAVIT, AND ORDER

Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **Case No. 1-23-cv-5749** |
| **vs.** | § | **NOTICE OF MOTION** |
| | § | **TO ADMIT COUNSEL** |
| **RICHARD SCHUELER aka RICHARD** | § | **PRO HAC VICE** |
| **HEART, HEX, PULSECHAIN, and** | § | |
| **PULSEX** | § | |
| **Defendants.** | | |

TO:     Opposing Counsel

        Matthew J. Gulde

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this

motion and the Certificate(s) of Good Standing annexed thereto, I Joshua D. Smeltzer will move

this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of Gray Reed & McGraw, LLP and a member in good standing of the bar of

the State of Texas, and State of Maryland, as attorney pro hac vice to argue or try this case in

whole or in part as counsel for Richard Schueler aka Richard Heart. There are no pending

disciplinary proceedings against me in any state or federal court.

DATED: <u>January 16, 2024</u>  Respectfully submitted,

        GRAY REED & MCGRAW, LLP

        By: <u>*/s/ Joshua D. Smeltzer*</u>
        Joshua D. Smeltzer
        State Bar No. 24113859
        GRAY REED
        1601 Elm Street
        Dallas, Texas 75201-3005
        Telephone No. (214) 954-4135
        Telecopy No. (469) 320-6869
        jsmeltzer@grayreed.com

        COUNSEL FOR DEFENDANT,
        RICHARD SCHUELER aka RICHARD HEART

Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** Plaintiff, | § § § § § | |
| **vs.** | § § | **Case No. 1-23-cv-5749** **AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| **RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX** Defendants. | § § § | |

I, Joshua Smeltzer, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Gray Reed & McGraw, LLP.

2. I submit this affidavit of support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown, in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Texas and the State of Maryland.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: _____

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice in case 1-23-cv-5749, SEC v Scheler, et al.,* for Defendant, Richard Schueler aka Richard Heart.

DATED: <u>January 16, 2024</u>          Respectfully submitted,

GRAY REED & MCGRAW, LLP

By: _____
Joshua D. Smeltzer
State Bar No. 24113859
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Telecopy No. (469) 320-6869
jsmeltzer@grayreed.com

COUNSEL FOR DEFENDANT,
RICHARD SCHUELER aka RICHARD HEART


On January 16, 2024, Joshua D. Smeltzer, a person known to me, personally appeared before me and acknowledged executing the foregoing Affidavit with full authority to do so.



SHERIE A SMITH
NOTARY PUBLIC STATE OF TEXAS
MY COMM. EXP. 04/27/2027
NOTARY ID 782317-1

_____
Notary Public
Commission expires:

# EXHIBIT A

## CERTIFICATES OF GOOD STANDING
## JOSHUA D. SMELTZER

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 09, 2024

Re: Joshua David Smeltzer, State Bar Number 24113859

To Whom It May Concern:

This is to certify that Joshua David Smeltzer was licensed to practice law in Texas on May 02, 2019, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167

# The Supreme Court of Texas

AUSTIN

---

CLERK'S OFFICE

---

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Joshua David  Smeltzer**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of May, 2019.

I further certify that the records of this office show that, as of this date

**Joshua David  Smeltzer**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 9th day of January, 2024.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*

Clerk, Supreme Court of Texas

No. 5371C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

      I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the  fifteenth day of December, 2004,

### *Joshua David Smeltzer*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the ninth day of March, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this ninth day of January, 2024.

*Gregory Hilton*

————————————————————
Clerk of the Supreme Court of Maryland

Joshua D. Smeltzer
jsmeltzer@grayreed.com
RICHARD SCHUELER aka RICHARD HEART
1601 Elm St., Suite 4600
Dallas, Texas 75201
Ph: 469.320.6215

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | **Case No. 1-23-cv-5749** |
| **vs.** | § | **ORDER FOR ADMISSION** |
| | § | *PRO HAC VICE* |
| **RICHARD SCHUELER aka RICHARD** | § | |
| **HEART, HEX, PULSECHAIN, and** | § | |
| **PULSEX** | § | |
| **Defendants.** | | |

The motion of Joshua D. Smeltzer, for admission to practice *Pro Hac Vice* in the above

captioned action is granted. Applicant has declared that he is a member in good standing of the

bar of the State of Texas and the State of Maryland and that his contact information is as follows:

Joshua D. Smeltzer
State Bar No. 24113859
GRAY REED
1601 Elm Street
Dallas, Texas 75201-3005
Telephone No. (214) 954-4135
Fax (469) 320-6869
jsmeltzer@grayreed.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Defendant Richard Schueler aka Richard Heart in the above-entitled action.

IT IS HEREBY ORDERED that Applicant to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: _____          _____
                                       U.S. District Court Judge