# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br><br>*Defendants.* | Case No. 1:23-CV-5749<br>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

To:   Opposing Counsel

   Matthew J. Gulde

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Michael W. Ingram will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Kirk & Ingram, LLP and a member in good standing of the bar of the State of California, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Richard Schueler aka Richard Heart. There are no pending disciplinary proceedings against me in any state or federal court.

1

Dated: January 16, 2024

                                          Respectfully submitted,

                                          **KIRK & INGRAM, LLP**

                                          */s/ Michael Ingram*
                                          Michael Ingram
                                          100 Wilshire Blvd.
                                          Suite 700
                                          Santa Monica, CA 90401
                                          T: (310) 487-0270
                                          mingram@kirkingram.com

                                          *Counsel for Richard Schueler aka Richard Heart*