IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>*Plaintiff,*<br><br>v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX<br><br>*Defendants.* | Case No. 1:23-CV-5749<br>AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |

I, Michael Ingram, being duly sworn, hereby depose and say as follows:

1. I am an attorney with the law firm of Kirk & Ingram, LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state of California.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Attorney Registration Number(s) if applicable: 310119.

8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in case 1:23-CV-5749, *SEC v Schueler, et al.*, for Defendant Richard Schueler aka Richard Heart.

1

Dated: January 16, 2024

        Respectfully Submitted,

        **KIRK & INGRAM, LLP**

By: _____
Michael W. Ingram
State Bar No. 310119
100 Wilshire Blvd., Suite 700
Santa Monica, CA
(310) 487-0270
mingram@kirkingram.com

*Counsel for Richard Schueler aka Richard Heart*

Notarized:

    State of Texas
    County of Bexar
    Sworn to and subscribed before me
    on 01/16/2024 by Michael W. Ingram.

    *Ashley N. Bywater*

Ashley N Bywater
ID NUMBER 13432614-8
COMMISSION EXPIRES April 19, 2027

Notarized online using audio-video communication

2