# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

January 10, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL W. INGRAM, #310119 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2016 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records