UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>   -against-<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>       Defendants. | Civil Action No. 1:23-cv-05749-CBA-PK<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

  PLEASE TAKE NOTICE that upon the annexed Declaration of Michael E. Liftik, dated January 16, 2024, and the Certificate of Good Standing annexed thereto, Defendant Richard Schueler aka Richard Heart hereby moves through his undersigned counsel for an Order pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting the undersigned *pro hac vice*, in the above- captioned action and for such other and further relief the Court deems just and equitable.

  I am a member in good standing of the Bars of the District of Columbia, the State of California, and the Commonwealth of Massachusetts. I have never been convicted of a felony and there are no pending disciplinary proceedings against me in any federal or state court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

                                                                                                        Respectfully Submitted,

Dated: January 16, 2024                                  QUINN EMANUAL URQUHART &
        Washington, D.C.                                        SULLIVAN, LLP

                                                                                By:    */s/  Michael E. Liftik*
                                                                                     Michael E. Liftik
                                                                                     1300 I Street, N.W.
                                                                                     Suite 900
                                                                                     Washington, DC 20005
                                                                                     Tel. 202-538-8000
                                                                                     michaelliftik@quinnemanuel.com

                                                                 *Attorneys for Defendant Richard Schueler aka Richard Heart*