UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 1:23-cv-05749-CBA-PK |
| Plaintiff, | **(PROPOSED) ORDER GRANTING ADMISSION *PRO HAC VICE*** |
| -against- | |
| RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX, | |
| Defendants. | |

The motion for the admission of **Michael E. Liftik**, to practice *pro hac vice* in the above-captioned action is hereby **GRANTED**.

Applicant has declared that he is a member in good standing of the Bars of the District of Columbia, the State of California, and the Commonwealth of Massachusetts, and that his contact information is as follows:

> Applicant's Name: Michael E. Liftik
> Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
> Address: 1300 I Street, N.W.
> Suite 900
> Washington, DC 20005
> Telephone: 202-538-8000
> Email: michaelliftik@quinnemanuel.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Richard Schueler aka Richard Heart in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the

2

above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

Dated: _____      _____
                                                        United States District Judge