UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>-against-<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>      Defendants. | Civil Action No. 1:23-cv-05749-CBA-PK<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

  PLEASE TAKE NOTICE that upon the annexed Declaration of Nicholas J. Inns, dated January 16, 2024, and the Certificates of Good Standing annexed thereto, Defendant Richard Schueler aka Richard Heart hereby moves through his undersigned counsel for an Order pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, admitting the undersigned *pro hac vice*, in the above- captioned action and for such other and further relief the Court deems just and equitable.

  I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Massachusetts, I have never been convicted of a felony, and there are no pending disciplinary proceedings against me in any federal or state court. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: January 16, 2024<br>Washington, D.C. | QUINN EMANUAL URQUHART & SULLIVAN, LLP |
|  | By: __/s/   Nicholas J. Inns__<br>Nicholas J. Inns<br>1300 I Street, N.W.<br>Suite 900<br>Washington, DC 20005<br>Tel. 202-538-8000<br>nicholasinns@quinnemauel.com |
|  | *Attorneys for Defendant Richard Schueler aka Richard Heart* |