UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. 1:23-cv-05749-CBA-PK |
| Plaintiff, | **DECLARATION IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |
| -against- | |
| RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX, | |
| Defendants. | |

I, NICHOLAS J. INNS, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an associate with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Richard Schueler aka Richard Heart in the above-captioned action.

2. I submit this declaration in support of my motion to practice *pro hac vice* in the above-captioned action.

3. As shown in the Certificates of Good Standing annexed hereto as **Exhibit A**, which have been issued within the past 30 days, I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Massachusetts.

4. I have no disciplinary proceedings pending against me in any federal or state court.

5. I have never been convicted of a felony.

6. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. I am familiar with the standards of professional conduct imposed on members of the New York bar, including the rules governing the conduct of attorneys and the New York Rules

2

of Professional Conduct. I will abide by those standards in the representation of Defendant Richard Schueler aka Richard Heart in this case.

WHEREFORE, I respectfully request that the Court grant this motion for my admission *pro hac vice* in the above-captioned action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of January, 2024, in the District of Columbia.

/s/   Nicholas J. Inns
Nicholas J. Inns
