UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>   -against-<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>      Defendants. | Civil Action No. 1:23-cv-05749-CBA-PK<br><br>**(PROPOSED) ORDER GRANTING ADMISSION *PRO HAC VICE*** |

  The motion for the admission of **Nicholas J. Inns**, to practice p*ro hac vice* in the above-captioned action is hereby **GRANTED**.

  Applicant has declared that he is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Massachusetts, and that his contact information is as follows:

    Applicant's Name: Nicholas J. Inns
    Firm Name: Quinn Emanuel Urquhart & Sullivan, LLP
    Address: 1300 I Street, N.W., Suite 900, Washington, DC 20005
    Telephone: 202-538-8000
    Email: nicholasinns@quinnemanuel.com

  Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Richard Schueler aka Richard Heart in the above-captioned action;

  **IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to its Local Rules, including the Rules governing discipline of attorneys.

  Dated: _____    _____
                                       United States District Judge