UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>       Defendants. | Civil Action No.:1:23-cv-5749 |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Joshua D. Smeltzer with the law firm of Gray Reed & McGraw LLP hereby enters his appearance as additional counsel for Defendant Richard Schueler aka Richard Heart in the above-captioned action and respectfully requests that all pleadings, orders, notices, correspondence, and other material be served on the undersigned.

Dated: New York, New York
   January 18, 2024

                    Respectfully submitted,

                    **GRAY REED & McGRAW LLP**

                    By: /s/ Joshua D. Smeltzer
                    Joshua D. Smeltzer
                    State Bar No. 24113859
                    GRAY REED
                    1601 Elm Street
                    Dallas, Texas 75201-3005
                    Telephone No. (214) 954-4135
                    Telecopy No. (469) 320-6869
                    jsmeltzer@grayreed.com

                    *Attorney For Defendant*
                    *Richard Schueler aka Richard Heart*