UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>RICHARD SCHUELER, aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>Defendants. | Civil Action No.: 1:23-cv-05749-CBA-PK<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Richard Schueler, aka Richard Heart, in the above-captioned action.

    I hereby certify that I am a member in good standing of the bar of this Court.

Dated: Los Angeles, California
       January 22, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &
  SULLIVAN, LLP

By:  */s/ Kristin Tahler*
    865 South Figueroa Street, 10th Floor
    Los Angeles, California 90017-2543
    Telephone: (213) 443-3000
    kristintahler@quinnemanuel.com

    *Attorneys for Richard Schueler, aka Richard Heart.*