UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  -against-<br><br>RICHARD SCHUELER, aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>     Defendants. | Civil Action No.: 1:23-cv-05749-CBA-PK<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of the Court and All Counsel of Record:

  PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Richard Schueler, aka Richard Heart, in the above-captioned action.

  I hereby certify that I was admitted *pro hac vice* in this matter pursuant to a text order issued by Magistrate Judge Kuo on January 23, 2024 and the $150 *pro hac vice* fee was paid (receipt number ANYEDC-17466524) at the time my application for admission *pro hac vice* was filed on January 16, 2024 (ECF No. 25).

Dated: Washington, D.C.  
      January 23, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &  
   SULLIVAN, LLP

By:   */s/ Michael E. Liftik*  
    Michael E. Liftik  
    1300 I Street, N.W.  
    Suite 900  
    Washington, DC 20005  
    Tel. 202-538-8000  
    michaelliftik@quinnemanuel.com

*Attorneys for Richard Schueler, aka Richard Heart.*