UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No.: 1:23-cv-05749-CBA-PK |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| RICHARD SCHUELER, aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX, | |
| Defendants. | |

To the Clerk of the Court and All Counsel of Record:

    PLEASE TAKE NOTICE that the undersigned hereby appears in this case as counsel of record for Richard Schueler, aka Richard Heart, in the above-captioned action.

    I hereby certify that I was admitted *pro hac vice* in this matter pursuant to a text order issued by Magistrate Judge Kuo on January 23, 2024 and the $150 *pro hac vice* fee was paid (receipt number ANYEDC-17466620) at the time my application for admission *pro hac vice* was filed on January 16, 2024 (ECF No. 26).

Dated: Washington, D.C.  
      January 23, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART &  
   SULLIVAN, LLP

By:   */s/ Nicholas J. Inns*  
    Nicholas J. Inns  
    1300 I Street, N.W.  
    Suite 900  
    Washington, DC 20005  
    Tel. 202-538-8000  
    nicholasinns@quinnemanuel.com

    *Attorneys for Richard Schueler, aka Richard Heart.*