

January 23, 2024

The Honorable Peggy Kuo, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Securities and Exchange Commission v. Schueler et al*, 1:23-cv-05749-CBA-PK

Dear Magistrate Judge Kuo:

The parties jointly write the Court regarding the Initial Conference and related pre-conference submissions, which are currently scheduled for January 30 and January 24, respectively. *See* Electronic Order dated 11/21/23 ("Order"). Defendant Richard Heart ("Heart") asks that the Initial Conference be adjourned for 21 days, a request that the SEC does not oppose. Mr. Heart requests the adjournment so that he may prepare a request to delay or limit discovery in light of the forthcoming motion to dismiss. The SEC currently expects to be opposed to Mr. Heart's request. Mr. Heart asks that the Court reset the Initial Conference for February 20, 2024 (21 days from the currently scheduled date), or a date thereafter that is convenient for the Court.

Since the Order was entered this past November, Mr. Heart has appeared and Judge Amon has granted his request to file a motion to dismiss along with the parties' agreed briefing schedule. *See* Electronic Order dated 1/18/24. While the SEC states that it is prepared to exchange initial disclosures and begin discovery, Mr. Heart intends to seek the Court's guidance on whether and what discovery is appropriate in light of this forthcoming motion. Consequently, Mr. Heart asks that the Court adjourn the Initial Conference and pre-conference submissions, as outlined above, to allow the parties to continue to confer.

Very truly yours,

*/s/ Michael E. Liftik*

Michael E. Liftik

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Samuel P. Nitze<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>samuelnitze@quinnemanuel.com<br><br>Michael E. Liftik (*pro hac vice*)<br>Nicholas J. Inns (*pro hac vice*<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>michaelliftik@quinnemanuel.com<br>nicholasinns@quinnemanuel.com<br><br>Kristin Tahler<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>kristintahler@quinnemanuel.com | **CLARK SMITH VILLAZOR LLP**<br>Patrick J. Smith<br>Jeffrey D. Rotenberg<br>Brian T. Burns<br>250 West 55th Street, 30th Floor<br>New York, New York 10019<br>Telephone: (212) 582-4400<br>patrick.smith@csvllp.com<br>jeffrey.rotenberg@csvllp.com<br>brian.burns@csvllp.com<br><br>**KIRK & INGRAM, LLP**<br>David E. Kirk<br>43 West 43rd Street, Suite 279<br>New York, NY 10036<br>Telephone: (212) 859-3504<br>dkirk@kirkingram.com<br><br>Michael W. Ingram (*pro hac vice*)<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401<br>Telephone: (310) 487-0270<br>mingram@kirkingram.com |

**GRAY REED & McGRAW LLP**
Chris Davis (*pro hac vice* filed)
Joshua Smeltzer (*pro hac vice*)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6215
Facsimile: (469) 320-6926
cdavis@grayreed.com
jsmeltzer@grayreed.com

*Attorneys for Defendant Richard Heart*