AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York  ▼

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| *Plaintiff* | ) |
| v. | ) |
| RICHARD SCHUELER aka RICHARD HEART, et al., | ) |
| *Defendant* | ) |

Case No.   23-cv-05749-CBA-PK

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITIES AND EXCHANGE COMMISSION                                        .

Date:     02/15/2024

/s/ *Ben Kuruvilla*
*Attorney's signature*

Ben Kuruvilla (4700258)
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10024
*Address*

kuruvillabe@sec.gov
*E-mail address*

(212) 336-5599
*Telephone number*

*FAX number*