

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Burnett Plaza, 801 Cherry Street, Suite 1900, Unit 18
Fort Worth, TX 76102

Fort Worth
Regional Office

February 16, 2024

**VIA ECF**
The Honorable Peggy Kuo, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     *Securities and Exchange Commission v. Schueler et al*, 23-cv-05749-CBA-PK

Dear Magistrate Judge Kuo:

The parties write jointly regarding the initial conference currently scheduled for February 23, 2024. A scheduling conflict has arisen for lead counsel for the SEC on February 23. The parties have discussed this conflict and, in light of upcoming spring break family commitments for counsel for both sides, the parties jointly request March 25, 26, or 27, subject to the Court's availability, as an alternative date for the initial conference. This is the parties' second request for an adjournment of the initial conference.

The parties have also been unable to reach agreement on discovery issues and ask that the February 16, 2024 deadline for the discovery plan also be continued until March 7, 2024 while the parties continue to discuss those issues.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s Matthew Gulde*

Matthew Gulde

cc: All Counsel of Record (via ECF)