

April 8, 2024

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Matthew Gulde | Ben Kuruvilla |
| Securities and Exchange Commission | Securities and Exchange Commission |
| 801 Cherry Street | 100 Pearl Street |
| Suite 1900 | Suite 20-100 |
| Forth Worth, TX 76102 | New York, NY 10004 |
| guldem@sec.gov | kuruvillabe@sec.gov |

Re: *Securities and Exchange Commission v. Schueler et al*, 1:23-cv-05749-CBA-PK

Dear Counsel:

    Pursuant to Rule 3(D) of Judge Amon's Individual Motion Practices and Rules, Defendant Richard Heart, through undersigned counsel, hereby serves upon Plaintiff Securities and Exchange Commission the papers identified below:

1. Defendant Richard Heart's Notice of Motion to Dismiss Complaint.
2. Memorandum of Law in Support of Defendant Richard Heart's Motion to Dismiss Complaint.
3. Declaration of Michael E. Liftik in Support of Defendant Richard Heart's Motion to Dismiss Complaint with Exhibits A-G.

    A copy of this letter, but not the papers identified above, has been filed on the Court's electronic case filing system on this date.

Very truly yours,

*/s/ Michael Liftik*

Michael Liftik

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael Liftik (*pro hac vice*)
Nicholas Inns (*pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
michaelliftik@quinnemanuel.com
nicholasinns@quinnemanuel.com

Samuel P. Nitze
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samuelnitze@quinnemanuel.com

Kristin Tahler (*pro hac vice*)
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

**GRAY REED**
Chris Davis *(pro hac vice)*
Joshua Smeltzer *(pro hac vice)*
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6215
Facsimile: (469) 320-6926
cdavis@grayreed.com
jsmeltzer@grayreed.com

**KIRK & INGRAM, LLP**
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212) 859-3504
dkirk@kirkingram.com

Michael W. Ingram *(pro hac vice)*
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 487-0270
mingram@kirkingram.com

**CLARK SMITH VILLAZOR LLP**
Patrick J. Smith
Jeffrey D. Rotenberg
Brian T. Burns
250 West 55th Street, 30th Floor
New York, New York 10019
Telephone: (212) 582-4400
patrick.smith@csvllp.com
jeffrey.rotenberg@csvllp.com
brian.burns@csvllp.com

*Attorneys for Defendant Richard Heart*