AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-05749-CBA-PK |
| Richard J Schueler ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PulseChain Foundation DAO.

Date: 05/03/2024

/s/ Nicolas Morgan
*Attorney's signature*

Nicolas Morgan (California Bar #166441)
*Printed name and bar number*
453 S. Spring Street
Suite 400
Los Angeles, CA 90013

*Address*

Nicolas.Morgan@icanlaw.org
*E-mail address*

(310) 849-0384
*Telephone number*

(480) 821-6742
*FAX number*