AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:23-cv-05749-CBA-PK |
| Richard J Schueler ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PulseChain Foundation DAO                                                                        .

Date:   05/03/2024                                        /s/ Kayvan B. Sadeghi
                                                                            *Attorney's signature*

                                                                     Kayvan B. Sadeghi (KS4250163)
                                                                     *Printed name and bar number*
                                                                            Jenner & Block LLP
                                                                       1155 Avenue of the Americas
                                                                            New York, NY 10036

                                                                                   *Address*

                                                                        ksadeghi@jenner.com
                                                                              *E-mail address*

                                                                             (212) 891-1652
                                                                           *Telephone number*

                                                                             (212) 891-1699
                                                                              *FAX number*