Case Name: **SEC v. Schueler et al.**         Case Number:: 1:23-  CV - 05749  ( CBA ) (PK)

## PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED BEFORE THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | | | 6/3/2024 |
| 3. Procedures for producing Electronically Stored Information (ESI) discussed | | | 6/3/2024 |
| 4. Confidentiality Order to be submitted for court approval (see Standing Confidentiality Order on the Chambers website) | | | 5/23/2024 |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | N/A | |
| 2. Defendant to make settlement offer | | N/A | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | N/A | |
| 4. Settlement Conference (proposed date) | | N/A | |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | | 7/22/2024 |
| 2. Initial documents requests and interrogatories | | | 6/14/2024 (Doc requests); 8/30/2024 (Rogs) |
| 3. Substantial Completion of Document Discovery | | | 12/13/2024 |
| 4. All fact discovery to be completed | | | 3/14/2025 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 3/21/2025 |
| 6. Expert discovery (only if needed) | Check here if not applicable ☐ | | |
| Plaintiff expert proposed field(s) of expertise: | Blockchain Technology; Finance and Economics | | |
| Defendant expert proposed field(s) of expertise: | Blockchain Technology; Finance and Economics | | |
| | DONE | NOT APPLICABLE | DATE |
| a. Affirmative expert reports due | | | 4/18/2025 |
| b. Rebuttal expert reports due | | | 5/16/2025 |

Rev. 11-03-20

|  |  |  |  |
|---|---|---|---|
| c. Depositions of experts to be completed |  |  | 7/18/2025 |
| 7. Completion of ALL DISCOVERY |  |  | 7/18/2025 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated |  |  | 7/25/2025 |
| 9. If any party seeks a dispositive motion, date to<br><br>a. file request for pre-motion conference (if required), or<br><br>b. file briefing schedule for the motion |  |  | 8/20/2025 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) |  | N/A | TBD |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes<br>☒ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Peggy Kuo*                                                                                    May 6, 2024

**PEGGY KUO**                                                                                  Date
United States Magistrate Judge

Rev. 11-03-20