UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD J. SCHUELER, a/k/a RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 1:23-cv-5749<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 1.3(d) of this Court, Patrick J. Smith of Clark Smith Villazor LLP, counsel for Defendant Richard Schueler, files this Notice of Change of Address in the above-captioned action to reflect the following change:

**OLD FIRM ADDRESS**: 250 West 55th Street, Floor 30, New York, New York 10019

**NEW FIRM ADDRESS**: 666 Third Avenue, 21st Floor, New York, New York 10017

The telephone and facsimile numbers and e-mail addresses will remain the same.

Dated: New York, New York
       May 7, 2024                           Respectfully submitted,

                                             **CLARK SMITH VILLAZOR LLP**

                                        By:  *s/ Patrick J. Smith*
                                             Patrick J. Smith
                                             666 Third Avenue, 21st Floor
                                             New York, New York 10017
                                             TEL: (212) 377-0850
                                             FAX: (212) 377-0868
                                             patrick.smith@csvllp.com

                                             *Attorneys for Defendant Richard Schueler*

2

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 7th day of May, 2024, I served a true and correct copy of the foregoing Notice of Change of Address on all counsel of record via CM/ECF.

      By:  *s/ Patrick J. Smith*
      Patrick J. Smith
      CLARK SMITH VILLAZOR LLP
      666 Third Avenue, 21st Floor
      New York, New York 10017
      TEL:  (212) 377-0850
      FAX:  (212) 377 0868
      patrick.smith@csvllp.com

      *Attorneys for Defendant Richard Schueler*