UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> v. <br><br> RICHARD J. SCHUELER, a/k/a RICHARD HEART, HEX, PULSECHAIN, and PULSEX, <br><br> Defendants. | Civil Action No.: 1:23-cv-5749 |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 1.3(d) of this Court, Jeffrey D. Rotenberg of Clark Smith Villazor LLP, counsel for Defendant Richard Schueler, files this Notice of Change of Address in the above-captioned action to reflect the following change:

**OLD FIRM ADDRESS**: 250 West 55th Street, Floor 30, New York, New York 10019

**NEW FIRM ADDRESS**: 666 Third Avenue, 21st Floor, New York, New York 10017

The telephone and facsimile numbers and e-mail addresses will remain the same.

Dated: New York, New York
       May 7, 2024

Respectfully submitted,

**CLARK SMITH VILLAZOR LLP**

By: *s/ Jeffrey D. Rotenberg*
    Jeffrey D. Rotenberg
    666 Third Avenue, 21st Floor
    New York, New York 10017
    TEL: (212) 377-0850
    FAX: (212) 377-0868
    jeffrey.rotenberg@csvllp.com

*Attorneys for Defendant Richard Schueler*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of May, 2024, I served a true and correct copy of the foregoing Notice of Change of Address on all counsel of record via CM/ECF.

By: *s/ Jeffrey D. Rotenberg*
Jeffrey D. Rotenberg
CLARK SMITH VILLAZOR LLP
666 Third Avenue, 21st Floor
New York, New York 10017
TEL: (212) 377-0850
FAX: (212) 377 0868
jeffrey.rotenberg@csvllp.com

*Attorneys for Defendant Richard Schueler*