UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>RICHARD J. SCHUELER, a/k/a RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>Defendants. | Civil Action No. 1:23-cv-5749<br><br>**NOTICE OF MOTION TO DISMISS SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Michael E. Liftik, the exhibits thereto, and all the pleadings and proceedings herein, Defendant Richard Heart will move this Court, on October 24, 2024 at 2pm, or at another date and time set by this Court, pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), to dismiss Plaintiff Securities and Exchange Commission's Complaint, and for such other relief as this Court deems just and proper.

Dated: April 8, 2024


*/s/ Michael E. Liftik*
Michael E. Liftik

| | |
|---|---|
| **QUINN EMANUEL URQUHART & SULLIVAN LLP**<br>Michael Liftik (*pro hac vice*)<br>Nicholas Inns (*pro hac vice*)<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>michaelliftik@quinnemanuel.com<br>nicholasinns@quinnemanuel.com<br><br>Kristin Tahler<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>kristintahler@quinnemanuel.com<br><br>Samuel P. Nitze<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>samuelnitze@quinnemanuel.com<br><br>**GRAY REED**<br>Chris Davis (*pro hac vice*)<br>Joshua Smeltzer (*pro hac vice*)<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (469) 320-6215<br>Facsimile: (469) 320-6926<br>cdavis@grayreed.com<br>jsmeltzer@grayreed.com | **KIRK & INGRAM, LLP**<br>David E. Kirk<br>43 West 43rd Street, Suite 279<br>New York, NY 10036<br>Telephone: (212) 859-3504<br>dkirk@kirkingram.com<br><br>Michael W. Ingram (*pro hac vice*)<br>100 Wilshire Blvd., Suite 700<br>Santa Monica, CA 90401<br>Telephone: (310) 487-0270<br>mingram@kirkingram.com<br><br><br><br>**CLARK SMITH VILLAZOR LLP**<br>Patrick J. Smith<br>Jeffrey D. Rotenberg<br>Brian T. Burns<br>250 West 55th Street, 30th Floor<br>New York, New York 10019<br>Telephone: (212) 582-4400<br>patrick.smith@csvllp.com<br>jeffrey.rotenberg@csvllp.com<br>brian.burns@csvllp.com |

*Attorneys for Defendant Richard Heart*