UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>RICHARD SCHUELER aka RICHARD HEART, HEX, PULSECHAIN, and PULSEX,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:23-cv-05749-CBA-PK<br><br>**DECLARATION IN SUPPORT OF RICHARD HEART'S MOTION TO DISMISS** |

I, MICHAEL E. LIFTIK, declare pursuant to 28 U.S.C. § 1746 that:

1. I am a partner with the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendant Richard Schueler aka Richard Heart in the above-captioned action.

2. I submit this declaration in support of Mr. Heart's Motion to Dismiss.

3. Exhibit A is a true and accurate transcript, prepared by the staff of TransPerfect, of a November 8, 2019 YouTube video available at https://www.youtube.com/watch?v=Hf4Vl-s0Lzw.

4. Exhibit B is a true and accurate transcript, prepared by the staff of TransPerfect, of a December 2, 2019 YouTube video available at https://www.youtube.com/watch?v=S-KAJzvd03I.

5. Exhibit C is a true and accurate transcript, prepared by the staff of TransPerfect, of a July 21, 2021 YouTube video available at https://www.youtube.com/watch?v=Tt-NpcMnb78.

6. Exhibit D is a true and accurate transcript, prepared by the staff of TransPerfect, of a January 16, 2022 YouTube video available at https://www.youtube.com/watch?v=FdrT6V4lMLQ.

7. Exhibit E is a true and accurate copy of the website Hex.win/disclaimer as it appeared on December 6, 2019, as preserved by the Wayback Machine at https://web.archive.org/web/20191206154719/https://hex.win/disclaimer.html.

8. Exhibit F is a true and accurate copy of the website www.PulseChain.com as it appeared on August 22, 2021, as preserved by the Wayback Machine at https://web.archive.org/web/20210822032146/https://pulsechain.com/.

9. Exhibit G is a true and accurate copy of the website www.PulseX.com/sacrifice as it appeared on January 17, 2022, as preserved by the Wayback Machine at https://web.archive.org/web/20220117064604/https:/pulsex.com/sacrifice/.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of April, 2024, in the District of Columbia.

/s/ *Michael E. Liftik*
Michael E. Liftik