# Exhibit A

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

https://www.youtube.com/watch?v=Hf4Vl-s0Lzw%26ab_channel=RichardHeart

[00:00:00]

**RICHARD:** Hello, everyone. Richard Heart again. We just did an interview with Truth Raider and he suggested that we talk to AltcoinSara. So I went on Twitter and I was like AltcoinSara and she's got like 33k subs or something, or 30k, 29.8, something like that. I was like all right let's do an interview. I've never seen your stuff. I don't know if you've ever seen mine.

**SARA:** I have.

**RICHARD:** Have you? All right. So, since she's probably done more interviews I figure she can lead the thing.

**SARA:** That's fine, yeah.

**RICHARD:** Okay, so AltcoinSara's in charge.

**SARA:** Hello, everyone. I'm AltcoinSara. You can find me on Twitter at AltcoinSara. I've also got a YouTube account, Altcoin Buzz Ladies. We're currently in Malta at the AIBC conference. How are you enjoying it so far?

**RICHARD:** Conferences, it's okay. I mean if you want to talk to a lot of people one-by-one it's awesome. If I turn on my YouTube channel there's 50,000 subs there. I can talk to 50,000 people once. So maybe there'll be 1,000 or 2,000 concurrent viewers. If you have the option to speak at scale to 1,000 people at a time it's kind of really awesome compared to speaking to one person at a time. Which is why I'd much rather talk to you and make a video and then a couple thousand people will watch it. Whereas talking about one-on-one stuff feels good, but it doesn't scale. I guess maybe if you met like the president of the nation you'd maybe scale through that guy. But they're probably hard to convince to do what you want anyway.

**SARA:** Exactly.

**RICHARD:** How are you enjoying it?

**SARA:** I think it's pretty good. I think the one in the summer was a little bit better, the summer edition of this event. But so far so good. There's some interesting variety of speakers and the stands. The lunch was okay, so I'm quite happy with it.

**RICHARD:** If someone's going to invite me to speak to an audience of 6,000 real people. I don't know if it's three, four, 6,000, something in that range. All right, okay, I'll do it. But I'd much rather speak to 60k. Three or four K is not a bad target of people. What do you want to talk about?

**SARA:** I don't know, what is your plan for the future actually? That's what I'm curious about.

1

November 8, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

**RICHARD:** I'm focused on the currency that I built. And I think it's better than Bitcoin and better than any other coin, depending on whether you just want to get rich or not. If you want to get rich it's built for that. If you want to do anonymous transactions it's not built for that. If you want to do stable coin it's not built for that. If you want to be a platform for other stuff it's not really built for that. You can build on top of it and extend it because it's a smart contract that allows calls from other smart contracts, so you can build other things on top of it. But it's not its core reason for existing. In the United States and China there's $7.2 trillion in time deposits. And no cryptocurrency addresses that market. We've got Bitcoin, which tries to be a currency. We've got masternodes and staking coins, where you can just unlock them whenever you want. That's not how a CD works. The way a CD works is you lock up your money and you can't touch it for a period of time, and the longer you lock the higher interest you get paid. So, there's an opportunity to address a $10-20 trillion market in crypto that no one else is addressing. Someone has to build it. I was a Bitcoin maximalist for a long time and I've spoke out against a lot of other altcoins. What you learn is price can go up whether the tech's good or not, price can go down whether the tech is good or not. Bitcoin drops 85% three, four, five times is the tech any different? No, same tech.

**SARA:** No, it's exactly the same.

**RICHARD:** Yeah, and then when you really learn about markets you start to learn the difference between a Ponzi and a bubble and a pyramid. They're different. So a Ponzi scheme fails when you make promises that you can't meet. A bubble is when people thought something was cheap, then they thought it should be worth more, then they thought it was cheap again. It has nothing to do with product. Amazon was a bubble, it dropped 90%. Now it's 50% of all commerce in the United States on the internet. Okay, well obviously it wasn't a Ponzi and it wasn't a multi-level pyramid, but it was a bubble.

**SARA:** It was a bubble, yeah.

**RICHARD:** So my idea is why don't we do all the things that Ponzis and scams are doing and onboard new users with promises of high returns of interest, but not have the drop, not have the pop. By using time locks. In a Ponzi scheme you have 1% interest per day promised to you. I think that's what Bitconnect used. Or you could have 10% per month, which is what BuzzToken used. Both of those Ponzi schemes onboarded millions of new users to crypto. Really in my opinion the last one, BuzzToken, the reason that we found a bottom at 3,000 and it went up to 14,000 in about four months. We went up four and a half times in four months because Chinese people were FOMOing and buying this Ponzi scheme and it collapsed. The 14k top was when the BuzzToken founders got arrested. Most of them. So, how do you get your scheme to not fail? Well, you don't make promises you can't meet.

**SARA:** That's a good start definitely.

**RICHARD:** Right. So in HEX it owes you HEX. So if you lock up your HEX it gives you more HEX in return.

[00:05:00]

2

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

The more people that lock up the less you get. So it's just like Bitcoin. If you're the only Bitcoin miner you get all the inflation. But, no one wants you to be the only one. Other guys come in, they see all the free money and then they all compete for it. Then it becomes less profitable. Staking in HEX is the same thing. If not that many people are staking then it's very profitable to be a staker. And then if it's too profitable more people join, and then it becomes less profitable. And so you can give people hundreds of percent promised returns on interest depending on how many people are staking. And then you still have a low inflation rate on the total. So if you have 4% o the whole currency that uses a reward and only 1% of people are staking, those people get a 400% return. Because you've got 4% of a big thing being given to a very small group of people. That's a lot of energy being shoved into a very small place. Since we control the currency, or the currency controls itself, it's an immutable smart contract. No one can change it. It allows you to reward people for doing other good things, like being referrers or getting in earlier or being honest and ending your stake when you said you would. There's all these cool game theory mechanisms that you can build in to incentivize positive behavior that you just can't do with Bitcoin. You can't do anything interesting or exciting with Bitcoin because the only thing that it is programmed to pay is miners. That used to be awesome when you would onboard new users by getting them to just double click the .exe and start getting free coins. Our system's the same way, we give you free coins to convince you to buy more. Hey, you've got Bitcoin? You can claim free HEX. And a ton, a ton, a ton of the currency is being given out that way. But, if you don't have Bitcoin at the snapshot and you still want to get in you can send Ethereum and transform it into HEX. Which is something the US launched with and raised $4.2 billion doing it. We have nearly the same launch method. You send Ethereum in and you can transform it into HEX and it happens over 350 days.

**SARA:** So is it built on EOS then?

**RICHARD:** It's built on Ethereum, just like EOS was.

**SARA:** Yes.

**RICHARD:** EOS launched on Ethereum. TRX launched on Ethereum. BNB launched on Ethereum. Tether is majority transacted on Ethereum. It's the absolute right ecosystem to build a decentralized finance product.

**SARA:** Are you not worried about the scalability issues with Ethereum -

**RICHARD:** Don't care. One, we don't need scalability because we're based on walking quotes. But, two, if we have it, wonderful. We have a lottery that we'll have it better than anyone else if Ethereum 2.0 works. And if it starts to suck since it's a solidity contract we can drop it into any other network we want, like EOS or TRX or any other thing that we want. The money is not in being the network. The money is not in the transaction fees. The reason that we use Ethereum is because it just costs us pennies to get a trustless, awesome contract.

**SARA:** Which works.

3

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

**RICHARD:** That works. We don't have to over pay inflation and lock rewards like Bitcoin does. Bitcoin miners make the majority of their money in block rewards, the minority of their money in actual transaction fees. It's a protection racket. You're paying them to not attack the network. No one else can attack the network but them. They're the only guys that have shot 256 miners. So we get rid of the protection racket and instead of paying miners to dump the price we sell it on market to pollute the environment and buy electricity, which is a requirement for that proof of work security model. It is the same security model that we use, but we're piggybacking on Ethereum that's already eating those costs. So if Ethereum's already eating all of that suck of having to do real proof of work and burn electricity for security well we're just going to get on top of that instead of having to do our own. Who makes more money? FedEx or Amazon? Amazon does.

**SARA:** Amazon, yeah.

**RICHARD:** But, FedEx delivers the package.

**SARA:** There is that connection between them, yeah.

**RICHARD:** In every value chain certain members of the chain make more money than others. Your internet provider wants to be the media provider now, because there's no money in being the middleman. A chain like Ethereum that's willing to do trustlessness for free, well there's no actual money in that. The money is in the part that I'm doing, the end part, where we control the inflation. Whoever gets the new inflation, those are the people that are getting rich. The early guys are getting rich. I'm happy to launch on that substrate. It is the best one. We've got three security audits done, one from Chain Security, one from CoinFabrik and one mathematician that we got through CoinFabrik, as well, that analyzed the tokenomics and showed that longer stakes always pay better than shorter stakes, which is important.

**SARA:** It's the [INDISCERNIBLE 00:09:22].

**RICHARD:** Right, if staking shorter paid better than longer, well we wouldn't have lockups for long. So, I think I've designed something that is like Bitcoin used to be. You can get in for free, you can claim for free, you can refer other people like Amazon has a referral program, Tesla has a referral program, Ponzi schemes have referral programs, we have one. If you refer somebody you get 20%. You can actually get 40% if you want because they can free claim with their Bitcoin, sell it for Ethereum, join the adoption amplifier and then you get the other 20% on top of that. So of their initial economic energy you're running it twice, it's 40% of the original

**[00:10:00]**

and they're getting a bonus for using it. They get a 10% bonus for using your link. So they're happy, too, and the currency just inflates to pay everybody. Then that phase ends after one year. After one year that's all over and what's left is the currency that inflates it less than 3.69%, which is less than Bitcoin has ever been. And if you're an average length, average sized staker there's no inflation to you because you're getting the new coins. The only people that inflation actually exists for are people that staked less than average or don't lock their coins. That's better.

4

If you want the ability to dump the price whenever you want you need to pay a premium for that. If you want to not dump the price and be honest and give us the first ever chart of cryptocurrency of future market supply that gives us less volatility because people can time when their stakes end. So if you see there's a whale ending his stake on this day you can end your stake before or after that guy, and then we don't have extra market pressure on that day. So, because we have the first chart of future market supply we'll also have less volatility because people know to stagger their stakes to not get actual liquidity on a day that it's not needed. It's also more fun to trade. In a normal currency you've got cash rate and on market transactions and price. That's it. That's all you have in Bitcoin, cash rate, network transactions and price. Is there any other actual network data that you could get? Not really. Unless you're a wallet and you count wallet downloads. Or unless you're an exchange and you can count signups. Even in that case most people leave with their money on the exchange and aren't even using Bitcoin anyway. Exchanges you're not, you're just getting an IOU. In our system we've got how many people are getting referred, what's the average stake length, what's the average stake size, how many people are in the staking pool. We have so many extra pieces of data for people to have speculative stickiness that if you're just into crypto for something to trade and get rich on I don't know of any other currency that's got more things to watch in it that are interesting, that are tradeable. So, oh, guy's unlocking a bunch of coins, maybe I'll open up a short, maybe the price is going to go down. I don't think shorting new coins is a good idea. Shorting a new coin is usually not a good idea.

**SARA:** It's usually quite risky. Never pays off.

**RICHARD:** Yeah, because it can just keep going up unreasonably forever. Like when Bitcoin did a five X and from 3k to 14k no dips over 25%. One 25% dip only on a few exchanges, didn't even dip on FINX. One guy in stamps sold 5,000 coins and that pushed a couple other exchanges down with it that were being arbitraged. So I'm really proud of it. I think we've got a trustless, secure replacement for a multi-trillion dollar product that no one else is addressing. It's free, it's got a referral program and it's literally designed to [INDISCERNIBLE 00:12:39]. Price appreciation is a design metric of the system. I don't think I've ever seen a better opportunity in crypto. Crypto opportunities are already the highest returning opportunities in the history of man.

**SARA:** So are you not a little bit concerned about comparing your project and getting inspiration from Ponzi schemes, bubbles?

**RICHARD:** No.

**SARA:** And are you not afraid that people might just put a stamp on it? Because it is sounding a little bit like a combination of all of them.

**RICHARD:** Yes. I hate scams and I speak out against them and it's very ineffective.

**SARA:** Obviously [INDISCERNIBLE 00:13:13].

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

**RICHARD:** But I really hate them. Like I was yelling and screaming at Fake Satoshi scammer down in the lobby and making fun of him, like hey how's that lawsuit going, you're wrecked, right, you don't have any money, right?

**SARA:** He's here?

**RICHARD:** Yeah, he's here. I yelled at him in the lobby.

**SARA:** Oh my God.

**RICHARD:** Yeah, but I should have rolled the camera before I did it because it would have been good content. I'll do it again if I see him again. Speaking out against that guy was ineffective. When you speak out against scams you empower them. So I always try and talk against scams without using the specific words so they can't Google them and then get scammed. So if you're already in the scam you know who I'm talking about. But if you're not in the scam yet you're going to find it hard to Google my language to get scammed.

**SARA:** I think by talking about scams you want people to avoid them. But, by speaking about them we spread the word about them so it can be counterproductive. We need to talk about them, but we can't talk about them.

**RICHARD:** Exactly. So I use a risk diode. So a diode just lets electricity go one direction. If you're already in you'll know that I'm warning you. But if you're not already in you won't be able to get in because you don't have the words to Google. In my opinion, if you really want to fight scams the only way to do it is to hope that the regulators and the legislators do their job and enforce the law. But it's always in hindsight. They don't prevent people from getting scammed, they punish people after they've already done the scamming. It's totally different. All the money's already gone, you don't get the money back. If you want to actually – if the regulators and the legislators can't preemptively prevent people from being scammed then the best thing you can do is outcompete the scammers for mind space and for mind share with superior marketing and better products. And then these people have a finite amount of money. If their money goes into the good projects there's none left for the scammers. If you're not appealing to the public with what works, which is mad gains, a limited time offer and referral program and good slogans, stake it until you make it, if you've got programmable money the first program should be interest.

[00:15:00]

I've got a list of – I used to have a 150-employee marketing company that I founded doing 60 million a year in sales turnover. I am an expert at that, I've just been waiting for the right product. Now, I have to tell you -

**SARA:** You made it yourself then.

**RICHARD:** Kind of. I have to warn you about this. If you take people's money into a pool and they expect a return on their investment from the work of others, solely from the work of

6

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

others, then you're a security. We are not a security and in order to be not a security there's certain things we have to do. We have to make you no promises it will work, we have to make you no promises of effort. You send Ethereum with a contract you have to realize that you are not getting that Ethereum back and you're not getting any benefit from it. Okay? Now, if you mint your tokens you're minting them yourself. Just like Bitcoin. When new Bitcoin gets invented the miner mints them and creates them himself. No one gives them to the miner. They perform computation and Bitcoin get created. HEX is the same way. When you free claim HEX and submit your proof that says I had a Bitcoin balance and I deserve some HEX, you're the one minting your own coins. The network looks and checks your proof and goes, yeah, that's cool. When you lock your coins it actually burns the coins and we keep a record that they were burnt, so we still pay inflation on them. Otherwise the stakers wouldn't make anything. If everyone staked and there was no coins left what would you pay inflation with? So is that a 30-minute timer? Just pause the thing or mute it. If you lock your coins and then you unlock them and get a reward you're minting your own reward. No one's giving it to you. Since you're the one doing all the work you're creating your own coins, you're creating your own rewards. It's a lot harder to say that's a security like someone else is paying. You're paying it. You're doing the computation, you're choosing what code to run, you're choosing what miner runs it, you can either mine it yourself or pay someone to mine it with an Ethereum fee. And we have nothing to do with that. We made a smart contract, the smart contract lives in the blockchain. You can use it or not, that's totally up to you. It's very hard to make a case that that's a security because we're not doing the work, we're not creating the money, we're not making you any promises, I have no idea what the USD price will be, I can't promise you USD returns. I can show you design principles, design intentions of why things were built the way that they were. I can explain to you how the software works, I can explain to you what our models show and how the math should work. If you lock you're going to get more HEX. Okay, well that's the math. I'm describing math to you. I have no idea what the USD price will be.

**SARA:** So at what stage are you currently?

**RICHARD:** We passed all of our security audits with flying colors. There's two things a security audit can do. One, they can find bugs, and we're done with that phase. And the other thing is to make investors secure that the audits were done properly and that they're safe. In order to make that happen you need pretty images and good language. So the security part's already finished and we're just cleaning up the language to make sure that people understand how good it is. If you get audited and you don't find anything it's a very boring audit because it just says yeah it's good. Okay, but people aren't secure in that. So we want to see that you actually tried some stuff, show us the stuff that didn't work.

**SARA:** You want to see the mistakes that you can prevent.

**RICHARD:** So one of the auditors found one attack, which was extremely, extremely hard to do. You can look it up on Wikipedia, it's called a pre-image attack against a Murphy tree.

**SARA:** Never heard of it, sorry.

7

**RICHARD:** Yeah, it's really advanced math stuff. It would be nearly impossible to do and very unlikely anyone could do it, and we just fixed it anyway so no one could do it.

**SARA:** Good.

**RICHARD:** Yeah, so there's no real attack vectors. Even if you do have attack vectors it has to be profitable for someone to do them. So if it costs someone like a million dollars to find a collision in a [INDISCERNIBLE 00:18:49] and attack you they could have made 500,000 just doing normal hashing for Bitcoin. Why would they lose money to try and attack you when they could make more money doing something else? So we don't have any attack vectors I'm aware of, and even if we did it's very unlikely that they would be profitable. And they have a limited time. You can only claim for one year, so if we had any type of screw up in the claim thing it's over after a year.

**SARA:** Oh, okay.

**RICHARD:** There's all kinds of stuff I didn't tell you. Whales get killed by 75%. All that money gets given to the little guys, the stakers. If you've got multisig address you can't claim, which is most exchanges. If you're Mt. Gox you can't claim because we just remove it from the UITX set, so all you can do is sell. It's a trustee and the only thing you can do legally is sell the coins. Why would you give free coins to a guy that could just sell them? How is that making the world better for anybody? That guy doesn't need the money, right? What else do we got? The more people that get in after you the more rewards the stakers get. So we measure how many people claimed and then how large their claims were.

**SARA:** What's the proportion of them? Sorry.

**RICHARD:** Well, about one-third of coins could possibly claim after all the whale penalties and after all the multisigs are removed. And I'm not even counting Satoshi's coins. He's probably dead, he's probably not going to claim. Coins that are lost.

[00:20:00]

It's very likely that there'll be a very huge stack of coins that are unclaimable that are going to be given out to people. Should be about two-thirds of the free claims. And then those get multiplied by the adoption rewards. The adoption rewards go up to 100% at that third basically. So we count adoption. If all the ones that could possibly claim do then those both will max out at 100 and with three times the payout to the stakers. So you're getting the unclaimed coins times adoption multiplier, which can be up to 3x. And then that happens on the last day, day 353. It's like the end of the claim phase. Basically it's like a day after the end of the claim phase because we want people to be able to stake their coins to get in. So I feel like the last guy to claim okay you're in. If you're the last guy to get in the adoption amplifier or to free claim you'll still have time to stake so that you're logged as being staked to get the giant payout, the big payday. Which the gains on that day are probably 100 times what the normal inflation gains are, because normal inflation's only 4%. So the stakers make about 4%. This other side, if

8

people terminate their stake early they get penalized, stakers make money on that. If people terminate their stake late they get penalized and stakers make money on that.

**SARA:** What are your ways of preventing people doing it?

**RICHARD:** Well, I mean it's probably a hidden revenue model. It's probably a dark pattern. That's how banks make money. So in a bank you make money when people pay fees. That's the majority of your revenue. In this system if people screw up and they say they're going to stake this long and choose not to they're going to get hit with a very heavy penalty. Or if they stake and they don't end their stake well someone's got to update the system stake to be accurate, you're the one that's got expired shared diluting the staker pool so why don't you take your shares out like you said you would. Who else should pay that fee to do that? There's no automatic in blockchain, someone has to pay for the transactions. Or run it themselves. So there's three profit inputs to the stakers. They are early penalties, late penalties and interest. The interest is only up to 4%. If you're an average length, average sized staker there is no inflation to you because you're the one getting all the money. So if you look at the returns during the beginning of the currency they're about 100x larger than just the 4%. So really the fortunes are going to be massively made in the first year because people are going to stake as long as they can to get up to 3x the shares. If you stake ten years you get 3x shares. It's prorated. So if you stake five years you get like 1.5x shares. If you stake one year you get 1.2x shares. Those people are all competing with longer stakes, with longer lock subs, to get more shares to get a bigger piece of that big payday. That's why we're unlikely or less likely to have any paid dumps. People think the price will dump after day 350. Not really. Because most people didn't claim the first day. The claim phase goes for 350 and then now you've got a 350 window of the minimum auto stakes ending. When you claim your money it's auto staked so you can't just dump it. You can dump 10%, but 90% of it you've got to hold for a year. You can opt for longer. Why? Because you want the price to go up. What makes the price go up? People buying, not selling. So we want it to be like a Hotel California for money. Money comes in, they can check out but it can never leave. That's what the S&P 500 is, that's why the price keeps going up and up and up and up and up. Because they keep printing money. As long as they keep printing money it's easy for anything not being printed to go up. There's a lot of angles to this. Go to HEX.win. There's a video to show you how to claim. It takes one minute. A one minute long video.

**SARA:** One minute long video, okay.

**RICHARD:** YouTube.com/HEXcrypto. It's a minute and 40 seconds and I talk very slow. I do steps you don't need to do. Like you probably don't have to import your keys, but I show you how to do it anyway.

**SARA:** Okay, that's good.

**RICHARD:** So if you use Electrum or Mycelium or Treasure or you don't have to do anything, your keys stay in the machine. If you use a ledge your keys stay in the box. You never have to expose your keys, you never have to install weird software. So refer your friends, you make 20%. I tell exchanges if you have a wallet, if you're a wallet company where do you make money? Getting people to sign up for your affiliate link for Changelly and ShapeShift.

9

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

**SARA:** Yeah.

**RICHARD:** Okay, well I think you could make more money referring people to this and having them free claim. They get 10% more, you get 20% of their whole stack. You're likely to make more money on that than all the money you ever made as a wallet before. So I'm calling wallet guys and calling exchanges that have cold wallets that can claim the coins for their users. It's a no brainer to give people free money. People like free money.

**SARA:** Of course, yeah. So you're making it very accessible, quite easy, explain it on the video. Is there anything that we should know potentially about anything that can endanger it?

**RICHARD:** Endanger it? Oh sure. Like if there's a really popular ERC-20 token that takes up all the transactions then the fees will get higher. There doesn't seem to be any right now. If it gets bad enough we can just air drop system state to another network and afford the network ourselves. It's unlikely. We'll also have the lottery ticket that Ethereum's scales better than anything else because they have the most developers, the most ambitious roadmap.

**[00:25:00]**

It's really the right ecosystem. Also, it's launched three or four multi billion dollar tokens on top of it. No other cryptocurrency's ever done that. The currencies that have tried to launch in Bitcoin have died, like [INDISCERNIBLE 00:25:13], just straight deceased. Even Tether used to use Bitcoin for its transactions through the omni protocol. They basically took that money off of there and put it onto USC20 because it works better. When you're on an Ethereum ecosystem you can plug into distributor finance, you can use HEX as collateral for other things. You can't do that with a Bitcoin token. It's really good to be in the Ethereum ecosystem because it is a token. I'm not bullish on the Ethereum price, per se. But I'm bullish on the ecosystem.

**SARA:** That's good. That's good, because I think a lot of people are losing trust in [INDISCERNIBLE 00:25:41].

**RICHARD:** If you just care about the price I'm sure it's not looking that great. But if you care about the development and the utility, the development and the utility keeps going up. You've just got – there's so many bag holders that bought from higher. See, when you have a new token you get price discovery and you have new all-time highs all the time. You get hype all the time. But when you're coming down off of a peak you've got bag holders that bought higher that are willing to sell at a break even. You have to fight through at resistance levels the whole way back up on the chart. It's just a lot harder to pump a coin that already has a bunch of bag holders than to pump a new coin that's locked up. So how can you sell the supply if there's like all the supply's locked up? It's a really good idea. It's a really good idea. But I'm also a trader so I understand all of the shenanigans that goes on with everyone stops being run and flash crashes. Every terrible thing that can happen to a trader I'm pretty sure I've seen. So, oh, BitMix has a maintenance, oh look someone just market bought 1,000 coins on Finex to move the index. Well, so Finex doesn't move the index but if [INDISCERNIBLE 00:26:49] arbitrage then move stamp, stamp is on the index. And then as soon as the exchange came back online everyone was

10

**November 8, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

instantly liquidated. And liquidated far away, like 12% away from where they should have been. What people don't realize is when you're leveraged a 12% move against you isn't a 12% move. If you're 5x leveraged it's a five times 12% move and you just lost half your stack because your stop loss didn't get triggered because everything was fine until the maintenance and then the market came back up and your stop loss instantly triggers far, far, far away from where it should have.

**SARA:** I mean I know a lot of people bought [INDISCERNIBLE 00:27:26] on the platform and unfortunately they got liquidated [INDISCERNIBLE 00:28:29]. I know someone who was in a 10x and unfortunately their [INDISCERNIBLE 00:27:35]. They were fuming, but -

**RICHARD:** Can't do nothing about it. Look, I think most people lose money trading. And I think that – look, I told you about slogans and keywords. Trustless interest, which is one of our many slogans, if you can put your money into a smart contract and see returns on it you're not going to get exit scammed, you're not going to get flash wicked, you're not going to get [INDISCERNIBLE 00:27:52], you're not going to get fee fucked. You're holding. How many people bought Bitcoin in 2010 and how happy would they be right now if they were locked up for ten years? They'd be the happies people in the universe. But everyone gets wrecked trying to time the market and the stuff's – if president Z says we're going up now we're going up. And if he decides to reban it, which I'm sure they will, we're going to go down again. Trustless interest prevents you from having all of these counterparties getting rich. All the middlemen get rich. That's how crypto's designed for. Crypto is designed to get rid of counterparty rich and to get rid of middlemen. Who are the richest people in crypto? Leveraged houses that let you hang yourself on leverage, exchanges that beat you up with fees and Ponzi schemers. Those are the richest people in crypto. Let's have trustless interest and get rid of that shit.

**SARA:** Love it. So that was extremely interesting. What's the website where we can check it out?

**RICHARD:** HEX.win. HEX.win.

**SARA:** And your social media platforms?

**RICHARD:** I'm on RichardHeartWin on Twitter, 50k followers, about 50k on YouTube, YouTube.com/RichardHeart. I've got a free trading price calls channel where I tell you what the price is likely to do. I've got a good track record. I predicted the 20k [INDISCERNIBLE 00:29:01] back when it was 4k like many months earlier. I called the top at 19k and told people to short it. I called the bear market, the multi-year bear market, at 8,500. And then I told people to close their shorts at 4k down from 3k. Yeah -