# Exhibit B

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

https://www.youtube.com/live/S-KAJzvd03I?si=LUYIjvocAftUdvYp

**[00:00:00]**

**RICHARD:** Hello, everybody  How's it going?  I got the green candles.  Green candles mean price up.  We got them.  They're even straight, I straighten them out for you, the people.  Man, what a challenge.  Today was a lot of fun.  I'm working on four hours of sleep, but I tell you what, it's all worth it.  Let's take a look at chat here and see if everyone can hear me.  Let's get a keyword.  If you guys can hear me.  Let's get the keyword, "mad gains".  And then once I see mad gains in the chat, I know that you guys can see me and everything's good.

Well, I see people saying hello, now we're just waiting for that keyword, probably about 10 seconds behind.  When you stream at 4K UHD, the data rate is so much higher.  When I stream 4K UHD to YouTube, YouTube then has to re-encode it to all those smaller resolutions for everybody.  There we go, there's all the mad gains in chat.  Hello everybody! I've waited a very long, long, long time for this day and it's finally come.  I'm very happy.  So, let's talk about what happened.  We've had the contract done, the code that makes HEX what it is for a good long while.  And we just wanted to make sure absolutely everything was right.  We got two independent audits from two different auditors, and we got a mathematics audit, that's three audits.  They're expensive and they're time consuming, and they do two things.

One, convince you that there's no bugs, and two, they present that evidence to the audience in a format that they can understand.  If you look on hex.win, right now, down under the security tab, you can see how to use hardware wallets with MetaMask, which is the wallet that we suggest for HEX.  And you'll also see the mathematics audit and one of the security audits.  Now, touch up needs to be done on this.  They need to be super-duper finalized and prettied up.  We'll get there.  Since the bug finding phase is over, there's no reason to delay.  What else?  The contract was supposed to launch at 7:00 p.m. EST, and I think we're five hours late.  I'm not even sure how many hours late.

And what that's going to do is, it's going to make this first day the adoption amplifier, where people send Ethereum in and it gets transformed into HEX, it's going to make it a little shorter.  It's not actually going to have any effect after this day.  Actually, I could look at the wallet.  I've got the wallet and browser here.  We're on computer, streaming computer.  I don't have the wallet.  I don't have the browser here.  So, if you go to hex.win right now, or if you want a 10% bonus, pumpamentals.com, you can click anyone's ref link, it's going to give you that same bonus.

There's nothing special about pumpamentals.com.  It's just the one that I talk about a lot.  You could go to anybody else's.  You'll still get the same 10% bonus, works on the adoption amplifier, where you transform ETH into HEX, and it also works on the free claim.  Now, free claims will open – here's the phase that we're in right now.  The phase that we're in right now is there's a contract, it has all the game theory in it, it has all the logic in it, it has all the security in it.

1

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And for you to be able to talk to that contract, to be able to run that code, you either need to be really, really smart, and go on something like Etherscan.io and use their write contract feature, which allows you to interact with smart contracts manually, it's harder, or you can do the easy way and go to go.hex.win. That's g-o, dot, h-e-x, dot, w-i-n. I suggest you use https, colon, slash, slash. We like that security, the s. If you want to run this code – in HEX, you are the network. You mint your own coins just like Bitcoin. If you're a Bitcoin miner, you brute force, brute force, brute force, find a hash of a nonce that has a number of starting zeros in front of it. And that's the difficult

**[00:05:00]**

problem that you solve. It's not actually difficult. It's just energy consumption. It's literally the dumbest math you could possibly do, but you're doing a lot of it. It's not actually a difficult problem, it's just an energy intensive problem. So, Bitcoin miners mined their own rewards, and HEX stakers, and people that use the adoption amplifier also mined their own rewards. When you open up MetaMask, you have to tell it where the contract address is of the software that you want to run. Because you are the network, you are the only one that can mint your rewards. You're the only one that can stake your coins.

You're the only one that can claim your coins. There are no coins. I haven't even looked at the contract. I haven't even seen how many people are using it. We tested it and everything was perfect, and then I started prepping to talk to you guys. I'm seeing reports in chat that there's 560 Ethereum in that right now. Great. So, how do people get 560 Ethereum into the adoption amplifier? Well, they went to go to hex.win, or they're really smart and use the manual way, and I mean, there's a tutorial, there's a guide on the front page of hex.win, it's the second video down. First video tells you why we're doing all this stuff to replace the banks and do things Bitcoin can't do. Even though it's great software, even though it's got tons of really good things going for it, there are just some things that it can't do and it's never going to be able to do so.

It only pays miners inflation. People think that Bitcoin's not proof of stake, but it is proof of stake. It means you have stake in mining hardware and electric bills. It's a different form of proof of stake, it's the kind of stake that pollutes the environment a little bit, which is necessary. And so, my point is, right now, those people that are sending Ethereum into the adoption amplifier, the reason they're doing that is because at the end of this day, they're going to get a billion HEX. Let's say there was 10,000 ETH in there, if you send 1,000 ETH, you would get 10% of the billion HEX at the end of the day.

This is really interesting because no one can get a worse ratio than they deserve because the other peers are setting it, right? It's not like someone can get a better deal than you by getting earlier than you. It doesn't work that way. At the end of the day, everyone's getting the same ratio. It's prorated, if you're a bigger dude, you put in more money, you're going to get more HEX out. By the way, I'm usually a little bit better at the old streaming and talking stuff, but I haven't slept in a long time.

It's funny, these attackers/spammers/scammers, they try and convince you guys out there to give them your money by impersonating me, putting pictures of me on their posts, trying to send you

2

wrong contract addresses, trying to send you to the wrong website, trying to get you to click their ref link, when there's no value add, there's no content. They're just piggy backing off someone else's work. Gross stuff. So, it's actually pretty fortunate that we didn't go live exactly when we thought we would, because we were able to shut all of that down, all of it. I knew this attack would come, and so we were prepared for it. And then as soon as the timer ticked, fake messages, hundreds of them spamming up chat. I know how to deal with that. I've got my own bots that ban their bots. And so, what are the other things that we did to prevent people from getting robbed? Now, look, in an ideal world, everyone would be smart and have infinite free time to learn all the scammer tactics. But people have real lives, and they don't have infinite time to learn about the newest scam of the week.

For instance, one scam that they would do is they would tell you that they're going to give you a great deal if you send Ethereum to their contract address, but it's not the real HEX one, that should never work in HEX. They should never be able to scam like that. Because I will tell you straight up, never, ever send any Ethereum directly to the smart contract. You'll be donating it. You will get no reward from it whatsoever. If you want to make a donation, sure, go ahead and send it. But in my opinion, you should never, ever send Ethereum to the contract, because you're not joining the adoption amplifier. If you want to join the adoption amplifier and turn your Ethereum into HEX, you need to use a front end. Right now, the only front end I'm aware of is go.hex.win, unless you're a really smart guy and can manually do it. And then you're going to put your ETH in your MetaMask wallet or another Web3 wallet.

**[00:10:00]**

I'd like to see whether Coinomi works or not, maybe when I get off the stream, if I can remain conscious. It's all mobile. Maybe their DApp browser works, and then you could sign and claim, and stake and do everything mobile. That sounds nice. Right now, what we focus on is what we've tested, we know it works, which is MetaMask.

I like MetaMask, it's pretty awesome. And it supports hardware wallets, right. If you've got a Trezor, you got a ledger, your keys stay in that hardware device safe. And then, you know, something bad happened to your browser or your computer got hacked, whatever. Well, as long as you're looking at your signatures that you're doing through your hardware wallet, you should be safe. That's the reason hardware wallets exist. And we also recommend, if you're doing a Bitcoin signature, to free claim, which starts tomorrow. Let me give you a real time on that, actually. Man, I should have updated the website to say I was doing this live stream too. I feel sorry for people that aren't in my Telegram because they get news absolutely first.

So, if you go to t.me/HEXcrypto, you're going to get all of the news instantly. You'll know things before I know them. And then if you're not in the Telegram and you're on the Twitter, okay, you're getting stuff almost as fast. Awesome. But if you're just on the website or the email list, man, 10% of our email list has never even been mailed because Microsoft keeps bouncing the mails out. Terrible. These are people that want to know what's going on. And because the life is hard, I've got to – in order to get delivery to these guys, I've got to go warm up like 10 different IPs and 10 domains just to mail my own mailing list that's only 20,000 large? Probably more now. That's retarded.

3

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

I mean, it's just crazy that in the year 2019, to be able to contact your own customers, it's just the same thing on Twitter. 50 spam bots impersonated me on Twitter to direct message every body to try and scam them out of money, and I reported so many of them that Twitter started bouncing my reports back to me as though they were spam, which I was like, "Wow, that's awesome." And then my rate limit, the rate at which I can message my own followers, of which there's like 53,000, I can only do a thousand a day.

So, the spammers are able to access my customers better than I am. That's terrible. That's just stupid. What am I telling you about this scam stuff for? I don't want you guys to lose money. I want you guys to make money. And so, I hate it when scammers get away with it. Impersonating people, particularly. I don't ever want you to send Ethereum to a contract address that says it's HEX's contract address, because that is not how you join the adoption amplifier. That is not how you get HEX out of the contract. You've got to call that XF join lobby function and you got to use a front end to do that, or be a smart guy and do it by hand on Etherscan, which is just another kind of front end, right?

Etherscan has like a generic front end that you could use for any smart contract on the Ethereum network. Whereas right now go.hex.win is a front end that it just talks to the HEX contract. What else? If you want to join the adoption amplifier, which is the only thing that's going on today. So, yesterday we had the snapshot, went perfect, everything went fine. Then we processed that snapshot today and we took a top hash, which is also called a Merkle root, which is weird because they're opposites, right. So, it's a Merkle root or a Merkle top hash, and what that does is, it lets us very space-efficiently store all of the data of all of the balances of the Bitcoin blockchain, the ones that are relevant to our project. We don't let multisig claim. So, all those whales with multisig wallets, you guys watching? You don't have multisig wallets, whales do. Okay, you guys can't claim.

Mt. Gox trustee, 138,000 Bitcoin can only sell them legally and no free coins for anybody, he's out. And once we did all the reductions and ran the math on the UTXO set before we top hashed it, I think there was only about 9.8 million Bitcoin, or 9.86 million Bitcoin that could actually try to claim of about 18 million total coins.

So right off the bat, you know that as a staker, you're going to be given – like if you were the only staker in the system on day 353, you would get all of those coins, over half of the claim supply, but you'd actually end up getting more because

[00:15:00]

those will get multiplied by up to threefold with the critical mass and virality bonuses. The math isn't exactly three. For instance, if a lot of really small addresses claim, then that pumps the reward more, because, well, the math that is hard to describe to you.

So, if I'm giving you unclaimed coins and then multiplying them by the percent that was claimed, they both end up going up, but like, hard-to-explain math. So, more claims move the bonuses higher faster than larger claims does, because while a larger claim is inflating its multiplier, it's

4

also deflating what's being multiplied by, which is the unclaimed coins. Now, what other coins are going to be given out to all the people at day 353? Satoshi is probably not going to claim. I think he's deceased. If he wants to come out and claim, he's totally allowed to, it's awesome. People are going to get a lot of late penalties. If you don't claim your free coins, you start bleeding out 2% every week, and by week 50, you have nothing left.

You can't claim anything. That prevents people, like the Mt. Gox trustee, from seeing a wonderful project and innovative project with passionate, inspired, awesome people of which so many people helped out tonight. We've got volunteers from all around the world. All around the world. Everything that needs done, they help get done, right? They see that there's some spammers hitting up the chatroom trying to scam people. "Hey, man, put me on his mod", and there's people I know, I trust them, "Alright, mod up, man." And then they go and kill the spammers. Beautiful. Great work. Thanks, Dan. We got two Dan's. Thank you both Dans, you did great work tonight.

And then we've got Meme Squad making amazing memes. Now, because we've had, I don't know, a couple thousand people join the chat room over the last week or two, I think, I should publish a stat. The rate at which – I would go to sleep, sleep for four hours, and I'd wake up and there'd be a thousand messages. So, if I slept eight hours, it would have been about 2,000 messages. And then it went absolutely crazy today. You can't do these types of world-changing, impactful things without help from people. You just can't. And what I've found is that people that are passionate about the project are just hyper efficient.

They really, really care. We've got Paul who built stakehex.com where you can model how much profit you're likely to make, depending on how many people stake, and when they stake, and how many people claim. And he built that on his own. He came in and said, "Hey man, I love this project. I want to build something." I'm like, "Alright, well, build a model." And then like six months later, boom, looks beautiful, looks awesome. Now, he's got his own chat room and other stuff.

I got another guy, he's helping people out with technical support. He set up his own help people claim, it's called HEXhelpers.com. Now, be careful with people that claim to help you, okay? A person that claims to help you has two options. He can tell you the truth and make a little money, or he could lie to you and get you to give him all your money and then just disappear. So, you got to be super-duper, duper, duper, careful. Like, if at all possible, have someone help you do it right on your own and just know that the mission, the game is to not send them your money. Like pay them hourly, maybe he makes it on the referral.

In crypto, the way nearly everyone gets scammed is they send their money to the wrong person. You send your money to an exchange instead of holding your own keys, exchange gets hacked, you lose all your money. Some guy says he's going to make you really rich. He says he's got some amazing thing that's going to make you all this money. But he really doesn't have anything. You send him money, "Oh, bad trades man." The trades didn't work out. Now think about that guy's position, it's a coin toss for him. You send him your money, he just goes 10x long, and then if it works, he gets 20%. And if it doesn't work, "Sorry man, you're wrecked." And he just can't lose, because it's like a call option. He can only make money.

5

HEX is designed to get rid of all of that crap. HEX is designed to get rid of all of these crappy things I'm telling you about. All of these scammers that impersonate and get you to send the money for fake reasons and all that crap, HEX gets rid of all that because

[00:20:00]

you don't have to deal with any middlemen. There's you, and your computer, and the smart contract, and you put the smart contract's address into MetaMask, or you don't even have to actually, just go to hex.win and it's done for you. It's just beautiful that you don't have to lose all your money to exchanges getting hacked, because the smart contract's got your money, and you're the only person in the world with keys to it.

If the Ethereum network disappeared and stopped functioning entirely, your money is still sitting there in that smart contract. Didn't go anywhere. The system state could be paused, and then you could airdrop it to any other network you want it to or to open the gates back on. it's funny, blockchains can work with one computer. When Bitcoin was invented, it had one computer that was mining. You only need all this other extra infrastructure stuff if attacks start occurring. But if you're not getting attacked, like you could literally run a whole blockchain on one computer, it's like when I got into Bitcoin, I would mine full blocks on my own with no pool, just with my GPUs and my gaming computer. Easy, right?

I hope you're enjoying the chat. I'm so tired that I'm all over the place, but that's okay. We're having fun. We're celebrating. We got the green candles. I'm delirious, so even if you guys tell bad jokes in chat, I'm going to laugh at them. I made a comment, I want to say smart, insightful things to my audience because no one else will do it.

I see things, I recognize things that no one else sees or recognizes, and I package them in a format that's sticky and viral, and I throw it into the world, and I see if it goes. So, Pumpamentals, that's more popular than it's ever been because of me. Maximalists hasn't kicked in that hard, but we'll see. It's pretty good. As more maximalists figure out that they want more from their cryptocurrency than what it's doing, well then, man, you got two options. You could change what you got and introduce security risk and political risk, or you could leave what's already working good, leave it work, and experiment on these new things.

And then if the new things work, awesome. And if they don't, okay, nothing was lost. Nick Szabo, he works at Blockstream and he invented the terms smart contract, super smart guy. He says he likes Monero, because if you want to send anonymous money, it's really one of the only good ones out there. A lot of new things are coming. A lot of new zk-SNARKs, and research, and lightning, a lot of other things that use onion routing and confidential transactions. And I could go down the list of all these cool things which will help people keep their privacy. Those are common, but they're not here yet.

When people say, "Richard, this is just a cash grab, this thing has no use, no utility." It just blows my mind because the second most popular product at your bank is the time deposit. Do you want to get rid of banks? Yeah, you don't like banks, they suck, right? Bad hours, bad fees,

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

got-you capitalism, slow, beg them to let you use your money. Literally won't let you send your money certain places. They're just like, "Oh, we don't like that place. We don't care if it's your money. So what?" You go to get cash and they just don't even have cash. Yeah, you need to put an order in for that day or two early, then we'll see if we can sort some cash for you.

Always less ATMs. Every year, they close down more of them. Oddly enough, that's happening to Bitcoin ATMs too, which is unfortunate. Because you can't get people off the old crappy thing if you can't touch the old crappy thing. You have to onboard those people. You have to get their economic energy out of the thing that sucks and into the thing that's good. Which, if I remember, we'll go into more. I want to say these things to you guys. And I'm always met with outrage and controversy. It's like, if you look at the press around HEX, it's the most controversial thing ever, which I'm okay with.

Okay, if you make a difference in this world, you're going to be controversial. If you're Elon Musk and you make the safest, quickest car that's ever existed and they're so good at dodging, they literally will break and move the steering wheel and dodge an accident if a car is trying to hit you, that's amazing. I've been in some car accidents. I don't like them. If my car could dodge them for me, man, I'd love that. Everybody hates him, absolutely hates him. Sleeps on a couch in the factory. Blew out so many of his relationships and his personal life because he just cares about getting the work done.

**[00:25:00]**

Now, his girlfriends have been pretty hot. Amber Heard, others, you think that the world would be better off if he was with his family more? No. He sacrifices his personal relationships and those people's happiness and his own happiness for something that benefits millions of people. It scales. So those poor, tortured souls that are driven to through madness or excellence to do things that benefit the whole world, they should be honored and rewarded and praised. And this player-hatery, the small mindedness of not being able to create anything on your own, and just trying to tear other people down to seem like you're in the same arena as them. There's a saying that says this better than I can remember it,

"Glory to those the gladiators who are on the sand bleeding. A couple minutes there is better than a lifetime in the stands." Something along those lines. And this is part of the reason I tell you guys not to trade and not to game games. Do not play games that are grinding where it sucks away all your consciousness and there's no end because it doesn't leave room for the next game. It doesn't leave room for growth. It rewards bad behavior. You don't want to be turned into a pigeon with intermittent reward. Like, "Oh, sometimes I get a peanut, sometimes I don't" So [INDISCERNIBLE 00:26:35] interest, we want to get rid of the banks. We want to get rid of the middlemen.

We want to make the economy of the world more efficient. All we're doing is doing what Bitcoin does, but instead of paying miners the inflation, we pay stakers the inflation. That's it. That's the difference. And then somehow, this becomes extremely controversial. Now, to explain that this isn't a HEX issue, this is an everyone else issue, what does Monero do? You

have a computer, you have a balance, you hit a number, your number goes down, another guys' goes up. That's it. That's all it does. It's a number mover.

Here's my number. I move my number down. Someone else's moves up. That's all it does. People talk about blockchain like it's the most complicated thing in the world. No, it's not. It's really not. It's an Excel spreadsheet that you have the password to, then inflates, and reduces everyone else's value to secure the network. That's what the block reward is. People think Bitcoin is deflationary. I'll finish this thread. I wanted to tell you guys that Bitcoin isn't a peer-to-peer cryptocurrency, but a miner-to-user cryptocurrency.

But I feel bad doing it because everyone thinks that I'm bearish. They think it's going to hurt the price, or they think it's going to hurt the adoption, to be truthful about it and to say insightful, unique things about it. Those insightful, unique things are how you make things better. You have to understand what your strong points are and what your weak points are. Bitcoin is the most liquid cryptocurrency in the world. It has the most on-ramps. It has the most regulatory certainty. The devs do build some cool stuff like bulletproofs which Monero then implemented. They built SegWit, which then Litecoin implemented. There's a lot of really neat things that happen there, like there's a large exchange that just released the ability for users to deposit onto their exchange with Lightning, which is super handy if you're an arbitrage guy. You see something high, you sell it, you see something low, you buy it.

In the same pair, you just made the difference. But if you can't settle quick enough, then the market can move against you, and you can lose. So, that speed of processing is super important. And it's part of the reason centralized coins have some utility. If you send a transaction to an exchange, they require you to wait a certain number of confirmations because they want to feel safe that the blockchain is not going to roll that back. Interesting. Interesting technology. And then if it does roll it back, you're just like, "Now what?" This is what happened with Snapshot, I wasn't comfortable telling people, "Listen, you can sell your sell your Bitcoin now. They're not relevant to HEX anymore." Until I saw that there were enough confirmations to be like, "Yeah, okay, there's six confirmations now." There's really more, there was seven, there was six on top of the original block, and the original block was its own first confirmation.

**[00:30:00]**

It's very rare, and I don't think it's ever happened other than in a rollback, it's almost impossible to see the Bitcoin blockchain roll back six blocks. It would be a very noteworthy event. So, what am I getting at? Don't get scammed, okay?

We want you to make money, not lose money. How do we do that? By using my face and my voice to read you the contract address, so that you know the contract address is the right one, so that no one is tricking you, telling you the wrong one. Now, could someone be streaming my copy of my stream right now, and you're watching a fake copy of my stream? They could be. That's a very advanced tactic, but I've seen it. So, go to youtube.com/RichardHeart. This URL is the only URL that you should be listening to my voice on right now.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And I'm going to read the contract address to you, probably should have started there. The contract address is... Now, since I'm on my streaming computer, I am even going to go to more than one source. I'm on hex.win right now. And I could read you the address that's on hex.win. But what if magically, somebody got in the middle and served me a funky web page? Well, I'm going to make sure they had to do it at every single different site I have access to. So now I'm going to go on the Telegram. I'm going to go to HEXcrypto in the Telegram, I'm going to click the pinned message, and I'm going to read the contract address there too, and they match.

Now, I'm going to go to the Twitter and I'm going to read the contract address there, because I'm teaching you guys good habits. This contract address is the most important thing in HEX. It is where the software lives. If you don't go to that address, you don't have the software. You can't trust it. You also know what that software is on that address because we have verified the code and made it publicly viewable. If you go to Etherscan.io, which I'll do in a second... Let me read this address to you guys, this is the most important thing that you need to know in HEX right now.

The address is – well, I want to check Twitter just to make sure, that third check, remember. And I'm going to check HEXcrypto Twitter address and RichardHeartWin Twitter address. So, then I'll have four points of certainty. Ideally, if I didn't just remember certain snippets of this code myself, because I know it's accurate, because I remember the beginning and the end, then I would also use a different internet connection. And then even if someone was like on my CPU and on my connection and feeding me bad data, I'd still have the right stuff from another channel. The reason I have to look at this is because this keyboard is so old that the control, it doesn't have a windows key and the control isn't where it should be.

I ordered like an ancient keyboard, long story. Let's look at these contract addresses. Alright, RichardHeartWin just retweeted the other one from HEX crypto. That's enough. That's good enough for me. Yeah, they all match. I'm going to read to you this address now, so you know it's legit, it's safe. You'll be able to go to go.hex.win, and when you use MetaMask, know that you're connecting to the right contract because you'll see its address here.

That's 0x2B591E99AFE9F32EAA6214F7B7629768C40EEB39. Now, Ethereum does something worse than Bitcoin. Bitcoin's addressing is harder to screw up.

**[00:35:00]**

Ethereum's addressing is a little easier to screw up. So Ethereum addresses, if you want to know that you're not just sending your money into the middle of nowhere and losing it all, then it's good to maintain the capital and lowercase relationships in the address, because they use those relationships as a checksum to know that whatever it is that you typed actually should be an Ethereum address. Now, I'm an expert on a lot of things, but this particular checksum, I don't think I'm the world's biggest expert on.

So, feel free to Google Ethereum checksum. I'm going to read you this address again, but this time I'm going to say lowercase and uppercase. And this might be the clunkiest thing I've ever done on a live stream. Well, no, I've done clunkier.

9

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

0x2b591e99afE9f32eAA6214f7B7629768c40Eeb39.  So, that's the contract address.

Now, if you want to verify the code that's in that address, to make sure it looks awesome, and I know it does because I've been looking at it a long time, it is etherscan.io/address/ that address that I just gave you, or you could do the shorter way and just go to either the HEX crypto Telegram or the HEX crypto Twitter.  It's even in the bottom of this, even in the description of this video.

Now, why do I make this so serious?  Because some scammer is going to come along and try and convince you that the real HEX address is something else, and they're going to put my picture, in their little profile image, and then they're going to post in the comments, "Oh, my messenger wasn't working.  This is the real address."  Or some crap like that, or they're going to direct message you.  This happens all the time.  People direct message you and they say, "Oh, my crypto is stuck on this exchange, and I'll give you some if you can help me get it off."  But it's a fake exchange and then you send someone to get it off and then they keep it all.  It's another form of advance fee fraud.

So, the contract's live, the contract's audited.  The audit is on their website.  The hardware guide tutorials on how to use MetaMask are on the website.  I haven't looked at what the contract is doing, I want to take a look.  If you guys want, why don't you do this right now?  You guys that are at home, why don't you go with your browser, control T, open a new tab and go to https://go.hex.win.

Now, it's going to tell you, you need MetaMask installed, right?  Well, install MetaMask.  MetaMask is really easy to use.  You don't have to actually go through the process of saving your keys, and creating a password, and all that stuff.  If you really just want to create a throwaway so you can see this really quickly, and just remember it's a throwaway, then you can just install MetaMask, click next a bunch of times and hammer the enter button and you're going to end up being able to see the contract, which is what I'm going to do right now.  If you do that though, just remember, if you forget that it's a throwaway and you send money to it, probably going to lose all your money.

In the real world, your seed words are the most important thing ever possible.  And you should never, ever, ever enter your private keys or your seed words into a website, ever.  Don't ever do it.  People say this about HEX because they're stupid and they just have low attention spans, I guess.  They say things like, "I don't want to lose my private keys."  Well, don't.  There's a feature that's built into the wallet.  You sign a statement, you can give anybody you want the statement, as long as you understand what you're signing.

The signature that we have is claim HEX to your Ethereum address, and that's it.  Tomorrow when claims open – so I'm going to make this work real quick,

**[00:40:00]**

10

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

and then I'm going to tell you what the contract's doing for fun. Sorry for the delay, bros. And I'm going to even check chat before I do that because I don't want to be missing anything. All right. Chat is excited about hearing how much Ethereum is in the contract. Apparently, the contract now has 4,469 Ethereum in it. What that means is that if no one else joined the adoption amplifier before it closes at 7:00 p.m. EST tomorrow – now, by the way, these times, there isn't no more missing deadlines anymore.

This is purely trustless, peer-to-peer awesomeness. They're like the contract runs, the blockchain runs. You're the only person that has your private keys. It's totally distributed and peer-to-peer. Right now, the only wallet that's friendly, that's easy is go.hex.win. I definitely want to see more wallets arrive in the ecosystem, and it might already work. Well, I'm very excited to see more wallets. I believe in adoption. I'm a serial internet marketer. I retired in 2003, 150 employees, did $60 million a year turnover, and I founded that business from scratch. I've had tons of successes in my life.

So successful that I retired at the age of 24, so long ago. And what I did with all my free time was I just kept learning and learning. So now, I'm three times smarter than I was then, and even if I was only as smart as I was then, the game hasn't changed very much at all. The internet marketing game, there isn't nothing different in it, nothing. Maybe clickbait is a little more popular. Maybe TikTok and video content is a little more popular. But man, the things I'm doing, we've got over 20,000 people on the email list.

And today, there's 5,861 people in chat right now. As a Bitcoin maximalist on television promoting Bitcoin for years, years, I had the t.me/strape chatroom, it has less followers in it now than HEX does. That's how awesome this is. Not a single dollar spent on marketing, thepiratebay.org replaced their home page with the HEX logo and a referral link. That is awesome. I was shocked when I saw that I was like, "Man, that is a lot of traffic. The right kind of traffic too." That's our demographic, right? So, blockchain is complicated for most people, so you know who would really be ideally suited to be able to use the blockchain well?

People that can use torrents, because torrents are a little complicated too. Oh, so good. Perfect, absolutely perfect. I was just in love to see that. If it's not blocked in your country, you can go to thepiratebay.org and see the HEX logo, beautiful and gigantic there. So much good news. Published the audits, published a bunch of walkthrough videos, show you how to do everything. If you need to import your keys, that video, that's on the website too, man. Everything's there, dude. It's just so good. What else?

Audits, hardware wallets, front ends up, contracts, code's viewable, been tested, people are sending ETH, contract functions have been tested. What else? I wish we had been able to mail the rest of the list, 10% of the list not being mailed just bothers me greatly. The best way that I've found to communicate with people is through Telegram. I absolutely love it. Now, you know there's downsides, it's not default encrypted. So, if you want encrypted, it only works on the mobile, and there's some tradeoffs privacy- and security-wise, but God, it's worth it. There was a saying once, I heard it, and I didn't understand it when I heard it. And then maybe 5 or 10 years later, I understood it. "Sometimes you become more of what you want to be when

11

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

**[00:45:00]**

you stop trying to be it." Does that make sense? For instance, this is a dumb example, but it's at the top of my head, "If you stop trying to be free, you end up being freer." That's a weird one. Especially to the cryptocurrency audience that absolutely loves freedom, absolutely hates the government. Imagine how much crappier my life would be if I didn't make so many sacrifices.

I traded in being able to – when I walk around now, if I make a wise joke at somebody, sometimes they know who I am, and not because they should, but because they know of me. So, I don't get to just insult random people the way that I used to, without knowing that it's going to come back on me. Some guy had red hair, and I just called him Carrot Top, and he's like, "Why did you say that, Richard Heart?" I'm like, "What? How do you even – what? I don't get it." But random guy just recognized me, you get more and more of this. Why am I telling this to you? Because if you want to make a difference in this world and you want to make an impact, you have got to give up some of your freedom to get more freedom.

Let's talk about Bitcoin security. Is Monero more anonymous than Bitcoin? Yes. How many people actually go to jail from using Bitcoin? Almost no one. Why? Because it's just too hard for the investigators. They get you easier ways. They get your cable modem logs and then that's all they need. They get you from someplace that's not the blockchain. So, why am I explaining that?

Because if you understand your threat model properly, then you can reduce your security where the threats aren't coming, and you can have more freedom, and more enjoyment. It's such a weird conversation, I spent the first half of this thing telling you how to be more secure and avoid every scam possible, and now I'm telling you to be, like, less secure in some ways. How weird, right? That's why HEX is so controversial, because when you speak the truth, when you speak with nuance, and diligence, and depth, there are tradeoffs and plus and minuses to everything, and I can make everything look good or bad by choosing which part to focus on. And it's all true. Ethereum, a lot of people lost money using Ethereum. Did Ethereum lose their money? Nope, they used the network improperly. That's like saying the burgers keep forcing themselves into your throat.

And that's why you're fat because of the burgers. You're like, "No, the burgers aren't doing it. Your hand is doing it." If you stop doing this, then the burgers wouldn't be able to jump up in there, so it's nuance. Back in 2017 when people were losing money on Ethereum because they didn't know how to code it properly, that reality is no longer the same. People figured out, "Oh, we really need security, and we really need audits, and we really need to use things that have had tons of money go through them." So, the ERC-20 contract that the HEX uses, 5 of the top 11 cryptocurrencies launched on or primarily use the same contract, except Ethereum itself, I guess.

People say, "Bitcoin is so much more secure than Ethereum." I'm like, "No, it's not." You believe in hash rate theater where you think hash rate protects you, but then you look at all the problems you've ever had, and they've never been a hash rate problem. They've been a software design problem. And people just don't get it into their head. I kicked down the door of their

12

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

echo chamber, and I let the light in, and I showed them, "You care about this, right?" Let me tell you why I do that.

If you have a conversation with someone – I'll give you the chess analogy. In chess, you don't win by attacking the king. You do not win by attacking the king because the king just moves, and then it's that guy's turn. In chess you win when you attack the king and he can't move. That's when you win, when he doesn't have a way out. So how do you stop the king from having a way out? You predict all of his exits, and you lock them up. When you're talking to someone and you want to be able to convince them of something, some part of

[00:50:00]

them actually does want to be convinced, some part of them really does actually care about the truth. But there's another part of them that wants to be right, and that part's usually up front and harder. So, first you get the yes momentum, and you get the agreement, and you build rapport if you can, and you say, "What do you care about? You care about low fees?" Now, they know they don't want to answer yes because they know you're setting them up, but it looks too obvious if they try and wiggle out of it. And some people will, like a legit politician, if you say, "Do you care about low fees?" They'll just answer a question you didn't ask.

They'll say, "I care about the children's education. That's what I care about." You're like, "I hear you talking, but there's no relation. It's a non-sequitur, it has no relation to what I'm saying." So, if you get a maximalist or you get any type of zealot that ignores the world and is happy to be doing it, if you ask them, "What do you like that's going on in other projects?" They don't know because they don't know anything about any other project but their own. That's what happened to me, by the way. I used to go on the Bitcoin subreddit all the time and they moderate it very well, and I had no idea other things were going on in the crypto world.

I had my bag of Bitcoin, a lot of it. Waited, waited, and waited, going good, and then, "Oh, Ethereum has a higher market cap than Bitcoin on the year 2050 supply? What? Where did that come from? How is that possible?" I had no idea, because I was technically advanced, but in an echo chamber, literally an echo chamber. Don't be like that. Do not pride yourself on ignorance. Do not pride yourself on not knowing what the next big thing is. So, people ask me, "Why would anyone buy this, this cryptocurrency HEX?" Well, probably because the price will go up is my guess.

"Well, how can you say that?" I'm pretty sure it's starting at zero, and I don't think you can trade the negatives, so nowhere to go but up. But that's not a good answer. That's a weak answer. What are better answers? Here's a better answer. How many % up is Bitcoin right now? Let's take a look for fun. By the way, I love spreading knowledge and intelligence with you guys, and talking about new ideas, and finding new ideas, and creating new things. And you can't do that if you have your head in stand, you just can't ever learn about new cool things to talk about if you just pride yourself in ignorance.

How are you going to outcompete people if you don't know what the competition is doing? We're going to go look up the Bitcoin price. Bitcoin right now, $7,300. It was $1,400. Here's

13

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

the themes I could talk to you guys about. I'm going to actually let you vote on this one for giggles, because I want to look at the chat. I never did get around to looking at the contract. I just want to have a chat with you guys, I just want to have fun. I've been working so hard for so long. I'm going to go to Telegram because, well, Telegram is going to be delayed as much because it's on the transmit side. Let's see here.

I'm just clicking through the ads that I've got, which are so many ads. I'm not going to get through all these. Alright, we're going to skip the ads. I'll look over at YouTube chat real quick. Make sure it doesn't say anything like, "Yo man, your mic's not working" Because I would hate that. Somebody says, "Thank you for all the hard work. We have all night." Positivity man, that's beautiful. Alright, we're talking about Bitcoin. So, let's address this controversy issue right. What does HEX do? It pays inflation to stakers to hold the price up, instead of paying miners to dump the price to pollute the environment, which is necessary, that's the security model, I get it.

**[00:55:00]**

But if you could get the same security without enriching the energy companies and putting more carbon in the air, that's better. Currently, there's not really a way to do that yet, maybe one day there will be, but you could get less pollution. You could get less energy waste. And the thing I really care about, it's not the energy waste, and it's not the pollution, and it's not the enriching of the electricity companies, it's they're selling the damn price. They're selling it down when difficulties at all-time highs and price is three times less than all-time highs. They have to sell every coin they get or go out of business, and a lot of them do.

When you see the difficulty go down, that's people going out of business. It's not like they're switching to another network. There's no other network to switch to that would pay you more. If Bitcoin's at break even or loss, pretty much everything on SHA-256. I can get superior security for pennies in Ethereum with no inflation. In HEX, if you're an average length, average size staker, there is no inflation to you because you are the one getting the rewards, nobody else, which means it's a 0% inflation. Well Bitcoin's had 20%, 10%, 8%, 4%. You can't go from zero coins to 18 million coins in 10 years without a whole lot of inflation. Now the rate at which it inflates is reducing in seven months, maybe six now, I'm time warped from being so sucked into producing things, that the rate will drop in half.

And something weird going on with Bitcoin right now. Bitcoin has only had a reduction in supply rate from 50 to 25, 25 to 12.5, that's twice, and now we're going from 12.5 to 6.25. We've dumped into that. The price was $14,000 three months ago, and now the price is $7,000, -50%. Now, I know why because I'm a trader and I understand the PlusToken Ponzi, and I publish the chart on Richard's calls, t.me/richardscalls, I published on Twitter, twitter.com/RichardHeartWin, and I showed you guys.

Here's the Bitcoin price chart, here's this runs up from $3,000 to $14,000 in three and a half months. Now, look at these PlusToken Ponzi balances, ramping up at the exact same time. And the day the founders get arrested is the day of the $14,000 top. What a coincidence. What a coincidence that a Ponzi scheme that owns 1% of all Bitcoin, unless they've sold some of them,

14

which I know they were routing some through a mixer, but the mixer can't do that much volume. So many things I could share with you guys that you just won't know unless I tell them to you. But I have to adjudicate my time. I can just do an eight-hour stream. Why would I do that? I don't know, maybe I just talk until I'm bored.

It's just me and you guys, right? If you're trying to mix your coins for anonymity, let's say you guys wanted to send your economic energy into the HEX contract to turn it into HEX, to get a piece of the future of finance, to get a piece of the best cryptocurrency I've ever seen in my life. This to me seems like buying Bitcoin when it was a dollar. Brand new. Everything starting out, nobody in the world has a single HEX right now.

Nobody. The people that are putting Ethereum into the adoption amplifier right now, when the time ticks over and it's 7:00 p.m. EST – and time zones are funny, like 7:00 p.m. EST on one day, in Europe and Asia is the next day. At any given moment, one part of the world is at a different day than another part of the world. It's kind of it's weird when you think about it, because there's just so many places and you're like, well, am I before or after and whatnot? Thank you, Google. For instance, filling out a form a couple hours ago and it asked me, "What is the date that the launch phase is over?" And I've always got things memorized in there. But I'm new to this whole being launched thing, I know the big payday, the giant payout of like so much HEX is on day 353. Do you know why that is,

**[01:00:00]**

by the way? The system could have been designed to pay out every day. "Oh, here's some unclaimed coins?" Pay it out, pay it out, pay it out, pay it out. Do you know why we didn't do that? Because the early guys would get too much reward, unfair reward.

Now, some people don't understand that can exist. So, I said this one time, "I bought the $30 top in Bitcoin." And if I'd bought a week earlier or a week later, I'd have five, 10 times the money, whatever, some huge multiple of the money. And then for people that were a little earlier or a little later, is it fair or reasonable that they have like a higher net worth forever now? And you can't make it up. The vast majority of human beings, whatever your Bitcoin or crypto stack is now, for the vast majority of you guys, your stack will only get smaller. No one tells you that. No one tells you that but me. I don't know why. I guess I'm lucky, or everyone else is unlucky, I don't know. Why is it that Bitcoin is nearly impossible to grow your stack with, in Bitcoin?

Because you have to outperform Bitcoin to gain Bitcoin on your Bitcoin. So, let's say and I did this – oh man, I bought a lot of mining hardware, I never made any money with it. And if I had the coins, boy, that would have been nice, right? Same with people that have startups in the crypto space. Tony Gallippi, founder of BitPay, publicly says, "I would have made more money just holding the coin than starting the startup."

And I think you'll find that with almost every single crypto business, that the founders of the crypto businesses actually lost money doing a successful business with lots of users in the crypto space, because what they were competing with was just too amazing. If you do normal business, you do so well, and then you get a scalable business, you can ship products and double your

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

volume, cool. You do a little better, right? And then you get a digital product which has low cost, you do a little bit better, and then you get a referral program, and you can get some more scale, and that's all awesome.

Then you keep adding these techniques to amplify your business structure, to make it more effective and more powerful. Even after doing all of that cool stuff, Bitcoin is up 750,000x today. Bitcoin is not up 750,000%. It's up 750,000x. To get percent, you got to multiply by 100. On HEX, I say this is designed to outperform the price appreciation that Ethereum and Bitcoin have had. People go, "Oh, it's impossible, 10,000x." Is it impossible? Because I know coins right now that have outperformed Bitcoin. It's not impossible. It happens all the time. The problem with these coins is, well, some coins, they'll go up really high but then they'll come back down.

And this is something I get into with Bitcoin guys all the time. Well, not all the time because they're afraid to talk to me now, because I've left a trail of bodies behind me, slaughtering everyone that I had a friendly chat with. I am very friendly, and honorable, and steelman their positions, and truly understand their positions, and truly give them all the time possible, and they just have the misfortune of being on the wrong side of the argument. And then after watching a debate with me and any Bitcoin maximalist or any trader, I'm going to show you the truth and you're going to understand it was true, and you're going to be able to verify it.

Because I'm going to give you my reasons, I'm going to give you the data that I have, and then I'm going to give you the processing that I did on it and the conclusions I came to. And if we agree on the data and we agree on the processing, we should agree on the conclusions. I'll take you the whole way there. I've got a very smart Bitcoin guy named Giacomo Zucco, I think his name is, he's coming up December 9, six days on the channel here, and my intention with him is to just learn and talk about smart stuff because he knows things I don't.

I got to be smart by shutting my mouth and learning from people smarter than me, and everyone smarter than me in some way. I respect that, and I honor that. And I also know the things that they're retarded in, and I'm willing to call them out. Honesty, right? I know I'm fat, I know I'm old. I also know I'm funny, rich, powerful, smart, and witty, and all this other crap. I know what I am, I don't have to pretend. That's why I can go to the beach with my shirt off. Yeah, I know this looks terrible, I wouldn't look, but I'll try and stay on this end of the beach

**[01:05:00]**

over here so you guys can enjoy your day. But I'm not trying to hide and pretend that I don't exist. It's the same intellectually. Everyone's got their warts intellectually. For instance, when I do some of these videos, when I said we went from $3,000 to $14,000 in about 3.5 months, maybe it took 3.8 months, or maybe it took 4.2 months. It could be off 10% there. I'm not speaking to perfection. I'm speaking Pareto efficient, 80% of the value with 20% of the effort.

Bitcoin, 750,000x, you could have bought it for a penny, waited, gone up 750,000x, now you could sell what was a penny for $7,500. And it used to be about three times higher. I don't know why people are so shocked or astounded, or don't realize these numbers that I'm quoting are accurate possibilities, because I could show you tons of charts like that. And these are

16

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

currencies that have less starting adoption, less features, less virality. Everything in HEX is so good, the only thing we're missing is anonymity, and it will show up. We already have Zether, which is full zk-SNARK functional on Ethereum. However, it takes too much gas.

Okay, well, if you are on a side chain, there's more gas available if you raise the gas limits. There are all these cool things coming down the pike. Tons of really cool things. Do I think that HEX can go up faster than Ethereum did and do over a 10,000% return in two and a half years? Yes, I truly do believe that. Yes, it is really possible. Yes, other things have done it. Will HEX do it? I have absolutely no idea. I don't know how much money is in the contract right now. I don't know how much Ethereum is in the contract.

I don't know how much people are sending. I don't know how many people are sending because instead I'm here talking to you guys, because in reality, those things don't actually matter right now. What matters right now is building amazing infrastructure, getting things right from the start. Once the infrastructure is there, the virality and the design can take off and fly. I did not make that Pirate Bay thing happen. Front page of The Pirate Bay. I didn't make that happen. Other people made that happen.

Why? Because we have a referral program. Do you know how many times I've seen amazing content for HEX because there was a referral link attached to it? This is how I got rich, by the way, I retired back in 2003 basically off of referral programs. I believe in them. They scale, they're awesome. They inline incentives. If the audience wants something and you offer it to them, they buy it, and you make money and everyone's happy.

That's what pay per action marketing does. The world sucks and is made worse when people do pay per impression marketing. Pay per impression marketing means I'm too stupid to figure out whether you actually bought or not, so I'm just going to shove ads down your throat anyway, whether you like it or not. And then if you don't like it, they've invented a new button that could, if you know where it's at, and if you get into the hang of hitting it, and if you don't mind doxing yourself and giving away more about your personality, you can ask to not see this ad again.

And then they'll show you another terrible ad. Something I did with my John McAfee interview, I said, "It's the year 2019 and they have all of your data." You leave your location on your cell phone because you want to get an Uber, they know where you are. If you turn your location off, they still know where you are because they triangulate with the cell phone towers. You are totally 100% doxed into oblivion when you have a cell phone. But do you want more fake freedom by getting rid of the cell phone, or do you want more real freedom by having a cell phone? Think about it. Who has gotten pwned, ruined, and had their life made worse by their cell phone, and then who has made their life better?

So, by stopping trying to be free in some places, you become more free. By stopping trying to be anonymous, you gain more influence. There are so many tradeoffs that are just awesome to take, so good. The referral program is one of them. Could you make more money as an entrepreneur if you reached everybody with no middlemen? Sure. But if you want scale,

**[01:10:00]**

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

and you want to find markets you never knew existed, all of these other people have niches, and abilities, and will fit into cracks and crevices you never thought of, ever. Period.

I know this because I've studied what works in the real world for decades. I know who makes the most money. I know how they do it. We're there. We have a product with infinite margin, where other people in the space have done insane, the highest returns that have ever been seen in the entire world. In the entire world's history, nothing has made more money than cryptocurrencies, percentage wise. Nothing. The fact that we could build a better cryptocurrency and give it away for free to Bitcoin holders, wow. I try to describe – there's so many open threads here, I'll finish this one.

In cryptocurrency, these are already the highest fastest appreciating assets that have ever existed in the history of mankind. I and the HEX community have designed and made something that has never been seen before. It's got all of the onboarding, and stickiness, and slogans, and videos translated into Chinese, and all the marketing stuff that makes complete scams successful. OneCoin, PlusToken, Bitconnect, FairWin, on down the list, just 100% scams. Those scams onboard new users at larger rates than real honest crypto. Is that good for the world? No, it's terrible for the world.

How do you fix it? Do you want to fix it? Do you like seeing people lose all their life savings? I don't, I don't like that at all. I want to save the world. I want to heal the humans. I want to make the world a better place. I want to do medical research. I want to cure mental illness. There are so many things I want to do. They're expensive, and they take a lot of people. Well, how do you get people to do what they should do, instead of what they want to do? They could do what Steve Jobs did. When Steve Jobs made the iPhone, back when he made it, if you would ask people what they wanted, they wanted more buttons. They didn't want no buttons. No buttons don't make any sense, back then. But he did this smart thing, the better thing, the harder thing, the more profitable thing, the thing that gives you a bigger moat to defend yourself against other competitors.

He gave them what they should have wanted and then made them want it. And that's what I'm doing with HEX. People should want trustless interest. People should want to get rid of counterparties. People should want cheaper fees. People should want to use an ecosystem that stays in the same blockchain, so that all of that trustlessness can plug with everything else. You can't do that in Bitcoin.

If you want to use a stablecoin in Bitcoin, you got to go to a central counterparty that could lose your money and get a coin where there's a bank, and then there's the middleman who takes all the interest and isolates you from the bank so that you can't see the bank. And then how is that better? Crypto was designed to get rid of counterparties, not add them. In Ethereum, the ecosystem that HEX is built in, we have a trustless distributed stablecoin that still has some risk and that there's still some voting involved. But the question is, what's more risk, a couple guys voting on some numbers or a bank? That could just be like, "Now we're keeping the money." Which they have already done, or the government, they could say, "Hey bank, keep the money." Or law enforcement, they could say, "Hey, government, seize the money." There are so many

18

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

points of failure with traditional finance and centralized DeFi, how are we going to wrap up all these threads?

We're going to be here a long time, guys, so I hope that you're – trustless interest, why is Satoshi's stack smaller now than it was before, percentage wise? Because the currency inflated faster than he could grow his stack. We know where his coins are, we know they weren't lent out, we know they weren't transferred. He used to have a larger percentage of the total market cap, which is also called a Vlad number, if you want to look it up, which is the price of what it costs to get 1/10,000 of a currency.

The digits might be off, but the important part is, how much does it cost to get a percentage of a currency? Satoshi used to have a much larger portion of Bitcoin, and now he has a much smaller portion of Bitcoin. Why? Because he couldn't get his Bitcoin stack to grow at the same rate that it was inflating. You see? Now why is that?

**[01:15:00]**

Because Bitcoin doesn't pay developers. Bitcoin doesn't pay marketers. Bitcoin doesn't pay lobbyists. Bitcoin only pays people that you've never spoken to in your life, it pays miners.

The miners don't talk to you. They don't know who you are. They don't know what you're saying because they live someplace where they can't speak to you. You're literally digitally isolated. Twitter, blocked. YouTube, blocked. Telegram, blocked. Facebook, blocked. Google, blocked. How are they supposed to find you? Probably nice people over there. Probably wonderful people over there. Too hard to find you. I live stream and punch pretty hard, 8,500 people in Richard's price calls channel. I called the $20,000 Christmas back when it was $3,000 or $4,000, months ahead. Nailed it. And then I called the $19,000 short, and then I called long at $9,300. Had to close at a loss at $8,500, and then I called the multi-year bear market at $8,500, who went down to $3,000. Then I told everybody to stop their shorts at $4,000. Then I said the long $10,000, went up to $12,000, came back down and said to close at ten-four. Why? Because the market's not doing what it used to do. Technical analysis and some fundamental analysis used to be enough in 2017. In 2019, China analysis, Ponzi analysis. The Ponzis are onboarding new users, the Ponzis are chewing these people up and stealing all their money. If you want to stop the Ponzis, you got three ways to do it. You can complain to the regulators, they never get the money back.

They only come after the carcass has already been picked clean. That doesn't work. Why? They're underfunded and it takes too long. The scams pop up quicker than they kill them. It's called the asymmetry of bullshit. It's 10 times harder to refute bullshit, and it's 10 times harder to do law enforcement than it is to just commit crime. Think about it, you're walking down the street, somebody punches you in your face, they run away. One guy, one crime, 30 seconds. How long does it take to get justice for that? Four guys, a week, 100x more time, right? And then how does society compensate for that? They over penalize.

Not exactly the best way to do it. So, Bitcoin's already up 750,000%, Ethereum people bought for 15 cents on Kraken and it went up to $1,500. That's 10,000x. Bitcoin's up 750,000x. I think

19

that's 75 million x, so... No, 75 million percent, that's how up Bitcoin is. Now I'm on four hours of sleep. Feel free to check the math. Whatever it is, it's an absurd number. Back to HEX, HEX can do things no other cryptocurrency has ever been able to do, ever.

Second most popular product at the bank, time deposit, $7.2 trillion in the United States and China alone. Many more trillions globally. It's a weird market in that it has a different name in every country, which sucks because I have to choose one name for the web page, or I have to geotarget and have the web page change based on who's looking at it, which is doable, but hard. In Canada, a time deposit – so in America, we call them a CD, or a certificate of deposit. In Canada, it's called a GIC. And the UK, it's called a bond. In Asia, it's called a time deposit. Well, it's all the same thing. They pay you more interest if you lock your money up for longer.

The time value of money is obvious to everyone. We're taught it in school, and we live it. You borrow on your credit card, longer you have your money out, more you're going to pay. You want to lend money to someone, he wants a longer period of time, "I'm going to need some more money, man. Like, how long do you want me to be out my money?" The time value of money is obvious. Now, who in crypto has monetized the time value of money? Proof of Work has not, they only monetized electricity burning. I think the people that are best monetized, time value of money, so far in cryptocurrency are centralized exchanges who beat you up on fees.

If you see an exchange founder,

**[01:20:00]**

they're often worth $1 billion, several of them. Several exchange founders worth $1 billion. Where did that money come from? Now I'm going to go pretty easy on these guys because I think it would be pretty cool if HEX was listed a lot of places. That money came from their customers pockets. Moving $1 billion of value out of cryptocurrency investors hands and into their pockets made the world better, how? Did they improve the software? Nope, they didn't improve the software. Do they improve the network? Nope, as a matter of fact, they can't even really run mining hardware because it would be a conflict of interest.

So, they're making $1 billion, they're not improving the network, they're not making the mining work better. What are they doing? I'll tell you what they're doing. They're hiring developers to build new products to screw their customers over for more money. That's what they're doing. What do you see? 125x margin. What can you do with 125x margin? On something that's down 50% in a couple months, had a 42% green candle about a month and a week ago. Do you need 125x margin? You don't need that.

You shouldn't have that. Trading will destroy your life. Trading is where you sit and stare at a screen and try and take another guy's money who doesn't want you to have it, and he's wasting his life the same way. So, you're in one part of the world looking at your screen, and he's in another part of the world looking at his screen, and you're both trying to figure out ways to take each other's money. And you know who's getting rich the whole time? The people in the middle. They're happy to see you fight over, "Oh, is the price going to go up or go down?" A

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

lot of times the price is non-deterministic. It is literally impossible to predict, no matter who you are or no matter how much data you have access to.

Not everything in the world is predictable. There are things that are not predictable. And so, there's this experiment they do where they have two people that are testing. One of them, they have tried and figure out whether someone has cancer or not by looking at their lung radiology, their x-rays, might have a CT scan, but I think they were x-rays. So, they tell that guy the real truth about whether he got it right or not.

So, "That looks like cancer, okay it was cancer. Okay, that looks like it's not, oh, it really was." And then they give them real data and then he refines his model, and he learns that, "When I see this, it means cancer, and when I see that, it's not cancer." Then they give another guy the same exact test, but they lied to him about when he was right and when he was wrong. And what happens is the guy that's given the good data, he comes up with a really simple heuristic to discern what is true and what is false, very simplistic.

But the poor guy that they give the false data the randomness to, he comes up with very advanced, ornate, exotic ideas for why sometimes things are the way they are. When you put these two guys together and they communicate with each other, guess what happens? The guy that was fed wrong data who has no idea what really means what in the world, that guy, because his stuff sounds more complicated, he convinces the guy that had the right system, the simpler one, to get worse results and adopt ideas from his thing that never actually worked, because it was more complicated.

That's trading. Trading is, here is a random system that you're going to think that you can find certainty in, even though you can't, by using ever more complicated, ever more complex crap that brings you farther and farther from ever having something that actually works. You get into trading, you go on trading view and you're like, "Oh, look at all these indicators. Let's add as many as possible." And then what you realize is, "No, really let's use three and that's enough." And then really, you shouldn't trade at all because how are you making the world better screwing that guy out of his money?

And by the way, you're both going to lose. Because the guy that actually wins is the person in between you. The person telling you, "Hey, you can copy trade." You would have not done this risky thing because you felt scared, because you didn't have certainty in yourself. But we're going to trick you to have certainty in yourself by saying you could copy someone else's success and get destroyed that way.

**[01:25:00]**

Here's a celebrity, here's a way to lose all your money, press that green and red buy and sell button as often as you want. Rack up them fees. Terrible. I want to replace all of the counterparties, the banks, the margin lending houses, all of those things which I don't feel make the world a better place. In theory, the exchanges could make the world a better place by onboarding more users. But they did that, and the price went down 85%. Anytime someone says, "That HEX, it's a money grab, there's no utility." I'm like, it is pure utility, everything's

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

better. The fees are lower, the audits are more numerous. The track record of the thing we're running on has had no inflation bugs but going to add two.

The transactions are faster. the throughput is higher on the network overall. If you have to work with a lot of other ERC-20s on the same network, you have to compete over that. Currently, it's 3 cents to do a transaction that confirms in a minute. Three cents is cheap. We have a referral program. Can you get rich referring people to Bitcoin? Nope, not unless you're ruining them and destroying their lives with margin. If you want to ruin people's lives with the margin, you can get money in crypto.

And I've got a link if you want to destroy your life with margin, I'm not even going to tell it to you. I'm not even going to utter the words. I could, I have, but I'm not going to because there's a better way now. You don't have to get wrecked on margin. You can sit with your stack, and hold it, and it will get interest. In Bitcoin, if you could have locked up your coins for 10 years, do you know how happy you'd be? You'd be 750,000x happy, more actually, but real happy. What do people do? They get greedy. They try and predict a pattern and a thing that doesn't tend to have patterns. The problem with margin trading is that when you get the game right, the game changes. So, you went from $200 to $20,000, about two and a half years, and you had no dips over 40%.

And it never took more than 34 days to find the bottom of the dip. That was awesome. And then we started doing dipsville from $20,000, when the CME launched. Buy the rumor, sell the news, it launched. Okay, well, that's the news. What do we do? We exceeded the 40%. We dropped like 47%. And then we pumped, and we went to like $1,670, or $1,640, or $1,540. And then we dumped again.

And then we pumped to wreck everybody that thought it was over. "Oh, you thought it was over? Okay, we're going to go up to $17,550 now." And then now everybody got long, now they get wrecked. This system changes when you figure it out. You shouldn't do it. You'll lose all your money. You'll lose all your time. You'll lose all your relationships. There's a better way now. Let the technology and the design of the thing work for you. Let people refer. Let people transform ETH into HEX. Let people stake for longer and larger. What do you think is going to happen in a system where tons of people are putting money in, and everyone's locked up and they're not taking it out? What do you think is going to happen to the price? It's the simplest thing ever. It's going to go up.

Is that a guarantee? No, anything could happen. Nuclear war could EMP shock the internet, now we don't have internet for 10 years, and we have sticks that we have to fight with. I don't know. Anything's possible. What I try and tell you is, I tell you what is possible, I give you my data, and then you draw your own conclusions from it. I didn't know how many people would join the contract today. I still don't know. You know better than I do, I haven't looked. I don't know how much money they're sending. I don't know how long they're locked for.

I don't know how many people are referred. I don't know the average size stake. I don't know the average length stake. I don't know whether they're smart enough to spread their end stakes out, to not hit the market at the same time, I don't know any of this stuff. All I know is that we

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

have designed something that has features that are superior to other products. We have marketing that's superior to other products. We have traction and growth that is superior to other products, and there aren't much else more you can do. That's about as good as you can do.

In that video that says this is designed to do over 10,000x in two and a half years. It is designed to do that. Just like Bitcoin was designed to go higher than it is now. Bitcoin was designed to take over fiat and to displace national currencies. And if it did that or a larger portion of it is doing now, it would be up millions of percent. It was designed to do millions of percent return, and it has already done

**[01:30:00]**

750,000x of that return. It's really more depending on where you bought it. I'll give you an example, on Ethereum, if you quote it from its ICO price to three and a half years later, it's a 4,500x.

But if you got on exchange, the price dumped under ICO price and it whipped down, on Kraken, and you could have got it for about half of ICO price, was either 14 cents or 17 cents. It was actually 15 cents. If you're quoting the multiple off of ICO price to the top, you're going to get a 4,500x in three and a half years. If you're quoting the price on exchange and you go to the ETH/USD pair on TradingView, and look up Kraken, you're going to see it went from 15 cents to $1,500, and that's a 10,000x. And it did it faster than it did in two and a half years.

I know other currencies that have done better things, but if not better, equal. These numbers are so gigantic that you almost can't reason about them. I was making a video about what your gains will be in the adoption amplifier, getting in HEX early, share price only goes up. The earlier you stake the lower share price you get, the more shares you get for the HEX that you lock. And this happened today, someone was the first person in the world, to use the adoption amplifier in HEX. And when that person did it, the returns that he saw as potential, the amount that would get paid out if no one else staked after him, we're actually millions of percent.

Because that's the math. The contract knows that it's got to pay out about 180 billion HEX on day 353, because that's what's unclaimed. And nothing's claimed yet because claims don't open until 7:00 p.m. EST tomorrow. So, if you're the first guy to put in Ethereum into the adoption amplifier, and you only put in one gwei, which is zero point seventeen zeros and a one, you would get all 180 billion HEX on day 353. Now, do that math. That math is by 180 billion divided by seventeen zeroes and a 1, and when you divide by a fraction, it just multiplies.

And so really, what you're doing is you're taking 180 billion, and then you're slapping an extra 18 zeros on the back of it. And you have a number that's impossible to reason about. It's more than there are grains of sand on the Earth. I think there's 7.4 or 7.5 E to the 14th, or E to the 15th grains of sand on Earth. In HEX, we actually have enough units that you could price each grain of sand on the Earth with a resolution of 3 or 4 Hearts. In Bitcoin, each Bitcoin is made up of 100 million satoshis.

23

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And in HEX, each HEX is made up of 100 million Hearts, and when you stake them, you get staked Hearts. I've got a bunch of little jokes in there. HEX is so good. People like to say the word, "It's quick, it's easy. It rolls off the tongue, plugs into a million puns," HEX-ual healing, HEX-cited, HEX-cellent. If you want to make good HEX puns, you can replace the first letter of words that start with any consonant, and then have e-x as the next words. HEX-cited wouldn't be one, you're appending an H to the beginning of it. But like HEX, drugs, and rock and roll, kind of a verbal play, or I don't want to use the HEX-ual healing again because I didn't think it was that good.

But I guess I am going to, we're replacing the S with an H, right?" And everywhere you look in the world there's hexagons, all of the places that are trendy and cool and technological. If you go on YouTube and you do a search for Doug DeMuro, Lamborghini Huracan, every Lamborghini is covered in hexagons now. The rims have hexagons in them, the buttons have hexagons in them. It's a beautiful technological, modern brand that you can't misspell and is more futuristic than any other shape. There is no more futuristic shape than hexagon, at least in the Western culture that has movies I watch, damages I look at.

Then the beautiful, technological modern brand that you've got a pretty limited range, there's not that many platonic solid kinds of shapes. And the hexagon isn't actually even a platonic solid. So, platonic dodecahedron, solid, I know that can take a shape and then enclose an area with it with no other weirdness. You can't do that with a with a hexagon, you end up with a

**[01:35:00]**

truncated dodecahedron, which is actually just a soccer ball. And that's what soccer balls have. They have hexagons and pentagons mixed.

Totally relevant. I know that because I designed ideas, "Hey we want to go to the moon. Alright, well, let's make a hexagon moon." Okay, so how can we get a moon texture over a rotating spherical mass? And someone volunteered and did it. And so now we have a HEX moon GIF. I love the HEX community. There's a lot of really good people. Even people that I was hard on when they first came aboard, they just stuck with it and became useful and became awesome.

Some of the demo videos, unlike how you can sign using Coinomi to sign for your Bitcoin statement, I didn't have time to go and do it. I'd love to, I'll probably get around to it at some point, but someone else did it and we linked to it, there you go. [INDISCERNIBLE 01:36:04]. There you go. That's how you do it. And another guy did one for how to sign with ledger, you get your electron wallet, and here's how you get your ledger to sign through it. The manufacturer should do this stuff better, but I don't know. When you're smart and you're creative. Everyone should do everything better, including me.

Like there's just an endless amount of better that can be done. Like, now I've just noticed my candlestick holders covered in green wax. How many returns could you really view better than $25,000 somebody is going to have to clean all that up. That was smart though. See this? I didn't let it get the chair, smart. So, HEX, how much returns could it really do? I think it could do better than 10,000x in two and a half years. Why? Because Ethereum did that. And

24

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Ethereum addresses a smaller market with no referral programs. Original sales pitch was World Computer, and they gave up on that. And then it was like distributed anonymous companies, and then they gave up on that. And then I guess now it's distributed finance, maybe that one will work. Bitcoin's had the same kind of narratives.

Bitcoin was like, "Hey, we're going to be the platform that everyone else builds on." No, and then everyone that built on it failed. Counterparty built on it, five-year-old coin, failed. And the funny part was when Counterparty and Omni failed, they do less than $100 of volume a day, they were built to allow other things to build on top of Bitcoin. So not only did nothing else succeed building on Bitcoin, but the products that would have allowed price point to even happen, also failed. When I say failed, it's not really fair. I know Omni still functions and it's still usable, but if you bought that coin, it isn't never going up.

It's over $100 a day of volume, after five years, call it quits? And it even had adoption, Tether used to do a ton of transactions on it, and the adoption wouldn't even make the price "Buy Up." If you've got utility, hex now, you're doing good work and you're making the world a better place, but you still can't get the price to go up, what are your options? Make the world more better? It turns out that utility is not what makes these things go up in price. What makes these things go up in price is people pressing the green buy button. If you press the green buy button in HEX now, you're going to get a lot of HEX, and you're going to get it first.

If you lock your coins and you lock them for longer, you're going to get even more HEX because day 353, that's when all the big, big payouts happen. Then guess what happens? There's no more inflation, 3.69% maximum, and it's very unlikely to reach that maximum of 3.69%, which is lower than Bitcoin has ever had. Maybe they're tied at this point, because it was like 3.8% a month ago. Who knows? You have 0% inflation if you're an average-sized staker, you have no overhead, you have no servers you have to run, you have no electricity bills to pay, and you have no other people being paid inflation that have electricity bills to pay, selling the price down while you're sitting there holding.

The only people in the system that are diluted, the only people in the system that feel inflation in theory, you can't really feel it unless you're onboarding less people than the inflation rate. If you're onboarding less people than the inflation rate, then the price is likely to go down. Then you're not likely to be making profit. But every cryptocurrency that is a mined cryptocurrency has had high inflation rates to pay for its network security, to pay for its miners, and the prices have still gone up insanely high anyway. Imagine how much higher they would go if they didn't have that load and that overhead. This is nuance.

There's so much nuance that I'm the only person that tells you. People tell you Bitcoin's deflationary,

**[01:40:00]**

it's not, it's inflationary. And it's had two inflation rates drops before, and it's having its third one now, and the price is dying into it, which it's never done before. I know why. Because we over pumped from PlusToken ponzi. I'm still bullish Bitcoin, I still think the price will go up.

25

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

You just got to wait for the next ponzi, or the killer app. It isn't going to be a killer app anytime soon. Can't do DeFi. They don't want other things to build on top of them. They tried to kill Counterparty. They used to have 80-byte space in the opcode, Counterparty used it. They're like, "Alright, well we'll just shrink that to like 30 bytes or 40 bytes." And they just tried to kill them off.

And then they had to change all their code and they just went and failed anyway. So, I'm trying to tell you the truth about things. I want to tell you the truth about Bitcoin. I want to tell you the truth about Ethereum. I want to tell you the truth about HEX. I should say this, again, in case you guys didn't hear me – I do not know what the price is going to do, and neither do you, and neither does anyone else.

The best we can do is guess. And if you're going to guess, say you're not a financial advisor. I'm not a financial advisor. I know what it's designed to do. I can describe design intentions to you. And since you're the network and you're the one minting your coins, and you're the one minting your rewards, and nothing can happen without you, probably could actually be more liberal talking about the gains, we want it to be. I prefer to be more conservative.

The design of this thing is what makes it awesome. The design of this thing, the community, the peer-to-peer trustless network is what got us where we are now and is what is going to take us to the future. It's all there. It's running, now. You could become part of it, now. You could go to go.hex.win, you could install MetaMask, you literally could buy Ethereum in MetaMask. You click deposit and it's got options to buy Ethereum. They're going to make money on that. That's fine. They earned it, right? They built a good product. They're going to make some money on that. Now, there's other options, there are other ways to interact with the blockchain that aren't MetaMask, there's something called Ethers, which is really cool. There are so many things you can build when you've got distributed finance programmable money.

When you give them programmable money, first thing you should do is build interest. What else can you build? You could build margin products if you wanted to without the liquidation wicks probably. Well, maybe not. Someone's got to get liquidated in margin. It's just how it is. What else could you do? You could wrap these stakes in another contract and then made them tradable while they were locked. And they would be more like a T-bill. Someone could build that. And matter of fact, developers keep messaging me and telling me they want to work on this project because they find it interesting, and what do I think a cool idea would be?

Right now, I'd like to see someone finish those charts. I want to see a chart of future market supply. That's what I want to see. I don't want to have to manually calculate it. Hope someone builds that soon. I know someone's working on it. That's great. What else would I like to see? I would like to make sure the mobile onboarding works well. I guess that's it. To be able to wrap and trade the contracts, maybe. Someone could add some margin, maybe. And then verify that the mobile onboarding works. Everything else is mostly adoption. When EOS launched and made $4.2 billion on an ERC-20 contract, like HEX is, where you send ETH and got EOS tokens, ours is nearly the same.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

The difference is they were security and they promised you all this future work and entrepreneurial effort, and it wasn't functional at all. And we're the opposite of that. We promise you nothing and we're fully functional. They got $4.2 billion, did a 40x return in the bear market, and I believe their price even now after this bear market is still higher than what they launched at. And the market that they address is tiny compared to what HEX addresses. The market Ethereum attacks, the market Bitcoin attacks, and the market EOS attacks are all tiny, compared to the market that HEX attacks. None of those pay you for locking up your money, none of them. There are some things that pay you for locking up money, but there's no time involved. You can just unlock it whenever you want and dump the price whenever you want. That's not what we're doing here, we're doing a CD just like they do at the bank. And the bank, if you lock up your money an extra year, they give you 20% more interest. In HEX, if you lock up your money an extra year, you get 20% more shares.

**[01:45:00]**

In the bank, if you have $100,000 stake or $100,000 lock up, they call it a jumbo CD, and they give you 10% more interest. In HEX, if you reach 150 million locked, then you get 10% more interest.

We just took what already works in the real world and digitized it, and then people still yell like there's something controversial going on here. Where's the controversy? We're paying stakers instead of miners. We're monetizing time instead of hash rate. This network's already got 5 of the top 11 market caps launched on it or using it. I just don't understand where the controversy comes in. Is it the fact that I know how to look at a chart, and the fact that I know Bitcoin's up 750x, and two years ago was up 2 million x? I know that, and you don't. So 10,000x seems like weird to you? Maybe.

I'm in a unique position to be a trader, a marketing guy, a technical guy, and I guess a broadcaster guy. Now, what I need to be is a diet guy. That would, I'd say make me more well-rounded, but the inverse, it would make me less well rounded. Get it? So yeah, I built the best cryptocurrency I've ever seen. I've researched all the other ones. It is very likely to do amazing things, in my opinion, and we already see them. So, let's take a look. Alright, chat, I'm going to look at you guys. I'm going to look at your questions right now. I'm going to scroll down to the bottom.

I'm looking at the YouTube chat right now. If you posted something earlier, I'm not going to see it. Somebody asked, "Why did the Ether amount drop in Etherscan? I don't know, I'm not looking at it, but there is a flush function that anyone can run that sends the Ether that's in the contract, it's what's called the flush address. So, if you saw the amount of ether go down, probably because someone ran the flush address, it's important to note that the Ethereum in the adoption amplifier is not the Ethereum that's in the contract, because anyone can run flush whenever they want.

I killed [INDISCERNIBLE 01:47:35] and I'm happy to do it again. Any of you guys that know anyone that I have a disagreement with, I will destroy whoever they are on live stream unless I'm wrong. And then I'll just rather switch to being right. I've never even come close to meeting my

match. I've bested everyone that I've seen. And it's weird because I don't even look at it like this conflict thing that everyone wants to shove it into you. I'm just speaking the truth about things. I'm doing it respectfully, and I wish I could have more conversations like that. I'm pretty sure with HEX getting the adoption numbers that it is getting, we're going to have as many of these good conversations as we want soon. It's my guess. Someone says, "Sup man? Impressed with the price already." I don't know it.

I don't know what the price is. I don't really care. I'm in this for the long haul. As a matter of fact, I'd be happy if the price started out really low so that I could get some insane multiple x return. Because I'm looking at that, I'm looking at multiples and x. Once we hit some of those, we'll be looking at volume. Doing a lot of x of volume is only as useful as people can like gain benefit from it. Now, you got to dance around this Howey Test thing. You do all the work. You mint your coins, you mint your rewards, you were the network. Totally distributed, totally peer-to-peer, totally trustless.

Hard to use, it's blockchain, it is hard to use. They are. Who and what is responsible for the gains that you're seeing? It is not me. It is not my entrepreneurial effort. I promise you nothing. I promise you absolutely nothing. And further than not promise it, I will tell you to not expect it. When you send Ethereum to the contract, you must expect no work for others. Why do I do this? Why do I tell you this? There are laws regarding securities. The security is, in the United States, and different countries have different laws, when people give money to a common pool with the expectation of profit solely from the work of others could be a security.

**[01:50:00]**

It's called the Howey Test. H-O-W-E-Y. If you don't do those things, you can't be a security. If you want to be a security, you can't just opt for it. You can't just choose it. You have to actually fit those parameters. Do people make things that go up in price? All the time, houses, collectibles. They go up in price all the time. The securities? No. Why not? They went up in value. Because going up in value doesn't mean your security. It's why you went up in value. They're trying to protect investors. Investors get screwed all the time. People promise them a lot, they get their money and then they leave with the money. They use fraud and they lie to them like a Ponzi scheme.

Ponzi scheme promises you returns, gives you an excuse as to why they can get those returns. The excuse is a lie. They don't actually have any returns, and they're stealing the money from new guys to pay old guys. It's fraudulent. HEX cannot be a Ponzi because HEX promises you... well, it doesn't promise you anything, you're the one running the code. You're minting your own rewards. It's just math. So, when I tell you about these multiples you do in HEX, I'm telling you what the software is designed...

Oh, really? What's going on there? Oh my god. Dude, I might have to call these candles quits. This is such a mess. Whoever invented this, they could have done a far better job. How am I going to blow these out without looking stupid? [*blows candles*] Not bad. [*keeps blowing*] All right, well, Richard the magic dragon. Yeah, there's a big mess there. I've got a green wax

28

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

laptop now. Hey, since I'm delayed on my screen, I can actually see myself blowing out the candles.

I did tilt the camera up a little bit more to get the height here, because the candles are so tall. I'm looking at chat here. "Will the amount of ETH sent to the AA dictate the starting market price of HEX?" No. Here's the way markets work, free markets. There's an order book, and an order book has buyers and sellers. The sellers are on the top and the buyers are on the bottom. And where they meet is called the bid-ask spread. If you have market makers, it tightens the spread up, and it makes it so that you don't have such a big hit when you cross the line, and place a market order, and remove liquidity from the other side.

And exchanges usually charge you – you're not going to see these candles for a while, guys, so I hope you enjoyed it. Or I could just run with it and just let a giant wax thing build up. I don't know, we'll figure it out. So, I was a very, very intelligent businessman at the age of 24, but I didn't understand order books. It took me a long time to figure them out. I don't know why, I understand them now, I could explain them to you in an easy way. Now, you'll probably get them. But if you don't find the right guy to explain an order book to you, man, it's just going to be... You may never get it, you may never understand it. So, an order book is, it's a list of all the people that want to buy, and a list of all the people that want to sell, the prices they want to buy and sell at, and the quantity they want to buy and sell at. And that's it. That's all it is.

And it's all in the same product. Let's say they were... well, let's call it Bitcoin. There will be differences in order book thickness. So, if you want to see order book thickness, you can go to a site called CoinMarketBook.cc, and that compares cryptocurrency by their order depth in the order book, which means how much volume could you sell into this order book and not move the price against you too much. And you can see these volume adjusted things.

You can see it on Bitcoin wisdom, which is on the top right side. I think Bitcoin used to have it on the bottom, but I don't think Bitcoin even exists anymore. Bitcoin.org, they might, but I haven't been there forever. You've got a combined order book that you can go on... I'm telling you all these trader things, but I'm actually going to stop doing that now. I'm going to stop talking about trading because you're going to think you found something that works and you're going to get wrecked, and you're going to lose all your money, and you're going to wish you had locked up your money and just

**[01:55:00]**

sat on it, or even better, locked up your money, and sat on it, and watched it make gains.

When have you had that opportunity before? Satoshi has less percentage of Bitcoin than he ever had, because he couldn't sell his Bitcoin and put it into something else that would return him a higher return, that he could then buy more Bitcoin with. The only things in this world that can outperform cryptocurrency performance is other cryptocurrencies. Period. You can't do numbers this large in the normal world. You just can't do it. Look at Amazon. Amazon is a chart that just basically looks like dot-com crash down 95%, moon forever. Occasional dips, right? I think even Amazon's only up 35x, I think, or 350x.

And that's nothing compared to cryptocurrency. And that's over 20 years. And they're 50% of all internet commerce in the United States. They couldn't possibly have done better. There are multiple industries, I think maybe a third of their revenue is from their digital products with Amazon Web Services. This is a company that is diversified and maximizes margins, and they literally cut through it. If you're a reseller and you buy things off of Banggood or Alibaba, you white label them, you put your brand on it and you send it to their distribution warehouses, which is Amazon fulfillment, and then you start selling on Amazon. And it's great because people can just put it in with their package, you don't have to pay extra shipping, and they've got all the picking and sorting people there.

If they see you doing good money, being a middleman between Asia and their warehouse, they will literally go to the warehouse and make an Amazon Basics product out of what you were making money at and put you out of business. And they already know all your customers because you sent them your customers. They know your supplier because you sent them your supplier, and they'll even sell fake stuff as though it was your real stuff, because they pack everything together. They won't keep it isolated.

So, if you're selling AirPods and this other guy is selling AirPods, regardless, your AirPods are getting mixed into the same drawer. And then ones were fake, and ones were real, and it's just a bad customer experience for everyone involved. My point is, if you are in the best, most successful business that you could think of, which would be Amazon, when they name the big tech companies you're going to work for, it's FAANG, Facebook, Amazon, Apple, Netflix, Google, they still didn't do cryptocurrency returns.

Not even close. So, the best companies you could dream of don't do cryptocurrency returns. It's very, very comfortable quoting really big numbers that are mathematically accurate, because what you get from HEX alone in the HEX and your profit is your HEX return, how many extra HEX you got from staking, times your USD return, or whatever fiat currency you're multiplying by. Those two returns multiply by each other. So, if you 10x your HEX over the first year and the price goes up 10x or 100 x, you're up 1,000x, 10,000x. It's hard to deal with these zeros. Some level of magnitude, it just means how many zeros there are. I can quote you the frontend – I don't like calling it a wallet because people misunderstand what a wallet is. Your coins live on the blockchain. Your wallet does not hold your coins.

Your wallet holds the keys to your coins, it should be called a keychain, but someone was stupid and named it a wallet, so they misnamed it. And so now, everyone misunderstands how it works. The way that you know that your coins don't live in your wallet is because you could put your keys in 10 different wallets and have access to your coins in 10 different wallets at the same time. That's how you know they're keys, not coins. So, what is the HEX front end?

In the disclaimer, it's called the User Selected Software System, because you're choosing what the contract address is, you're choosing what you want to do, this thing tries to help you get what you want. It doesn't hold your keys. There's no logs. When you log in to the server, there's no database that you can open up that shows, "Hey, these IPs did these things." There's none of that.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Why would we want that?  How would that help?  The best way to protect your customers, the best way to protect your users is to know nothing about them.  And then there's nothing to steal.  There's nothing to lose.  There's nothing to worry about, to store.

**[02:00:00]**

People ask, they're like, "Hey, when I go to hex.win..." I should drop my ref link.  If you want 10% bonus for free claiming or for sending Ethereum to the contract address, go to pumpamentals.com or you can click anybody else's referral link.

Now, why do I tell you that?  Because there's a lot of people out there working hard to create value and value add.  Maybe you like The Pirate Bay guy, maybe you click his ref link.  We want to reward people for good, wholesome behavior, and spreading the word about something that could change the world for the better.  That's good, wholesome behavior.  So, I say my ref link, I work really hard.  And then there's a lot of other people that do too.  Click whatever one you like.  Where were we?  Virality.  Spreading the word.  Ref links.

I can't remember, 4 hours of sleep.  I'll wait 20 seconds and you guys will tell me.  We're talking about security, right?  I care about your security.  That's why I deface the website, and made it ugly, and spent time stopping scammers and spammers from stealing your money by doing things differently.  I could have just released the contract address, went to sleep, but I wanted to show you how to do it better.  I want to show you how to prevent someone lying to you and showing you a false version of reality, and falling for it by using a quorum, by using separate side channels.  This is funny.  I'm going to help my competitors here.

I'm going to help the other cryptocurrencies that are starting out in the world.  If you have a project, fake personalities are going to direct message you and tell you they can promote your project for money.  And because you're stupid and you are noobs, you're going to give them your money.  But in reality, what you were talking to was an imposter.  When you are dealing with someone that reaches out to you, you have to treat them with more scrutiny than if you had reached out to them, and they're still an advanced tactic where they make you reach out to them, but really, they put you in a situation where you would be likely to.  The best way to know whether someone is really the person they say they are, is to look them up by a channel that they didn't expect you would.  We did this with the scammers and the spammers today in chat, I was very liberal with people posting links in chat, I was very liberal with the insane rate at which the chat was moving, and that's fine, we're having fun.  But then the timer ticked, and the spammers and the scammers knew it was on and I knew it was on.  So, what am I doing?  Rate limiting, activating link blocking, blocking images, everything.  I could have done that earlier.  If I would have done it earlier, they would have been prepared for it.

And it's a war.  It's a war of arms escalation.  Just like chess – so many threads I haven't closed for you guys.  When you're talking to someone, and you want to lock them into a position and win, you've got to get them to lock down on something, or they'll just rotate and get out of check.  They won't let you checkmate them, because when you crush that argument, they'll just roll to

31

the next one. So, you got to lock them into an argument, lock them into a position, and then kill the position.

And then when they try and rotate, pause them and be like, I know you just lost that point. And I want to be clear that we refuted the central point of the argument here. You had all the time to address it, but you're trying not to move on to the next thing, and I pretend it didn't happen. You lost that point, and what you said wasn't right, and now we can move on to the next thing. If you don't do that and you don't get all that locking them in in the beginning, they just wiggle out of it. It's like when people... The Bitcoin versus Ethereum security thing. Bitcoin's got more hash rate, okay, but it's had more critical failures.

They had to roll back the chain when they printed 6 billion coins in 2010. And they just had another print as many coins as you want inflation bug a year ago that a Bitcoin Cash developer found. And they have no bug bounty program, and they have spaghetti code and there's no modularity. And so, the consensus code is tied to the networking. It's tied to the wallet. So, not only have you had more bugs, critical actual network bugs, but you're likely to have more in the future because you don't have a bug bounty program, you don't have as much money going into the development, and you have spaghetti code.

But it just rolls off of them, like I'm not saying those words. They never address anything I'm saying. They attack me personally. So, I say Ethereum is more secure than Bitcoin. They say I'm a scammer. Why? Because it's easy to say. It doesn't involve thought. And if you're a maximalist and you don't want to know what's going on in

[02:05:00]

the rest of the world, and you don't want to spend time thinking, it's easy just to say everything's a scam. Not everything is a scam. Even ICOs that were 99.9% scams, BNB did 450x better return than Bitcoin, and Bitcoin did pretty good, and it did 450x better than Bitcoin, and it was an ICO. But the maximalist would never get in on that junk. Why? Because they have their heads in the sand.

They've seen so many scams and so much garbage that has fatigued them and they can't take it anymore. And it's just easier to shut off. And so that's what they do, they shut off. Well, shutting off, that's fine when everything is indeed a scam. But when the 1% or 0.5% of things turns out to not be a scam, those will be the things that come kill you. Those will be the things that take all your customers. Those will be the things you'll be crying and moaning about, jumping out and saying that bad things about other projects, just like I did in 2017 when Ethereum came and it went higher, faster than Bitcoin did. It outperformed Bitcoin by a lot. So, if you go on hex.win or pumpamentals.com, you look at the very first paragraph, it shows you the difference in about 3.5 years. Ethereum did a 4,500x from ICO to peak, and then on exchange, it did a 10,000x on Kraken. Bitcoin did I think 733x, mid- to high-700x in that same three and a half year period. That's a 5x difference. And then they talk like everything's a scam. You're like, "Okay, everything's a scam, alright. Everything's a scam, but Bitcoin's not a scam. All right." Dogecoin went down 95%, it's a comedy currency based on a dog.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

It's a fork of Bitcoin from way back when. It doesn't get any upgrades. It's worth a quarter of $1 billion. A joke coin, literally a meme joke coin. Also, I don't hear anyone losing money on it. The transaction seemed to work fine. Quarter billion dollars. Funny picture of a dog. Dogecoin. Okay, how much did Bitcoin go down? So, Dogecoin went down 95%. Ethereum went down 95%. Most altcoins went down 95%. How much did Bitcoin go down? 85%, blue chip, best there is.

Wait a second. If I bought the comedy coin versus the blue chip best possible – I don't even know why people use the word blue chip, nobody even knows what it means anymore. It just means, like, the largest liquidity, most stable, most likely to not do weird things in the price chart. That is not impressive to me. Now, could Bitcoin do anything better to prevent that? I am not sure. I am not sure because price performance is not something you can directly program. Bitcoin has two Pumpamentals, two. It allowed you to onboard for free with a freemium offer, like a coupon at a store, by double clicking an EXE and getting free coins. Now, when I brag and say I've mined full blocks on my own with no pool and they're 50 Bitcoin each, sounds awesome now, the Bitcoin's $7,500 each, $7,200 or $7,300 last I looked.

Back then, it's $25. Who gives a shit about $25? That's all that it was back then. $25. So, freemium onboarding, they gave me $25 worth of stuff, I liked it enough, I bought a bunch. They got me. They got me with a freemium, "Come on, buddy, come on, come play." I saw the mad gains and then I FOMO'd. I bought $30, I helped make the top. They do it again and again. It's going to keep happening because it works, because it's smart, it's awesome, it's effective. That's why there's coupons in your newspaper.

That's why there's television ads that offer you a discount on a product. You've got to get engagement. You've got to get mind space. You've got to do things normal businesses do. Bitcoin did that with its double click the AC mining stuff and then it went away. They don't have that anymore. Bitcoin used to be a peer-to-peer currency where you had the same playing field the same relationship to everybody else. You had a CPU, they had a CPU, you had a GPU, they had a GPU. Now, it's not a peer-to-peer currency anymore. It's a miner-to-user currency. You've never spoke to the miners, they won't talk to you, and you're not a miner. And every coin that exists goes through the hands of a miner. Interesting. It's interesting. Is it damning? No. Perhaps inevitable.

**[02:10:00]**

It's definitely inevitable. I'm not going to explain to you why, it's complicated, but you will have vertical integration, and centralization, and high fancy technical word for how much resource-intensive. When you've got a high capital-intensive business that has huge vertical integration advantages, you're going to continue to get centralization, which is why when we were on CPU, everyone could be a miner. When you're on GPU, just gamers could do it. And now that we're on ASIC, I don't know anyone that mines. I know there's a lot of mining going on. I see the Shandong mining factory, I think it's in the Northwest Mongolia or something.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

I mentioned to you guys, because it's important, it's unique, and no one else is talking about it. The fact that it's not a peer-to-peer currency, but a miner to user currency. And I want you to see the miners for what they are. They're security theater and they're a protection racket. When we mined CPU, we had to reward the miners, to be honest, and protect us from other CPU miners that want to be dishonest, because we had a threat of other CPU miners that could have come and attack the network.

So, we had to pay enough guys to protect the network. On GPU – okay, maybe some script kiddy gets a certain video game to get hacked and then he's got access to a bunch of GPUs. Okay, maybe now we're paying our good, honest GPU miners to protect us from the potential bad GPU miners. Okay, I get that. Not a protection racket yet, real security, okay. Now, where are we? Now, we're where the only people that could attack the network are actually the same people you're already paying, and that's what a protection racket is.

Mafia comes in your store, baseball bats. He says, "It's a real nice store you got here. It'd be a shame if a bunch of the gas was broken." So, who are you protecting yourself from? The guy with the bats. Anybody else? No. Your store was fine, but he knows he can get you to pay, so he will. He forces you to pay under threat. And that's what the miners are doing. The only people that could attack the Bitcoin network are the same people that you're paying, the SHA-256 miners. What do they do in other industries? What do they do in other coins? Monero just had a hard fork a couple days ago, maybe a week ago. Why? To kill the ASIC miners. Why? Because they're bad for blockchains. Why? Because they're a centralizing force. And only decentralization gives us robustness and resistance to collusion and mal-influence. If all of your mining is in a single entity, if he just decides to mine empty blocks forevermore, okay, well then that's the end of the blockchain.

There are no more transactions, just all the blocks are empty. You fork, he attacks your fork with his hash rate. You do proof of work change, now you're back into being attacked by anyone that has more money than you because they can just buy whatever resource you're buying. "Oh, you got CPUs, all right," then rent them on AWS or DigitalOcean. I like that Monero gets rid of the ASIC guys.

I don't like what any of the mining companies has done for the ecosystem whatsoever. They dump the price to pollute the environment, and they don't write code. and they don't onboard people, and they they've done nothing good that I'm aware of. You do need them to agree. You do need a minimum amount of security. But the money that's being paid in inflation rewards to these guys would be much better spent on hiring auditors to audit the code. HEX has three audits. Bitcoin has zero audits. Why? It's because I've got more money than all of the other Bitcoin guys? No, it just has the tragedy of the commons. If you're a nice Bitcoin guy, and I could refer you to auditors that do good work, because I've done the research, it's going to cost you about $400 an hour, and they measure your effectiveness of your audit in man weeks. So, 40 hours a week, $400 a dude, that's $16,000 a dude a week. How many dudes do you want?

How many weeks do you want to work them? You could spend $80,000, $100,000, if you wanted to, but you'd probably find some bugs before they became big problems. Is it that hard to come up with $100,000 in Bitcoin? It depends on who you are. If you're a mining

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

manufacturer, you're an exchange, you're a Ponzi scheme, easy to come up with $100,000. You're an honest actor, you make content on YouTube, you're not going to get $100,000 unless you feed your users to the meat grinder. Watch them get annihilated, ruin their lives to make a percent.

When you posit on exchange, they know how much percent you're going to lose. It's cash in the bank. They already know what's going to happen to you. It's inevitable. You don't know. And they hide that. They hide it. They don't think about it. They don't realize it, that

[02:15:00]

as a content creator, the only way that you can be profitable in crypto is by empowering scammers. And that sucks. That sucks. And they're doing it to kids these days now. They get kids addicted to loot boxes. And what's a loot box? A loot box is a slot machine for a kid, children's slot machine. Terrible. Even I have fallen for a stupid casual game. They get you addicted, man. It's no good. If you want to get out of a gaming addiction, I got a video on it. YouTube.com/RichardHeart. All my early videos, since I was retired, just trying to make the world a better place. I wrote a couple of self-help books called SciVive, one's stuff you can personally do, and one's systematic things that the whole world needs to do better: education system, politics.

The books aren't totally complete. Now that HEX has launched, the most important thing that I can do is make sure that there's no security violations. So, that means promising you nothing and making sure you know I have no idea what the price is going to do, and neither do you, and making sure you know you are the network.

You're the only one that can mint your coins. When the contract was created today, no HEX existed. No HEX still exists to this moment. Once 7:00 p.m. EST happens, and block time is what we use to tell what time it is, and it can shift some number of seconds into the future from the last block, so there could be up to, I think, 300 seconds of variance. You could Google it, Ethereum, block time reliability. They used to tell you not to use block time and to use like block number. But then that doesn't work because they change the rate at which the blocks come out sometimes, so then you'd have a fast clock or a slow clock.

So, we use the best way. So at around – this is what I mean about blockchain. If I want to speak with nuance, I barely ever get to actually finish an idea because there's 40 other ideas in there. I have to come back like 10, 20 minutes later to finish the idea. Arguing with people, locking them in, like you lock the king on a chessboard, and getting them to stick on something before they can roll off, knowing you're going to win and anticipating what they're going to do when you win.

That took like an hour to get that across because something else came up. So, talked about miners, miner centralization, security theater, protection racket, miner-to-user currency, audits. I think we left on audits. So, somebody could make the Bitcoin code better, but they won't do it because it costs money, and the end result for them personally would be that they just lost money.

35

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Everyone else would do better and they would do worse, and it's called the tragedy of the commons. And the only way to solve the tragedy of the commons is, like an example, there's a developer named Mike Hearn, and he worked at Google and then he worked on Bitcoin. I think he wrote Bitcoinj, which is like a Java version of it, and he also wrote a project called Lighthouse, which would allow people to lock up money. And then if enough other people locked up money, then it would release that money to somebody. That is one way that you can get over tragedy of the commons. Listen, we have something that's really expensive to do. If any one of us paid for it, it would be a shitty deal, but if all of us paid for it, it would be pretty cool, like roads, or parks, or clean air. There's these commons that benefit everyone that individuals profit from harming.

And it just creates this thing where, who gets rich in crypto? Exchange founders who bang up their customers, Ponzi schemers who bang up their customers. Do developers get rich in crypto? Nope. Well, that sucks. Sucks for them. They built this stuff, give it away for free mostly, and they get yelled at and demonized for it. I gave away something for free too.

It's hilarious that Bitcoiners say evil, terrible, horrible things about you with no justification whatsoever. They're just so used to doing it. It's their nature, and then you look at what they benefit the world and you're like, what have you done for crypto, everyone else? Most people have just talked about it. The developers built it, the investors bought it. I see a lot of value there.

[02:20:00]

But the talking heads, the mouths, that always say the same thing. And they never learn. They never improve what they're saying. They keep saying the same thing. They talk about crypto, while some of us build it. They talk about crypto, while some of us are solving real problems that really exist. So I'll give you an example. This is a smart guy. His name is Trace Mayer. I hope to do an interview with him at some point.

Old, original gangster Bitcoin guy, investor in Kraken. Smart dude. I think he represents the brand very well. Always wears a suit. Doesn't curse. Clean cut. I think he represents the brand very well. There's not many guys... I represent the brand very well when I'm doing public brand representing, if you hear me on live stream. I'm going to curse. I got no sleep. Like, I'm going to be the way I want to be. But if you see what I did in Malta when I just said good things about Bitcoin and called out fake Satoshi for being an imposter, that was more professional me.

So, Trace Mayer invented a thing called proof of keys, and I think it's on January 3rd. I think. A lot of people change their usernames in Twitter to have, like, a little key sign and then a date to show, "Hey, if you're tired of seeing these exchanges get hacked and exit scam you for hundreds of millions of dollars, stop giving them your money."

Can you imagine? Think about how stupid you have to be to have a currency that costs only pennies to transact in, that you literally can store the coins right next to your nudes that you're already protecting to make sure no one steals them. So, your nudes and your private keys can go right next to each other.

36

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

You can get more fancy with it, but that's a pretty good start. And it costs pennies to take your money off the exchange. Why are you leaving money on an exchange? Why? Mostly due to laziness and lack of practice. Truthfully. So Trace Mayer's movement to get people to take their coins into their own possession and to try and find out who's really been swimming with their pants off and acting like they've got a lot of balance, but really, they lost, some got hacked, some. They're not really solvent.

But they're not telling anyone. They're letting their customers take a bunch of extra risk depositing onto an exchange that's not solvent, tries to detect that, right? Well, that's nice, that's nice. Those are nice words. And that's good marketing. That's a good idea. You want to know what really makes people take their coins off of the exchange? HEX did?

HEX paid people to take their coins off the exchange so they could get free HEX if they were in the snapshot, and their private keys were in their wallet. So, yesterday at 7:00 p.m. EST, I think it happened 18 minutes, something less than 20 minutes after, which is the first block after 7:00 p.m. EST yesterday.

That was the Bitcoin snapshot, where if you had the private keys to a Bitcoin balance in that snapshot, you can now claim free coins as long as they're eligible. Multisig can't claim, Mt. Gox can't claim. There's some weird transaction types that are in there, can't claim.

We made crypto better. HEX made crypto more secure. HEX got people to, one, notice that they might not have had their private keys, thought that they were in control, but then discovered they weren't. Took them into their own possession, gave them something free for it. What else?

That's the difference between talking and doing. That's the difference between being a critic and being a director. Critics are garbage compared to directors. You will remember very few of the critiques of movies that you've seen, but you will remember hundreds of hours of scenes from films that you've seen. It takes more energy to make a film. It takes more money to make a film.

It takes more expertise to make a film. And that's why critiques get less views, take less time, take less money. It's lower effort, lower reward behavior. And being someone that talks about crypto instead of building it when it's peer-to-peer open source, you have to build it.

You have to represent it. If something sucks, you have to fix it. And I see a lot of people ruining you with margin and beating you up with fees. And I don't see enough people getting rid of counterparties, and making things more efficient, and making things more secure. So, could I have built HEX and not given it

**[02:25:00]**

a good sales pitch? Could I have built HEX and said, "You know what? I'm going to let all of these basement dwellers shame me into not saying good things about a good product, so that they keep me in their club of people with their head in the sand." No, that's worse for everybody. That's worse for everybody. Bitcoin can be better. Crypto can be better. Everything can be

better if we actually try. And it's when you add up all these little things. So let's take a look at HEX. It's funny that I've talked about everything but HEX.

HEX has been maybe 30% of this chat. What do you want out of your cryptocurrency? What do you want? Security and mad gains. Well, which one do you care more about? Well, if it's secure enough that it just doesn't get broken or robbed, I just care about the price appreciation. What about all the other stuff? You can buy all the other stuff with the profit from the price appreciation. You want to solve Africa? Buy the fix.

Hire the right people. Do the right things. Africa is not being saved by crypto. This concept, remember I told you about proof of keys? The summary there, the summary was what Trace Mayer is doing is good, but he's not paying you to take care of all of your keys. What I'm doing is paying you to take possession of your keys.

I say me, not me. You're paying yourself, but I designed the damn thing that allowed you to pay yourself. So, it's like me telling you, "Hey, you should clean your room." And then you go clean your room, and now you've got the profit of a clean room.

I didn't clean your room. I just told you it's a good idea. "Hey, you should go and make trustless interest a thing so people don't get all their..." They try and make their coins into bigger coins by lending them to the exchange, and the exchange lends them out to margin traders, and then they all get hacked and they all get robbed.

And the margin traders lose all their money. And the people that lent them their coins lose all their money. And we have extra counterparties and extra buildings full of people that are supposed to be replaced by peer-to-peer, trustless technology. We now have exchanges that are the banks, and that proof of keys thing that Trace does a good job with, he links to the balances, the known cold wallet of balances of exchanges.

Coinbase has $7.1 billion in their cold wallet as of yesterday. Why? Why do they have $7 billion there? How does that make the world a better place? It doesn't. Now, they're a bank. Do we want to make new banks? Is that what we want to do? Because that's how banks got started.

Gold was a hard currency that you couldn't just mint any time you wanted. And then banks encapsulated it and allowed fractional reserve lending, and that's how they got started. You gave a bar of gold to the bank, it really wasn't a bank back then, it was just a guy.

And the guy's like, "Yo, here's a piece of paper. You can come get your gold whenever you want." And then he looked and he was like, "You know what? No one ever comes and gets their gold. So, what if I just gave out twice the paper and just had half the gold?" And as long as no one makes a run on the bank here and tries to get their stuff out at the same time, it works fine.

And then that's how fiat was born, by making credit out of something hard. And the same thing is happening in Bitcoin. You give your Bitcoin to the exchange, the exchange lets everyone get

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

loaded up on derivatives and margin to amplify the house advantage against them, to watch them all get destroyed.

To what end? Those people have their lives destroyed now. Their relationships are wrecked. Their health is wrecked. Their checkbook is wrecked. It's one of the few things in the world where the harder you work, the more you lose. And what are they going to do with all the money they get? They're going to hire actors to go on television to convince more people to do the same thing.

Are they going to build better software? No. Are they going to onboard people in a way where there's a low margin experience that derives benefit for the user, where he gets cheaper fees, he gets more privacy, he gets more freedom, he gets discounts more places? No, they're not going to do that. Why would they? They're a for profit business. And by annihilating their customers, as long as there's a new sucker born every minute, they just keep churning through them, just like the Ponzi schemes. Maybe not as hardcore as the Ponzi schemes. It takes longer to bleed out through dying through margin trading. The Ponzi schemes get you quicker.

I want to save all those people. I want to use the same marketing tactics that gets a good product in front of these guys. So, think about it. PlusToken. PlusToken has 200,000 Bitcoin or did a couple of months ago. What was their sales pitch? Cryptocurrency and arbitrage. Okay.

**[02:30:00]**

So what is arbitrage? It's just some technical excuse that people don't really look into that makes them feel like, "Oh, this thing is going to go up so high in price because excuse. And I don't want to look into it because I'm busy watching football or whatever." Unfair to football watchers.

I take that back, football watchers. Doing some other thing that just makes them not look into their investment, whatever that thing might be. So, they lose billions and billions of dollars. It pumps the Bitcoin price up and then ruins the chart for all the technical traders because everyone got annihilated on unreasonable pump up, and they get annihilated on unreasonable pump down.

And who makes money on that extra volatility? The exchanges and the occasional options trader. But they get wrecked too, just when. So, what if we use the honest message which is cryptocurrency, but without the fake excuse scam crap, without the fraud?

Look, here's a cryptocurrency that is more secure, faster, cheaper, with rewarding people for honest behavior. If you refer somebody that's a good, honest behavior, you're going to get paid. Really, the person you refer to is going to pay you, is how that works. If you lock your coins up for longer and delay gratification, you're going to get paid more. You're going to pay yourself more. You'll learn to use that language, it's accurate. Those are awesome, awesome, real breakthroughs that no one else is doing.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

So, our sales pitch is great.  "Hey, here's our technical excuse why you think this can work.  And then here's the audited code that shows you that it works."  Right.  There's the math.  So what's the only thing that's missing?  The mad gains.

Okay, well, here's a chart of Ethereum.  It did 4500x from its ICO in three and a half years, and it did in two and a half years a 10,000x from $0.15 to $1500 on the Kraken exchange.  Real numbers, didn't have a referral program, addressed a smaller market, a world computer is a smaller market than CDs, which is the second most popular product of the bank.

Fiat, digital, like printed money, I think is about 5 trillion.  CD is larger than printed money.  So, we're addressing a larger market than Bitcoin, a larger market than Ethereum, a larger market than EOS, and it's totally done already.  There's nothing to build like, "Maybe this thing will happen and then it will become worth more."

That's done.  The smart contract has the consensus code locked into it, safe and secure, where it's nearly impossible to screw up.  Unlike Bitcoin spaghetti code, we improve the network and you introduce and print as many coins as you want bug, [INDISCERNIBLE 02:32:42] in about a year ago, maybe eight months.

Better design, better game theory, better pumpamentals.  Bitcoin has two.  Inflation rate drops in half every four years, and freemium onboarding of users, and that's it.  That's all it had.  Two pumpamentals.  I can't even count how many HEX has.  It's crazy how many pumpamentals HEX has, like crazy.  Go to pumpamentals.com or hex.win if you don't want the extra 10% free.

But let's be serious, you probably do want that, pumpamentals.com.  Look at the game theory.  Watch the videos.  Every single question you could possibly ask has already been answered numerous times.  It's just the question of whether you have the attention span to find the answer.  At the bottom of every video I make, I think every video I make, might be like 85% of the videos I make, we have the world's best timestamps.  I've never seen better in the internet.

A very smart gentleman enjoys the content and goes through...  His name is Michael and he timestamps and well-organizes better than probably I could the structure of the ideas that I explain to people.  And so, I basically created in the chat room, t.me/HEXcrypto, a copypasta list, a menu of all of the frequently asked questions.  Where does the Ethereum go?

If I told you, you might expect things.  If you expect things, it might be a security.  If it's a security, it can't list on exchange.  Therefore, I'm not in the giving you expectations game because it's not good for what we're doing.  There's no necessity for that whatsoever.

I can describe to you the math of the code that you're running, and I can describe to you what other things with other properties did, and tell you maybe if you build similar to that or better than that, maybe you should do better than that.  What else can you do as a founder?  You build the best.  You have a dream.  And this dream, man, it took a lot longer than I thought it would.

**[02:35:00]**

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

I thought it would be very easy to take a boilerplate ERC-20 contract and add some game theory to it. Man, was I wrong. Wow. It turns out that the game theory in HEX was far more crazy and advanced than even I knew, and it's even more crazy in advance than I even know now. There are things that I keep discovering that are awesome that I didn't know before.

So, for instance, Kyle works for a huge company. Always does. Great guy. He did an economics analysis. He took the contract, and he transpiled it into C#. And he ran into this program called LINQPad, and he wrote scripts that would simulate all types of different user behaviors, and what would the economics of the system look like.

And we had another guy, Paul Hughes from StakeHEX, who did something similar. I believe he did his in JavaScript. So, one model is built in JavaScript, one model is built in C#, and the actual code is in Solidity, which is kind of a relative of JavaScript.

And so, everyone's got different models trying to predict what the system will do. It turns out that the shares become more scarce than the coins, because the share price only goes up. Every time someone ends a stake, the system looks to see if that person made more of a profit return than anyone else ever made. And whatever that person's profit return was, gets set as the new price. So for that person, if he gets out, and he's got all his profit, and he goes to get back in, he'll have less shares than he did before.

Best case scenario, if no one else moved the price higher while he was out, he might be able to rejoin at the same number of shares. Maybe, but he'll have missed a day because every time you end stake and you restake immediately, you miss a day because you can only get counted for full days.

So, there's a partial day because there's time to end and start. So, even if you got back in at the same shares, you'd still be missing a day. That system doesn't exist anywhere else. I invented that. It's really, really neat. It's computationally efficient, and it's mathematically equivalent to compounding the earlier guys.

And if we didn't have the share price system, then longer wouldn't pay better. Shorter would pay better because you're getting a 20% linear bonus for every extra year you stake. But if you could externally recompound, you would get an exponential bonus. And exponential over a long enough timeframe will always outperform linear.

So, exponential, your gains build more gains, and linear, it's just like a straight line, right? Straight line tilted up. So, exponential is a squared function, and linear is just kind of a normal first-order function. So, had to resolve that. That took months to get that right, and it was hard. So, just the game theory was hard. And then you discover things like, oh, the scarcity of shares.

So, shares will become more scarce than HEX. That's neat. What other things did we come up with? Look at the market cap. When you stake your HEX, they actually get burnt. And so, the total supply goes down. Which means that if the demand is static or increasing, that the price will go up in a free market.

41

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

So, what happens when coins are locked up in HEX? And if you free claim your coins, 90% autostaked, minimum 350 days, you can choose longer to get more bonuses. You could stake for 10 years. You can get 3x the shares. The maximum stake is 5,555 days. If you – rareness of shares, okay. When you lock coins and the price moves up...

Now, we're assuming static or increasing demand here. If the demand goes down, the price can go down. So, we're assuming static or increasing demand. Let's just call it static. If the supply goes down, the price goes up. But when the supply goes down in HEX, the coins are burnt, which means that the circulating supply is lower, and the circulating supply is the only number that's used to calculate market cap.

In crypto, market cap just means market capitalization, and it's a really – it's not actually that advanced of a metric. It just means: What is the share price and how many shares are outstanding? So, if everyone tried to liquidate all of their positions instantly at market, and the order book was thick enough to do

[02:40:00]

that, which it isn't ever, then this is how much money they would get. And so, right now, Bitcoin's got 18 million coins. They're $7,500 each. I'm just going to round up a third and call it $10,000, which makes it $180 billion, and then I'll round out the third and we're like $150 billion, $160 billion. That's the market cap of Bitcoin. So, does Bitcoin burn its coins? Very rarely. We went through and looked them up. There's maybe 3,000 coins that have been burnt, 2,000 by the poor counterparty guys that tried to build on Bitcoin. They burnt 2,000 Bitcoin to launch. How stupid was that? How stupid is it to burn money to launch?

Talk about – the tragedy of the commons is bad enough where you make things better and then it's worse for you. Imagine making things worse for you and not making anything better for anyone else. Just straight burning resources.

Now, people will say, "Well, that money got spread to everyone else." Come on, man, that's not how things work. If someone gave you a quarter of a raisin, would that be a good thing for you? No, it would be irritating. Nobody wants a quarter of a raisin. It sucks. It's a bad experience. No one wants to make infinitesimally small gain and watch some other guy get annihilated. Life doesn't work like that. So, when you stake your HEX, they get burnt and now, the value has gone up and been virtually landed to everyone that is unstaked. So the undertakers have the freedom and the opportunity to be able to sell at market and get other things like perhaps USD or some other cryptocurrency, or spend it at a store or whatever.

And so, they've got that freedom and they pay for that freedom sitting on staked. They pay by getting diluted. They're not staked. They're not getting reward. They're being diluted. And the people that are staked are getting their rewards and they're making gains. And the person that's on stake isn't. I call it the truth engine.

So, the truth engine is, if you tell the truth to the market and you tell the market when you're going to sell or when you want the ability to sell, then the market will reward you for your

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

honesty with inflation, low inflation, lower than Bitcoin's has ever been, and delayed because it's only paid at the end of your stake. And the future inflation is based on that delayed earlier inflation.

So, it won't ever be 3.69%. It'll always be lower. It might be a lot lower, especially in these early years. I can't wait to see how that works out because I've seen so many models. I want to see which one of them was right, you know? So, as the market cap goes down in HEX, the price goes up. Listen to that. It's interesting.

I figured it out a couple of weeks ago. Maybe two weeks ago, even, just occurred to me. So, you've got your total supply in Bitcoin, which is 18 million coins, and that's what's used as the circulating supply, I assume, because not that many are locked up. In theory, there are some locked up in the network, Lightning network, about $4 million, which is basically nothing. That's four hours of miner rewards. They pay miners $1 million an hour to sell the price down.

HEX doesn't do that. We don't pay the miners any dollars an hour in inflation. Nothing. No miner gets paid in HEX. They get paid in ETH. They sell the ETH. ETH price can go down. Makes fees cheaper. Cool. So, as HEX is staked and the demand is static or increasing, the price will go up and the market cap will go down if the sites that are listing it measure it properly, because the circulating supply is going down and market cap is circulating supply times price.

And so, what does this mean to a person that's not staked or to a person that is staked? What does it mean to a speculator that invested economic energy into HEX? It means that the price is going up a lot, but the market cap is going down, and that's counterintuitive. That is totally counterintuitive.

When the Bitcoin price goes up, the Bitcoin market cap goes up. When the Bitcoin price goes down, the Bitcoin market cap goes down. But in HEX, when people lock up their coins, and that is what caused the price to go up, then the market cap will go down which gives you more room to grow, because then you don't have to kick other people out of the top 10 market cap so quickly, and then you could just keep building appreciations and mad gains without hitting the market cap that hard. And then it gives you just more room to reach. It's really neat.

**[02:45:00]**

I don't know of any other cryptocurrency that operates like that. It's awesome. Like super, super cool. If you think cryptocurrencies are just gambling and you care about... I invented a firm called speculative stickiness. I like to use alliteration.

So, HEX is the future of finance, FF, speculative stickiness, you could rhyme it like stake it until you make it. In normal cryptocurrencies, you've got hash rate, on-chain transaction volume, and price. You can make a bunch chart patterns and crap, but that's its own thing.

So the things that are in the currency, price, hash rate, on-chain transaction volume, three things. Anything else? I don't think so. And even doing on-chain transaction volume with like an NVT indicator is advanced for most people. So, what does HEX have?

43

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Well, we've got hash rate because we're on the Ethereum network and they have hashing. Okay. So, I guess we've got hash rate. And the only reason people care about hash rate is because it affects network security. It affects it. It's not the majority moving factor. It is a minor factor.

Depends on where you are. If you're a big guy, it's a minor factor. If you're a small guy, it's a much larger factor. But since Ethereum is the number two and Bitcoin is the number one as far as hash rate goes, they're both hegemons, that doesn't really matter. So, we have price. We have HEX/USD price, so we're going to be trading on an exchange called Bidesk.

I mean, they might already have trading open now. I don't know. But if they wait for the coins to actually be able to get minted at around 7:00 p.m. tomorrow EST, then that's when they'll have the listing, apparently. Bidesk.com. If you go in t.me/HEXcrypto, should really put that link everywhere probably. I've never traded there, they seem new to me, but they're responsive. I felt around their system, seems fine, but I don't see a problem with it. I don't know. They don't have the longest track record. It's like when you have a new – we're a new cryptocurrency. They're a new exchange, unless they're exit scammers, it seems like it should be fine. We'll probably get listed lots of places. I'm curious to see if this one turns out to be good.

It's very nice to have someone list us on the day. Ethereum pair, BTC pair, Tether pair, USDT, I think they have a normal USD pair as well. So, you might be able to onboard to fiat into HEX on bidesk.com. If you want 50% off fees, you should use the referral link. It is in t.me/HEXcrypto, pinned at the top. I might have tweeted it too, but I've been tweeting so much I can't even keep track. Sorry that my voice is losing it.

Once I'm sleep-deprived enough, my voice just starts getting out, and I start getting shaky, and like empty inside. But you know what? We burnt the green candles. We'll launch something that's going to change the world. I put years into this. I'm willing to push it. I want to push it. So, chat's saying Bidesk Ether Delta and Fork Delta will list first. So, Ether Delta and Fork Delta, anyone can add the contract just by pasting the address.

And when you use these distributed exchanges, you really, really, really need to make sure that you're using that contract that I read to you earlier, because sometimes they'll make a fake HEX with a different contract number, and then you'll buy a fake HEX on a distributed exchange. That doesn't happen on centralized exchanges. They don't fall for that.

But on a distributed exchange where anyone could add anything, you want to make sure that the contract that you're interacting with, trading pair that you're interacting with, is the right HEX one. That contract is on hex.win up at the top. It's also down at the bottom without the 0x in front of it.

It's in the Twitter. It's pinned in the Telegram. Where else is it? Probably, I should probably post it in Facebook and Instagram. We've even got a Tumblr that's never been posted on. There's so much stuff that I would like to see happen. I'd like to see some more videos for how to free claim. Why do we want to give you free money? We believe that if you give yourself and make yourself free money,

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

**[02:50:00]**

and you see a good performance, and this thing does what you want, reliable, cheap transactions with the possibility of some very mad gains, you might want to get more. That's how I got into Bitcoin. I got my Bitcoin free, and then I bought more. That's how people got into a lot of proof of work cryptocurrencies. They started mining, made a little money and said, "Let's dream the dream, make big money." I'll take some questions. I'm sorry for jumping all over the place, guys, but I have so much to share with you, and everything is related, and I have no sleep, so I'd say this is still about 75% as good as I could give you.

"Please mention some projects which HEX could be implemented in." Sure. So, any distributed finance product, HEX is extensible. That means that anyone can call the contract from any other contract, which means that you could trustlessly build on top of a protocol that wraps a stake and allows you to trade a locked coin would be one invention, a margin product that used perhaps overcollateralization to allow you to lock up more coins at an earlier lower share price, that could exist.

You could use it as collateral for Dai, which is a stablecoin on Ethereum. I think they would need to build that. I don't think – I think that requires some building. I don't think it's like instantly something you can plug in. What else could you build on top of HEX? You could be a normal retailer and want to use it for adoption.

You could really want to replace a bank CD and onboard a portion of your savings for potential yield. What other cool technical stuff could you build on top? For anonymity, right now if you want – so you guys that want to get into HEX and you love your anonymity, even though no one has been screwed up over that, like how many people in crypto have really been screwed up over not managing their identity properly?

I don't think very many. But let's say you're hyper secure and you're really interested in that type of super secure stuff. If you want to send anonymous Ethereum to the adoption amplifier to turn it into anonymous HEX, I can tell you two ways that I've heard of it being done.

One, there is a website called tornado.cash. Apparently, you send Ethereum in, and then it comes out anonymous, apparently. Tornado cash. I have to talk less loud now because I'm actually losing my voice. Maybe I'm dragging down the candles too hard.

The other way, and I think this might be part of the reason that the BNB does so well, amongst many other reasons: You can log on anonymously to BNB with any email address. Maybe some throw away email addresses won't work. Some throw away email addresses will work. Now, be real careful using a throw away email address to sign up for something, because when you deposit, your email address can reset your password.

And so, if the server admin that runs the server is looking and like, "Oh look, another one of those emails." And I do go and empty your account real quick, so maybe don't use a public

45

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

throwaway email. Maybe use a normal kind of signup throwaway email, for email that not everyone can see, you have a password that just you could look at it.

So now, there's no AML, there's no KYC. You can sign up. And then once you're signed up, you know you can send money to it. And apparently, you have to actually add the 2FA even though it doesn't tell you that you have to, you have to add the 2FA, like the Google Authenticator.

Once you've done that, you've now sent economic energy tied to you or whatever to a centralized exchange, but that doesn't have any extra data. You could access it with a proxy, and then they don't have your IP. Get access to the VPN, they don't have your IP. And now, what do you do with it?

Well, I'll give you the easy way and the hard way. You can

**[02:55:00]**

just take that one cash break there, and then send it to whatever you want. You can go on Binance, and if you really want a referral link for it, there's one in Richard's Calls.

If you go to Richard's Calls, t.me/RichardsCalls and do a search for Binance, you'll find a referral link there. If you're trying to be anonymous… I guess it doesn't matter. I don't see how they could tie that. If you open up your Binance account on your semi throwaway email that only you have access to, you send economic energy to it, you add your 2FA, you can exchange it for whatever coin you want.

So in this example, let's say you wanted to trade Bitcoin for Ethereum. You open up your Binance account, you send your Bitcoin in, you wait a couple confirmations, and then you sell it for Ethereum. And you send your Ethereum to your wallet, your MetaMask wallet, and then you join the adoption amplifier with it.

And then what happened? What happened was you used to have Bitcoin, and you turn it into Ethereum. And the only people in the world that know that that Bitcoin is tied to that Ethereum is the centralized exchange themselves. And they don't know whose Bitcoin that was because you didn't give them a username. You literally just gave them an email and a password, and a 2FA sign up, which doesn't involve an email or anything like that. Well, that's pretty cool. Now, it's limited to two Bitcoin a day, but I guess you could open up 20 accounts if you wanted to.

Now, I'm telling you this only for legal use, okay? Do not do anything illegal, please. Do not hide the proceeds of crime. Do not structure, do not launder money. I'm telling you what I've heard of people doing. I hope that that free speech is not penalizable. I love to educate. Sometimes you got to educate people about all the things.

I think that privacy is a requirement for free speech. And if you don't have privacy, then you can't truly speak freely. It's called a quenching effect, a chilling effect. So, now you've got one

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

cash break. But what if that wasn't hardcore enough for you? Maybe they're doing Chainalysis or something. You want it more hardcore? Here's what hardcore looks like.

Go to an exchange. Take your Bitcoin. Trade it for Monero. Send the Monero to your wallet. Open up your – only give them a username, only give them a password and a 2FA Binance account. Send your Monero to that Binance account, then turn it to Ethereum.

You can't do any Chainalysis on it. Monero is anonymous, right? So, you just turned your Bitcoin energy into Ethereum energy that you can put into the adoption amplifier and you get anonymous HEX. Really neat. And I would trust a rotation through Monero more than I would trust a mixer.

The problem with mixers are you are only as anonymous as the other parties in the mix aren't really just the same guy. So, if you've all got a different color marble, and then you all throw them in a jar, and then you take one out, you know whether you got a different marble than you put in because you saw your original marble.

Well, if everyone else knew everyone else's marbles, they would know what your original one was too, because they would just subtract it out through deduction. So basically, your anonymity set in any type of mixing operation is the point of attack, where most of the failures occur because they just have a bunch of fake mixers in there, and then they're all just looking at you like, "Hey, look, this guy's trying to hide. Ha! An idiot."

That's why PlusToken tried to launder a lot of money through either – always mix them up, Wasabi or Samourai. I think it was Wasabi. You're familiar with Hamlet, and Rosencrantz and Guildenstern, and how they're just interchangeable; every once in a while in life, you just meet two people and you can't remember which one's which. That's how I feel about the Wasabi and Samourai. I just don't have any level of detail to get deeper in there. And I probably – now that I'm kind of out of the Bitcoin ecosystem a little bit, why would I care about... There's so many things in Bitcoin that I care about that I don't have to care about as much now.

**[03:00:00]**

So like, oh, Bitcoin's going to do some dramatic fork thing. Okay. Doesn't affect HEX. It's like I'm far more excited about everything in distributed finance and everything zk-SNARKs and everything, all of this stuff on the Ethereum side.

There's just so much more going on, and this is another thing that people don't get. There's a guy named Peter McCormick who's – he's a fun guy. He's a nice guy, and he's just starting to get into this drama for clicks thing. He's being super dramatic last few days for no particular reason other than I guess if you're in the media and you want clicks or maybe he's drinking, I don't know.

He's just doing more dramatic stuff. He wanted to be a Bitcoin maximalist, but now if you look how he spends his time, he spends his time talking to people that aren't doing Bitcoin things.

47

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Why? Because anyone that's in the media, in crypto, needs to cover things that aren't Bitcoin, because there isn't enough going on to make gainful employment.

Who are you going to sell ads to? Remember when I told you that being in the media business is a hard spot? Because most of the people that want to advertise... Do you know how many...? I have a YouTube channel with, I don't know, 45,000 more or less subscribers. I get advertisements and offers all day, every day, to sell you guys garbage all day, every day. People beg me to rip you off or help them rip you off. And I've never done it. I've never taken any of it. I've never, ever had an advertisement on my channel, ever. Million offers. Why? I'd rather have less money than see you get robbed, truthfully. Now, I've had margin trading links, and I spent the first half of my career telling you never trade. And then I was like, "Actually, in a bull market, since we've only draw down 40%, that looks pretty good."

Then the market changed and it's like, "All right, back to never trade." It's like, all right, game changed, back to the never trade. Let's get out. Right? So, if you're in crypto media, and you're not building crypto, and you're not giving the users what they really want, what they really pay for, the only way that you can survive is by talking to other people that are building stuff that people wants.

And unfortunately, a lot of times, what people want is to be scammed and be told a story, unfortunately. And so, I don't think Peter is going to be a successful maximalist like it – you cannot... If you want the world to be a better place, you can't do it through a position of ignorance, and you also can't do it through a position of belligerence. So, I'll give you an example.

I didn't like the way that Bitcoin Cash launched. I didn't like that they tried to actually kill Bitcoin with an emergency difficulty retargeting, and took – had literally the same hash rate as Bitcoin and half of its price. I didn't like that. It was more centralized. People put and expose their private keys to some new wallet that they downloaded from a Wix website where anyone, any Wix admin could have backdoored that Electrum cash wallet, signed by some Ronald Fookball guy, which doesn't sound like a real name to me.

I mean, maybe he's Dutch and it is a real name or something. But everyone was put at risk. Bad operational security. Everyone was put at risk. Look at the difference between the Bitcoin Cash launch and our launch, right? Bitcoin Cash launch. Get your private keys and stick them in some weird EXE that no one has audited. It's already precompiled for you and it's on a Wix website.

That's how Bitcoin Cash launched, and it still worked out. No one lost any money. But that don't mean drunk driving is a good idea. A lot of people drive drunk and don't get into an accident. Does that mean you should drive drunk? Right? Your private keys are your money.

Don't ever put your private keys into some piece of software that you're not totally familiar with. That's why HEX does not want your keys, ever. Never, never, ever, ever, ever. We don't want your keys. You hide your keys. You keep your keys safe. If you have a hardware wallet, keep them in a Trezor ledger hardware wallet. Then if you use Electrum, your keys stay inside your

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

**[03:05:00]**

device, and you sign your claim statement, and you submit your claim statement, and your keys stay in your device, they're totally safe.

You don't have a hardware wallet, that's fine. You can take a computer offline, put your keys in it, sign, securely delete the keys, and submit the signature offline. No risk. As a matter of fact, you might discover that some of your backups were old and that you needed to refresh them, or that your memory was getting a little rusty and you might have forgot that 13th word. Or I could go down the list of – key security is actually hard. It's good to go, every once in a while, check and make sure that if you need to come, recover from a backup, that you can.

Well, we did that. We designed something that let you pay yourself for taking possession of your own keys and will let you continue to pay yourself for having possession of your own keys. It's like getting free mining hardware and free electricity.

Staking HEX is like getting free mining hardware and free electricity. You get all of the inflation as long as you're an average stake, average size. Now, if you're bigger, if you're longer than average, you're going to get paid more and the other guys are going to get paid less.

If you're bigger than average, you're going to get paid more, but less more. So, staking longer, you can get up to 200% bonus shares, which is a 3x, but staking bigger, you can only get 10% bonus shares. That's not very exciting.

We did that as an anti-spam prevention, and to emulate what they did with jumbo CDs, and to give opportunity for someone to build on top a contract that lets little guys get in, and add up to a big guy. But then you have the counterparty risk of making sure that contract is audited and is secure. The best software is no software.

If you can simplify and get rid of code, that code can't be buggy. Elon Musk will tell you this. Anyone that does development will tell you that refactoring and getting a more beautiful, perfect, simplistic thing is the ideal dream of every developer. But they never get to actually execute that dream because it's too time-intensive and they end up just continuing down abstractions, pile on top of abstractions, and then when the abstractions leak, they have to fix bugs.

So, our launch is more secure than Bitcoin Cash's launch. Now, Roger and I, Roger Ver, we had a conversation back before the Bitcoin Cash fork, and I saw he was working with someone that pretended to be Satoshi. And I asked him, "Why are you working with that guy?" And he said, "Well, he seems to know what he's talking about." And he was fooled by him. And unfortunately, good, honest people get fooled pretty often, and it sucks, makes the world a worse place.

So, I could – and so basically, people get lined up politically. So, the politics with Bitcoin Cash and Roger and I were: Roger wants adoption and he wants to make a difference in the world.

49

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

And that is very good, I support that. He supports freedom. He supports smaller governments. He supports economic education. We want the same goals.

We want the same ends. He tried to make those things happen by trying to get Bitcoin to be more scalable. And the problem with that is that when you execute and force your will onto the thing, it kills the thing. So, you remember earlier in this conversation, I told you that you can become more free by stop worrying about freedom a little bit?

You could be more cool, stop worrying about being cool a little bit. Tactically, strategically, you can get – if you try and get more scalability, it's not a perfect analogy. Because you try to get the thing and then you get less of the thing.

Well, I guess it works for the freedom because if you introduce centralization to a blockchain product by reducing the number of developers that work on it, or reducing the geographic spread of its miners, or reducing the ethical and world-view diversity of its participants, then it's easier to execute the bad influence on the system.

So, the mafia could get specific nodes, put guns to their head. The government could just, in one country be like, "Yo, we're shutting it down or nationalizing it, or taking it over." These are all possible things. We want to not have them happen. So, when he tried to do the right thing, the right goal, the right end, get more throughput and cheaper fees, I mean, fees were $60, $70 back then. It's bullshit.

It's not good. He wanted the right things, but the way that he went to try and get them caused everyone that bought to lose money. So it launched it on – when it launched the first time on HitBTC.

[03:10:00]

So, basically, only a couple exchanges would let you trade the coins before you could possibly have sent them in.

So, if you held your keys off exchange the safe way, once the fork happened, you had to send them onto exchange and wait for confirmations. But for a couple exchanges, if you did the unsafe way and left your coins on the exchange, then when the fork happened, you were able to trade before other people because your coins are already in the order book.

So, the first one to open was HitBTC, and there was actually a futures market, I think, on OKEx, and it – on some exchanges. I think on HitBTC, it worked up to like four times worth more than a Bitcoin, but just a stupid red wick. When someone – there's an empty order book and someone places an order, it just wrecks the chart forever because someone blew the order book out.

That's what happened in the beginning on HitBTC. And then on August 1st when the fork actually happened, it came at about 30%. Bitcoin Cash now is at like 3%, 3.5%, I think. So, someone lost 90% of their money by choosing that horse. And then on top of losing 90% of their

money, it was also a bear market too. So, you lost against Bitcoin and you lost against fiat at the same time. So, you double lost for a good period there.

Well, that didn't make anything better. That made everything worse. Now, they are doing some stuff now which seems pretty cool. And if it's already hit bottom, the price has already bottomed out, okay, well, maybe there can be upside. I don't think any fork that has game theory – the Mt. Gox trustee, this whole long conversation was a story about me telling you how you should become more powerful by stop trying to check nuts and be more political.

And so, I'm happy to work with Roger, because I believe that he has the best goals in mind. The same goals that I have in mind. I'm happy to work with the man. He's got a good audience. He's got good properties. He's got good stuff that he wants to do. Okay, well, what more do you want?

Okay, so I wish some tactics were different. Well, maybe if we're buddies and we're talking, maybe I can help push the tactics towards good places. And by push, I really mean pull. I'm just saying, "Here's what you want. Here's the data and here's why I think that you can get what you want this way better." And then it should work. I usually have good conversations with people and they usually get more of what they want after they talk to me.

I try and improve people's lives, even my enemies. I try and improve their lives. I think Abraham Lincoln said it best, do I not destroy my enemies if I make them my friends? So, I don't think I've ever had an enemy relationship with Roger, but it's like you should be effective politically and find agreement where they can be had, and make progress, instead of putting your head in the sand and pretending that everything is perfect, even though you don't know what other things are even doing, and then you just get left behind.

Why did Facebook get replaced by – why did Myspace get replaced by Facebook? And why did Jabber get replaced by WhatsApp? And why did – you go down the list, people want better stuff. They choose the better stuff. You have to keep bringing the better stuff. Maybe people want anonymity one day. Well, you got to bring it to them.

So, HEX, more secure launch, cares more about your privacy, cares more about your security, took less risk, had audits, Bitcoin Cash launched, no audits. Bitcoin Cash launch, Wix website, unknown executable you run, can steal all your keys, and then the price just died from 50% of a Bitcoin down to 3% of a Bitcoin. So, they might be able to do okay things now, but damn, they had a lot of pain to get there.

And what do they do? They gave 40,000 coins to the Mt. Gox trustee. They gave 200,000 coins, about 189,000 Bitcoin and Bitcoin Cash to the Mt. Gox trustee. They weren't smart to do the fork better. I did it smarter. I put more thought into it. I don't let the Mt. Gox trustee have any entries in the UTXO set, so he can't claim, so he can't dump, because him dumping 140,000 Bitcoin worth of claims onto the heads of the believers to help pay Mark Karpeles and perhaps Peter Vincennes. That does not make the world a better place.

**[03:15:00]**

This currency is designed to appreciate. This is design intention, which is different. Bitcoin was designed – it was also designed to appreciate, that's why cutting the interest rate in half every four years is in there. It's not in the white paper. That game theory of cutting the interest rate in half every four years is not in the Bitcoin white paper.

It is one of two pumpamentals that Bitcoin has, and it's worked out very well for it. HEXster says more. Ponzi schemes emptying out millions of wallets a year, all of these people's life savings, millions of people's life savings are being emptied out by ponzis. They tell you they're a cryptocurrency, that tell you they have high yield, high interest, then the exit scam is steal all the money.

What if you present a cryptocurrency with high yield, it's mathematically verifiable, and you're paying the yield to yourself, no Ponzi? You pay yourself what you owe yourself from the audited code that you are running. Okay? Well, that's the opposite of Ponzi. That's the best thing ever. That's trustless interest. Okay, well, what if – was it a pyramid? Was it a pyramid scheme? Is it an MLM. Nope. There's only one level of referrer.

Just like Amazon. Just like Tesla. Just like nearly every successful everything, single-tier referral program. Awesome. aligns incentives. You love our product? Great. If you could tell some more people about it. You'll get some money and they'll get a bonus. No brainer. You go to pumpamentals.com, you get 10% more, no brainer. When you sign up, then you get a referral link. There it is. It's not really sign up. You're going to the front end, and there's a link creator or assister. You can figure out how to do it manually as well. In HEX, if you try and screw a referrer by being honestly referred, and then try and screw him out of his commission by being tricky, the system fights back.

It doesn't want you to be able to screw referrers. It wants you to be honest about it. So, the other stuff I'm missing... So, we did a better thing for price appreciation by eliminating the whales. I was saying – oh, yeah, I was like, I was going to say like, yeah, maybe BCH could go up.

But here's the issue. You're always going to have a nearly unlimited infinite supply of bag holders that you gave huge bags to, that didn't deserve them and didn't care. And only when they see that your project's doing good will they come out of the woodwork and crush your price with their giant bag.

Rewarding people sitting around with their thumbs up their butts is not actually useful to the world. It's bad. The people that are out there working hard, building, selling, onboarding, trying, memeing, shilling, those guys and the investors, by the way, they put in their economic energy, they don't like it when some big crappy whale comes along, and dumps on their heads, and makes more money than they did for absolutely no work because they just sat around for longer.

It's not right, and it's not useful for the world. And it's the reason, I think, that Bitcoin forks in general, forks of any sort in general, just perform pretty terribly. They all seem to trade at about 3.5% of their parent currency. So BCH, about 3.5%. BTC, maybe it's about 3.5%, probably less

if Shillbert didn't have his ETF buying it up – not his ETF, but his investment fund or something. So, our system doesn't have those same bag holders from higher, its new price discovery.

Our system kills off all the whales by cutting their balances by 75%. If you're multisig, you get killed off by 100%. And if you don't claim in the first year, you get killed by 100%. And if you wait until half of the year to claim, you're missing half your stack already, and you're missing your bonuses too.

You're getting diluted by all the people that got in earlier with a 20% speed bonus on day one, which is today – actually, for speed bonus, day one is tomorrow because you can only start claiming tomorrow after 7:00 p.m. EST. So, what have we done? We've more positively aligned ethical, useful behaviors between the users and other participants of the system. We've created trustless interest. We've removed counterparties. We try and save everyone being annihilated by the cryptocurrency high yield investment pitches by giving them a high yield cryptocurrency that's yield is denominated in HEX, the software you're running to pay yourself, your rewards. What the USD yield would be? I have no idea. I don't know what the price is going to do.

**[03:20:00]**

I can look at these other charts of lesser, well-designed systems that attack smaller markets. Look how far we are with not a dollar spent in marketing, not even $1 spent in marketing. Imagine if someone came along and spent some money. I bet it would be pretty interesting.

On an unrelated note, speaking of marketing, did you know that I'm an internet marketing expert that retired at the age of 24 with 150 employees and did primarily referral marketing, but also radio and print?

Pretty neat. So, I know how to give people, referrers, the kind of tools and ideas that they can go do great things with. It's not an accident that we have a giant HEX logo on the front of thepiratebay.org today. It's not an accident. It is a well-designed system. A well-designed system caused someone else in the world to do what was in their own best interest, and happened to be in the best interests of everyone else.

That's awesome. I'm very, very proud of what we've built here. I think the front end looks really great, by the way. Night mode, day mode, real-time refreshing where you don't have to hit F5, a referral link builder with a thing that prevents people from when you're referring them, like screwing you out of it.

There's a lot of cool stuff there. So, I'm going to reach into my head real quick. I'm just going to make sure that I hit the pumpamentals, because I'm talking to you like it's a regular conversation, but it probably should have been more HEX-focused. Trustless interest, stake it until you make it, program to pump, design intention over 10,000% return, 10,000x, which is 1,000,000%, I believe. So, if it was only – I guess, 1,000,000%. Well, 10,000 times 10 is 100,000, 100,000 times 10 is 1 million. So, I guess 1,000,000% return. It's just crazy quoting these numbers.

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

You never in your life think that these could be realistic. You're just like, 1,000,000%? Please. The S&P 500 averages around 10%. Berkshire Hathaway, it's not been able to double the S&P 500 like it used to anymore, but you know it used to average, if you reach back into the '50s, 20% a year. And so, we're talking about Bitcoin which does like a 42% up in a day candle, single daily candle.

Okay, it's up 750,000 x today, and it used to be three times higher. God, that's a good business. This seems like a really good business to be in. So, trustless interest, remove the counterparties, pay people, reduce the environmental damage, which also causes the price to hold higher. Incentivize good behavior, have a referral program, pay people longer for – longer and larger pays better, just like it does in the real world, just like it does at the bank.

Second most popular product at the bank, $7.2 trillion of value, wonderful logo, wonderful brand name, HEX. Hard to misspell. But if you want to play games, you want to go to hecks.win, go ahead, pumpamentals.com, maximalist.com, it's like you want to be a maximalist, but you just still want anonymity and distributed finance. So, you still want to be able to have a referral program to show – that doesn't annihilate people by destroying them margin, well then, pumpamentals, maximalish, we got satoshisvision.com, too.

Offered it to Calvin Ayre, homeboy doesn't read, [INDISCERNIBLE 03:24:00] reading, I don't know, "Buy this crap domain, brud. Your project's called Satoshi's Vision. I owned it before you thought of it. I thought of it before you did. Buy it. I don't want it. You take it." I don't know. Those guys aren't that good at marketing, I guess.

What else? Got a lot of chat rooms. We got so many chat rooms. HEX AA, which just talks about the adoption amplifier. HEX Crypto, general, is kind of like a meeting place where it's sending other people to other chat rooms now. HEX Memes, you're going to see a lot of memes coming up, like now that the launch is over and I don't have to talk about the stupid snapshot anymore, I can start memeing, which I'm very excited about. We got a lot of memes you haven't seen. Well, if you've been around long enough, you have seen them, but you haven't seen them in a long time, I'm sure we'll get new ones. We got HEX News. That's like a very good spot to just stay up to date without that much noise.

[03:25:00]

HEX Charts, where we talk about price. HEX Trading, where if you want to trade over the counter with other people, it's just a place where maybe you could talk to them and meet them.

And we registered this way back when because we didn't know how fast the exchanges would onboard. And there's still a place for OTC, anyway. So, if you want to talk to other people and actually trade HEX, we got HEX trading, t.me/hextrading. I think I'm going to roll out like a VIP, smart people only room because as we reach out into the rest of the world, I think you'll find computer literacy goes down.

54

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And some of the memes you might want to joke around with are just lost on them, plays on language and such, once you start spreading out wide enough. So, we're probably going to end up... We've already got a German HEX channel that someone else started. They've got a meetup group. I'm like, wow, okay, that's pretty awesome.

Apparently, there's a German meetup group, has their own HEX channel. We got HEX Asia, but it's like – in China, they can't access Telegram. So, we have a WeChat for China. And we had to host the videos on another server so that we could serve them from not YouTube, because YouTube's banned.

He actually – the guy showed me a better design for the shirt. I used to have a HEX shirt with just like HEX on the logo here. It looked 100% nowhere near as good as this. This looks so much better. Like, wonderfully better. And so, I wouldn't have known to enlarge the scale had he not done it. Just awesome. What else?

I think one of the only things... So, here's something that bothers me. I believe in the referral program. We're already on the front of The Pirate Bay. It's an amazing, excellent thing that I retired on 15 years ago. That's a long time. God, I'm old. So, the issue is, if you go to some media personalities, some of them just list everything. That's awesome. I'm cool with that.

I think most of them do just list everything. The thing that worries me is I keep trying to save people by getting them to not get destroyed on margin. Like, I got a ref link. I can give it to you. You can get destroyed on margin, that ref link [INDISCERNIBLE 03:27:41] get paid. I'm not going to do it. Removed all the links. Ain't no links on my YouTube, ain't no links on my Twitter. You're not going to see any more margin trading links.

We built a better thing with trustless interest. How would you feel if you could have locked your Bitcoin up 10 years ago? So much better. Amazing. So, let's use this awesome thing we built. The only conflict I see is because I speak out so strongly against margin trading, it is the only thing that all of the personalities are making money on.

That's what they make their money on, because what else are you going to sell a crypto user, right? What's a ledger like? $60, $70? I've never bought them. I've actually been given them. I don't even know what they cost. How much profit margin is left to pay a referrer on that deal? Maybe I'll probably set up a referral link because if you're going to buy it anyway, might as well get a discount, right? But $10, that ain't much, man.

It's tragic to me to see that all of the media personalities in crypto are forced to promote things that are just about the most harmful you could promote. If you wanted to destroy someone's psychology and you wanted to harm their life, what options you got?

All right. I'm very tired. I won't go into the grotesque-ities, but let's say that one of the only hobbies you could get them into where they might end up killing themselves – and not accidentally, like they're having fun and their parachute doesn't open. But like, "Yo, everything sucks so bad. I'd rather just end it."

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

You can get there from trading. Trading can get you there. Trading can get you to the place where you don't want to be around on this planet anymore. Why? Why do you want more of that in the world? It's horrible.

This is destroying mankind. Not mankind, because there's not that many people participating in it. But the most creative, competitive, honorable traits, it's this –

[03:30:00]

I had a guy yesterday message me – I wonder if I could tell this story. I wonder if this violates his privacy. I'll anonymize it. A lot of people are reaching out to me now because they believe in the project. They see the potential. They want to work with it. Developers reach out and say, "Hey, I want to build on top of it." Speculators reach out and say, "Hey, I want to get in." This guy's already successful in the space. He's already built something that's got traction.

He said, "I've always watched your stuff." He said this to me. I was like, "Oh, that's cool, man." Because usually, when people say that, they're talking about the crypto stuff. He's like, "Yeah, I watched that video that you did on how bad poker was," and I was a professional poker player, and it got me to stop, and I haven't played poker since.

I love it when people tell me that stuff. I love it because from my background, I'm used to doing things that scale, and I tried to do the personal self-help thing, and give people good advice. Here's how you give a good apology. Here's how you not get ripped off. Here's how you should invest, how you can buy your freedom, and buy yourself the time to do something that scales.

But you got to work hard to save up the money to buy yourself the runway to do the next thing. So if you Google Richard Heart, One Way to Get Rich, it's called, those videos, they didn't get viral. I posted them and they just didn't go anywhere. And it was weird, since I was new to it, I just didn't blink. Blinking seems to be pretty cool.

So, if you make a video, like when you first start making videos, it's when you're looking at the camera like it's a thing, it's weird because it doesn't have a face. It's not human. It's just there, but you're treating it like a human. So for me, I just get deep in thought and I just – I'm in my head.

And I'm not absorbing what other people are doing. Elon Musk seems to do the same thing. We seem to use our eyes to access different parts of our head, and we don't do the eye contact thing. He stutters more, smarter too. He's smarter than I am. So, my point is, what the fuck was my point? [INDISCERNIBLE 03:32:24], smarts, camera, blinking, traction.

So yeah, it didn't go viral. But even though those videos didn't go viral and they only got, I don't know, maybe 20,000 or 30,000 views each. Oh, actually, this time, I am actually going to look. I'm going to look. Many times, I've tried to look at this computer and find something. This time, I'm actually going to find it.

56

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Youtube.com, Richard Heart... All right, 42,900 followers. Yay. By the way, in the real world, it's absolutely nothing. But in crypto, it's a lot. So, let's go to playlists, and let's go to 'save the world.' Fix the world, or success... All right, let's go to success.

And then I used to be drinking back then. I haven't drank in a long time. So, you can see I was puffy and hungover in a lot of these. Glad I stopped doing that crap. I'm older, but I look better. My voice was all girly. Okay, so here's the poker video today. I've renamed it.

It used to be called Poker Sucks, Video Games Suck, and Gambling Sucks. But now, since my audience is all crypto, and really... It's the same stuff. Now, it's called Trading Destroys Your Health and Relationships. To Lose Money or Take Another's? Who Has It as Bad? So, this has got 77,687 views. This has changed lives, literally changed lives.

My Stop Playing Video Games video got people that were addicted to games to stop being addicted. My Gambling Sucks video got people to stop gambling and build something with their life. So, imagine how many people are out there who have affected positively that I've never heard from.

That's awesome, because if they didn't tell me, I would just consider this stuff a failure. Like a few years, not even 100,000 views. Like, what? Like, a kid makes a farting video. It gets like 100,000 views in an hour, right? But the question is, how many lives do you have to positively affect? How many lives do you have to change before it was worth it? I mean, if I – when I was making that video, if I knew I could save one life, right,

[03:35:00]

that's enough. Like, awesome. Now that I know that it's more, it makes me feel good.

And that's the next thing for me, like SciVive, and making the world a better place, and working on medical research is the next thing for me. What am I going to do with more money? I literally only have one thing on my wish list of things I want. I want to get a wireless microphone kit for my interview camera.

So, the next time I'm doing an interview with somebody, I don't have to run all the wires. I got everything else I want. Maybe I'll pick up one of those fancy 64-core Threadripper AMD CPUs when it comes out for giggles or something, but I don't even feel like moving everything over. Like, probably won't even do that. CPUs I got now aren't loaded up. I've already delidded them and put liquid metal compound between the heat spreader and the CPU, which dropped it another 20 C so I can overclock it harder. I'm already... What I want is to not die like my grandparents did.

I didn't help them. My dog died, I didn't help her. And now, I'm 40, and I ain't skinny. Strong, real strong, three-plate, 12-rep deadlift. Still could do more, but my hands gave up. We'll do some more of that stuff, but that don't make you live longer. The old people home, the only people that are alive there are smaller women, and people with low body fat are the only people that are left at that age.

57

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Big dudes all die. Currently, I'm a big dude, so I want to invest in the technology that will save me, and my loved ones, and everyone I know. It's all that matters, because life is already very good. Life has already been very good for a very long time. I retired when I was 24. I'm 40 now, traveled the world, lived in a hotel for 5 years.

I did it, right? What's left for me is legacy. I want to make an impact, a larger impact. I'm very lucky to be in an industry that could really change the relationship of man and government, get a couple percent of extra GDP efficiency out of the world.

There's so many good things to be in this business at this time. It's awesome. And the macroeconomic view, or the helicopter money and printing infinite money, that's a great, great strong bullish signal for hard currency if it has adoption, this is the problem.

People think high inflation is bad in crypto. And you're like, "Well, it doesn't make any sense. Bitcoin went from 0 to 18 million coins. It went up 2 million x on high inflation. It used to be four times higher." So did every other crypto that pumped, every other crypto that pumped like crazy had high inflation rates. And then I could point low inflation rate coins that didn't go anywhere. Why?

Because your inflation rate is like a delta of like – let's call low 4%, and then let's call high 10%. Well, that's a 6% delta, difference. Well, how much of a difference could your marketing make? 600%? 6,000%? 60,000%? So like, you're trying to push with a string. Your inflation rate is a string and you can move it around all you want, but it really – it's not that effective. It only is effective in one direction kind of.

So, I like to brag about HEX having a lower inflation rate than Bitcoin. But in reality, that's not what matters. What matters is the onboarding of new users. What matters is the referral program and this trustless interest that mathematically shows you... I wonder if I could do this.

Let me try something here. Chat, since you're on lag anyway, why don't you guys ask me some smart questions, and I'll answer them when the lag catches up? Because I want to see something.

[silence 3:39:17-3:40:40]

**[03:40:00]**

Interesting. So, that's how long it took me to install MetaMask and go to the website, that little quiet spot that you had there.

On my stream computer, I don't have any software, really, so it makes life easy. That's why these streams – that's why when we start streams, my stream is always on time, and everyone else is all messed up. It's because I got a dedicated streaming computer.

So, I'm looking at the contract here. I'm going to pull your guys' chat up at the same time. So, I'm at go.hex.win. So, why don't we do this? I took 60 seconds of silence to install MetaMask

58

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

so that I could see what was going on with HEX, and I'm going to describe to you what's going on, but then I'm going to sit here quiet until you guys...

Well, let's reverse it. I want you guys to go now on your desktops, and I want you to go to go.hex.win. Someone in chat says, "MetaMask requires full info of browsers. How can I trust that?" Use a separate browser, bro, just to have a MetaMask-only browser if you don't trust it, or use profiles.

So, use Chrome, you click up on the top right and you go add user. It just makes you a whole new chrome with whole unique everything. You have to reinstall the browser for each new user. Not a hard problem at all. You're worried about your keys.

MetaMask supports Electrum and Trezor. Stick your keys in there, or do what you need to do on the blockchain, and then uninstall MetaMask, and then keep your seed word somewhere and secure or delete, erase the empty space in your hard drive. Right click Properties, Tools, Optimize, run the trim command on your SSDs. If you're using a spinning hard disk, use Eraser from heidi.ie and use Gutmann three-pass or seven-pass.

I have so much information to give you guys. It's crazy. I could talk to you about interesting stuff for days. I think Richard has three super-wide 4K screens. The problem is that you can only see... Oh, well, let me finish telling you guys what you need to do if you're on a desktop now, and then me and the mobile guys will just have a chat.

Actually, hmm... We'll just do the desktop guys for now. Desktop guys, open up your browser, go to go.hex.win. It's going to tell you you need to install MetaMask. Go to metamask.io and hit enter, and then just click install and yes a bunch of times.

And when it asks to share data, I click the gray box that says No. Now, when you get your private keys there, you can save them to a notepad somewhere. But since we're just making a throwaway account here, you don't have to actually use it. You can just say "Remind me later."

It's unsafe. It's insecure. You should never send money to it. But that's fine, we just want to see what's going on right now. We don't want to do key management right now. When we're done doing this, you can just right click, remove MetaMask, and do the same thing again whenever you want. It's very super, super simple. Very simple. And since – so, when I broadcast, it's delayed to you guys by like 20 seconds. So, I told you to do those things. So now you're doing them, I hope. I assume you're slower than I am.

[03:45:00]

So, I'm going to sit here in uncomfortable silence because I'm waiting for you guys to go to go.hex.win. It's going to tell you... Actually, what am I doing? Hold on a second.

I should have told you to go to pumpamentals.com and get your 10% bonus cookie in your browser, and then install MetaMask, but whatever. You can click pumpamentals.com whenever you want, or someone else's referral link, whatever you like.

59

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

If there's someone else streaming on four hours of sleep for multiple hours, click theirs. So, go to metamask.io. Install the app. You can save the seed words if you want. You can say remind me later. If you don't save them someplace awesome, definitely don't send their money there. Those keys are super important.

And then once you've got installed, just go back to go.hex.win, and it's going to ask you to connect. If it doesn't ask you to connect, click the little fox on the top-right there, log in, give it your password or whatever, and you should be able to see HEX. It should be in front of you.

So, now that you guys have installed MetaMask for metamask.io and you've gone to go.hex.win, somebody in chat said like, "Stop taking my referrals!" Last click wins, bro. Get them back, build content, build content. If you're shilling a ref link by just forwarding it empty from a domain name, you're not adding value, really.

There's a lot of content to be built. There's a lot of tutorials to be written. There's a lot of explainer guides, there's a lot of animations that can be done. There is a lot of stuff that could be done. Somebody put that link on the front of thepiratebay.org. It's a referral link. Awesome. Shocked when I saw it.

It's like, "God, what?" I was really impressed. I hope that guy does very well. All right. So now, that you guys are at go.hex.win and you can see what's going on because you installed MetaMask, here's what we're looking at. Maybe I'll one of these days be able to show you this screen live and then talk over it. I don't feel like setting that up right now, but maybe I'll do that tomorrow. Maybe.

Transform ETH into HEX. I'm on the home, which is the top left corner here. I use a dark mode because I just like it better. Let me see what the light mode looks like at this hour. I like the dark mode, so transform ETH into HEX. What does this really mean? Well, let's walk through it.

So, we're in day one. There's 1 billion HEX available, and right now, there's 6704 Ethereum in the lobby. Why do we call it a lobby? Well, you're waiting. You're waiting for the end of the day. And at the end of the day, your Ethereum will be turned into HEX. And you can run the leave XF lobby function, which here, you just click exit and then pay a fee or mine your own block, and you're going to mint yourself, your HEX and go right into your wallet. But in the contract, like behind the front end, it's running the XF lobby function.

So, leave XF lobby function. I'll try and do this a very simple way, and then maybe we could complicate it. So, here's a simple way. Right now, there's two primary ways to get HEX. Either you can free claim, which means you open up your Bitcoin wallet tomorrow after 7:00 p.m. EST, and you copy your Bitcoin address to this tool, it tells you what to sign. And really, all you're going to sign is claim HEX to your Ethereum address. But it's easier for you to see it instead of memorizing it.

60

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And then you sign that, and you copy paste the signature here, you click submit. You have a little bit of Ethereum in there, a couple pennies, maybe $0.03 or $0.04, and then some other miner can run your software for you. That's what you do when you pay the Ethereum network a fee. Some other miner somewhere is running your code for you that you chose.

So, you can also just mine your own blocks, but it's a lot harder. One billion HEX available in 14 hours, 43 minutes, 25 seconds.

**[03:50:00]**

Whoever puts Ethereum into this adoption amplifier transformation lobby will have it transformed into HEX when they run the leave lobby function, which just means click exit.

So, when the day ticks over, you can see all this. I made a video of this. It's the second video on the home page of hex.win. It shows you how to enter the lobby, how to leave the lobby, how to stake your coins. It's a five-minute long video. I actually think it's like eight minutes and five seconds or something.

So, right now, I bet – I should remember this number because it probably goes up while we're talking. Because, I mean, it started the stream at 0, I think. And so since I've been on the stream. I don't know. It's gone up 6713 ETH. So, let's say right now that no one else sent any Ethereum, and the lobby just closed right now, just for math's sake.

Now, usually, I could try and do this math in my head, but man, I am really tired. Like, when my face starts looking funny, I can feel it. So, I'm going to divide the HEX... I'm so tired. [INDISCERNIBLE 03:51:48] does this math for me. It's sitting here in my face. I was going to do some division on the calculator, but it's sitting in front of my face.

If you free claim one whole Bitcoin, $7,500 worth, tomorrow, you will get a 20% bonus on top of the 10,000 base rate, which would end you up with 12,000. If you clicked pumpamentals.com, you would get 10% more, which would be 13,400. Going to actually use the calculator. That's how tired I am. That's amazing.

Yeah, 13,200. I was off by 200. So, if you claim first day, and are referred pumpamentals.com, if you want one, click anybody's, you're going to get 13,200 HEX per Bitcoin. If you were to send one Ethereum to this contract, if you were already in, if you're already in the lobby right now with one Ethereum, you would get 150,000 HEX.

So right now, if no one else joins the lobby, you would get 10 times more HEX than if you free claim tomorrow, and were referred, and got the 20% speed bonus. Now, I'm really tired, so let's check my math. Okay? 10% base claim or 10,000 HEX per BTC. That's your base rate.

Speed bonus, day one, 20% goes down to 0% over the year, so if you claim earlier, you get more bonus, you claim later, you get less referral, 10% stacks on top. I'm so tired. I hope it stacks on top. I'm pretty sure it does. It might be beside it, but I'm pretty sure it's on top.

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

Yeah, I'm sure it's on top. So, 10,000 times 1.2 for your speed bonus, times 1.1 for your referral, that's 13,200. And I can see by going to go.hex.win with MetaMask enabled, that one ETH gets you 148,718 HEX. Now, what do you think is easier, to have a Bitcoin to free claim from which costs $7,200? Last I looked, let's check. No, $7,305. So, what's easier? In order to get the same amount of HEX by free claiming as you would get right now if you join the contract right now, let's do that math. So, 13,200, we'll invert it, and we'll multiply it times

[03:55:00]

148,640, 11.2 times better. So, you would have to free claim 11.26 Bitcoins tomorrow and be referred to get one ETH worth of HEX right now. I think an ETH is like $170. Let's take a look.

I'm going to have to learn the – I'm going to have to learn this ETH chart like I know the Bitcoin chart. Memorize it. All right. Right now, Ethereum costs $148.55. So, we'll call it $150. So, $150 into the adoption amplifier right now equals 11.2 Bitcoins of free claim tomorrow.

Do you have 11.2 Bitcoins or do you have $150 of ETH? That's the math. I told everyone about this, again, and again, and again, and again because I did this math, because this is the one day where the math is guaranteed to be determinable.

So, the next day, the number of HEX that are available is reduced by all the free claims that get made. And I don't know how many free claims will be made, so I don't know how much it will be reduced. So, it gives a crappier estimate. On this day one, I know there's no free claims because it's not open yet, and I know that there's a billion HEX. And so, the math when I did it was that there's 83,333 Bitcoin worth of free claims handed out from the adoption amplifier, day one, today.

So, it's a lot of money to get – let's see how much money that is. 83,333 times 7,305, I think it was, 60,874,565. So, $60 million of Bitcoin would need to – it's the only way that you don't get a better deal from the AA system than you do from free claiming, is if you're paying absolutely no fees on your free claim. Like, you already own the Bitcoin. So, you didn't pay the bid ask spread. You didn't pay half a percent to get in, half a percent to get out.

The price didn't move against you during a snapshot. And we only have to worry about any of those things anymore because the snapshot's over. Like, you don't have the option to go back in time and purchase before the snapshot. That time is over. So, the only way that the AA system will be less efficient, cost-wise, to a person that did actually have to pay a bid-ask spread or transaction fees is if a ton of economic energy comes into it.

And all the AA system is doing, is it's giving out a copy of the unclaimed coins, unclaimed, and unclaimable, and late penalty, and [INDISCERNIBLE 03:58:42], and multisig, can't claim a bunch of – there's a whole lot of coins it just can't claim, or won't claim, and all that stuff, and those unclaimed, and unclaimable coins, and all those other things, are given to this adoption amplifier to onboard the world.

62

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

We can onboard the world and have everyone minting their own coins and minting their own rewards in a trustless peer-to-peer system with no order book, with no AML, KYC, with no flash crash, with no all of the crappy centralized things that happen. A decentralized system where you mint your own money is beautiful, really.

It's really neat. Because all money is, is a proxy for things that are rare, like human time and goods and services. So, we can create a better proxy with less friction. It's just so good. And by the way, the price is like 2 million x return on Bitcoin in 10 years. That's pretty good. And it's really better than that. Like, I'm just quoting it from like a penny. But it was cheaper than a penny. It was so cheap that it didn't even have a price. So right now, the math that I did,

[04:00:00]

it's 11.2x. If you compared one Bitcoin to one ETH of input value, then right now you get 11.2x more with the ETH input value. Now, this is a little funky to me, because why did we choose to compare a Bitcoin and an ETH? Their scales are so different to start with.

Let's flesh that out. Why are we comparing? Let's start from the beginning. Humans have limited economic mass, rational actors choose to maximize their returns, they like better deals, they don't like worse deals. If you wanted to put $1,000 into something and if you wanted to do it in HEX, then your options are buy it when it comes out on exchange tomorrow after everyone mints it because it won't exist until then. And then you've got to worry about signing up not being that guy that ruins the chart by pressing a huge market buy or sell because he doesn't understand order book, and just sells into an empty book, and just ruins the chart. If you're going to ruin the chart in that way, please push it down so that we can have a cooler, super-duper multi-billion X or whatever – or better yet, don't try and manipulate the thing at all. That's even the best thing. Let the price do what it's going to do and don't try and manipulate the price, let the market in reality just decide. I just aesthetically hate a terribly stupid looking chart because someone wicked with no volume, basically an error, and now everyone has to look at it for the rest of time – everyone has to look at this stupid error, which is not useful for trading at all because it wasn't any real economic mess there, it just traded there for a second, like an infinitesimally small size.

So, your options are if you had a thousand bucks, you could – you've already got MetaMask – let's see what they do. So, if you're in MetaMask now and you click the little fox on the top right and then you click, deposit, blue box, middle, left, here's where you send your ETH, if you're sending ETH from an exchange. Directly deposit Ether, view account, that's what you'd click. But then, if you didn't have ETH and you wanted to get ETH, I think this is where they generate some revenue. My mouse didn't do what I wanted. I'm scrolling down here. I got something called Wyre, it just let you turn credit card into ETH. Cool. I guess this is a competitor with a guy I interviewed when I was in Singapore. I think the leader in this space is a Simplex. I guess this is like a Simplex competitor. They're probably good if they're on MetaMask. I would Google it. Hold on, let me verify it. So, this looks like a shape shift, I guess. Click it, instant exchange, you send Bitcoin, you get ETH.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Okay, that's pretty neat. Cool. What we're trying to do here is compare what a better deal looks like. I'm not a financial advisor, I have no sleep. You need to check my math. But even at my worst, I'm probably still pretty good. So, you have a $1,000 – your options are buy it on an exchange tomorrow, we have no idea what the price will be at all, and you got to go sign-up, or it looks like you could just buy ETH directly with other crypto or with a credit card from this wallet. It's pretty awesome. Well, I'm going to try one. Let's see what the other one does. I clicked the CoinSwitch one. That looks pretty simple. I mean it really looks really simple. On one side you have how many Bitcoin you want to put in. What else do they take? Dollar… Euro… Dollar?

**[04:05:00]**

Why do you send dollars? Okay, I'm going to send you money. How does that work? I'll take you to the website. What if I don't pick dollars? What if I pick Bitcoin? Where'd the Bitcoin option go? Yeah, they carry everything. Alright, neat. They carry like every coin. So apparently, you can convert every coin into Ethereum and join the adoption amplifier. That's pretty cool. I like this ecosystem. Can you imagine if HEX had launched on Bitcoin, user installs the wallet? Very hard to use, uses like a C++ client thing, he's got to install an exe. That all sucks, right? You try and download the exe, it warns you, "You're downloading exe, watch out." Terrible user experience, no night mode. Nearly impossible to upgrade, "Oh, you want to upgrade it? Install a new exe. Watch out!" How much better is this? You go to – go.hexwin, you install MetaMask, easy. I've never even seen this. I've never been on this before in my entire life, it's the first time I've ever seen it – but if people really wanted to turn whatever economic energy they have now into ETH to get into the adoption amplifier day1, this seems pretty easy. I don't know how you could get easier than this. It's a thing where you pick whatever you want for an input and it takes everything – including cash, including dollars, and it gives you ETH. You can't do better than that, and I didn't have to do any work for this. It just came built in. God, that's good, so good. Let's look at the other things. Deposit, clicking deposit in MetaMask. I click the fox on the top right, I click deposit again, I'm going to click view Ether, so you guys see what that looks like.

If you already have some Ether, there it is, that's your address. You can scan it, or you can copy the address out and you can send your ETH to it, and then you can join the adoption amplifier lobby. And if you want a free claim Bitcoin, you have to do this kind of stuff anyway because you need to pay your transaction fee for someone else to run the software that you chose. You need 3 or 4 cents of ETH even if you're just free claiming or you could mine your own block and become a miner, that's a lot harder. You do it, but it's harder. So, we click the fox on the top right, we clicked deposit, the bottom kind of middle blue box there – I'm on a 4K screen, so you guys' stuff might be different. I'm clicking deposit again – and this time, click on the Wyre option, because I've never seen this stuff before. Continuing to Wyre... It's taking me to a website. I see some sign-up stuff here – but if they're taking your credit card, they got to do that, I guess. Email address, password, this will be the end of my journey. For you guys that want to spend on credit card, you can dive farther into this. I'm too tired. So, what ways do people store their value? They have cash, they have crypto, they have credit card, and they have illiquid assets.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And this already covers cash, and crypto, and credit card. What more could you want? That's really good. I'm glad I picked this ecosystem. And now, we're on my favorite website in the whole world, go.hex.win. For you guys that are just tuning in, go to pumpamentals.com, get 10% more. Lucky you. Go to go.hex.win. You don't have to go to pumpamentals, you can go to anyone's referral link if you want the 10% bonus. There's a lot of them. There's one on the cover of thepiratebay.org. Install metamask.io, and then you'll be able to see what we're looking at, the people that listen and are on desktop. You guys that are on mobile, man, I'm so tired.

**[04:10:00]**

If I wasn't so tired, I would love to walk you through mobile with this, but I can't. I can't do it. I can't stay energy. I don't have the energy to do it right now. I'll bet some other referrer would be more than happy to do it though and stick his link near it. These numbers keep going up. So, right now, there's 6,828 ETH in the contract. How many was there earlier? It wasn't like 6,700 ETH or something, it was 11.2 ratio. The number keeps going up. We started the stream at zero – and now ,it's at 6,830 ETH. In 14 hours and 22 minutes and 37 seconds, this lobby will close. The people that were in the lobby will be able to click the exit button, pay their 3 cent ETH, for some other miner to run their software for them, mint their coins for them, and it will mint them. Currently, if no one else joins 146,000 HEX per ETH – and if you want a free claim tomorrow with a 20% speed bonus and be referred, you would end up with 13,200 ETH. And so right now, a single Ethereum that costs less than $150 gets you more than 10 times Bitcoins free claim tomorrow. It's the math.

That seems pretty good. Now, the only way that deal moves to a crappier deal is if a ton more ETH comes in. In order to get the ratio down to 1 Ethereum sent to AA equaled the same as like 1 Bitcoin free claim tomorrow, which is the best ratio you'll ever get because the speed bonus just keeps getting lower. In order to equalize those more than 10 times as much ETH would have to be sent to this contract by the close of the period. In order for free claiming a Bitcoin to equal the same as just sending 1 ETH, I think there would have to be 70,000 ETH in the contract by the end of the day, which is 14 hours from now. How much money is that? The only way you will get less – check the math, I'm very tired, but I think this is right. The only way you will get less than a Bitcoin free claim worth of HEX, which is 13,200 out of this… This is just algebra, I just actually do the algebra. It's just 1 billion divided by 13,200. For 1 Ethereum to equal 1 BTC, a free claim there needs to be 75,757 ETH in the contract – and right, now there's 10 times less than that.

It's 11-fold. So, when we first did this math, it was like 11.16, 11.19. Now it's 11.06 because some more ETH came in. Right now, you would need 11 Bitcoin, free claim in 14 hours and 18 minutes to equal $150 of Ethereum sent to the contract.

**[04:15:00]**

Now, when I say sent to the contract, I mean using the adoption amplifier, where you click enter, and you use this front end. If you send Ethereum directly to the contract, you will lose that Ethereum.

65

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

You will not get it back.  You will get nothing in return.  It'll be considered a charitable donation.  Unless you want to charitably donate, do not send Ethereum directly to the contract, use the front end, use the button, enter the lobby.  Love to look at this on mobile.  Love to.  So, what do I see in the screen for you guys that aren't looking?

I'm looking at a screen called go.hex.win, I can see the cool numbers and stuff that's live on the blockchain, because I've installed an application called MetaMask that is an Ethereum wallet, HEX wallet, lets you transform other cryptocurrencies into ETH, lets you buy ETH with a credit card, all in this little app.  Those other two things are like sites in the app, they're not like – MetaMask isn't billing your credit card like this other company is, but it's convenient, it's there.

I see 1 billion HEX available.  I see 6,863 ETH has been sent, the day closes in 14 hours and 16 minutes, and right now you get 145,708 HEX per Ethereum.  That number will go down as more people send ETH until the lobby closes.  If I clicked enter and sent some ETH in, then a little tab called Your ETH would appear, and then it would also say Your HEX.  And your HEX is, if no one else joins, how many HEX are you going to get?  And your ETH is how much you sent.  If you send 10% of ETH, you get 10% of the billion.  If you send 5% of ETH, you get 5% of a billion.

It's fair, totally fair.  Then below that I see stats, and these are stats about HEX.  So, today's the first day, it says current day one.  When will the next day be?  14 hours and 16 minutes from now.  Total supply of HEX, zero HEX, because none of them have been minted yet.  As soon as it ticks over in 14 hours and 15 minutes and 55 seconds, the people that had their Ethereum in the lobby will be able to click exit, pay their $0.03 to somebody to run their code for them, and within – very quickly, the HEX appears and you could stake it, you could send it to an exchange and sell it.

You could send it to a friend.  You can do anything you want with it.  It's peer-to-peer cryptocurrency.  It's awesome.  What else could you do?  You free claim.  Right now, we have no supply.  When this day is over 14 hours, 15 minutes, 8 seconds, the people can leave the lobby, it mints their HEX, a million HEX will be created right there, a billion, if everyone exits.  So, you do have to hit exit and pay your $0.03 cents, and then you're the one minting the coins, and updating the system, stay in the network because you are the network.

That also opens up free claims.  Now, why did we start AA a day before free claims?  Because starting AA is what you have to do to finish it at the same time as the free claims, because it takes a day to settle.  It's open for the whole day, 14 hours, first people will be able to free claim, and when you free claim, it's 90% auto staked, minimum 350 days, you can add extra days to amplify your shares.  10 years, you get 3x the shares.  And since the share price only goes higher, even if the bonus maxes out, you still might want to push farther, because if you end stake, you're always going to end up getting less shares, you're not going to ever have more shares than what you had the first time that you started your stake.

Because the price only goes up, it can't go down.  Not the USD price, the share price.  The share price is how many HEX are you staking to get a share?  And the shares become rarer than the

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

HEX themselves because the price only goes up. That's it. Tomorrow, trading Ether delta, fork Delta, Bidesk, if you want 50% off fees on Bidesk, click the referral link at the

**[04:20:00]**

top of t.me/HEXcrypto or find my tweet, it should be on HEXCrypto and RichardHeartWin.

I tweet a lot more on RichardHeartWin because it can be more spicy. On the corporate stuff – you're not going to see pumpamentals on a HEXCrypto tweet in the body. It's not going to happen, because it's not fair to other referrers. You're not going to see pumpamentals pinned in any of the official HEX chats. It's just not there. And a matter of fact, in those chats, the majority of the referral links that you see are from other people posting their content, because there's many of them and they generate more content than I do. So, I really would love to see referrers do very, very well.

You can do very well, put your work in. You got to bring the views. If you go to someone else's channel where they brought the views, and they brought the value add, and they brought the content, and then you shove your little stealthy, scammy trick people to click thing. I'm going to ban you. That isn't bringing value to the world. You're just leeching. Right?

So, if you want to do the referral thing well, PirateBay.org, referral link right in the homepage. Apparently, they're adding value, got a lot of visitors. It's a brand-new project. It's a world of open opportunity to carve your niche at. This should be around for a long time. You could be a HEX addict. You could be a lot of unique and cool things in this new ecosystem. You could take whatever you think about in other cryptos, and you could be the HEX of that.

A lot of opportunity here, a lot. Is there anything else? There are other buttons here, right? I'm going to do a question. I don't enjoy kind of just staring at the screen, maybe it's because I'm nearly unconscious. Do you guys want me to click these other tabs and tell you what I see? So, I've got a transfer tab, a stake tab, a claim tab...

I'm just going to do it, it's so quick. Alright, home tab has the transform ETH and HEX, and the stats of the whole system. Transfer, you want to send your HEX to somebody else. Stake, longer pays better. Bigger pays better. Shows you all the stats. Shows you your bonus shares, shows you your effective HEX, which is really your bonus shares. And then it shows you your APR. That thing's just crazy.

You will see such a gigantic number there, that is mathematically accurate, because there's not many people staking right now, and there's a huge giant reward guaranteed to come out on day 353. And so, what happens when you've got a huge reward and a little bit of input? And that huge reward goes to that little bit of input, you get insanely sized percentage returns. And so, what happens? People look at those returns, and they go, "You know what? I want some of that too."

Then they join in, and they stake longer, and they stake larger. Then those returns come down and they start in the millions of percent. Guess what happens when everyone starts locking up

67

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

their coins?  There's no supply.  Well, what happens when there's no supply but there's demand?  Price goes up in a free market.  No brainer.  Cool design, cool design.  This is what they do in normal companies, the time value of money is what they do at the bank.

The time value of money is what they do with startups, with vesting periods.  It's just God darn smart.  I mean, all the stuff I could show you guys is on the hex.win home page right in the front, shows you how to set up MetaMask, shows you how to install your hard wallet through MetaMask if you want.  Shows you how to free claim, shows you how to transform ETH into HEX.

Shows you how to do everything right there on the home page.  I think if you want to import keys, you have to click the videos page, because it's only on the HEXCrypto YouTube.  I can't make content for both.  So, I've got 53,000 followers on Twitter and HEXCrypto has got 3,500.  I either have to make two videos, one without a ref link and one with, and I just haven't had time to do that, man.  I can't say I'm going to do anything.  I can't give you any expectations.

[04:25:00]

So, refer, obviously; transform, obvious; claim – you stick in your Bitcoin address, it tells you to copy this thing to sign, which says claim HEX to your Ethereum address.  Paste it in your wallet.  You sign it, copy the signature out, put it back in, hit enter.  You see your $0.03 of ETH you got to spend.  You don't have to spend it.

You can mine your own block, but man, it's a lot easier to just pay someone else to do it $0.03, and then you get your free claim done.  Ooh, here's a trick.  I got a trick for you.  You can free claim – Wow.  Yeah, I forgot to tell you this.  So, if you click on pumpamentals.com, you get a 10% bonus.  That works on two ways.  It works when you transform Ethereum into HEX, and it works when you free claim Bitcoin.

You can get both of those bonuses.  You can... since the BTC snapshot is already over, you can sell your Bitcoin for ETH, transform it into HEX, get the 10% bonus, and you can do that now, and then when you free claim tomorrow when it opens in probably 13 hours or something.  Now, let me click it.  Time hasn't moved at all.  It felt like an eternity in my head, 14 hours and six minutes is when you can start free claiming, and staking, and getting your coins out of the adoption amplifier.

Let me change that language.  Minting your coins at the end of the adoption amplifier's previous day, just like you mint your coins when you free claim.  That would give you the bonus twice.  Because you're getting it on the free claim and you're getting it on the AA.  Pretty neat.  That's if you want to get what I believe is the best design cryptocurrency that I've ever seen.

And I guess we could derive a price if we wanted to.  In theory, in a free market, there will be some arbitrage between the exchange and the adoption amplifier.  If the adoption amplifier is ever too cheap compared to the exchange, you would expect someone to capture that opportunity by selling the exchange down and moving the ratio up on go.hex.win.  I mean, a lot of this stuff has already been done and is already known because EOS launched with a very similar system.

68

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And if you want to see how much ETH they got every day of their 350-day, transform ETH into a token phase, it's published. I'll actually just put the links in chat, which will be lost in the middle of chat like no one will ever find them, but I'm going to do my part anyway.

It would be cool if these got added to the home page, because if you're trying to predict how much will come in when and patterns like that, it's maybe useful. If you look at other things that are designed similarly, then maybe there might be some similarity in the pattern. It's hard to say, because there's other things that matter. Was it a bull market or was it a bear market? How was the altcoin thing at the time? And all these other things.

I was going to look up the EOS values for how much their 350-day contract got per day. I've got to go to chat. If you go into t.me/HEXcrypto, and you type !pasta, you're going to get a list of all of the other triggers you can call that answer every question that you have. Our FAQ is pretty awesome, but then we also have this extra thing that I think is even more awesome, because it's more recent and more real time, and has been refined by more people talking about it and iterating on it. When someone reads your FAQ on the site, you're not getting any feedback from them, but when people read these triggers,

**[04:30:00]**

instant feedback, hundreds of times a day, so they get refined and thoroughbred. Looking for those links for you guys, you might as well join t.me/HEXcrypto since you're just listening to me. Okay, here are the tweets that have the values, and, in those tweets, you will find the links to the source material where you can download the Excel spreadsheets for yourself and do your own analysis. I think this is pretty cool. I like data, I think data is cool. Let's find this other link… So, these are like… one is ETH divided by token, and the other is token divided by ETH. You can see both charts.

I am so tired, my head's hurting now. It's probably not good for my health. I think in the next ten minutes, I should probably stop streaming. I guess I'll take questions.

The summary is, currently... Let's look at the contract here. I got to tell you, I actually love just looking at the contract thing. This is speculative stickiness. In Bitcoin right now, what do you got to watch? Price isn't moving. Volume, dead. On-chain transaction, one, you've never even looked at it before. What do you got to look at? Nothing.

Look at HEX, look at this. How many ETH are going to come in? What percentage of the people that get them out in 14 hours? What percentage of them are going to stake? How long are they going to stake? How many of them are there? What are they going to do the next day when there's only 500 million? There's going to be about 500 million instead of a billion tomorrow. It can be half as many available. How's the market going to respond to that? Only goes down. Every day people make free claims, number that goes to AA, only goes down. What's going to happen to that 2 million percent for the first guy that stakes, the first staker? In 14 hours when he stakes, and he sees he's going to make – I think when I was doing my test runs, the number was just insane.

69

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

I was off by 100 or 1,000 or something, because my brain saw it as like a decimal instead of a comma. But that's what happens when you've got 180 billion unclaimed tokens that need handed out... I call them coins, 180 billion unclaimed coins that need handed out versus whatever energy the first staker put in. He could put in one gwei, and then his ROI is 180 billion times 18 zeros. Insanity. Mathematically accurate insanity. Now, will he end up getting that?

No, other people are going to stake, and that's going to come down from insanity to lesser insanity. But still, think about how many stakes would need to occur to lower the percentage return on 180 billion of return times the adoption multipliers of critical mass and virality, plus interest. You got to have some other very large number. Let's say you wanted to get it down to 10%, and let's say that I'm just picking – let's say it's 300 billion or something, picking a number with no real thought behind it. I know it's going to be a lot. So, it's not double, 18 to 30, it's not double. It seems very reasonable. And you'll see it, the front end tells you the reality.

It shows the actual math. If you want to get the return to only be something small like 10%, and you know the payout's 180 billion, well, then you've got to lock up about 160 billion. So, what's 0.9 times a hundred and...? Oh, we said the payout would be

**[04:35:00]**

like 300? Let's just make it 200 for easy math. So, what's 90% of 200? It's 180. So, there would have to be 180 billion HEX locked up to lower the ROI on the big payday, and it's just not even possible. There's no reasonable way that I can see to make the big payday not really big.

Because it's really hard to get people to claim. It's really hard. They're just dead, or lazy, or lost their keys, or live in a place where they don't speak English. It's just hard to get them to claim. And if they don't claim, then maybe they're not staking, and if they're not staking, and there's low percentage participation in the staking, God, the returns on the big payday will just be insanity. So, I really cannot wait to see – the models I was doing with really high, kind of millions and millions of BTC free claims, you'd end up with between a 1.5x and a 10x, depending on what everyone did.

But it could be far, far higher. It's very hard to get it lower because the reward is so large. It's very easy to get it higher because people will just stake less. The adoption amplifier guys could just be like, "Yeah, I'm not staking." I have no idea what they're going to do. I'm very excited to see how large the stakes are, how long the stakes are, how many people participated, how many free claimers. Did Satoshi claim? And what is that ROI percent? I would love to see the ROI percent that said the annualized return for a person that was staked yesterday in HEX was x thousand percent. When you annualize a return, it's like, "Okay, so you made a little bit of money today, cool. But what if you did that for a whole year?"

A giant number, right? Because if it compounds daily, it's a 365x larger number. And then the old interest multiplies times the new interest. Now, that compounding in our system works a little bit differently because there's shares involved, and the price per share reduces new entrants.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

It's just a lot of math that goes into it.  You might want to read the economics audit if you like mathematical formulas.  It's on the home page underneath security.

My position is very simple, if there's a giant reward at the end, which you can see – right now, the giant reward is just today's giant reward of a billion.  But at the end of day 353, or actually the beginning of day 353, there's going to be an absolutely gigantic, big payday that's paid out, and it's going to be larger than the entire adoption amplifier.  Why is that?  Because the adoption amplifier is just getting a copy of the unclaimed coins.  It's getting 1/350 of the unclaimed coins for 350 days plus late penalties, plus GoxMeNot, plus whale penalties, plus multisig can't claim, plus a lot of pay to script hash, can't claim, blah, blah, blah, tons.

It gets that and that's cool.  But the stakers get more.  The stakers get that times virality and critical mass, which means if 4.5 million coins claim... I think it was 9.8 million was the max out, so if 9.8 million BTC claims, after all the penalties and whatnot, then it would double the payout of big payday, or it would double the multiplier, and then you're multiplying by a smaller number because those claims are... Yeah, It's complicated math, man.  All I can say is if at 100% of people that could possibly claim do, whatever those coins are that were unclaimable, plus multisig, plus GoxMeNot, plus whale penalties, all that stuff gets multiplied times those extra bonuses.

**[04:40:00]**

Because the AA system doesn't get those bonuses, the AA system will get paid less than the stakers get paid.  The stakers are going to get paid more, a lot more than the AA system.  I can't say a lot more, but more.  A lot more if a lot of people claim, more if fewer people claim.  Let's look at your questions here.  Sorry that I'm not sharper, guys, but I can't remember how long I've been awake, and I've only had four hours of sleep.

I think I'm still here with you guys because I care.  I've worked on this for so long.  I can't believe that it's finally here.  I fought so hard for so long, and everything was hard, everything.  There was nothing easy.  I guess that click MetaMask and people can onboard to ETH and credit card, that's pretty cool.  But everything else was hard.  I'm looking at the questions here.  These are going to have to be some good questions to keep me alive, guys, because I would like to go to sleep.  If all 9 million BTC are free claim tomorrow, how much will be left for the AA?  Tons.  The state of the blockchain changes every ten minutes.

In my models that I did, they're on hex.win/techspecs.html.  And if you go to the bottom there, I think my estimates were that about two thirds of the total supply, was just not claimable no matter what.  And so, that would be given out to the AA system, and to stakers, and then multiplied by virality and critical mass bonuses for the stakers.  It's a good question.  It's a really good question.  Let's go to the site, and if you don't want to go to the site, just look at me, I'm going to read it to you anyway.

We're going to hex.win/techspecs.html, and we're going to go down to the bottom, there's some code if you want to read it.  You're better off reading the code from the etherscan.io link in the description of this video, because that's the code you know is in the contract, verified proof.

71

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

This could have typos, or be old, or whatever. You know the code on etherscan.io is what the contract is using. I'll probably just change this to a link to that because it's the most secure, auditable, best resource, I think. I'm thinking of other ways, like a quorum of opinions and whatnot. Alright, I'm going to read this to you, and then I'm going to explain it.

Stakers get rich on day 353. "Oh, my God, they get rich?" Yeah, HEX rich. They get rich in HEX, bro. Around 12 million or more of these 18 million total Bitcoin worth of HEX claims will be given out to the stakers on day 353, and it gets multiplied by the viral and critical mass adoption bonus multipliers... I should say virality, I think, which can increase it up to 3x. Now that 3x, it can increase it, but in order to increase it, the thing that it's increasing has to be a little lower. I don't think it can actually be 3x the 12 million, but it could maybe be like two or something.

It's hard to explain, so only about 12.6 million of the 18 million total Bitcoin can claim, because multisig can't claim, it has most exchanges, GoxMeNot... So, multisig is most exchanges. GoxMeNot, there's 140,000 coins from Mt. Gox there. The silly whale penalties, which 42% of Bitcoin will be hammered by silly whale penalties. So, 42% of Bitcoin has over 1,000 Bitcoin in their addresses, and there's only 2,000 such addresses...

**[04:45:00]**

I mean, last I looked it was like 2,003 of them, which means that over 42% of Bitcoin is controlled by less than 2,000 people. Because most people have more than one address. That sucks. That's a lot of suck. That is a terrible, terrible, giant bunch of suck.

And HEX solves that by slaughtering those guys, killing the old whales to make new whales. Everyone hates the banks until they own one. Everyone hates the whales until they become one. We're not socialists. We just believe in survival of the fittest. You were told this project was launching. You were told there was a whale penalty over 1,000 coins. You could have been a smart whale and split your wallet up into smaller wallets of less than 1,000 each. But instead, you were a silly whale, and because you were a silly whale, you're going to get your possible stake murdered by 50% to 75%, from 1,000 coins to 10,000 coins, Bitcoins.

So, if you have a 10,000 Bitcoin address, 75% of it is being given to the stakers, you've only got 25% left to work with. You should have been a smart whale. This is how we prevent people who don't have any value coming and dumping on the heads of the believers, and the movers, and the shakers that make good things happen. This is the mistake so many other projects made. They give coins to the wrong people that do not align the incentives. They do not make good things happen. They make bad things happen. You know why people get paid on Friday instead of Monday? Because they would stop coming to work. You've got to set the game up right. Imagine if when you were speeding, they gave you a bonus like, "Oh man, we caught you speeding. Here's $100. Good job man."

Get a lot more speeding, wouldn't you? People respond to incentives. So, when you pay people that don't deserve money, they don't buy more of it. They chuck it in the garbage. That's why we ought to stake. You're going to hold on to this. You're going to watch it. You're going to

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

care about it, and you're going to see how good it is. Then you're likely to get more. That's how coupons work. That's how freemium works. That's how I got my Bitcoin for free and then bought a lot. I was mining whole 50-block reward blocks by myself, no pool. It's only worth $25. But then they got a lot more. They got a lot more than 25 bucks out of me. This stuff works across all industries and it's apparently working for HEX, pretty amazing. Not a single dollar spent on marketing. Just a good design. The design is what's causing appreciation here. Since we've been chatting, I think it was like 14 hours and 6 minutes last time we looked or 3 minutes. Now, it's been 18 minutes, and the number of ETH has gone up 500 or 600 ETH, I think.

Let's do the math. What am I doing? The math is already there in front of me. Anyway, the design is working, the pumpamentals are working. Everything is going to plan, except for the launch was delayed by a couple hours because of some network routing crap. I love that my darling that I put so much blood, sweat and tears into, so much effort, so much thought... I mean, I haven't gone outside very much at all, as you can see, I just keep getting bigger. I've taken a health hit. I've enjoyed my life less than I otherwise could have to do things that were very, very, very hard that I didn't really want to do.

I like building things, and dreaming things, and making things happen, but when I have to start writing code, and editing things, and doing hard, hard, hard work where you're learning a whole new domain, you're like, "Oh, I guess I'm going to learn about Solidity code now." I didn't really want to, but here we are. Do you want to make better design decisions? Well, then you have to understand all the parameters that you're working in. Now, I know a couple new fields of stuff that I didn't know before. To tell you the truth, I would have been happy to not have had to learn this. But sometimes if you want things done right, man, you got to do them yourself. You got to ask yourself what's going to be quicker, you to learn how to do it and just do it, or try and find the right guy not only

**[04:50:00]**

can do it, but will do it? Because you'll find a lot of guys that can, and they just won't. They will not. And then how long until you figure out that's what's up and then get the next guy? We've been through a lot of developers, and they're all good guys, and they're all really smart, and they're all the right guys. But when you're dealing with something that's this hard as blockchain, imagine designing secure software is nothing like designing normal software. Every single attack vector has to be anticipated and prevented. We're dealing with the real world here. The real world is an adversarial place. Just like when we launched, everyone wanted to scam, everyone wanted to get you to send your money to the wrong address, everyone wanted to get you to click their link instead of an honest link. And we had to fight and shut it all down, and we won.

They didn't get crap. I think they might have sent their own link $25. That's all that link got was $25. I think they might have sent it themselves, but maybe they successfully scammed somebody. I don't know. I've been talking about this. I've had "Do not fall for imposters" in my profile on Twitter for months, because the 50 impersonators just spamming up my list, and they didn't get paid either.

73

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Because I think I've educated my audience well enough that you guys know not to fall for that crap, or you all got wrecked margin trading and you're not there anymore. Stop trading, literally stop trading. If you're trading right now, exit your position – okay, this sounds pretty much like financial advice, let's not do that. Disregard what I just said. You might find your life far better if you stopped working really hard to lose all your money, and be less happy, and have worse relationships, and be torturing some poor son of a bitch on the other side of the screen that's in the same bad position you are.

What are you doing with your life? Are you becoming stronger? Are you becoming smarter? You realize that chart you memorized? It'll never matter again. It's over. I got the chart memorized, 2017 didn't happen again, bro. Oops. Fractal didn't play. Oh, okay. So, what am I going to do with all that chart knowledge now? Talk to you about it and then convince – you think now, you can discover order and randomness and then, "Oh look, it turns out Las Vegas was built on losers. It wasn't built on winners. It's built on losers." Exchanges are built on losers. They're built on your fees. So yeah, trustless interest, I think you're much less likely to get liquidated. As a matter of fact, I can't think of how you could get liquidated.

Not being liquidated is pretty cool. And you know how much time you got to watch the chart? Not at all. How many servers you got to run? Not at all. Internet connectivity? Nah, don't need it. You don't need anything. Take your coins, long as large as you can. Write the date down. Save your key somewhere safe and you can delete them off your computer. You just get rid of them. They're not even on the internet.

They're not in a computer connected to the internet. They're in your cold wallet. Safe as could possibly be. And then when it comes time to end your stake, load them back up, end your stake. You need to end your stake within two weeks that you said you would, or you will get penalized. If you end your stake early, you will get penalized. Be very careful about doing those things. You do not want to use the emergency end stake function unless you really know what it's going to do.

You are the network. You are minting your own coins, you're minting your own rewards, and if things go well, it's because you made them go well. I'm warning you right now, do not end your stake before you're supposed to. You could pay very, very, very, very, very steep penalties. I don't think anyone likes being penalized. So, I would suggest staying away from the emergency end stake button.

If you really need to, do a lot of research and talk to people that you know about what that code is going to do, because it could result in a penalty you don't like. And on ending your stake... Oh, and by the way, if

**[04:55:00]**

someone harms their account through a giant penalty, stakers get half that. The same way that you see people lying and spreading FUD to make the price go down, stakers might lie and spread FUD to get you to early unstake and pay them. I don't know if they will, but anytime there's

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

money on the line, and someone's going to receive it and someone's going to lose it, usually the guy receiving it kind of prefers that, and usually the guy losing it doesn't.

Bitcoin doesn't have that, right? In Bitcoin, the fraudsters are primarily talking heads that don't own any, and they just want press, or they really just believe it sucks, and some percentage of people always believe everything sucks. But I mean, hey, it drops 85% every once in a while, so it's not that hard to make fun of. But you just have to ignore the fact that it went up 750,000%. You have to cherry pick your time frames. In Bitcoin, the fraudsters that could make money FUDing it are really just the guys with shorts open, and they usually get annihilated, because if you short from 20,000 down to zero, one Bitcoin, you made 20,000.

You made a 1x profit, two extra stack, 1x profit. But let's say you didn't even buy at zero, you bought it a dollar, and it went to 20,000. You're up 20,000x. Which one do you like better, 20,000x or 2x? Well, one of them is 10,000 times better. And that's why all the shorts get annihilated, and they don't survive, they get totally annihilated because of math. You've got something that's up 750,000x in 10 years. How many shorts do you think can survive that? Not many. And this is a weird mathematical thing, it's kind of like the Monty Hall problem if you want to look it up on Wikipedia. It's something that's factually mathematically true, but for some reason smart people still get it wrong all the time. Smart people get that wrong all the time.

The way to get them to understand it is to let them know that what they're thinking is true, and you can make a ton shorting if the price goes all the way down and you close your position at the bottom, and then it goes all the way back up, then you do well. But you got to cover twice the distance. That sucks. That totally 100% sucks.

So, just knowing how much better longing is than shorting, and being able to explain it to you in a way that is intuitive, is worth more than most of the education I've seen from any other fake trader. People that teach you how to trade but don't trade themselves, they destroy your life. You pay them to teach you how to lose all your money, instead of you just losing it all on your own naturally.

You're like, "Hey, where are the customer's yachts? Where are your students with their Lambos, bro?" And they make more money every year. So, where are your students from two years ago? They're just at the peaks of their lives right now because their Lambos compounded into two Lambos now. Well, there aren't any. It's just wrecked plebs, and new wrecked plebs, and new wrecked plebs, because you're feeding them to the meat grinder. Horrible. Right now, the contract's got 7,544 ETH, which means you get 132,555 HEX per ETH that you enter into the AA lobby if no one else joins after you.

Now, we did the math earlier, free claim, referred, 20% speed bonus, first day, 13,200. And right now, you can get the same as a BTC-free claim with all that bonus stuff for 150 bucks of ETH. It's where the math's at. Now, tomorrow, half as much HEX is going to be available. It's only going to be about 500 million. And if a bunch of people make free claims, it'll be less. You'll see the numbers in real time. I'm looking at these numbers.

[05:00:00]

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

I love that I don't have to hit refresh or anything. It's so cool. I'm literally looking into the blockchain and watching the state of a peer-to-peer distributed system and not having to... I wanted to do math with my calculator, but it's already done. So cool. I'm very proud of what is here. Let me look at chat. How am I still alive right now? I have no idea. I guess it's because I'm passionate. My voice is gone. My face, I feel like I'm just in constant face pain. Hello, chat. Wouldn't it be horrible if my stream died a few hours ago?

That'd be terrible. I don't know about these candles, guys. I feel like I need to get a level, and actually... Shouldn't these melt straight down? I should know more about candles. Sorry, little girl. You're all greened up for the gains. It saved my chair, though, genius. My laptop's not liking it. When Richard starts petting his statue, he is too tired. We're talking about himself in the third person. We answered the if all 9 billion BTC are free claim tomorrow. Will you stake ETH 2.0? No, because it doesn't pay crap, and it's a full-time job, and you take great risk.

It is not a profitable endeavor. In HEX, you're getting absolutely massive returns, and they only go down if tons of other people do the same thing you are. In ETH 2.0, like Casper validating, you're starting with pitiful gains to start with, and then you have to subtract all your costs, bandwidth, hardware, maintenance. If your software screws up, you actually just lose money, you get slashed.

If you want to read about that, it's a hotkey in t.me/HEXcrypto. Just do !casper, and then you'll see Vitalik's video called, "So, you want to be a Casper validator?" Why am I wearing this earpiece? I'm not talking to anybody. Wow, old habits, man. There's been no sound. I've been streaming for five hours with that earpiece in, and I'm just talking to myself. There's no sound. Oh, my lord. What's the maximum stack length? 5,555 days. "Brain needs sleep and drink water." Yeah, I do, badly. Let's take your advice, man.

Let's put this HEX mug to good use. I learned something about four-color printing. The colors that your monitors can make, they're RGB, they're very bright and vibrant. You can't actually do the same things with inks, because they're reflective, not generative. So, if you look at the top right corner here, when you use a CYMK printing process, this magenta is a lot darker.

But I got this vinyl kick going on and it keeps the hot vibrance up here in the top. I don't know whether it's just a better ink on the vinyl, or the vinyl is a better substrate, but this punches a lot harder. This is supposed to be pure magenta in the design, and it is, in RGB, it's pure magenta. But then when you print it CYMK, it turns into this dark thing. But for some reason on this vinyl, it just stays popping. I shoot 422-color, which is 10-bit color, you can maintain a much higher gradient, a much higher range of colors.

But I don't think YouTube passes it to you. I think YouTube converts it to 420, which is 8-bit. It would be weird if they let me stream HDR,

**[05:05:00]**

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

which they do, and like 4K 60 frames per second, which they do, but then not let me use a higher color bit rate, because that bit rate wouldn't increase the bandwidth as much as doubling the frame rate. So, it's a no brainer to let them pass it. I guess I could test it by... I got two capture cards, one does 420, one does 422, I just capture with the same camera against the two cards and then see if the playback was different.

I feel literally sick now. That water did not make me feel good. I don't know why, but the water made me feel like shit. All right, guys. Scrolling down. Oh, a five-hour stream is pretty good for [INDISCERNIBLE 05:06:11], right? One person in chat is saying the web page is not loading. Well man, it's loading for me. You should go to a website called, "down for everyone or just me." I think it'll tell you. My eyes are wiggling against my will. I think I'm going to have to go to sleep very soon. Everything's up for me, man. Why would someone say that 100 times? I think I'm going to have to ban them for flooding. I don't know why you're doing that. It's very dumb. He is no longer going to be visible. Everyone else is saying that the web page is fine. I'm dehydrated. I'm all fucked up over here, guys. I'm going to answer this question for fun, "Richard Heart, why didn't you just stick with a BTC snapshot and scale it rather than take ETH if this isn't just about stealing money for a coin with zero value now and maybe forever?" Cool story, bro. It turns out that airdropping coins onto people has been done quite a few times. For instance, I was airdropped Bitcoin freemium, for free, by double clicking the exe file.

"Oh, but you paid." No, man, I didn't pay nothing. I double clicked an EXE, bro. That's not paying for something. That's like saying that if I give you free ice cream, you had to walk to get it. No, it's still free ice cream, man. Free does exist regardless of what a bunch of idiots will tell you. Just because friction exists and side stuff exists doesn't mean that free doesn't exist. I'm not going to let you guys destroy the word free for your silly purposes. I like words and particularly useful ones, and free is a useful word. So, who gave out free coins?

XLM did, XRP did, BCH did, BTC did, but did they give out the majority of their coins for free? Nope. No, they didn't. You see, free coins are only as useful as it gets you to buy more of them if you want the price to go up. If you give people free coins and all anyone does is sell them, I could show you a lot of charts that look like that, and a lot of those charts are the garbage that you just suggested that I do. But I know more about the market than you do. You are an idiot. You don't know what you're talking about. The history of free-only coins sucks. It sucks.

**[05:10:00]**

Because people don't want what they got for free, and they don't want free things for free. People want expensive things for free. So, how do you give someone an expensive thing for free? Well, how do you make it expensive? Someone has to buy it. Someone has to buy it to make it expensive, to make the free thing worth having. First, I'm explaining to you... Let's look at each of his arguments here. Why didn't you stick with a BTC snapshot? Let me translate that for you. This guy doesn't want to buy new coins, he wants to sell coins that were given to him and push the price down. That's what he wants. Is that useful for our design intention of getting 10,000x returns? Is that useful for that? No, as a matter of fact, if we can get guys like him to not claim, it's better.

77

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Now, what's the caveat?  The caveat is that when you give someone something, and you make them hold it for a year, and it works well and they enjoy it, why wouldn't they want more?  It's a great way to onboard people.  Great way.  That's how I got onboarded.  PayPal paid you $10 to join them, worked out well for them.  They lost $10 to sign you up and you stayed.  Anybody that offers a discount gets paid less but has the opportunity and the chance that you might participate more.

Every referral program lowers the margin of the vendor but amplifies the chances that they could find scale.  Do you want to onboard the world?  Then you need to give them something of value for free.  Giving you something free for free is worth nothing.  Garbage is free.  Do you want garbage?  Do you want a quarter of a raisin?  You want a half-eaten cheeseburger?  You want one rib?  No?  Well, that's what all of those other free-only projects turns into.  I think the best performing free only project was Nano, and it is number 26 when I last looked six months ago.

The most important part of this project is the non-free part.  How stupid are you, man?  I want to onboard millions and millions and millions and millions of people.  What percentage of the planet has Bitcoin right now?  Almost no one.  There are 2.85 million addresses with over $1,000 in them.  2.85 million?  Clash of Clans has 100 million users a day.  I can list you six other casual games that have 100 million users a day.  Three million after 10 years?  Garbage.  I'm going to choose that tiny, tiny, tiny, tiny, tiny, insanely tiny little subset of the world and restrict myself to just onboarding those guys who 20% of them seem to be violently against anything.

They just hate all things.  You know who I'd rather deal with?  I'd rather deal with everyone that didn't already blow their load all in Bitcoin.  When you blow your load all in Bitcoin, you don't have any extra money to buy anything else with.  When Bitcoin came along and I, and all the other libertarian, small government guys, saw an opportunity to do something really cool, gold bugs saw it, anti-government guys saw it, we all emptied all our money into Bitcoin, and we didn't have any money left.  And then the price went down 85%, because we ran out of our demographic's economic energy.

And then what happened?  Ethereum came along.  Did Ethereum tap the gold bugs?  Nope.  Did Ethereum tap the libertarians?  Not really.  Who do the Ethereum people tap?  Soy, software development, venture capital, unicorns, that stuff.  Totally different group of people hadn't been wrecked by crypto yet.  So, they got to make a new top, buy that top, and watch it drop 95%.  Now, what's happening?  New demographics that haven't been wrecked yet.  The magic is that if you can hold for longer than three years in Bitcoin, you've always made a profit.  Will it always be that way?  I don't know.  This pump 4x and – we went from 3,000 to 14,000 in four and a half months, and then just straight died, we're down

**[05:15:00]**

at like -45% now.  And we've wicked down to 6,500, which is -55%.

That's not normal.  We went up 42% in a single day on President Xi's...  China loves blockchain news, with absolutely no follow through whatsoever.  We 100% retrace that entire candle over

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

30 days and made new lower lows. That is not normal. That's not normal in Bitcoin. If you look back at the chart, that's never happened.

There's one spot where you could see something similar, but man, it's not doing what it used to do. It's fine. Why would it? The world changed. Why would it keep doing the same thing? So, what are we talking about? Oh, you were insulting the project, and you were giving your wonderful ideas about what you think would make it better, but you probably are wrong. And I'm going to explain to you why. So no, free only sucks. People don't want free things for free. They want expensive things for free. Two, free only to your little tribe of little guys. You don't have the majority of the new economic energy that we're looking for. The real world has all that.

Your entire market cap is only $160 billion. The whole thing. Well, in 2017, the market cap of all crypto was $1 trillion. It was five times larger than your market cap. I want all the other energy, I want to onboard through referrers, all of everyone else that's never heard of crypto before and hasn't had their opportunity to ride it up a few thousand x and then watch it drop 85%.

That's what happened to everyone in Bitcoin. That's what happened to everyone in Ethereum. That's what happened to everyone in almost every coin. It does returns that you could never, ever possibly dream in your entire life. And then everyone is destroyed if they sell. If you don't sell, it's a good chance you get to ride it for the next cycle if you're in a coin with traction, with more things going well than going wrong.

For instance, if you are in Counterparty versus Bitcoin, it just died forever. If you were in Omni versus Bitcoin, it just died forever. Even Dogecoin gets a super sick pump some times. If you were in Zcash, almost just died forever. I mean, it had a small bump a couple of months after it launched. Smaller crypto is probably a 3x humans make are emergent and non-deterministic, and you will find it very hard to tell where the top is. And cryptocurrencies can go higher than you think and lower than you think, to the great happiness of the exchanges who get paid on volatility. HEX is the first project, the first cryptocurrency in the world to have a chart of future market supply. If Satoshi told you he was going to sell all his coins tomorrow, you wouldn't believe him.

You would assume he was lying to you because it's not in his best interest to tell you the truth about that, because you might sell before him. But in HEX, when someone stakes, they're declaring through the truth engine when they are going to be able to sell, and so you need not impugn their intentions. That's when they can sell without being penalized. And then you can end your stake before or after them to not hit the market harder if you plan on selling when they might plan on selling. No other cryptocurrency has that.

What that should result in, with rational actors, is a reduction in volatility, with an increase in appreciation due to the uniqueness and utility of the future, which is increased sharp ratio. Your sharp ratio is how much upside price movement you get that is paid for with volatility. So, we've got the world's first blockchain CD, to monetize time, to remove counterparties, to pay trustless interest, to get people to hold their own keys with lower fees than Bitcoin, with more security through modularity and locking the consensus code immutably away from all the other network upgrades. So if Ethereum gets anonymity, HEX gets anonymity, and if they don't, who

79

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

cares? If Ethereum gets more scale through optimistic roll ups and does 100 to 1,000 x more scale

[05:20:00]

on chain, HEX gets that. And if they don't, so what? It's just a lottery ticket. The strongest roadmap that exists... There are so many good unique things in here. So, let's continue to listen to this guy's stupid comment. Now his stupid comment causes me to say unique things that you might not have known. You might not have known that analysis was done on how free only coins do market wise. And how do you onboard the whole planet? Not by giving just a couple guys that already blew their load on one currency something free, because we could see how that worked out, this has been done before.

HEX is not using the Bitcoin brand because we can do better than the Bitcoin brand. HEX is a better brand than Bitcoin. It's a better logo. It's a better brand. Do you know IBM, right? International Business Machines, they never got called International Business Machines because people don't like long words. They like short words. So, International Business Machines got called IBM. Google, they didn't even keep their name. They changed their name to Alphabet. So now Alphabet owns Google – I think Google's a subsidiary of Alphabet. But anyway, what about GoTo? They used to be all the search engine traffic back when Yahoo was big and before Google had pay-per-click. That's when I got in internet marketing, before Google had an AdWords program, they just had banners.

There was no pay-per-click. They stole that idea from GoTo. They had to settle with him for $300 million. GoTo rebranded to Overture. And so, every company ends up rebranding to a short, memorable, pronounceable word. I'm a branding expert, logo expert, I'm an internet marketing expert. You notice Facebook changed their logo? No, you probably didn't because you don't care about this stuff, but I care about it. So, now, it's rounded, and circular, and capitalized… Or well, their actual F is rounded in circular and lowercase I believe, but the actual Facebook is giant capitalized.

Do you know how much analysis has gone into all this stuff? Do you think our color scheme is an accident? It's not. We tried every permutation you could dream of, of different colors for this logo. Every single thing in this system is very, very, very, very, very well thought out. So, you begging me, as choosing beggar, to do what's worse for you, so when I give this free coin to you as a Bitcoin guy, and I also allow other people to onboard and 10x the adoption by globally onboarding everyone without middlemen and friction, that seems like a bad idea to you because you're a player hater and you're counting other people's money, and you want a bigger piece of a smaller pie. Guess what? If you own 10% of a pie and you 10x your stack and you get all your pie, congrats, you 10x your stack. Can you 100x it? Nope.

But if you make a bigger pie, can you 100x your pie? Yes, you can. And so, you small-minded guys that have never done scale, and never taken a company up to 150 employees, and never build millions and millions of dollars, and never operate at the scale that I've operated at, you live in the small-minded mindset where you want more of your little thing, where I believe the

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

opposite. I want to align incentives and reduce margin to onboard globally because we can thousand x, million x adoption.

You can't million x your margin. You can't million x lower your cost. You can't million x higher your price. But you can million x higher your scale. Go read my books that I wrote, t.me/SciVive. You might make fewer stupid comments. Let's continue with his comment here. "As a libertarian, do you mind people giving something that they have for something that they want? I thought that that was pretty cool. I thought capitalism and..." Let me look around my room real quick. Yes, indeed. Everything that I see here was made by a company and resources were exchanged for it, and it worked much better than a government trying to set a price for it, and force people to make it. Yeah, I think the highest and best commercial use is to exchange what you have for what you want.

**[05:25:00]**

So, I don't understand why you wouldn't like that. I don't get it.

"The coin was zero value now and maybe forever." Well, there's 7,859 ETH in the contract now. How much money is that? If I were awake, I'd be able to just multiply that by 1.5, but I'm not awake. This keyboard, man. I wish I had my other keyboard. It broke and I haven't had time to fix it. When you build your own keyboards, they're a little bit less reliable. I don't know, man. There's $1.2 million of ETH in the contract right now, and it's only been live for half a day. I think you might be wrong about your value thing. I think you might be stupid. Sorry, man.

This is a world of people that can see the potential here. And you know what I'm going to do for you? I'm going to remind you of the HEX gains every day. Every day, I'm going to let you know how we're doing. And if the number is high, and it's a high multiple, you can be sad every day you read it, until you rage quit. The best success is a life well lived. I'm not sure I'm using that quote properly. I hate when people think that they know what they're talking about, but they've never done anything good with their lives, ever. You look at their lives, they're ugly, broke, poor, stupid, stinky, and then they come step to you, and tell you how to do everything better, like, "Hey, I just got here and I'm going to tell you how to do everything better."

And it's like Dunning-Kruger, the dumber they are, they don't realize how dumb they are. So stupid. I'm being a little bit hard on this guy because I've seen far, far stupider. By the way, have you looked at the coin market cap, top 100, top 10? Dogecoin is worth a quarter of $1 billion, bro. Dogecoin. Stupid people. All right, let's go down here. He didn't deserve that amount of meanness. I'm a little bit tired and irritable. Well, maybe he did say the stealing money. You're stupid.

Someone says the AA is what gives HEX's value. Yes, it turns out that the most successful project that ever launched in crypto history launched nearly the same way. Oh, wait a second. Block.one had a 350-day launch phase where you sent Ethereum in and you got an ERC-20 token, and they raised $4.2 billion more than anyone else has ever made in crypto, ever. And it wasn't in a liquid coin that they couldn't sell. They actually dumped the ETH they got. Apparently, they own 100,000 Bitcoins now too. Wow.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

So, Richard did what he knew would work because he saw it work already. Amazing. I'm just doing what works, man. We know this stuff works. We've seen it work. Stupid people. It blows my mind. He just did a 40x in the bear market. What more do you want? Attacking a smaller market. "Hey, we're going to do higher throughput, even though all the blockchains are empty." Okay, I guess it worked out, but I'd rather do time deposits.

Do you know how much bigger the market for time deposit, time value of money is? 7.2 trillion, second most popular product of the bank, versus... Yeah, there's already a million other blockchains, and they're all empty. But we just want one that's a little higher throughput. Alright, I believe people should be allowed

[05:30:00]

to have security tradeoffs without getting browbeat and yelled at by people that live in basements.

If you want higher throughput with less security, it's a viable trade. If you want more security with less throughput, it's a viable trade. As long as you know the trade that you're making, that's fine. Choosing beggars that the free that they're given isn't good enough for them, and then what do they give you in return? Let me know when you make something that I can get for free, please. "Why doesn't HEX launch have a giant billboard in Times Square?" Man, to the best of my knowledge, no one spent...

I mean, I see some Google AdWords, so I guess somebody spent on some clicks. But I haven't spent a dollar, not a single dollar. I bet one day if someone starts spending dollars, does a world of opportunity. In general, as a digital marketer, I like metrics and data, and I like to double down on what works and cut what doesn't work. And you'll find in life that a lot of things don't work at all. I'll give you an example. My first business was a car stereo store, if I got the yellow pages, and I started calling people on white pages, residential...

If I start calling the white pages and asking people, "Hey, would you like a pair of Rockford Fosgate Punch 12-inch subwoofers in the back of your car? It'll take most of your trunk space. If you turn corners pretty quick, it'll like thump around in there, unless we start drilling holes and making it hard to get to your spare tire." They'd be like, "No, I don't want that." When I was growing up, I would love that. Yeah, [INDISCERNIBLE 05:32:08], or the power series. Which series do I get? You live in a niche, and in your worldview, you think everyone else has the same beliefs that you have. And when you expand, as you get older and smarter, if you do, you grow social consciousness, and you expand your sphere of influence, and then you have empathy and can understand what's going on in other people's lives, because you may have been there yourself and worked it all out already. Can you make money in a car stereo business? Yes, you can. Will your doors be full of customers all day long? Sure. But does that mean that you can advertise on television and make money? Nope, you'll lose money. Can you get a billboard? Nope, you'll lose money.

Can you do direct dial? Can you get a robo dialer and start calling everyone up? Nope. You can do it if you're selling free vacation scams, but you can't do it if you're selling a real product, like

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

car stereo equipment. Most people are just not interested. So, if you do marketing into the public and you can't track what's working and what's not, you will waste so much human consciousness on things that there's no synergy for and you wouldn't even know it. My ads in The Bargain Trader did wonderfully, but my ads in the PennySaver did terribly, and they're nearly identical publications. Weird. Well, that's just how it is. I'm glad I could measure that. I'm glad I had two different phone numbers to track which one was working, and I can do that digitally.

If you're using a peer-to-peer cryptocurrency, and you've got to be on the internet to really enjoy the maximum use of it anyway, then why not use digital advertising? Like I said earlier in this... maybe four hours ago, The Pirate Bay is an ideal place to onboard crypto users because these are technically advanced people, period. And they're obviously interested in a bargain, perhaps. And so maybe a freemium onboarding thing would be wonderful, but it's too bad that we've only got freemium for Bitcoin users. I would like to see some other type of freemium. Maybe the referral program is that, maybe. It's something to think about.

So, to answer your question, I don't think that I would buy a billboard in Times Square for anything, unless I was Coca-Cola. If you're Coca-Cola, you can make money on a billboard in Times Square, because the distance from them getting that hit to being able to purchase a Coke is short. And so, much of the video and media going on there that everyone that is exposed to it can relatively immediately purchase Coke somewhere. But for any type of niche

**[05:35:00]**

product that doesn't have a great penetration into the general public, no way you're cash positive on that. I dare you to set up fliers with a phone number on them and then see how many calls you get. You would be surprised. The things that you think shouldn't work sometimes do, and things that you think are no brainers, they sometimes don't. And digital gives you the tracking to be able to tell the difference. But if you've just got a billboard with a picture of a URL and you're sending everyone the same URL, you're screwed. You don't know which one worked. You'd have to interrogate the customers, and half the time they don't remember. The guy I've been making fun of responded, and he seems to be nicer.

"I appreciate the reply, not the insults, but granted I said stealing money. Wish you well. Please drink and sleep and remind me every day how it goes". Thanks man. I'm sorry for coming at you a little bit hard. I'm real tired, man. I mean, if you're honest with somebody and you tell them what the data is and how you arrived at it, he wants the same things you do. He wants to see mad gains. He wants to see people do well.

You can reach more people than you think you can. Good on you, Ian. That was good, Ian. A lot of people wouldn't have commented. Shit, did I put https in front of the link? So, when you go to pumpamentals.com... I did, God damn it. So, now that guy that I banned that posted a million times, the link's not working, he was right. How am I going to unban him? I'll find a way. So, when I post the pumpamentals link, it's a forwarding server, and the forwarding server doesn't have a secure cert, so you can't use HTTPS to go to pumpamentals.com, you just have to

83

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

go to HTTP. But for everything else there's an HTTPS, and so I'm just used to typing that S. Thank you very much.

Condolences to the guy that posted the same thing 100 times. If you would have told me what link you were talking about, it probably would have been cool. I fixed that link, by the way. See guys, it's a good thing we streamed for 5 hours and 37 minutes because we fixed the link. It's pretty awesome. Where am I in the 4,000 initial ETH? I didn't send any ETH to the contract whatsoever. Nothing. Nada.

People talk this crap so much, "Richard's going to pump it, Richard's going to pump it. Richard's going to put his own ETH in." I didn't. So, you guys are going to say sorry or probably not. Just keep talking. You guys are disgusting, by the way. If you make accusations all day long and it turns out that they were wrong, you suck, you're doing the world harm, stop. There's a lot of actual scammers harming the world. I can refer you to them, go bother them.

Oh, all right. Ian says that the guy banned was spamming other stuff earlier, so maybe I got lucky. "Can we change BTC back to other coin? Can't sleep if not in something less risky." What? You got to work harder on your grammar, man. I'm physically falling apart here. You know you're in trouble when everyone's telling you to go to sleep. Alright guys, I'm going to take the advice. You guys called it. Cool.

Listen, between you and me,

**[05:40:00]**

I actually don't care how much ETH is in there. If it's a lot, great. If it's a little, great. I don't see how what I plan to do any time soon is going to change based on it. There's stuff to do and I don't see how that number is going to change it. So, I'm focused on the goal, that's what I'm focused on. Now that I'm getting offline, everyone decides to start hammering the keyboards. Yeah, I fixed the candles, but I got to tell you there's going to be some cleanup involved here. They just get dumb candles or something? This one seemed to work all right. These other ones got all weird. They're green for the green candles on chart price up. I'll finish up with you guys. Listen, Bitcoin's awesome, I hope the price goes up, I hope it finds real world adoption. How about that?

I think if you care about price appreciation and you care about something that can go up 10,000x, I think HEX is really, really, really awesome for that. I'm not a financial advisor. You shouldn't consider this investment advice. If you believe in HEX as much as I do, I will sell everything else. Get ETH, join the adoption amplifier, maybe spread it over a week, maybe spread it over two weeks. The share price shouldn't move up against you that hard because the share price only goes up every time someone ends their stake. Whoever's got higher profit keeps raising the price up, keeps raising the price up.

While you could try and time it, and spread your entry out over time, hoping for better ratio one day, I'm not sure how this play works versus – you've got two things are competing with each other. Your option is, are people going to over-FOMO day one? I think people have been taking

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

my advice, this doesn't look like over FOMO to me. This looks like very, very reasonable to me. It's a Keynesian beauty contest. If everyone thought that someone was going to overload on day one, then everyone would spread, and then when everyone spread, since there's double the supply in day one, you would have been better off getting in day one, because there's 1 billion HEX on day one. There's only 500 million in the next day.

It matters what everyone else does. No one in the world knows whether the price of HEX is going to go up or down, or high or low. Nobody knows. Nobody. I've been watching this thing. I don't even know how many entrants there are. I've got to go to Etherscan or Beaxy. When I linked you guys to the EOS data on the 350-day launch of EOS, that website that is in those links is an excellent, excellent website. that no one else links to, I've only seen my link to it.

Check it out. It's pretty awesome. You can see how many people entered the contract and how large they were, and have a chart, and download the Excel sheet and make your own charts. That is awesome. That is so cool. So, you know what? I'm going to make sure that I got that URL right for you guys. Because if you're analyzing the performance of HEX, I think this would be a vital tool, absolutely vital tool. I'm too tired to fight it. You got to look at those EOS links. Go to chat, go to t.me/HEXcrypto,

**[05:45:00]**

ask for the EOS data on the EOS 350-day launch, and then you'll see the chain analysis that I did on that website, by just typing the address of it and downloading the Excel sheet.

It's something that ends in X-Y. I thought it was Beaxy, but you'll find it. Someone asked, what will the ETH raised be used for? This ETH is not being raised for anything. You send it and then you don't have it anymore, and then it's not yours, and then that's it. You don't get anything for it. You get no expectations. You get no promises. You get no hints of promises. You get nothing. When you send ETH to the contract, you don't get anything from it. You don't get anything. Right? So you're going to be like, "Oh, what? Are we going to buy ads?" Nope. "Oh, you're going to build stuff?" Nope. I'm going to do nothing. Why is that? Well, Howey tests says, the securities law says that securities can't list on exchange. Okay, so what's a security?

A security is when people give money to a common pool with the expectation of profit solely from the work of others. So, why isn't HEX a security? You're doing all the work. You are the network. You mint your own coins, you update the state of the network, you mint your own rewards. You do everything. No one else can mint your rewards but you. No one else can make your free claim but you. Period. You are the network. You are doing the work. That's enough. That's enough to fail the Howey test.

But let's go farther, let's make it safer, let's make it more secure, let's make it less even possible to even be bothered. What do we do? Well, since you're doing all the work, we're good on that leg, what about the expectations leg? Alright, well, then, let's just have no expectations. There you go. There are two legs down on the floor. Some people count it as three, but I don't know.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

The point is, if you knew what types of entities might hold the keys, then you might try and derive some type of weird thinking that ends up in an expectation. But if you don't even know who the keys might have, then you can't brain screw yourself into finding an expectation where you shouldn't have had one. Expectation from whom? So, it's better for the system, and it's better for the security of the project to not make people promises. You know what ICOs do? ICOs make you big promises, they take your money, and then they leave, and that's it.

It's the vast majority of what ICOs did. They take your money. They make you big promises and then they leave. HEX is the opposite of that. HEX is fully functional, complete audit tested, running, now. And it makes you no promises or expectations of anything at all because it's already awesome now. It's great now, immediately, it's awesome now. It's cheaper transactions than Bitcoin now.

It's wonderful. When EOS launched and they did their 4.2 billion raises as you call it. What did they have? Dreams, they had dreams, and the promise of work is what they had. HEX is the opposite of that. HEX is done with no promises and no expectations. EOS was not done and had only promises, and only expectations. So, I'm very happy with the way HEX is running. Now, if one wanted to see the adoption amplifier receive more ETH and more economic energy, it would be so much easier for them to make promises that aren't binding any way than to do the hard thing, which I'm doing, which is to have clunky conversations like this.

**[05:50:00]**

Long conversations about the law and following it. It would be so much easier to just say – wouldn't that be easier? If you had a lot of money and you wanted to convince people of things, you could say things. Not saying those things is vastly harder, and I don't really like it, but it's what's best for the project. What is best for the project is the way things are being handled. If you love HEX the way I do, you love it because of its design and how much you enjoy running the software, and being the network, and minting your own coins, and minting your own rewards. Not because there's someone out there working for you.

Someone says, "I was interested in getting in it, but I can't do it because of religious reasons. But I respect the hell out of what you've done." I think you should talk to some of your imams and ask them about how this is more like a dividend and less like interest, because... Ask them, is HEX more like a dividend or more like interest? And I think you'll discover that they'll be totally cool with it. It sucks not being able to tell you things.

I would be very surprised if someone didn't spend the time to get a note or a letter from someone respected by the Muslim religion regarding the dividend versus interest status. Most people watching probably don't know this, but in certain Muslim countries they consider charging interest illegal and immoral, but they can get dividends if they own shares and things. And so, the difference between immoral and not is whether someone's paying you more back than what they borrowed, or whether it's – I'm not going to go into the religious banking explanation stuff right now because it's hard.

86

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

And I'm not an expert at it. I just know a little bit. Let me know if, in fact, there was some other religion that wasn't Muslim that has that restriction. I mean, maybe you could be Amish and it's just a technology thing, and I just thought you were Muslim. "What can you buy with HEX?" Well, it's on exchange tomorrow, Bidesk.com, it's also going to be on EtherDelta, and ForkDelta, I believe. So, you can buy currencies that you can then turn to other currencies, then you can turn to products and services. What can you buy with a credit card? Anything you want. Like these things are relatively fungible between each other. I just showed you on MetaMask that – I really don't like shilling other people's stuff, because I'm used to being competitive and trying to maximize margin. But I'm going to do these MetaMask guys a solid because the product has worked so well today.

If you click the little fox on the top right corner, that's your MetaMask window. And if you guys haven't installed MetaMask, go to pumpamentals.com and then install metamask.io. So easy, just click little fox top right corner and then click deposit, then it you can send ETH directly to your wallet, which is your MetaMask wallet, then you can join the adoption amplifier. Right now, you'll get 124,000 HEX for every ETH, which is about ten times more than you would get from a Bitcoin claim on day one. I mean, 13,200 is what you'd get from a referred Bitcoin claim on day 1 in 12 hours and 38 minutes. Whereas

**[05:55:00]**

right now, you can turn $150 of ETH into eight times more, nine times more. This math I can actually do. 124457 over 148.55, last time I looked... Did I just do totally the wrong thing? I think I just did totally the wrong thing, yep.

It's 124418 over 13,200, yeah. So, when we started out this stream, the ratio was like 11.19, and now it's 9.42. So, originally maybe four hours ago, it would have taken you 11 Bitcoins to equal 1 ETH into the adoption amplifier. Now, it only takes you 9.4 Bitcoins, free claiming tomorrow, and being referred to equal 1 ETH. That's pretty awesome. I think that's really cool.

I'm actually pretty excited about that. So, if you click this little fox, you can turn your credit card into ETH. Join the adoption amplifier, day one. You've got 12 hours and 36 minutes left to get in. Then day two happens and there's half as many HEX available. There's only 500 million. There's some rounding in there, when I ran my test, it was like 497 million or something. But I think my test set had a smaller UTXO, now it's a larger UTXO. It's going to be around 500 million and it only goes down from there. So look, I went on MetaMask... but I don't know why. You could do this anywhere, at the beginning of this thing, I told you how to create anonymous Ethereum from Bitcoin using Binance, explained you how to do it, if you wanted to.

Now, if that's not legal where you live, disregard the advice. Please only do legal things. Some people need VPNs, so if you don't like people knowing where you're coming from, it's good to have a VPN. There's 50% off link if you want it, for TorGuard. And it might even be in this video at the bottom. Look around my channels, in one of the Telegram channels, it'll be there. And maybe some of these videos will be there. So, if you don't want people to know where you're from, you can choose what country you appear from. You might want to appear like you're from somewhere in Europe.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Maybe the websites that you're going to love European people. Who knows? Maybe they put an orange shirt on your icon if you say you're from the Netherlands, they love orange. I think the best thing I can do is go to sleep, and wake up, and be able to have fun chatting with you guys tomorrow. I hope to be awake before 12 hours from now, so I can see the next day start, and see people start claiming and staking. I'm really curious how long people are going to stake, how many people are going to stake, how many people have claimed. There are so many cool things to look at here.

And we're going to be on exchange tomorrow unless the sun stops or something. I mean, anyone can add the contract EtherDelta and ForkDelta, so I can't imagine that that doesn't start tomorrow. And Bidesk has confirmed to me that trading will start tomorrow. That's what I've been told. Hopefully the things I've been told become reality. I think that if you had the chance to buy Bitcoin at $1 and you didn't, you would really regret it. I was there when Bitcoin was a dollar. I know what it felt like. This feels better than that.

**[06:00:00]**

Our memes are better. Our infrastructure is better. Auditing is better. The amount of energy that we could take out of other coins is higher. The referral program is there. Everything in this is so good. It's so good. I really, truly believe in it. I can't believe I'm saying this because it just seems so weird to me. I've been a Bitcoin maximalist for so long. The chance that you're going to make a 10x or 100x in Bitcoin... To make a 10x in Bitcoin, the price has to go up to $75,000 a coin. Good luck with that. I don't like picking on Bitcoin because I believe the rising tide rises all ships.

If you look on the front of hex.win, we don't say anything bad about Bitcoin. We hide it. We don't even have a menu that has the comparison. But there's one link to the comparison between HEX and Bitcoin, and we put all the positive language up front and we... But then eventually, you have to get to the point where like, "Yo, actually this is more secure than Bitcoin, and the fees are lower, and the miners don't get paid to dump it because they don't get any of it, they only get paid ETH. They can give us all that." And it's got a referral program, and it's got freemium onboarding, and it's got audits, and it's more likely to stay secure because of the modularity, and the non-spaghetti code.

And it's got all these extra features on the roadmap that are more aggressive and more likely to get rolled in and... There's just so many ands. There's so many things better. I think the ROI potential is larger, a lot larger. I think the technology is superior. I think it's better in every way. The only thing Bitcoin has is liquidity, which will come, I think. I can't guarantee you anything. I'm telling you what seems statistically likely to me. So, Bitcoin has liquidity, it has on-ramps, but if the on-ramps are that awesome, why are we down at $7,000 from $20,000 for two years?

Why did we just drop 55% if the on-ramps are so awesome? You backlaunched, we got backed. Oh, that's cool. Price just dropped 55%, mate. What's going on? China all-in, China is like, "We love blockchain. We love it." Full 100% retrace of the 42% candle. New lower lows, dying in price into a halvening when the supply is supposed to cut in half the new supply. What?

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

Hmm? And this is like, I don't get it. This is without FUD. There's not even any FUD. Tim Mnuchin isn't on television talking crap from Treasury.

Trump isn't on television talking crap about Bitcoin, but we're down 50%, 48% or something like that. It's not good. So, you're telling me that you're going to hold Bitcoin for price appreciation – here's what happens usually. When you have a parabolic rise, like we did from $3,000 to $14,000 and you violate the parabola, which to me seems to be exceeding a 40% to 42% dip, is what it looks like to me. That was the beginning of the bear market when we hit the $20,000 top, we violated the 40% max drop, we made a harsher drop, and then it just did the dead cat bounce into fake horizontal support, opened the trap door. Dead cat fell right through the bottom of it, and then we found our Ponzi bottom, and the PlusToken balances ramped up.

And then we found our new top of $14,000, when PlusToken guys got arrested. At some point, Mt. Gox's coins are going to get sold or distributed and that's not going to help the price, it's going to hurt the price. At some point, PlusToken guy,

[06:05:00]

he probably wants to sell some of that stuff. He's already been funneling a lot of it through Wasabi and then into Huobi or – so I want to be bullish on the Bitcoin price because I'm so sick of the hate, and I thought China, going all in blockchain would be good until – and I warned everyone, they always do this, they oscillate, I made a GIF of it, I made a GIF of a roller coaster going ban on ban, ban on buying, Chinese roller coaster.

They do this every single time. You can watch my Tone Vays interview where I annihilate him. He destroys people's lives through feeding them into a meat grinder for margin. I told him, he hasn't even heard of PlusToken, he'd never even heard of it, literally. He just looks at the chart and doesn't care about fundamental analysis. As a trader, when the president of China says nice things about blockchain, and you don't get part of the 42% up candle, you're just bad at trading. That's one of the biggest green candles Bitcoin's ever had.

And all you had to do was literally be awake when the news came out. Easiest long in the history of longs. I only caught 10% of it, because I didn't know if it would be followed through. I want to be bullish on Bitcoin, but there's a lot of not bullish things going on. It sucks that the game in Bitcoin backlaunched, price dumped, every day back does volume, price dumps harder. Okay, that's not good. CME is going to save us? Okay, CME is going to save us. CME does $200 million, 300 million a day in their futures contracts. How's the Bitcoin price doing?

It turns out that we don't have on chain transactions, we don't have retailer adoption, we don't have memes, chatrooms are dead, we don't have – HEX has memes, Bitcoin doesn't. Every measurable thing except for the order book thickness, which is thicker, I guess because more institutional players are happy to make lower returns by market making. Unless another Ponzi comes along and ruins a lot of people's lives, I don't see a lot of people buying Bitcoin, I don't. It was $14,000 a couple months ago, now it's $7,000. Can we get real? Can we be serious right now? And it used to be $20,000, and then we're coming into the halvening. Why the $7,000? Why the no follow up at all whatsoever on a 42% candle? Does that sound normal to you? Does

89

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

100% retrace on lower lows sound like a reasonable follow up to a 42% up candle?  No, that doesn't sound right to me.

I think I would be happy to dump all of my Bitcoin for ETH and send it to the adoption amplifier. The question is, how many days do you spread it over?  I don't know.  I don't know how many people joined today because I haven't looked at that analysis website yet, and I haven't – the day hasn't closed, it's got another 12 hours, because we were delayed by four hours.  We've really only served 4 of 24.  Actually, my mouth's wrong on there, we've had a third of a day here to get 8,207 ETH.  I'm even more bullish on ETH than I am at Bitcoin but I'm not bullish on that either. Anytime you buy these currencies where you've got bag holders from higher, they're happy to break even and stop the pain.

People don't like holding positions underwater.  It hurts.  It sucks.  Being underwater in a position sucks a lot, and it keeps sucking until you end the pain with a take profit at a loss button, or the price goes your way.  It just seems a no brainer to me

[06:10:00]

that a new currency with the best pumpamentals ever, and so much traction, with no marketing spend...

It's only had one article come out on Cointelegraph, one.  No coverage by CoinDesk, no coverage by The Block yet.  I'm sure those things will appear.  If they're doing their jobs right. 10% of the mailing list couldn't even get hit because Outlook and Microsoft were just bouncing the mails?  I got to fight that problem, right?  There's just so many good things going on here. You're not going to get a 10,000x in Bitcoin, probably ever.  But you can do that in HEX, you're not going to get free Bitcoin, you can do that in HEX.

Bitcoin doesn't have a referral program.  You could refer your friends in HEX, they get a 10% bonus, easy to use UI, you can't get any easier than this.  This is beautiful.  You don't even have to install an exe.  Everything just works.  It's so good.  You want to buy Bitcoin?  Get your driver's license out, bro.  We're going to need to get the stethoscope and look inside.  You want to get HEX?  Go ahead.  Trustless.  Secure.  No counterparties.  You mint your own coins.  You are the network.  It's you.  You're running the software.  You're minting the coins.  No counterparties, no exit scam, no Mt. Gox, no QuadrigaCX, no BTCE, no Cryptopia, no Cryptsy, these are all exchanges that just jacked people.  BTCE didn't totally jack people, but some jacking.  HEX solves all that.  I believe that HEX will go to the number one market cap currency and beyond it, because I don't think these market caps mean very much.

Dogecoin's worth a quarter of $1 billion.  Do you know anyone that's ever used it?  Well, interesting.  Imagine what you'd get with real onboarding of real users.  We've got 20,000 plus email sign-ups, with not a dollar spent on marketing.  And now we're giving away free money. That is pretty good sales pitch.  Do you like free money?  Would you like some free money? Please, have some free money.  So good.  I would sell everything else, buy Ethereum to turn into HEX and choose how many days you want to do it over.  It's a guessing game.

90

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

The supply that's in the adoption amplifier tomorrow is half of what is available today, and it goes down from there. If you want 10% more, click a ref link, pumpamentals.com is the one that I link to the most. If you don't have another crypto to sell and turn into ETH to join the adoption amplifier, I told you how to use Binance to get anonymous ETH up to two BTC a day, and you could open up a bunch of accounts if you wanted to. If it's legal. If it's legal, I don't want to be telling you guys to do things that aren't legal. There's a VPN link if you want to protect your privacy. There's this button that I've discovered on MetaMask here which lets you buy with credit card, which also Simplex does.

And I just had an interview with the founder of Simplex, who I met originally in 2012, I believe, I think it was 2012 that we first met at a Bitcoin conference. You could probably use his thing if you wanted to onboard to ETH with credit cards. And then, interestingly enough, once there's a market for HEX tomorrow, you might be able to onboard by credit card directly to HEX. It's probably not as efficient.

Having the contract as your counterparty is probably always less friction than adding other people in between you. We'll see. What else?

**[06:15:00]**

I mean, look, in summary... I don't know what you guys want on your crypto, but I want extremely high ROI return. That's what I care about. I want to put in a little money, and I want to get a lot of money out the other end. That's what I'm used to in Bitcoin. I mined Bitcoin when it was 50 cents. I bought it when it was 30. I got to hold it down to a penny. Yay. Mad gains do happen in Bitcoin, or rather, mad gains do happen in crypto. And you'll find that majority of the money is made by the guys that got in first. If you got into crypto two years ago, you got destroyed. You bought Bitcoin at $20,000, now it's $7,000, that shit went down to $3,000 from $20,000.

Blue chip, best crypto has to offer, down 85%. A few days ago, it was down 55% from the local high. Are you going to take 85% and 55% drawdowns for like maybe a 3x, maybe a 4x, or 6x? I mean, when I go on TV to say good things about Bitcoin, I say, "Look, if we break the new all-time high, maybe we go 3x up and hit $60,000." It seems okay to me, but how are you going to talk about $60,000 when you can't stop going under a 40% dip, you have to go $55,000 into a halving?" What? Terrible, absolutely terrible.

I feel pretty comfortable telling you to sell everything and buy HEX. That's how I feel about it. Now, I'm not an investment advisor, I don't know what the price is going to do, it could go up really high, and then down really low. I don't know. I know what the design intentions were, and described to you the math in the software, but what human beings decide to do with the green and red buy and sell buttons, it's really in the end up to the humans. You can give them good game theory, and you can give them good reduction in supply, and all these other cool things. But if someone wants to clear an order book and drive the price to zero and flash crash it, any human being with a large enough stack can do that and you see it happen.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Go look up the Ethereum chart on Coinbase. That thing is so flash crashed wicked down to like... I avoid the Coinbase chart when I'm showing off ETH's price performance because the chart got ruined by a flash crash, and all one ICO guy had to do was be like, oop, crashed it. In HEX, you shouldn't have that problem to the same degree because you know when people can dump, because when their stake's expiring, and all the free claimers are staked for 350 days, which means that the last auto stake of the last claim ends day 701. A lot of people misunderstand that.

They think, "Oh, all the stakes are going to end after day 350." Nope. The only auto stake that's ending at day 350 is the one that was made on day one. Your stake doesn't start until the next full day. If you stake the first day, which is really day two, then your stake really starts day three. You got to look at the timing. You got to get into the game theory. You got to dive in deep. You got to read the guides. You got to use the simulators... I guess you don't actually have to do any of that stuff.

In theory, the game is designed to reward most those that get in earliest and largest, and they get the lowest share price, and then they just stake as long as they can. And the only way that you can outperform that, or attempt to, is to try and do the nearly impossible, and try and market time. I am a very good trader. I'm a very good businessman, and I have absolutely no idea how many people will send how much. I have no idea. None, so I have no idea how you might. I got the price charts memorized. I got everything. I've lived it.

I have no idea how you would try and use market timing to outperform the game theory built into the system, because if you try and fight – It's like if you didn't hold your Bitcoin for 10 years and you tried to trade to outperform it, you just lost all your money when you could have just held with your thumb up your butt and not worked at all, and become wildly wealthy. Passive income by sitting and being lazy

**[06:20:00]**

and doing nothing instead of working hard to lose it all. So, if you think that you can outperform the game theory by market timing and price timing, I don't know why you think that. I know that if you get in earlier at a lower share price, you're going to get more shares for your HEX and you're going to get more HEX on day 353 and the whole way there.

I know that if you stake larger, you're going to get up to 10% more. I know that if you stake longer, you're going to get up to 3x more or 2x more, 3x of your stack. I know these things because they're the code in the contract, that I designed to cause you to make these decisions, to make the price go up right. For you to outperform that game theory, you would take reductions in your HEX return, and you'd have to make up for it with increases in your USD return. It seems hard to me. I showed you the math on long versus short. Short $20,000 down to zero, you made $20,000. Long $1 to $20,000, you made $20,000, but the difference is the short cost you $20,000 to make $20,000 and the long costs you $1 to make $20,000, which means you could have opened 20,000 times the positions for the same money, which means you made 20,000 times more money, literally. So, longing beats the crap out of shorting, mathematically, and the game theory in HEX rewards larger, longer, earlier stakes, and for you to try and

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

outperform that, and forego that HEX gain, and try and market time, and arbitrage exchange, and do all these things.

If it was a neutral game and there wasn't all this game theory built in, I think you still get wrecked trading. And then if you add the fact that the game theory was willing to hook you up, and then you declined it and you're like, "Don't hook me up. I want to fight the game theory. I want to do my own thing." It seems silly to me. It's such a weird position to be in because I'm used to doing price analysis and talking about Bitcoin, and it seems like I'm being so much gentle now because of this securities thing.

So, you got to keep hitting it home. You're minting the coins. You're the whole network. You're running a software. Only you commit your coins, only you commit your rewards. Only you can update the system state... Depending, we have a function called good accounting where someone's is expired, then someone else can stop the bleeding for them if they start bleeding out after they didn't end stake when they should. A two-week grace period. It's all in the guide. You can read the HEX layman's guide that Kyle wrote, it's linked in the menu bar of the homepage, I think it's called Advanced Features, something like that. What else? So, we're talking about price. I'm not an investment advisor.

I don't know what the price is going to do. I'll give you the data, and the reasoning, and then my conclusion, and then you draw your own conclusion. Because I'm just making guesses. It's like I told you, you guys probably know how many people sent money to contract. I actually have no idea because I haven't looked at it. I've been talking and you guys have been clicking around. The idea that Bitcoin could do a 10x, 100x, or a 1,000x, or 10,000x, in the next few years, seems impossible to me. And I was there in 2017 and called the $20,000 Christmas at $3,000 or $4,000, months ahead of time when no one else would, and I got it right.

And I called the $19,000 short and explained why, and if you want to go read the reasoning, go Google $19,000 top RichardHeartWin, and then click, and find the thread, and look at the timestamp, and then read all the other posts underneath it, because you can't post long form content on Twitter, which is so stupid. So, now we just talk in images. I can take an image of long-form content and post that, it's dumb. And then I was there for that run, and I enjoyed it. This right now is not like that. The Google searches are low, the community is low, the memes are low, the profits are low.

Everyone is wrecked. The volume is low. I can't think of anything particularly FUDish, but that's worse. If you're dying without FUD, what happens when you get FUD?

**[06:25:00]**

You get more dying. I am in this for the gains, in it for the gains. You know what you can do with gains? Not me. But you, with your gains, you might be able to cure some diseases, or you might be able to help some kids in Africa, or you might be able to buy some ads to convince people to quit destroying their lives with games that make you grind, instead of build a real narrative that has a beginning and an end, or alcoholism, or any number of good things.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

You can take the economic energy from a successful investment and turn it into a world of good, and that's great. That's really good. It also just happens to be a world changing project without the gains. You want to replace banks? You got to replace every product that they sell. Second most popular product, time deposit. Bitcoin can't do it, it's got time locking, it can't pay interest. It only pays people to pollute, dump the price.

You want to replace the banks? Someone's got to build it. I built it, I'm giving it free to you. Wow. That's great. Imagine if we did that for all the other things that banks sell, then we wouldn't have to deal with them anymore. When you see a demand, when you see a need, the product itself is excellent, and it has all of the game theory and pumpamentals that make it likely to be adopted, which is the important part. I know of other projects that do cool stuff. No one will ever use them. They will die with a whimper because life is not fair.

The early bird does not always get the worm. It's a competitive market out there, and you really got to punch hard. So, I'm willing to doing things that other people aren't. I'm willing to tell you the truth about Bitcoin, and the truth about Ethereum. You want me to say bad things about Ethereum? It's easy. It's Turing-complete, you can do anything you want, and what you want usually is to write bugs and lose money. That's what you usually want, random developer guy. And so, what do random developer guys do? They write bad code, no audits, and they lose money.

Does it got anything to do with Ethereum? No, they gave you more power and then you used it to hang yourself. I could say bad things about the way people have used the power that was given to them. The actual network itself is amazing. Oh, the parity multisig hack, was it a hack? They didn't write the word private and declare the constructor function as private. So, someone else came along and told the contract to kill itself, and the contract killed itself. What does that have to do with Ethereum? Nothing.

They didn't write the word private when they should have. That's all. People have used Ethereum improperly and then 5 of the top 11 cryptocurrencies in the world by market cap launched on or primarily used Ethereum. TRX, BNB, USDT, EOS, Ethereum itself, those are all top 11 cryptocurrencies in the market cap, five of the top 11. What more do you want? They're all worth more than $1 billion. What more do you want? It obviously works very well.

None of them had any problems. Other than to educate you and make you smarter, and have a bonding kind of friendly experience with you guys, it's going to be so nice for me to be with people that believe what I believe, because I've been pushing and fighting, and trying to educate so hard in the ecosystem that I kind of found myself in, the Bitcoin ecosystem, and damn it, some just giant portion of them will not listen. They won't listen. You'll show them evidence, and data, and align your goals and have everything right there for them to just walk through the door and be like, "Oh look, enlightenment."

And they just can't shake free of it. This is how bad it is. This is how you know it's a them problem and not a HEX problem. Do you like privacy? Yes. Would you like your cryptocurrency transactions to be private? Yes. Does Bitcoin have that? No. Does Monero,

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

have it?  Yes.  Do you like Monero?  "I hate it! I hate it! I hate Monero so much!"  But it does something that you want.  I don't get it.

You don't have to hold it.  You can just use it and then sell it.

[06:30:00]

I told you guys, if you missed it, I told you, look, you can take your Bitcoin, you can buy Monero anywhere, you can send it to a Binance account that has no AML, KYC – they require that the IP that you sign up from is, I think, not American, I'm not sure.  You guys with American IPs, I feel sorry for you, bro.  But if you're a European on vacation in America, maybe.  Yeah, maybe you get a VPN back to your house and register with the place that you're resident from.  You buy Monero, you send it to Binance, you turn it into ETH.  They don't know your IP, they don't know your name, they don't know where the coins came from.  And you have new virgin Ethereum that you can send to the adoption amplifier and have totally anonymous HEX.  That's awesome.

Now, if you wanted to do with that with Bitcoin, what would you do?  You'd fuck yourself is what you'd do because it's not an option.  You have to go to something else that has a feature Bitcoin doesn't.  Period.  If you want something good in your life, you're like, "Yes, I want anonymity."  Okay, well, Bitcoin doesn't have that.  Well, you have to use something else.  "I want to stake my coins and make more coins.  I want to get paid the inflation.  I don't want the miners getting all the inflation anymore and selling it on the market to pollute the environment.  I want the inflation.  I want to make money on the time value of money.  I want to be the bank.

If other people emergency end stake, I won't pay it.  If other people end their stake too late and didn't do what they said they would, I wouldn't pay it.  Oh okay, can Bitcoin do any of that?  Is there a referral program for Bitcoin?  Can you make money to stay in current Bitcoin?  Can you just sit there and make more Bitcoin?  No, you can't do any of that stuff.  None of it.  Do you want to use a stablecoin in Bitcoin?  You got to go to a centralized counterparty to get into a stablecoin.  You own the Ethereum network, you don't have to.  It's on the chain, trustless.  You can atomic cross swap to other stuff.

It's so good, so good, so good.  It's so good.  I can't wait to just interact with more and more people that believe as I believe, and have been educated, and do see the reality of things, and doesn't hide behind things like eating steak is a worldview.  Of all the things in the world that you could be trying to make a difference on, you're trying to get people to eat more protein.  Protein's fine, it's great, but it isn't your identity, man.  I lift weights heavy as hell.  I eat protein like a beast.  You see me advertising it on Twitter?

No, because I'm not wasting my audience's attention span on crap that you could read in Men's Fitness magazine.  In this world, you should do what you're best at that other people can't do.  And talking about steak, man, I see advertisements on television for that for Sizzler.  What are you, poor man Sizzler, you like to advertise it for free or something?  Go show me you are doing some deadlifts.  Let me see what you're doing with all that protein.  I just see a lot of people that are smart and could make a big difference in the world, and could build instead of talk.  But not

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

only will they not build for their own thing, not only will they not improve their own thing, but they want to make sure that you don't improve anything else either.

Such a tragedy. You know how much better Bitcoin could be right now? How much better the user experience could be? So much better. But people have low standards, and they think it's someone else's job. Open source software, open source project, and everyone thinks it's someone else's job to make it right. And how is it going to get better? You ready? I'm going to do something – I've just decided this. Fuck it. Tonight, I'm going to be a little spicier before I fall asleep. I'm just going to tell you some things that are wrong with Bitcoin, even though tomorrow I'm going to try to not do that shit because... I don't know man. I prefer the Bitcoin price to be high.

I feel that it's good for everybody's price. If people are selling Bitcoin to get into HEX, well, isn't it better for everybody if they're able to sell it at a higher price?

[06:35:00]

It's like speaking ill of Bitcoin, what I want to do with my day. Not really. I don't really like it. If I want to say unique and important things that no one else is talking about, they end up being negative because you guys have beat the positive stuff to death already, and there's no extra good things to say positively. It's been said to the point of silliness.

It's overly positive. You do not have Google search volume. You do not have feature set increases. You do have inflation bugs. They do print as many free coins as they want. You do not have a bug bounty program. You do not have a good user experience. Let's talk about Blockstream. I know people that work at Blockstream. I like those people. They're smart and I respect them. They've made some corporate decisions that don't make any sense to me. Bitcoin has one use case that's real and not speculative, and that's censorship resistance.

The darknet needs something like Bitcoin. But really when people bought Bitcoin, they thought they were buying Monero. They thought they were getting all that anonymous stuff. But they didn't. The good news is law enforcement is so understaffed that they end up catching you all the other ways that aren't the coin way anyway. In places like Chainalysis, just fired something like 30 or 40 people because they couldn't find revenue, which I think a lot of people cheered because, hey, you're trying to get rid of everyone's anonymity, so maybe that sucks. But I came from the libertarian batch of cryptocurrency. People that got wrecked, right? Libertarians got wrecked from 31, and then we got re-wrecked at $1,300 to $2,250 or $2,260.

And then the soy boys got to join us on our journey to $20,000, and then we all got to get wrecked again. And this will happen again. As long as there are new higher highs, if that's what we need to do, to oscillate, to get mass, to outcompete worse things, like smaller national currencies. Well, okay, that's the game. There's no other way to get there. I don't know of another way to gather up that amount of economic mass to be useful to a nation as a currency. And obviously there needs to be throughput improvements. So, let's take a look at Blockstream here. Blockstream writes code for Bitcoin Core. That's awesome.

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

No one pays them to do it. Reid Hoffman hooked them up with some money, and apparently, they'd like to generate some revenue. We can't blame them. Turns out if companies don't generate revenue, everyone goes home. So, they developed this liquid product. And what does liquid do? Well, liquid is a hardware security module sidechain that's tied to Bitcoin and allows you to transact quickly between exchanges, and quickly between users, and exchanges. Well, fine. It's not Bitcoin.

Does it help the Bitcoin price go up? Probably not, because it reduces the float that you need to use Bitcoin. This is why the velocity of money reduces the value of money because you don't need the money, because you got it in and out quick enough. But if you can't get in and out quick enough, then you're left with this float. And then that float is pseudo demand, and that demand drives up the price. Now, I would still say that the velocity of money helps the price in Bitcoin, because the adoption is so low overall, that fast transactions could be enough of a value add to onboard people.

But I mean, really, is that what's happened? There are 800 retailers that accept it on the internet, that's less than 2017. You go to an ATM these days, they want your ID. Huh? What's this shit? The ATM doesn't want my ID. What's this shit? It doesn't make any sense. Some things are getting worse, not better. Hash rate to price performance. Hash rate's all-time highs. Price is three times less than all-time high. So, what's that do to the price? They get to sell every single coin they get at market to not go out of business.

They can't have the luxury of holding any. Well, how is that better? It's not better. It's worse. How about mining centralization in Bitcoin? You don't know any miners. You've never talked to one. Where are they? They're all in China. Is that good or bad? Well... What do you think happens if the government over there is like, "Hey, we don't like this thing." Which they randomly do every six months just for fun.

It ain't good man. It ain't good. There's a lot of not good. ASIC resistance is better.

**[06:40:00]**

Lower transaction fees are better. Higher throughput is better. Security audits are better. More researchers with larger budgets and more aggressive research that is more likely to get adopted and rolled in, because it's a network that's more friendly to forking, is better. Stablecoins, and distributed finance, and keeping everything on the same chain is better. Having a track record of never having inflation bug is better.

Having five of the top 11 cryptocurrencies launch on you, or primarily use you, is better. How much more do you want? Everything is better except liquidity, which you don't need. I keep saying liquidity. What are you going to do with liquidity? What are you going to do with it? You're going to place $100 million sell order to worry about your slippage? You can't wait a week to execute it over time? No? No, that doesn't matter to you. That doesn't matter to you. Liquidity doesn't matter to you. What about all these on-ramps I'm bragging about? You buy a lot of Bitcoins with cash lately, you like paying that 10% fee for that on-ramp, for the ATM? No?

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Okay, you like getting a 1099 from Coinbase, and then the IRS knows exactly how much you got from Coinbase, and then getting subpoenaed on anyone that did over $10,000 of trade in 2017?

They get doxed by Coinbase. Is that good? No. Well, alright, do you like it when they decided that they would charge you on your forks? Is that cool? A lot of messed up stuff going on, man. If you have the opportunity to find a shining light and a beacon of hope, and awesomeness, and excellence, and vitality, and vibrance, and just feels like buying Bitcoin at a dollar. If you have that opportunity, take it. Easy, no brainer. I've held Bitcoin for longer than you guys have heard about it. I know what it does. I know where it's going. Happy to switch. I'll check chat.

I was going to say about Blockstream is they also have cloud mining now. So, do you want your devs to sell you cloud mining, and build the software, and sell a competing product all under the same brand name? At least pretend that they're isolated. And then you got Samson Mow, who publicly wears a Bitcoin maximalist, toxic maximalist hat, and then privately invest $100,000 in ERC-20 tokens, which you could see on the S-1 form, or the S-5 or S-2, whatever form it was, that he and Jameson Lopp were both shown to be getting ERC-20 tokens for some margin trading ruin, everyone's life bullshit in the States. Bad knockoff of MEXC, I think.

There's so much hypocrisy and stupidity and grossness in crypto. It's just crazy. Just be real. How are you going to wear a maximalist hat and put $100,000 in on some ERC-20? It's disgusting. Be real. I was real and then I ate the flack for doing an ERC-20 thing. He was fake and didn't eat the flack. Okay man, glad you guys are into that stuff. Oh, another funny thing. You want to know who's going to jail for trying to spread cryptocurrency in the world?

Ethereum guy. Went to the Republic of North Korea to spread cryptocurrency and its use. What is that that you say? Skin in the game. Where's the last Bitcoin guy that went to jail for trying to spread Bitcoin? When Bitcoin needs somebody to go on stage and speak well of it publicly, I'm top 3 or 4 guy to do it and I can focus on the good points. It's a lot easier to find bad points, truthfully. So, I can focus on the good ones and be the cheerleader and hero, and all that. But I'd be happy to not have to work that framing kind of thing and just have something that's just good stuff, and then just talk the good stuff. So, what's missing from HEX? We don't have anonymity. We don't have that. I think you might be able to get it through that tornado.cash thing, maybe.

**[06:45:00]**

I'm not sure. I haven't looked at it. What else? We don't have liquidity, we don't have retail adoption, we don't have ATMs. How much of those things do you use? You're not using the [INDISCERNIBLE 06:45:13] getting ripped off 10%, you don't care about the liquidity. What do you need? So, the anonymity thing, once it's listed someplace that has access to Monero, you do the same thing I explained to you earlier. So, you can use something else to get your anonymity. But the Tornado Cash might already do that.

What else? Yeah, the currency has everything. It's everything. And it's even better than I've explained it. If I was awake, there's other stuff I'm sure I'm missing. Alright guys, I'm tired. I'm out of here. You know my opinion. It's going to be controversial. I'm going to get a lot of

December 2, 2019 YouTube livestream
March 25, 2024
Transcript by TransPerfect

hate for it because no one else has the balls to straight tell you.  I'm not a financial advisor.  I don't know what the price is going to do, but I've studied the charts, and I've given you the measurable reasons why I think things are likely to happen.  They're fundamental from design perspective, they're marketing.  Is there a referral program?  Is there a Bitcoin advertisement on the cover of ThePirateBay.org today?  No.  but there is a HEX advertisement on the cover of ThePirateBay.org today because it is designed better.

It is designed better.  It's that simple.  It's a better design.  It is built to outperform Ethereum, and Bitcoin, and all other cryptocurrencies.  It's built to be the highest appreciating asset that has ever existed in the history of man.  That is its design intention.  That is what the game theory revolves around.  There's a lot of other extra awesome features in there, but the price performance is the most important one, I think.  Security is the most important, price performance is the second most important.  Sell your other coins, there's an exchange right here built into MetaMask, hopefully they give good rates.

I haven't looked, I just discovered it when you did here.  Get rid of your other coins.  Stop the bleeding.  Cut the losses.  Get out.  Get Ethereum, get into HEX.  I think it will be the best decision you made in your life.  And I'm not saying that because I need the money.  I'm not saying it because I want you to click pumpamentals.com.  I'm telling it because I truly believe it.  Now, could the price go high and then come down?  Sure.  That's humanity.  I can't stop that.  Being the first chart of future market supply, getting people to lock up, you can't sell when you're locked up.  It's that easy.  You want the price to go up?

People need to buy and not sell.  That's what makes the price go up.  "Oh, we got these features."  Oh, does it make people press the green button or the red button?  Miners press the red button.  Miners press the red button.  Miners do not press the green button.  They press the red button.  You can buy the coins from them directly.  Call them.  They'll sell you, their coins.  Try and sell them cash, they'll take it.  Try and sell them coins, they won't buy them.  They don't want your coins.  They have their own coins.  They only press the red button.  I would happily be all in HEX, happily.

Now, how do I make sure that my speech doesn't violate something?  I hate reiterating this over and over again, but it is important.  Now, security, if you want a security go to the stock market.  This is not a security.  This is you working.  This is you choosing software and running it, and if you don't run it yourself, you are paying someone else to run your code for you.  You get no promises of effort from me whatsoever.  Don't have any expectation at all.  Don't have any expectation of anyone else but yourself.  You're the network.  Price performance, I got no idea what it's going to do.  I know what it was designed to do, whether the design comes true or not, I have no idea.  I can tell you Bitcoin was designed to replace a large chunk of the fiat currency in the world.

And if you measure how much fiat currency there is in the world, and you measure how much it costs when it started, it was designed to do hundreds of millions of percent return, and it's already done 2 million percent return

[06:50:00]

99

**December 2, 2019 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

from a penny back in 2017. I'm sorry, 2 million x. That's 100 times larger than 2 million percent. Well, golly gee, that's a lot. It's almost unbelievable. Yeah, it is almost unbelievable. I feel weird telling you numbers that are this large with so many zeros on them. It is totally unbelievable. But it's the reality. The chart does not lie. The trade history does not lie. This really happened. Bitcoin went from 0 to $20,000. Ethereum went from $0.15 to $1,500.

These things really happen. And if you do similar and/or better things than they do, it seems reasonable that you'd have similar or better price performance... I mean, who knows? I don't know, you don't know. There's only one way to find out, it's to try. We have to see what happens. There's no way to tell. So, I'm not an investment advisor, I can tell you what I think sounds like a great idea. If you heard the data and you make the same conclusions, and it's all of your own decisions, and all of your own responsibility, congratulations. Cryptocurrency is about getting rid of middlemen.

And that means you got to make decisions for yourself. You got to protect your private keys, and you got to decide what a good project looks like, what a bad project looks like, and what a great project looks like. I've decided that HEX is a great project. I thought everything that I could ever want, and it's there except anonymity. We don't even need throughput. We don't even need scale. We're built on time locking. If you lock up your coins for 10 years, how many transactions per year do you need? 0.2. No brainer. Alright, guys, I'm out. I am probably going to feel pretty crap tomorrow, but you know what? It was worth it. I'm so happy that we stopped, to the best of my knowledge, anyone from getting scammed. I saw one scammer maybe get $25, maybe. And that's it.

That's awesome. That's me working hard to overcome everyone else's vulnerability. I worked extra hard and defaced my own website with ugly text to help you guys be secure, and have a good experience, and not fall for all those crappy imposters out there. And look, that's not to say that they don't come back and try again. So, be ever vigilant. Alright, guys, it's been absolutely fabulous. I haven't heard anyone's voice, but I felt connected. Maybe I'm so tired that I thought you were all here in the room with me. Alright, guys, good night.