# Exhibit D

January 16, 2022 YouTube livestream
March 25, 2024
Transcript by TransPerfect

https://www.youtube.com/watch?v=FdrT6V4lMLQ%26ab_channel=RichardHeart

[00:00:00]

**RICHARD:** Hello, everybody. How's it going? We've got about a billion dollars raised at PulseX.com. PulseX.info. Supporting freedom of movement and freedom of association and freedom of assembly.

If you want to know the totals on that I Tweeted them. Something like 15 million on Bitcoin, 920 million on Ethereum, 60 million – 40 million? – on BSC, Binance Smart Chain, BNB. And then like a million – well, 200,000 on Doge, a million on Monero, 1.6 million on Litecoin, a million on BCH, Bitcoin Cash. And what else? I think it was only like 30 grand on Zcash. XRP had a couple million, like 2.6 million or three million, something like that. XLM had maybe 300k if my memory serves. I may be missing a chain in there somewhere. It's okay, it's about a billion. Pretty cool. Pretty cool stuff.

Amazing that it's a secret. You don't hear about it anywhere. So there's $380 million of stable coins sitting in that sacrifice address now. And then in the previous sacrifice for freedom of speech, Pulse.info, not Pulse X, there's like 240 or 250 million of stable coins sitting there. So it's $600 million of stable coins sitting in two addresses associated with freedom of movement and freedom of speech, and yet you won't hear about it on the news, you won't hear about it in crypto media. You won't hear about it from anybody else on YouTube, just me. I'm the only one that tells you these secrets. It's crazy. It's like what? It's a billion dollars. What's going on here, guys? It's the world's largest air drop.

There's a lot of silly people in this world, but I've seen some weird comments that people think you have to sacrifice to get your free ERC-20s. You don't. Everybody's getting a copy of all of your ERC-20s and all of your Ethereum on the Pulse chain, PulseChain.com. By the way, Go.HEX.com works with testnet now. So there's this checklist of things until mainnet launch, and they are working consensus network, which the testnet's been up for months now, it's working great. And then Go.HEX.com working on testnet. It works now so you can go to Go.HEX.com, switch your network over to the pulse chain testnet V2 and make stakes and stakes. Working Uniswap, we have a working Uniswap on testnet V2.

People on chat are saying press like, press subscribe, click the bell. Yes, please do this. Thanks.

And then so we've got Go.HEX.com, we've got Uniswap. Bridges are working, although that's not released publicly yet. So there's already a testnet bridge from the V2 pulse chain testnet to Ropsten Ethereum testnet where you can see coins going back and forth. Block explorer's up. It's like Etherscan, it lets you see the transactions. So the only thing that's missing is to publish the totals for the sacrifices for both Pulse X and Pulse Chain. And the automated market maker price fixer bot ratio updater that goes and harvests all the ERC-20s and fixes all the prices inflating them a million fold to make up for the million fold increase in the market cap of Pulse because the supply's being a million Xed due to the sacrificers. And then that giant harvested ERC-20 set gets deposited in the Pulse X Uniswap fork that makes it the most liquid exchange on the Pulse Chain.

1

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

So, what's left? Automated market maker bot, dow to control the reward token. There's off shelf options. We're going to choose one. I know which one I think we're going to choose already. And then publish the sacrifice totals. So we're like there. Like Pulse Chain's super close. Now, look, super close still means it takes a while. But Go.HEX.com works, Uniswap works, bridge works, testnet works. The only things that are missing are choosing a dow, Pulse X, which is just Uniswap fork,

[00:05:00]

it's really copy paste except for setting the V2 address and the V2 setter address, which are two lines of code in the Uniswap V2 audited code. And then, yeah, so like it's really, really looking good. Really, really looking good.

I'm going to chat here. Oh, by the way, I saw someone post a thread on Twitter. They're like Twitter.com/RichardHeartWin. They're like what do you think Richard's going to say on the next live stream. They put some comments on. Some of the comments were, hi, I called the Bitcoin top nine months ago and it's been profit every single day except for one for every day of those nine months now. Who else called the top on the day? This guy. Me. I called the top on the day. You're welcome. Bitcoin's down 40% from that top call. So it's currently like 42,400. Let me take a look.

Let's look it up. BTC USD, where are you at? The old BTC USD is at 43,159. I called the top at 65. So 65,000 minus 43,161.59 over 65k is a 34% dip. Seems like it should be more than that. I did this math wrong. Let's just say 65k minus 43k. 65 minus 43 over 65. No, it's 34%. Interesting. I thought it was 41% currently down. So it's been down as low when it was under 40. Let me get the chart here, let's measure it. Yeah, it used to be down a lot more.

Oh, that's 41 from the local top of 69, that one day where it blipped up. Yeah, that's the difference. So down from 65k the top call, it's just 34%. Just 34 for nine months. And then from the very top that one day it went up 6% that's the 41% drop. So from the 69k top we're at minus 38%. So I'm awesome. Go me. I do this for free. They charge for that, you know? I do it for free. T.ME/RichardsCalls. I think that's what it is. Is that the name of my channel? Yeah, that's one of them. RichardsCalls, yeah, no apostrophe. It's funny I don't remember the name of my own channel.

What else? They said you could have sold on a double 13 times. I used to say 12, but I was wrong. So just to give you the – well, I won't do the calculations. Well, why not? Let's do it on the calculator, right? So you started at .05655 I think was what the old bottom was. Well, let's look it up.

Oh, by the way, check out my new watch. Got a new watch here. This here is a Rolex SACO. Pick one of these up for $117,000 if you wanted to. This looks like a leopard. I'll put on my ob so that I can see myself here. There you go. I've got to hide my eyes. Go up there, watch. Focus on the watch, not my eyes, there you go. Look at that. Sparkly leopard Rolex Daytona.

2

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

So I've got 17 watches now, about $3 million. Neat, nifty, neato. Let's just say that crypto's a better investment.

So we covered the increase in price 13-fold. So let's memorize that bottom. Just pulling up some charts here. Oops, went to the wrong site. That's the one. So, back on January 5th of 2020 the bottom was 0.0000 – that's four zeros – 5655.

[00:10:00]

Not too shabby. I'm going to make sure it was really that by doing a little measurement and copy pasting it out and zooming in on it. Okay, edit my little window here. Did I just move my thing? I did not move my thing, stupid computer. Settings, oh it keeps moving it. Sorry for the funkiness here, guys. I used to have this number memorized because I'd brag about it constantly. I want to make sure I'm bragging about it properly. Here's my coordinates, zoom in on this. Yeah, that's four zeroes.

So the bottom was 0.00005655. Four zeroes. So let's stick that in our calculator. 0.00005655 times two. It's your first double. Second double, third double, fourth double, fifth double, sixth, seventh, eighth, ninth, tenth, 11th, 12th. The 12th doubling gets you to 23 cents, 13th doubling gets you to 46 cents. We were at 56 cents. There's been 13 doublings. So 12 doublings just gets you to 46 cents. Or the 13th doubling gets you to 46 cents. God darn it. The 13th doubling gets you to 46 cents. The 14th would get you to 92 cents. So when HEX reaches 92 cents you'll see me bragging about you could have sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, sold on a double, or sold on a double, sold on a double, sold on a double, sold on a double. There's 14 of them. There's been 14 doublings since January 5, 2020. That's only two years. We did 13 and a half doublings in two years, pretty good. So four zeros 5655 was the bottom.

Covered calling top. Oh, by the way, if you had sold Bitcoin when I called the top and bought HEX instead Bitcoin dropped by 55%. And then it bounced and then it dropped by 42%. Now it's sitting down about 40% from that. If you had bought HEX instead it went up 32x in those nine months. And then it dropped by two-thirds. So that you'd now only be at about 14x. So you could have made 30x your money instead of losing half of it if you'd sold your Bitcoin and bought HEX instead. Crazy. I don't know, I can't make this stuff more obvious for people. I even do the math live on stream. Can't make it more obvious.

All right, let's go back to chat. Yeah, we had the longest running Twitter space, and it's probably still running now. I don't know how they're measuring that it's the longest running. But I'm okay with it. It's like 12 hours long plus now, so I'm happy about that. We attracted a new group of users from the Twitter spaces that we don't normally get because I don't know why, but we do. So there's a lot more NFT guys and other altcoin guys in there than there is on YouTube.

Somebody's talking about the Pulse Chain testnet Go.HEX.com. Says it takes a while to load. Yeah, it's loading a lot of data. It just takes a while to load, so I think that's just how it is. If that

3

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

isn't just how it is try resetting your MetaMask. Go to tools, settings, advanced, reset account. That should fix it. If not direct message me. I'm curious to hear about it. T.me/RichardHeart.

Can you buy HEX on Polygon? Yeah. It's there. It's a lot less liquidity. When is Pulse Chain going live? I can't wait anymore. Well, I just kind of answered you with all that, right? There's certain things that have to be done. They're mostly done. Now we just have a couple more things and then that's it. I'm taking this jacket off. The lights are hot.

[00:15:00]

All right, I forgot about Ada. I think there's like 1.6 million Ada there. So I think there's two million bucks of Ada. That's Cardano, ticker ADA, with regards to the sacrifice. I keep forgetting Ada exists. That's funny. How was the SENS VR meeting? I liked it. I got to meet one of the directors of the SENS board that was really cool. Oh, I knocked off one of my bracelets. Yeah, I enjoyed it.

Richard, any HEX price predictions? I don't do those. Sorry, bro. A lot of people in the community do. Go have fun. Latin American crypto says let's get the word out on Twitter spaces, good people. Yeah, that's a good idea, guys. We want the bonnet? They want the bonnet. There you go. You know what? For you guys at home I'll give you a special edition. Special edition bonnet action. There you go. See, sometimes hearing chat is funny.

Smash the likes. When will the snapshot happen? When the mainnet happens, when those things I told you about are done. I guess I'm delayed on chat a bit. Here, let me turn on time stamps. Yeah, I'm like 15 minutes behind chat so I shouldn't be mean.

Apparently freedom is quite important to people. Yeah, true. Hello from Poland. Thanks, man. Secrets great opportunity, true. Spin the watches. All right, we'll spin this one. Come on. It's not on. Sorry, buddy, no spin.

Oh, we found an app to remove all the spam, which is nice. So now there's no spam on my comments. Ooh, nice watch. I think it's funnier if it tilts up a bit. This thing's hilarious. I'm able to find stuff you just can't find. Shirt fits the necklace, right? Nice.

Can you get Pulse now? You can't get Pulse now, but you could sacrifice for freedom of assembly, freedom of movement. And then you could swap your Pulse X for Pulse on the Pulse X exchange before the mainnet bridge is opened. So, before there was a dollar price. That might be cool. The market sets the ratio. But I have to imagine the ratio's better without extra fee energy pushing it around. I don't know, I don't have a crystal ball.

Is P HEX going to start at zero and T shares, also? You have to understand that they don't start at zero in relationship to other things. They only start at zero in relationship to the dollar. So, there will be – all the pairs come over in the fork. So anything that's already on the Ethereum chain is going to have a ratio on the Pulse chain because it all comes over in the fork. What isn't at the fork in the moment that it's created is dollar prices because there's no bridge in dollars yet.

4

So you don't have dollar prices, but you do have ratios, which are prices for all of the other things versus all the other things.

How much is this lightweight jacket you're wearing? My guess is two grand. Every jacket I get is like two or three grand, so that's my guess. We could look it up. Let's try and Google it. Well, whatever, I'm not going to waste time looking that up. It's probably two grand.

[00:20:00]

What about the BSC and Solana bridge? I don't really care about those off the bat. Not in a rush for that. You can do them later. I mean you can do bridges for Bitcoin, Litecoin, all this stuff. But in the end you have an idea of how useful those bridges are by looking at the sacrifice totals. The Ethereum chain sacrifices absolutely dwarf and dominate the living oblivion out of all the other chains. You're talking about 920 million on Ethereum chain versus number two of BSC at like 40 or 60 million. And like Bitcoin at like 16 million. There's no comparison. The adoption on Ethereum is wildly higher than the adoption on these other things, at least for people that know about it.

Love from Croatia. Thanks, man. Somebody asked is swapping coins and pairing coins the same thing. No, so when you – every Uniswap V2 pair that exists is created by somebody. Anybody can do it, it's a public function. You can just choose a ratio and add coins equal on both sides. If you're like I think the ratio of these coins should be four to one then you add them at four to one and then the price is four to one. Because the price equals the ratio in Uniswap. If it takes four HEX to get out one USDC it means the price of HEX is 25 cents because there's four times as many USDCs in the pair – or four times as many HEX in the pair as there is USDC. It's a four to one ratio, so the price is 25 cents. So the ratio is the price.

And then so someone is going to have to created bridged in ERC-20 value versus PRC-20. So like chain link. Chain link and SHB are the two top ERC-20s sacrificed, around maybe three or four million and two million. I'll go look real quick to give you specific numbers on that. Don't have to guess those. So there was three million in SHB and three million in Chain link both. So those guys sacrificed their coins. People that have SHB or Chain link on the Ethereum chain are going to get a free copy on Pulse chain. We call them PRC-20s. They're the Pulse versions of the ERC-20s. So when someone creates that liquidity pair of the bridged in E-SHB or E-link with the link and SHB that are on the Pulse chain they have to choose what ratio they add that pair at.

Now, they could choose any ratio with a small amount of liquidity, let the market trade against it and then that moves the ratios. And then the next guy has to add at that ratio. So you can only add to a pair at whatever the ratio currently is. You have to add it at the same ratio. So like right now let's take HEX. Let's call it 25 cents. That means that right now there's four times as much HEX as there is USDC. And so if you wanted to add liquidity to that pool you would need to put in four units of HEX for every one unit of USDC. That's the ratio. If you want to change that ratio you could trade against the pair and then add after you traded. You could do that. So it is hard to know at what ratio to set these things. For coins that are totally priced out and can't function on Ethereum but can function on Pulse I think that they should have ratios that are

5

higher on the Pulse side. I think the Pulse version should be more valuable because the coin can function on that side whereas it's broken on Ethereum.

And then it's hard to say what the ratios for all the other things should be. What should bridge in link be worth versus link on the Pulse chain? What should bridge in SHB be worth from the Ethereum chain versus its free PRC-20 copy that everyone got on the Pulse chain? So someone's going to have to create the pair and choose a ratio and then everyone's going to trade against it. That's going to be how everyone gets their rewards. And then the Pulse X system that everyone's going to be using to do this, it has an extra reward token that it gives to liquidity providers for being the LP. So they make fees and they make this extra token.

Then also I think another interesting bridge is the USDC from Ethereum bridge to Pulse itself in the Pulse X exchange. And the bridge in USDC versus HEX

[00:25:00]

on the Pulse chain. Those are also interesting pairs. And then you've got other interesting pairs, like what about HEX on the Ethereum chain bridged – or not bridged, but – well, is it bridged? I guess it is. So bridged in HEX from the Ethereum chain versus HEX on the Pulse chain. What's that ratio? Interesting things, interesting questions. Also, what's the Pulse X to Pulse ratio? I don't know any of these things, the market's going to set all these things. It's really interesting.

Somebody asked how do you stake the T pulse from the faucet? You've got to go to the link, just go to the chat room T.me/PulseChainCom and you'll see the link to the staking page. It's a page. It's got its own URL. So if you want to stake your Pulse you go to a specific URL to do it. Do you know what the incentive coin's called yet? Nope, but should figure that out. I actually like your jacket. Thanks.

Pulse and Pulse X will both be huge. HEX is going to be the golden crown on top. Nice, man. NFL playoff football and a Richard Heart livestream, what could be better? Thanks, man, that's very kind of you.

We're the early adopters of the Richard Heart ecosystem, folks. Yeah, we've almost got full vertical integration, which is funny because it's decentralized. But we just all like the same stuff. We're just missing Fiat Onramps and wallet and MetaMask is friendly enough. They're not shoving margin trading down your throat or anything. So pretty good.

Will copied stable coins be worth a dollar in the future? I don't know, man. I would imagine that the ones that are redeemable for real dollars have a little bit more value than the ones that aren't. But we'll see.

I was so far behind in chat that it just deleted it all and skipped me ahead. Now I'm only five minutes behind because it deleted so much. Richard's jacket is $7,500 and out of stock. Okay, crazy. How can I use my HEX I purchased on Polygon for staking? You can't. You have to bridge it back out of Polygon and take it to Ethereum. Because you're just trading a placeholder

6

over there. The HEX on that network is bridged in. It's a placeholder for the real HEX that's on the Ethereum network.

Could you please explain the buy and burn process? Nope, because you can't have expectation of profit from the work of others. And we couldn't design it to be automatic. So now you can't have any expectations. But what you could do is just watch and see what the address does. Sorry, guys, US securities law, no expectation of profit from the work of others.

Solana versus Eth would like to know why Eth is better besides liquidity. And he says liquefy, by the way. Well, maybe because Solana is down every other week. Could be that. Like the network doesn't work half the time. It sounds like a problem, doesn't it? This is a really dumb question. Oh my goodness.

Change your YouTube profile picture to the one that I have on Twitter? Yeah, I want to, I'm just scared. But I guess everyone likes the one I have on Twitter now, so I'll do it. I was always terrified of changing my profile picture because I've read that it's useful for people to be able to recognize you. And then if they can't recognize you anymore it's like starting from scratch. But I've read other material that's like you should change it every so often. I'm not sure which one is right, so I didn't want to change all of them at the same time. I changed Twitter and Instagram. I didn't change YouTube yet. But I guess I can. Glad you like the new profile pic. Richard, do you really put so much thought into your profile pic? Well yeah, man. Like all this stuff matters.

[00:30:00]

You should buy the naming rights to a sports arena. No. No, I shouldn't. It's a terrible idea. Giant waste of money. You deploy that same amount of capital in 20 other different ways, you're going to get way more bang for your buck. Which is the reason you can buy the naming rights, because it didn't work out for the last guy. So I think those are terribly stupid marketing ideas. They don't work at all. Hey, remember that time you were watching TV and saw the name of the stadium that people were playing at and then busted out your cell phone, typed in the URL and committed to purchasing something from them? Nope? I don't think anyone has.

Is there any risk of impermanent loss when delegating Pulse to a validator? I haven't read up on how the felonies work. I need to. So, believe it or not I'm not an expert on that. I need to read up on it.

Much love from central Mexico. Thanks, man. I was very disappointed that the "MIT guy" wasn't willing to debate. If your points aren't strong enough for public discourse how well do you understand something? Yeah, I agree. Some guy was sub-Tweeting me. Sub-Tweeting means like talking about you on Twitter without tagging you. He was trying to make fun of HEX and I just was like hey, man, I probably understand Bitcoin better than you do, do you want to have a chat about this on livestream? You can go educate my 100,000 followers. Of course coward, no response, as is the case. He doesn't want to join the trail of dead bodies I've left behind from all my other debates. Like 100% kill rate.

7

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Somebody keeps – so a guy in the chat that's asking about OA. Do you understand what no expectations of profit from the work of others means? It means when you ask me questions like what's going to happen with the price you're not going to get an answer. What is the OA going to do? How would I know? You're not going to get an answer. Hey, Richard, I want to ask you a question of the form can I have some expectations please? The answer's always going to be no. So any time you see the word OA in chat you ain't getting no answers. It's been this way for years. I guess you're new here.

Years. More than two years. Because HEX has been around as a concept for longer than it was around as a functioning product. So we're on like year three or four of talking about HEX. So, no, you're not going to get any answers to questions like that.

What is Pulse X and what's the difference? So Pulse is a fork of Ethereum. Pules chain is a fork of Ethereum. And Pulse X is a fork of Uniswap. Uniswap's an exchange and Ethereum's a consensus network.

Richard, if I were to sacrifice a few times before the first increase and continue to add to the sacrifice will it increase the bonus rate? It does increase your volume bonus. But just later sacrifices at worse rates increase it slower because they get hit by the rate increase. So they still help your position until, I don't know, maybe that phase ends in like 40 days or something like that.

What do you think will have more swap activity? P-HEX, HEX versus Pulse, Pulse X versus Pulse HEX versus Pulse X HEX? I have no idea. I really don't. I mean I do not know, man. I'd love to know, but I don't. It's going to be wild. It's going to be wild, man. Hugs from Croatia, thanks, man. Hi from the UK, thank you. How am I doing? I'm doing good. Except I gained weight. I gained back 20 pounds in a month. I didn't think it's physically possible, but that's what the scale says. I don't understand it. You'd think I was drinking just melted jars of Ben and Jerry's or something because how. I don't understand. It's crazy. I hope it stops. Please, body, stop gaining weight, please. I don't understand it. Can you add five pounds a week? It's insane. I guess it's six weeks now since Christmas? God, seven weeks? That's almost two months, I guess. Maybe that's possible.

Is my bag changing colors? Yes, it is. It's like a $25,000 bag.

Will Eth two deposits be credited on Pulse? I'm not sure how that's going to work yet.

**[00:35:00]**

I can look into it. The default answer is whatever's easiest. I think the easiest answer is yes, but I'm not sure.

How long after mainnet will Pulse X go onto exchanges? I don't know about exchanges, mister expectation of work of others. Don't know about that, man. That's up to them. Why is sacrifice going all the way to February 25th? I don't know. Why not? The rate's going to be so terrible,

8

who cares. What's your problem? The rate's 10x higher then. No, I don't want anyone else to be able to participate. Crybaby.

Is hedger a legit thing? I have no idea, dude. I know it doesn't have audits yet and I know the thing's built on – I ain't shilling nobody else's bags, homey. If they want to shill you their stuff they need to do it on their own.

Will stable coins like USDT and USDC be forked on a PRC-20? Yes. Everything. It's all coming, man. When Pulse or Pulse X does a 250x I'll put a tattoo on my arm of both. All right, cool. Love from Portugal, thank you. Hello from Germany. Richard Heart will save me from doing air conditioning and free me from my PTSD. I used to do air conditioning. It sucks, man. It's a crappy job. Pay's not good, either. My Versace pillows are exploding from behind me here. Come on, silk pillow, stay where you belong. Wow, this pillow's fixed my posture. I like it, I like it a lot.

Will the size of the sacrifice donated by the individuals determine the Pulse air drop amount granted that the donator – no. Well, they're linearly coordinated, so the higher the sacrifice the more Pulse exists, the higher the supply. So, you're still getting 10,000 to one, so you're getting 10,000 base Pulse or Pulse X per dollar equivalent of sacrifice after it gets rate adjusted and before it gets volume bonused. So I thought the website was really clear on how that worked. Read the website again.

Will there be a dot pair? I mean in theory some company could do wrapped dot. I just don't think there's any adoption on their ecosystem. Like I don't think they really exist. But if they do have adoption somebody could make a wrap dot and then you'd have counter party risk with that party hoping they unwrapped it when you wanted them to. Or you could have bridges that work with it, but I don't think there's many users over there, man. They could exist, sure.

Can you set a limit price on your forked version of the bridge? I don't think infrastructure for limit orders is going to be built out at launch. So someone could build the side channel off chain, like zero X network or work to get zero X to integrate for their limit order stuff because it all happens on side channels. Maybe side channel's not the right word, but off chain on their own network. So I don't think that's going to exist right at launch. I think you're just going to manually have to set a price alarm somewhere and have it wake you up when it's time to go mash the button. Unless someone wants to build out zero X for Pulse chain. I mean I guess – yeah, I don't know, I think you're going to have to be awake. That stuff will probably come with time. I just don't think it's going to be there at launch. I definitely wouldn't delay launch for it. I wouldn't be surprised if the majority of orders in HEX have always been limit orders since V1, V2, V3. I think limit orders are like the minority of participants.

[00:40:00]

Hello from Latvia. You're the best person in crypto, I can bet on that. Thanks, man, appreciate it. Shout out to Mayuko, Pulse X for the win. That's my favorite cut of steak, filet. I'm a filet guy. Like filet mignon kind of stuff. Do I think Tether or Coinbase will invalidate their tokens with admin keys? I have no idea, man. I don't know. Their users might sue them if they did

9

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

that. So I really don't know. Users tend to not like it when you take valuable things from them by force. They're not so happy about that.

Someone tell me I'm early because I'm late. Bro, do you feel late to products that don't exist yet? What? They don't exist yet, man. Come on, my goodness. I looked better skinnier, guys. My face is puffy now. It sucks. My arms are big. I've been like working out, though. Look at that, ooh, nice. I'll just blame it on the creatine. The creatine did it.

Missed Pulse but got into Pulse X. What to do, Richard? Somebody asked me this today, like I'm not a financial advisor, I don't have a crystal ball. Although, boy, some of my price calls are pretty cool, calling the top two cycles, pretty awesome. Calling the bounce on the day. Like my Tweet for Ethereum's due for a bounce was the bottom and it just went up. God, I'm good.

I said because you're getting HEX on two chains you could get Pulse X two-thirds, go two-thirds Pulse and then one-third HEX. But maybe you could do 75% sacrifice because you're going to want to maybe swap some of that. So like let's say you missed Pulse but you wanted some Pulse and now you can get Pulse X. So you could go 75% Pulse X, 25% HEX and then peel off maybe a third of your Pulse X and swap it for Pulse when the mainnet comes out before the bridges. Could work. I'm just throwing darts at a wall here, man.

I know that the Pulse chatroom has 68,000 members. The HEX chatroom has like 38,000 and the Pulse X chatroom has like 34,000. But, think about how much longer each one of those has been open and in existence for the other ones. HEX has been around for years and its chatroom has almost half the people that Pulse chain's chatroom does. Pulse chain is just a more popular product, oddly enough, even though it doesn't exist yet. Which is wild. And then Pulse X's chatroom has only been around for a few weeks maybe and it's got about as many users as HEX does. It's interesting.

Will Pulse chain have Pulse chain improvement proposals? Yeah, yes, it will. You're giving people lessons in personal development and wealth generation through cryptocurrency, best utility I've seen so far, humanitarianism on steroids, fucking legend. Thanks, Chris, for making me curse on my curse-free stream. I shouldn't have read all of your comment, should I? Darn. Busted. Thank you for the kind words.

Who decides the ratios? Well, I mean, the ratio – anyone decides it. It's a public function. So anyone could be the first person to create the pair and set the base ratio. But then that ratio changes when people trade against it. And then whoever wants to add after those trades has to add at the new rate. So I'm not sure how important the primary first ratio setter is. I think the more important thing is how people actually trade against the pair because there's probably more volume in those trades than the first liquidity adder. So I guess the answer to your question is whoever trades against it. So the ratio is the price, so whoever is trading against it sets the ratio for the next guy.

[00:45:00]

10

January 16, 2022 YouTube livestream
March 25, 2024
Transcript by TransPerfect

Can we buy Pulse X with P-HEX after it launches? Yeah, yes. I don't know, what are you talking? I bet you don't Adnon Ahmad. I bet you do not know what I am talking, bro. Your thoughts on liquid loans? Yet again, similar to [INDISCERNIBLE 00:45:24] I do not have time to go learn about other people's projects which do not yet exist or have audits. Don't care. Maybe I'll care when they exist and have audits. And I really don't care about anything else that may have its own ticker symbol that wants to compete with ticker symbols that I invented. If I keep getting asked questions about these things and I'm forced to pseudo shill for them by giving them mind space I'm going to just add them to the bad words list. So y'all better slow down with that.

I hope everything everyone builds on Pulse chain is awesome. But, in my experience building this stuff is hard. A lot of people lose a lot of money in things that they thought were going to be cool and then got them wrecked. Some of these questions, dude.

You know what? I'm just going to edit these words right now. There we go. And then I don't have to be forced to talk about stuff I don't want to talk to anymore. Where is it? Community? There we go. Where is this? Hmm. Why am I being trolled here? Let's go to my channel and then I really thought if I just clicked settings it would bring me to the community area, but I don't see it. Nope, hmm. Well, I'll work on it later. Back to chat. Kind of makes me mad that I can't find it. Oh, HEX has found it. Yeah, you can just add hedge run, liquid loans and OA to the banned word list because I'm tired of seeing those questions. Easy. So easy, guys.

You guys that are building projects, you all need to shill on every channel that ain't mine. Go bring users from everywhere else in the world to your awesome ideas. You're not leaching my users. You've got to make it on your own, homies. Do you get e-HEX copies as well, if it's staked? Yes, you get your stakes copied, as well. Yes, full system stakes. Can you still sacrifice for Pulse chain? I explained how you could swap Pulse X for Pulse before the fee upbridges opened, or before the other Ethereum bridges opened or anything like that. I just don't know the ratio you'll be able to do it at. Market sets it.

Thank you for congratulating our new little hexicon baby. It was born healthy and I'll be posting a hexed out picture of him soon. Little hex is listening right now to his financial future. Thanks, hexiest man in the world. Congrats on the kid, man.

Would it be possible to create a marketing angle to save proof of work miners and get them to adopt HEX as a superior investment? I think it's a great idea. Good idea, save the environment, too. I thought about adding vitamin K to cancel out taking too much vitamin D. I don't think I'm taking too much vitamin D. But thanks for the heads up. Thoughts about XRP SEC situation? I don't know. I mean it seems like XRP's doing well. I don't know what to tell you. Doing well as far as that lawsuit is concerned, I guess. But price isn't doing good.

Thank you for everything, Richard. You will be *Time* man of the year in the next couple of years, I've foreseen it. Thanks hex nube. Trinidad in the house. Respect. People still believe market cap's important,

[00:50:00]

11

I think PLS and PLX will finally prove them wrong definitely. Do you have any comments regarding that? Umm, yeah, I think market cap's a little stupid. You can't trade it, can't buy it, can't sell it, nobody makes money on it, it's made up.

After you sacrifice is there anything else you need to do to accept the air drops? No, I don't think so. Wait for the mainnet to exist. Do you have a resource for developers on the chain? Yeah, we've got a couple chatrooms. We have a Pulse dev chatroom. We have a HEX crypto dev chatroom. You can go check those out. I mean it's Ethereum, right? So all the stuff that works on Ethereum works on this. It's a fork of Ethereum so all the hardhat and all the other tools that devs might use works on this, too.

Hi, Richard, great project, how many women have you made love to? Oh, I don't know, buddy. A couple. Never enough, never enough. The odometer keeps ticking over. Will we be able to recommend game theory after launch? We have a game theory channel that has like 70 people in it of people whose intellects I respect. I don't recognize you so I don't respect you. But if you build up some social equity and become part of the community, say smart stuff, there's a chance I'll add you to that room. Step one, make a profile pic.

How's my day? It's great. Do I think Pulse X will outperform HEX in market cap? I'm not sure. I don't know. It's like three awesome things, which one's the most awesomest. We're going to have to let the market tell us. I'm not sure. When will the Pulse X logo and branded be updated? I don't know, it's fine. Can whoever designed the Pulse chain design Pulse X? Yeah, that's already the same guy. Sorry to break it to you, buddy.

Can you describe how that volume bonus works for the Pulse X sack? You need to go on PulseChain.com or PulseX.com and read the theater example. Because I'm tired of doing it. I wrote it, it's really good. Read it again and again until you get it. There's no way around reading that example. I think on the Pulse X website it used to be in the sacrifice tab but now it's on the main page. We moved it there.

I'm going to read this one. If the bear has sex with the duck will it make a duer or a beck? That's pretty funny. Yo, Richard, I sacrificed XRP for my centralized exchange. That's fine. What's wrong with that? You were given a unique memo to include with the send. If you're included the unique memo you're given it's very easy to track because we see the memo. If you didn't include the memo you've made a boo-boo and someone will try and bail you out and make up for your mistake before mainnet launches.

Certain coins you can send from exchange. UTXO based coins, like Bitcoin, Cardano, you can send from exchange because you get a unique address. Memo based coins, like XLM, XRP, TRX – actually, not TRX – you can send from exchange because you include the memo. EVM based coins, like Ethereum, TRX, Polygon, Binance Smart Chain, Phantom, Ethereum Optimism, Rubidium, all this crap you have to send from the wallet that's actually going to receive it. Because it's not UTXO and it's not memo, so it has to come from your wallet that you have the keys to, not an exchange. So some things you can send from exchange, UTXO and memo based

12

January 16, 2022 YouTube livestream
March 25, 2024
Transcript by TransPerfect

stuff. EVM based stuff you can't. EVM means it does smart contracts, uses an account based system.

Somebody says I believe an audit for Pulse X is essential.

**[00:55:00]**

Well, I got good news for you, buddy. The code that does all the swapping is bog standard, fully audited out the yin-yang, Uniswap V2 with only two changes. Setting a fee two setter address, and setting a fee two address. Copy paste two Ethereum addresses into the contract, all of your audits are still valid. Actually, there might be one other change to the amount that the fee is. That's it. So your audits are going to be all valid, don't need to do new audits. Now, look, there's some components that are drag and drop that are also audited, that are what I think we're going to be using for controlling the reward token. I'll have news. When the news is ready for you I'll get it to you.

Mr. Heart, if I make a song about HEX, Pulse Chain and Pulse X and if you like it will you retweet it? Yes. And I've done that for lots of other song makers. Could you go into detail about your Tweet for the ratios? I did that already. How far behind am I? Seven minutes? Can we sacrifice .jpgs of monkeys for Pulse X? No. What does a bear keep in his backpack? I think it's empty, but we should get bear accessories for in there, like some honey.

John Adams, airdrop snapshot date. Bro, software's not done yet, don't ask stupid questions. I'll give you a date when the software's done. Stupid question. Oh, I mean months. How's that? Trinidad in the house. I think I shouted you guys out already. I had another Poland shoutout but I skipped it because I already gave one.

Any book recommendations? Yes, my book, *T.ME/SCIVIVE*. It's free. S-C-I-V-I-V-E. *T.ME/SCIVIVE*. Where can we sell Pulse? Well, you can sell it for anything that's bridged over to Ethereum and then dump the Ethereum asset on exchange somewhere until there's direct exchange listings. Is your community on Discord or Telegram? We love Telegram. I don't like Discord at all, but we have one. So you'll never see me on the Discord, but I'm in Telegram constantly.

Is stake text duplicated? Yes. Hi from Sweden. Thank you. Does [INDISCERNIBLE 00:58:20] get copied over? No, just the Ethereum chain. Richard, thank you from the bottom of my heart. My pleasure. I'm trying to buy HEX, but the e-swap prices are too much for me. Any advice on cheaper swap? I mean some people use Change Now. Like they buy XRP or Lumens and they send them to Change Now and then they swap them for Pulse on there. I've heard about that method.

Is it too late to invest in Pulse chain? Says Demi Bush about 70 times in rapid succession flooding the chat, which is why they get the time out. So I'm not going to full ban you, but you do get the time out, chat flooding buddy.

13

**January 16, 2022 YouTube livestream**
**March 25, 2024**
**Transcript by TransPerfect**

Do you do internships for development? No. I only want devs that are really good. I don't have time for not really good devs. Sorry. Isn't the volume bonus

**[01:00:00]**

going to work in favor of the whales? Why, yes, it is. That is exactly what it is designed to do. Just like the rest of the world if you buy the most of a thing you get the best deal on the thing. Oh, God, the whales. Louis Vuitton sends me free stuff. Free cakes, free bag, a free wallet technically, free flights to Paris, free hotel stay while I'm there. You know why? Because I spend a lot of money with them. You don't get flown nowhere because you don't. Boo-boo-boo, I wish the whales had less money, I wish I had more. Work harder. Capitalism, love it or leave it. The whales, the whales have too much money. Would you want a better deal if you bought more of something, anti-whale guy? Yes, you would.

By the way, who do you think makes the price go up all the time? Like when the price jumps up real high who do you think is doing that? It ain't the plebs, guys. Whales matter in crypto a lot. A lot. I mean I wouldn't be surprised if you – you know what? Let's go look at this. Let's go to PulseXLead.com. Let's go look at the power law distribution here. So I'm just going to take the top ten guys, I'm just going to add them up and see what I get. Of the 78,000 sacrificers on the Ethereum chain here. 48 million, 29 million, 20 million, 16 million, 14 million, 14 million, 10 million, 10 million – did it just overwrite all that? Oh, you son of a bitch. Ooh, that makes me angry. What a trash calculator. God. 47, 29, 20, 16 – nope. Am I really just going to have to do this in my head then? We're just doing it in the head. This calculator sucks. You hit one type it blows it out. 48 plus 30 is 78, 98, like 113, 127, 140, 150, 160, 169, 174. Okay, just the top ten wallets are 174 million out of the 920.

Just the top ten wallets are 20% of the sacrifice. This seems to me like a power law distribution. This seems to me like maybe 80% of the sacrifice is in like the top ten percent of addresses. So like 80% of all the sacrifice is 10% of the people. Wouldn't surprise me. You chart this, it's all public, right? But, yeah, whales matter a lot. A lot. Like how many normies does it take to total up to this number one guy at $48 million? A lot of normies, a lot. So I care about whales.

Hi, Richard, what is held in bot is important. So why is volume a metric used in regards to the volume asset? I agree with you. People that use volume are idiots. Volume is a measurement of how much the users are losing. Volume is a measurement of how much the exchanges are making bank. A measurement of how much the market makers are making bank. And who are they making bank on the backs of? The retail investors, the speculators, the users. Volume is a measurement of how much pain users are enduring. So something that has – if the value of a currency is an indirect proportion to the velocity of its money – so we remove velocity by removing the coins, by getting them locked up and burning them. This decreases velocity, which increases value.

And then somehow people think that volume, which is velocity, is good for value. You're like no, that's not how that works. What's the trading volume of the Mona Lisa? Has that worked out for the Mona Lisa's value? People just don't understand how value works. Like hi, I'm

14

January 16, 2022 YouTube livestream
March 25, 2024
Transcript by TransPerfect

Richard Heart, I designed a cryptocurrency that went up 10,000 fold in price in 623 days. I know a little bit about what generates value. So, yeah, good point.

**[01:05:00]**

Volume is the enemy basically. Unless you're a market maker, a liquidity provider or an exchange. Those are the only people that make money on volume.

Hi, Richard, I was thinking that sacrificed tokens won't be copied over? Yeah, they will. What? They're just not yours. What you're sacrificing isn't yours anymore, but they do get copied over. Are you planning on making a mini Richard? One day, man.

Your thoughts on whether Pulse chain could potentially vampire attack far more ETH liquidity than just easing the network. Yeah, maybe. Could I make a Pulse chain wallet offline and then stake the cold wallet? What? Theoretically could I make a Pulse chain wallet offline? Yes. And then stake the cold wallet? In order to stake you need to sign the transaction, so you do need to – after you perform a stake you can then go to cold. But you need to stay hot to make the stake. So cold, hot to make the stake and then back to cold is fine.

What is the advantage of influencers to gatekeeping after HEX, also Pulse chain, Pulse X? I know that influencers have participated in the sacrifice phase, and therefore since they're going to be getting some Pulse chain and some Pulse X tokens I think that they're more likely to say nice things about that which they own and benefit from. So I have high hopes for the influencers promoting Pulse X and Pulse chain because it's in their financial interest to do so because they own some of the coins.

What made me think of Pulse chain? The Ethereum fees are too high. Like way, way, way too high. Gary Bower says I finally figured out how to buy Eth. Trying to trade for HEX and it just keeps saying waiting for confirmation. What am I doing wrong? You have to click the top right little MetaMask, that little icon there. Click the fox. It's asking you to approve the transaction. You should probably cancel the one you did. Cancel the one you did and then make a new one, and watch for the pop-up to click it, the little top right corner of your browser.

Nube question, how do I sacrifice? Go to PulseX.com. Very easy. If you're on Ethereum you're going to send to the address from your own wallet, not from the exchange. Any new watches? Yeah, I got this leopard SACO Rolex here. Love from the UK, that LV bag is crazy. Thanks, man. Uniswap did a free airdrop, will Pulse X? Yeah, Pulse X is getting airdropped for free to everybody that sacrificed for freedom of movement and freedom of assembly.

The specific language is the Pulse X sacrifice is creating a set of people that believe freedom of movement and assembly are protected human rights. Sacrifice to prove you believe. I don't have a clue, they're only coming out soon. I've seen designs for some HEX clothing. That might be coming out. I don't think it's got Richard Heart written on it.

Nice to meet you, Richard. I recently found out about your site and sacrificed. Researched a lot about you and your story. I admire your humble beginnings and transparency. I come from the

15

same and am finally on my way. Nice. Jordan Peterson chat? Yeah, make it happen. You say the metaverse is nothing new. Why is there such a hype around it and why do people buy virtual lands and what is your thoughts? All this stuff has all happened before.

[01:10:00]

There was a guy in like 1990s that put up a website where you would buy just some pixels on it until it became unpopular. So people buy stupid stuff and then it becomes unpopular. Beanie Babies was a thing and then it became unpopular. So, yes, people get dumb and buy dumb stuff and then people forget about it.

Will there also be Eth Pulse LP yield farming on Pulse X? Yeah. You're going to have all the pairs again. There's going to be a lot of pairs. Richard, I love what you've done so far and what you continue to do. Thanks, man. How can we mine HEX by staking it? That's how you mine new HEX is by staking it. Go to HEX.com and read about it. I think sacrificing is a great idea, I like it.

So for some reason people were telling me to keep this one short. I don't know why, but since I'm hungry I don't mind keeping it short. What do we got new? We covered the price, we covered the world's largest airdrop, let me be more specific. We covered HEX price going up in two years, 13 doublings, we covered me being right about the Bitcoin price for my second cycle where I called the top on the day. Had you bought HEX on that day you would be up 16x now with a peak of about 33x earlier. Yeah, something like that. And then my top call being a profit every single day for nine months except one where it went up a new high 6% and then down 42% lull. What else? World's largest airdrop, a billion dollar sacrifice so far. And that's just for Pulse X. There was another sacrifice phase for Pulse chain, it did very well, too. So there's like 600 million of stable coins sitting in those two addresses, I think. What else?

Go to PulseX.com, that's the most important part. Follow me on Instagram.com/RichardHeartOfficial. Beware of the imposters, they're all over the place. Hopefully I get a blue check. That'll be nice to help reduce the imposters. Twitter.com/RichardHeartWin. Got 167,000 followers over there. YouTube.com/RichardHeart, like, subscribe, click the bell, click all. Got 100,000 followers on there. Insta I've only got maybe 22k or something like that. And I'm putting on 1,000 new followers a day on Twitter, I'm putting on about 500 a day on YouTube. I don't really have stats for my Insta. I should look it up. I wonder how many I'm getting a day there. And what else? Yeah, congrats. Go try the testnet. If you go on T.me/PulseChainCom you'll be able to look up the specs on how to use it, like where's the staking link and where's the Uniswap front end and how do I add it to MetaMask, all that stuff.

16