# Exhibit G

# PulseX.com

web.archive.org/web/20220117064604/https:/pulsex.com/sacrifice/

**About sacrificing**

**How can I sacrifice?**
Open PulseX.info and follow the instructions.

**What you can sacrifice for**
By sacrificing your crypto you do NOT buy PLSX. You can give your crypto away, sacrifice it as a political statement. Once you have done that you do not own it anymore. Never expect profit from the work of others. Whoever owns your crypto after you sacrificed it does not work for you.

**So... how do I get my PLSX?**
You'll get credited free PLSX without any value based on if you have sacrificed on PulseX.info. PulseChain credited a similar Sacrifice Phase some months ago to distribute it's native token PLS.

**Can I also donate to SENS to sacrifice?**
No.

**Which coins are supported?**
The official list of supported coins is available on PulseX.info after the start of the Sacrifice Phase.

**How does the bonding curve / Sacrifice Rate work?**
Until January 10th 2022 you get 10,000 Sacrifice Points per USD sacrificed. The USD value is calculated near the time of sacrifice. On January 10th 0:00 UTC the Sacrifice Rate increases by 5% to $1.05 per 10,000 Sacrifice Points. The Rate increases by 5% every 24h at midnight UTC. On February 25th the Rate will be $9.91 / 10,000 Points.
**Disclaimer** You are sacrificing to prove how strongly you believe in the right of human assembly. You must have no expectation of profit from the work of others. The set of people who have sacrificed to show their commitment to this political statement makes a great set of people to airdrop free things to. These Sacrifice Points are not meant to have any monetary value. Remember, you're not buying anything, the world is just noticing you are amongst a group of people that sacrificed to make a political statement. Some countries tax their citizens when they receive things of value. PLSX is designed to start with no value, which is ideal. Consult your own legal and financial professionals, as nothing written here should be

considered professional advice. The only thing we know of set to be airdropped for free to this political group so far is PulseX (PLSX.) If we hear about other cool things, we'll let you know.

Disclaimer Copyright © 2021. All Rights Reserved.