# EXHIBIT A

```
                                                                  1

 1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

 2

 3   In the Matter of:    )

 4                        ) File No. FW-04358-A

 5   HEX                  )

 6

 7   SUBJECT:   Vegas HEX conference with Richard Heart made

 8              possible by Mati Allin

 9   PAGES:     1 through 172

10

11

12

13

14

15                    VIDEO TRANSCRIPTION

16

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                    (202) 467-9200
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | Vegas HEX conference with Richard Heart made possible |
| 3 | by Mati Allin |
| 4 | MR. ALLIN:  So let's give it up for our |
| 5 | Lifetime Achievement Award winner Richard Heart. |
| 6 | MR. HEART:  Lifetime achievement.  Hello |
| 7 | everybody.  How's it going? |
| 8 | (Applause.) |
| 9 | MR. HEART:  Segment. |
| 10 | (Applause.) |
| 11 | MR. HEART:  Thanks for the applause |
| 12 | everybody. |
| 13 | (Crowd chanting.) |
| 14 | MR. HEART:  Am I on?  Can you guys hear me |
| 15 | out there? |
| 16 | (Crowd whistling.) |
| 17 | MR. HEART:  Doesn't even show.  What's up |
| 18 | everybody?  Am I live?  Can you hear me? |
| 19 | UNKNOWN MALE:  Mati, can you -- |
| 20 | (Crowd cheering.) |
| 21 | UNKNOWN MALE:  Mati, how can I stop the |
| 22 | share so we can see Richard big? |
| 23 | There we go. |
| 24 | MR. HEART:  Hey, how's it going everybody? |
| 25 | (Crowd cheering.) |

1         MR. HEART:  Hello.
2         (Applause.)
3         MR. HEART:  It's much nicer to be on stage
4  and talking when the HEX price is up 30 percent for
5  the day then when it's down.
6         (Cheering.)
7         MR. HEART:  I like that.  Yeah.  So you know
8  when I give these talks I've never prepared one.
9  They're all, you know, adlib, contemporaneous and I
10 like it because I just get to talk to you guys and
11 share what's on my mind.
12        The more that I touch the real world, the
13 more that I realize that the rest of the world sucks
14 and most of what I know that is good in the world is
15 the stuff that I'm building or the people I know that
16 are building.
17        So for instance, you know, we saw some
18 political -- what would be widely regarded as peaceful
19 political protests in Canada, where people are so nice
20 that they're more likely to say sorry to you then
21 almost any other English word, and they had their
22 money seized from them without due process of law,
23 using an emergency executive order.
24        And what we see all across the world is the
25 executive branches of governments usurping the power

VIDEO Vegas HEX conference with Richard Heart made possib...

53

1            So the middleman makes you two guys fight,
2    makes you both think you're going to rich taking each
3    other's money and then the middleman gets rich.  So
4    that's an example of the vast majority of advertising
5    in the cryptocurrency industry.
6            The vast majority of regulatory allowed
7    advertising, because they get licenses and then the
8    paperclip companies and the advertising companies are
9    just like, oh, they have a license so let's let the go
10   victimize our users now.
11           And so, you know, those are net negative
12   games that I don't like.  There are some games that
13   can be played that are net positive.  So in
14   cryptocurrencies that have product market fit, such as
15   HEX, and I believe Pulsechain and PulseX, due to the
16   fact that they've got more users than the HEX
17   chatroom.  That's crazy to me.
18           I mean, HEX has 40,000 users in the chat and
19   Pulsechain has like 60 or 70,000.  It's crazy.  Like
20   there's a lot of traction, a lot of demand.  And so if
21   you get people to delay gratification and spend more
22   time in the market instead of trying to time the
23   market, that is tried and true investment strategy for
24   things that have product market fit.
25           If you don't have product market fit and you

VIDEO Vegas HEX conference with Richard Heart made possib...

54

1   bought a scam, holding a scam longer doesn't work.
2   But if you do have something that really is working
3   and has value and adds value to the world and people
4   see the value in it and it has a durable competitive
5   advantage, a walled garden, a mote, whether it be the
6   community, a logo, the brand, the features set, the
7   market parameters, you know?
8           Like, if you look at HEX, HEX actually has
9   the highest or nearly the highest volume on
10  decentralized exchanges, except for Bitcoin, Stable
11  Coins, and Ethereum, except for those three things.
12          But among other coins that aren't Bitcoin,
13  Ethereum, or Stable Coins, it has giant volume,
14  compared to the other coins, which is crazy to me
15  because like who doesn't want a decentralized exchange
16  that entirely removes counterparty risk?
17          Like, that's what we're here for.
18  Cryptocurrency was invented to get rid of counterparty
19  risk.  So isn't this a perfect, wonderful, and then
20  they're also the thickest order books in the world as
21  well.
22          Like the thickest order books for Ethereum,
23  Stable in the entire world are on decentralized
24  exchange.  Same for HEX, right?  The thickest order
25  books, the best order execution in the world are on

55

1  decentralized exchange.
2           So I don't even remember the PARTICIPANT.
3  What was the PARTICIPANT?
4           PARTICIPANT:  Could you maybe, because like
5  we really want to get HEX viral so we can pump our
6  value --
7           MR. HEART:  Sure.
8           PARTICIPANT:  Could you, in your own live
9  streams, talk more about (crosstalk) --
10          MR. HEART:  What the people (crosstalk)?
11          PARTICIPANT:  Because I know you've talked
12 about --
13          MR. HEART:  I should.  That's a good point.
14          PARTICIPANT:  -- like --
15          MR. HEART:  It's a great point.  Yeah.
16          PARTICIPANT:  -- because we (crosstalk) --
17          MR. HEART:  We make it more actionable.
18 Yep.
19          PARTICIPANT:  Sorry.  When we were -- when
20 the Daytona happened you were like kind of a little
21 mad on Twitter how (inaudible) --
22          (Laughter.)
23          PARTICIPANT:  -- and then you told us to
24 write letters to people, but it's like I don't know
25 anyone I can write a letter to.

VIDEO Vegas HEX conference with Richard Heart made possib...

56

1    MR. HEART:  I never said to write letters.
2    Oh, well, direct mail.  Yeah.
3        PARTICIPANT:  If you're --
4        MR. HEART:  Writing a letter and doing
5    direct mail are slightly different.  Your hand is less
6    sore with the direct (crosstalk).
7        PARTICIPANT:  Who do I write it to?
8        MR. HEART:  Well, they sell these lists,
9    right?  Like, you have it -- you know where all the
10   rich people live because they live in the same place
11   and they have a zip code and then you could just
12   literally hand out flyers or pay the Postal Service to
13   do it for you.
14       It is an effective marketing method that
15   gets around the gatekeeping trash of the world.
16   There's a bunch of scumbags in this world that sell
17   advertisements to people that victimize other people,
18   but they won't allow cryptocurrency to advertise.
19       So there are people in this world, lots of
20   them, that will not accept HEX advertisements, but
21   will accept margin trading advertisements, where the
22   vast, vast, vast, vast majority of people lose
23   everything they put in.
24       So -- and then direct mail gets around that.
25   So that's one of the nicest features of it.  You know,

VIDEO Vegas HEX conference with Richard Heart made possib...

```
                                                                57
 1    stickers works.  I don't know about you, but I think
 2    ATMs are one of the ways that people have been --
 3    like, having an ATM in a lot of countries is like a
 4    privilege.
 5              There's less and less ATMs all the time.
 6              PARTICIPANT:  Yeah.
 7              MR. HEART:  And so it seems like it's a nice
 8    place to onramp new users, to maybe give them a better
 9    experience.
10              PARTICIPANT:  Bit Finesse is putting them on
11    gas stations.
12              MR. HEART:  You know, on one part I think
13    vandalizing people's private property sucks, but on
14    another part, I think that saving people from
15    financial doom is awesome.
16              PARTICIPANT:  Yes.
17              MR. HEART:  And it's a similar kind of thing
18    with El Salvador where it's like, yo should you like
19    mandate that everyone has to accept Bitcoin?  No, that
20    seems totalitarian, but look at how it's going in
21    Venezuela and Argentina where their currencies are
22    annihilated and you're like, maybe this is a good
23    trade, you know?
24              It's hard to say.  I can tell you that I
25    have seen some people stick stickers some places and
```

VIDEO Vegas HEX conference with Richard Heart made possib...

58

1  it made me smile a lot and I really haven't seen a
2  sticker any place I haven't liked yet.
3           Every single sticker that I've seen, I've
4  been very happy about.
5           PARTICIPANT:  Nice.
6           MR. HEART:  Yeah.
7           PARTICIPANT:  Thank you.
8           (Applause.)
9           MR. HEART:  Yeah, and what you're saying is
10 100 percent true.  You know, the vast majority of
11 Hexacans were brought into HEX by you guys, not me.
12 So amplifying your ability to make that positive
13 impact on the world is totally worthwhile and I will
14 try and do better at that.  Thanks for mentioning it.
15          I mean, my guess is we could have people say
16 look you got to, you've got to send this many emails
17 or you've got to -- you got to knock this many doors,
18 or you got to send this -- you got to chuck this much
19 money into something.  You got to get the word out
20 there.
21          I mean, look, you guys -- some of you guys
22 did a million percent returns.  You can afford to
23 promote that and it's self -- it's not -- it's not
24 entirely selfless.
25          It's partially selfless.  It's not entirely

VIDEO Vegas HEX conference with Richard Heart made possib...

59

1    selfless.  This may enhance the value of something you
2    care about.  So thanks a lot, man.
3            I see new guys.  What's up new guys?
4            PARTICIPANT:  Well, how the HEX are you?
5            MR. HEART:  I'm doing all right, man.  Doing
6    all right.  I caught your play on words there.  I see
7    what you did there.
8            PARTICIPANT:  Glad you like it.  What did
9    you think of those lights on the wall?
10           MR. HEART:  I like it.  I like it.  I mean,
11   from my perspective they're backwards, but they turn
12   around, they rotate.  Cool.  Yeah.  It looks like.  I
13   have a laser at my house too when I have parties.  I
14   turn it on and my laser doesn't do anything that nice.
15   You spent more than I did.  I can't program mine to do
16   much, right?
17           Maybe I didn't learn to.  You do that?  Is
18   that your work?
19           PARTICIPANT:  No, I just wanted to recognize
20   the artist that we had here.
21           (Laughter.)
22           PARTICIPANT:  I thought it was cool.  I like
23   lights.
24           MR. HEART:  It looks nice.  Yeah, it's cool,
25   man.

VIDEO Vegas HEX conference with Richard Heart made possib...

64

1  opportunity to -- this is amazing.  So.
2              MR. HEART:  You know what's awesome?
3              PARTICIPANT:  What's that?
4              MR. HEART:  A lot of these Hexacans you see
5  making a huge impact on the community, it's the first
6  time they've ever done anything like this.  They never
7  had YouTube channels before.  They never threw events
8  before.
9              PARTICIPANT:  Right.
10             MR. HEART:  They never did marketing before.
11 Like, we care so much about these things that we're
12 willing to do things for the first time and take risks
13 and it pans out.  It pays off.
14             PARTICIPANT:  Exactly.
15             MR. HEART:  By the way, as far as the price
16 goes, the people that made the most money in HEX sat
17 through the most brutal dips.
18             PARTICIPANT:  Yeah.
19             MR. HEART:  They either bought or sat
20 through the most brutal dips.  The more brutal dips
21 you sat through, the more ROI you saw.
22             PARTICIPANT:  There you go.  There you go.
23 That's why I'm sitting through this one.
24             MR. HEART:  Historical.  Yeah.  Yeah.
25             PARTICIPANT:  Yeah, man, that's -- it's

VIDEO Vegas HEX conference with Richard Heart made possib...

65

1  funny you say that, like, I'm one of those people who
2  I've started to do things that I've never done before
3  because of HEX.
4            Like, I had a Twitter account when I maybe
5  tweeted five times or something, but now, like,
6  started doing it and my followers are growing and
7  everything.
8            MR. HEART:  Nice, man.
9            PARTICIPANT:  You know, I am going to be
10 starting a YouTube channel, you know?
11           MR. HEART:  What's your name?
12           PARTICIPANT:  Oh, yeah, my name is Scot.
13 Scot V.
14           MR. HEART:  It's a pleasure to meet you,
15 Scot.
16           PARTICIPANT:  On Twitter it's Scot V.
17           MR. HEART:  All right.
18           PARTICIPANT:  Aka one t, it's Scot with one
19 t, so my nickname is one t.
20           MR. HEART:  Rough one.  Rough one.
21           PARTICIPANT:  Anyway, man, I'm trying pump
22 our bags and raise awareness.  I'm an artist --
23           MR. HEART:  We have to work on that --
24           PARTICIPANT:  I'm a music producer --
25           MR. HEART:  So transformational vocabulary.

66

1   We have to find -- I am trying to enhance the value of
2   our investments or something.
3           PARTICIPANT:  Right.
4           MR. HEART:  Like pump our bags sounds so
5   trash.
6           PARTICIPANT:  It really does.
7           MR. HEART:  It's like --
8           PARTICIPANT:  Now that you bring that up,
9   you know, that's --
10          MR. HEART:  It's like having a Disney
11  princess and being like, look at that hot slut.  It's
12  like, well, yeah, I mean, they're not mutually
13  exclusive, but we could find better language I bet,
14  you know?
15          PARTICIPANT:  All right.  I'll say I'm
16  trying to help raise awareness and (crosstalk) --
17          MR. HEART:  Hey, man, it takes -- listen I
18  had to learn how to do things I -- not everyone's
19  vocabulary is perfect.  I mean, I was tweeting some
20  banger comments for International Women's Day and I
21  had to delete like half of my tweets.
22          I'm like, yeah, these aren't getting as much
23  likes as I had hoped.  Too spicy.
24          PARTICIPANT:  So the question that I wanted
25  to ask you, man, was you know, I'm making this song,

VIDEO Vegas HEX conference with Richard Heart made possib...

                                                                171
1              (Laughter.)
2              MR. ALLIN:  Thanks, everybody.
3              MR. HEART:  See you later, guys.
4              (Applause.)
5              (End of video file.)
6                      * * * * *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VIDEO Vegas HEX conference with Richard Heart made possib...

```
                                                                      172

 1                       TRANSCRIBER'S CERTIFICATE

 2

 3     I, Crystal Arbogast, hereby certify that the foregoing

 4     transcript is a complete, true and accurate

 5     transcription of all matters contained on the recorded

 6     proceedings in the matter of:

 7     HEX

 8     Vegas HEX conference with Richard Heart made possible

 9     by Mati Allin

10     FW-04358-A

11     519609-FW

12

13                                   _____

14                                   Transcriber
```

VIDEO Vegas HEX conference with Richard Heart made possib...