# EXHIBIT B

# FW-04358

# *VIDEO: @Richard Heart (founder of HEX coin) Meets*

**Full-size Transcript**

**Prepared by:**

Jamie Haussecker
FW-04358

Tuesday, January 17, 2023

1

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:           )
                            )  File No. FW-04358-A
HEX                         )

SUBJECT:  @Richard Heart (founder of HEX coin) Meets Miami

PAGES:    1 through 168

VIDEO TRANSCRIPTION

Diversified Reporting Services, Inc.

(202)467-9200

VIDEO:  @Richard Heart (founder of HEX coin) Meets

5

1  on the show.  Hex goes all around the world.  So,
2  welcome brother.
3          MR. HEART:  Thank you.
4          MR. WEEKES:  So, (inaudible) we'll start with
5   you.
6          MR. HEART:  All right.
7          MR. WEEKES:  Last, we'll start with Miguel and
8  then Gary.  And now yourself.
9          MR. HEART:  Hey, internet, how's it going out
10  there?  I hope you're not as sweaty and hot and bothered
11  as us down here in Miami.  It's hot down here, man.  Too
12  hot.  I'm from around here.  I'm from Fort Lauderdale
13  originally.  I lived here 20 years.  I found a better
14  place in Europe.
15          Yeah, man, I'm Richard Heart.  I own the
16  world's largest diamond.  I've been in cryptocurrency;
17  it went up in price a million percent, before staking,
18  more if you staked it.
19          MR. WEEKES:  Come to HEX, man.  Yeah.
20          MR. HEART:  Yeah, HEX.com.  And then I got $10
21  million in wristwatches, the world's most expensive
22  Rolexes ever made.
23          MR. WEEKES:  Wow.
24          MR. HEART:  Million dollar, thousand
25  horsepower Ferrari.  I've got like $3 million in cars.

VIDEO:  @Richard Heart (founder of HEX coin) Meets

```
 1              MR. GAINES:  That's why you're here.  Okay.
 2              MR. HEART:  Yeah.  So, my mom's in South
 3    Carolina.  I went up there, installed some bidets.  I
 4    put it on Instagram, if you want to watch me install a
 5    bidet from scratch, 30 minutes.  I've been in there
 6    installing a bidet, you know.
 7              MR. GAINES:  Yeah.
 8              MR. HEART:  (Inaudible) been there.  So, you
 9    know, I grew up with nothing.  I grew up with absolutely
10    nothing.  I went to all-black schools.  I was lucky.  I
11    was in the gifted program.  And they put the gifted
12    program in an all-black school.  It was trying to raise
13    -- raise their averages or something, I don't know what
14    the plan was.  But it was Riverland Elementary just west
15    of 95.
16              MR. WEEKES:  Wait.  So you're not black.  I
17    can tell, bro.
18              MR. HEART:  I know.  It's messed up.  That's
19    the whole thing, people call it code switching, but when
20    I'm here, I talk like how I grew up, and then it's just
21    it flips, it's just quick, you know.  Anyway.
22              MR. WEEKES:  Can you talk about how you grew
23    up, real quick?
24              MR. HEART:  This -- this is how I grew up,
25    man.
```

VIDEO:  @Richard Heart (founder of HEX coin) Meets

1          MR. HEART:  It used to be.
2          MR. WEEKES:  --  now crypto's the number one
3     thing.
4          MR. HEART:  Just check the chart.  I mean,
5     it's real obvious.  You got -- you got the most A Class
6     companies in the S&P 500.  If you go back 16 years, you
7     get a 3X your money.  You 3X your money or 2X your money
8     in like, like 15 years.  I think 2X in 15 years is what
9     you would have got.
10          MR. WEEKES:  Yeah.
11          MR. HEART:  That's it.  S&P 500 did a 2X in 15
12     years.  HEX did a 10,000X in 2 years, literally.
13          MR. WEEKES:  Wow.
14          MR. HEART:  Ethereum went from 88 dollars
15     during the COVID dip when COVID happened -- it went from
16     $88 to $5,000.  Bitcoin went from 3,800 to 69,000.  So,
17     do you want to make a 2X in 15 years, or do you want to
18     make like a 20X in a year and a half or 50X or 1,000X?
19     These are real numbers, this is real math, this is a
20     real chart.  And look, man, I've bought the world's
21     largest diamond with crypto.  I've bought $10 million
22     dollars of cars, 80 percent with crypto.
23          You know, I bought $10 million of watches,
24     mostly crypto, and then like $3 million of cars, all
25     crypto.  So, it's like, it's real money, man. It's been

VIDEO:  @Richard Heart (founder of HEX coin) Meets

22

1   around for 13 years.  This is not like an experiment.

2   It's around 13 years.  It's traded in the largest market

3   in the world, Chicago Mercantile Exchange.

4           MR. WEEKES:  Wow.

5           MR. HEART:  I busted your intro, dawg, I'm

6   sorry.

7           MIGUEL:  No, it's all real, bro, it's all

8   good.

9           MR. WEEKES:  We have a friend, Hugh Bangs

10  (phonetic); he bought all his cars from crypto as well,

11  so that's pretty dope.

12          MR. HEART:  Yeah, man.  (Inaudible) forex

13  training.  That shit don't work.  You lose all your

14  money.

15          MR. WEEKES:  He used the money from forex to

16  buy crypto and he used crypto to buy the cars.

17          MR. HEART:  That guy must have a program,

18  because if you trade, you lose. I guarantee he's selling

19  programs.  Only -- if hear the word "forex" you're

20  making money getting other people to lose their money.

21  You're a referral, you're making money on referrals.

22  Are you a crypto trader, nah. You convince other people

23  to lose money and in exchange you've got a referral.

24  Because you, you trade enough to lose it; now you're

25  trading on the fake, pretending it's real.  I'm telling

VIDEO:  @Richard Heart (founder of HEX coin) Meets

1    you, trading -- where do you think the money comes from
2    in trading?  Like --
3             MR. WEEKES:  Seminars, courses?
4             MR. HEART:  -- it's like, if you go to Las
5    Vegas --
6             MR. WEEKES:  Yeah.
7             MR. HEART:  -- what do you think pays for the
8    big buildings, the winners?
9             MR. WEEKES:  Nah.
10            MR. HEART:  That's the people that lost.  So
11   this building is real big.  Let me get into the losers'
12   queue to go help pay for this thing.  It's so stupid.
13   So you know, there's things that work, there's things
14   that don't work.  Buying and holding, something has
15   product market fit like Bitcoin, Ethereum, HEX.  HEX is
16   around half as long as Ethereum now.  Ethereum is 2,500
17   days.  HEX is 1,000 days old.  If we -- we're almost as
18   old as Ethereum.
19            And it catches up, the way the math works, as
20   time goes it'll be easier for us to get a larger
21   percentage, man.  So, it's just man, don't do stuff that
22   you don't know works.  Stay away from liquor.  Stay away
23   from leverage.  Don't trade.  Don't gamble.  If you can
24   avoid video games, avoid it.
25            MR. WEEKES:  Yeah.

VIDEO:  @Richard Heart (founder of HEX coin) Meets

36

1  Moe?  Can you check that out real quick?  Sweden, SEK?
2  Okay.
3              MR. HEART:  Swedish brother, nice.
4              MR. GAINES:  And then we've got some Japanese
5  yen.  5,555 Japanese yen.  Boom.  HEXicans in the house.
6   Konichiwa, Richard, Gary, Miguel, grab some HEX.com buy
7  boom, okay?  Crypto King Show thanks goes in chat by the
8  way.  And the we got Dr. HP, here with the good work
9  from UK and HEXicans.  Okay.
10             MR. WEEKES:  Shout out to you all in the UK.
11             MR. GAINES:  Cash should be more anonymous,
12 goes in 90 bucks, Great British crown.  RH, you the man,
13 bro, DC Gary Elite OGs.  Okay.
14             MR. WEEKES:  All right.
15             MR. GAINES:  Fresh & Fit, welcome to post
16 chain fellows, and that's from Street Guru.  Thank you.
17  HEX 55 Baby Ellis Fund, go hit the Pulse Chain launch
18 button Richard Heart and let's go to the moon! And
19 that's from Jade5555.
20             MR. HEART:  You're all probably wondering what
21 Pulse Chain is, huh?
22             MR. WEEKES:  I think Miguel mentioned it
23 earlier.
24             MIGUEL:  Yeah.
25             MR. WEEKES:  But it's a copy with Ethereum for

VIDEO:  @Richard Heart (founder of HEX coin) Meets

37

1   free.
2           MR. HEART:  If you got Ethereum and the coin's
3   out there for Ethereum itself, you get a free copy of
4   everything on a new chain. You ain't got to do nothing.
5    It's free.  With lower fees, high through-put, doesn't
6   blow up the environment.  It doesn't have any inflation.
7    It burns 25 percent of all the fees.  It just keeps
8   getting more and more rare.
9           MR. GAINES:  Okay.  Supply and demand.
10          MR. WEEKES:  Wow.  But I will say this.  So,
11  everyone that's in HEX, for the most part, makes money,
12  because they spend money like crazy, man.
13          MR. HEART:  Yeah.
14          MR. WEEKES:  So that got cool money.  I'm like
15  God damn.
16          MR. HEART:  At the club, especially.
17          MR. GAINES:  Richard is the GOAT.  He gave me
18  the opportunity to create generational wealth and I was
19  able to capitalize.  Much love, brother.  And that's
20  from YashD (phonetic).  Changes lives out here.  And
21  then Apple Ace, what's a good program to edit videos and
22  content?  I don't know, bro.  Matthew Overson goes, did
23  I just see Richard on a poll on Miguel's story?  Yes. I
24  guess so.
25          MR. WEEKES:  Yeah, he knows tricks on the

VIDEO:  @Richard Heart (founder of HEX coin) Meets

57

1    evened out all the money in the world, and gave everyone
2    the same amount, the rich people get rich again, the
3    poor people get poor again.  Because it's the behaviors
4    that generate that.
5              MR. WEEKES:  It's the mindset.
6              MIGUEL:  Yeah, it's the mindset.
7              MR. WEEKES:  Absolutely.  Yeah, I'm now going
8    to let Richard -- I'm just going to pause before I say
9    it.  I could listen to you talk forever, of course.
10             RICHARD:  Next change, bro.
11             MR. GAINES:  All right, where were we at.
12   Richard is the only person in crypto who isn't scamming
13   you.  HEX is better than Bitcoin and Pulse Chain will
14   make more millionaire/billionaires than Ethereum and
15   others before it.  Okay.
16             MR. WEEKES:  There you go.
17             MR. GAINES:  Joseph93 goes, a shout out to my
18   boy, Tyler.  Got him on Fresh and Fit, and now on to
19   HEX.  Richard Heart, take us to the moon.  Okay.  And
20   then cheers, HEXicans, 5555, all right.  My HEX.  And
21   that's again, from Stacy and Moore, NOK.  Is that
22   Norway?
23             CHRIS:  It's Norwegian.
24             MR. GAINES:  Yeah.  There we go.
25             CHRIS:  Chocolate Norway.

VIDEO:  @Richard Heart (founder of HEX coin) Meets

1   not bad.
2           MR. GAINES:  Yeah.
3           MR. HEART:  It's not bad.  HEX did -- well,
4   actually HEX didn't do better, but staking did better.
5   But we only did a 10,000X so far; we're only 1,000 days
6   old.
7           MR. GAINES:  Yeah.
8           MR. HEART:  Bitcoin is a lot older.  So, if --
9   another thing that I can teach you generally is, if you
10  have some product market fit that dips a lot, consider
11  dollar cost averaging.  That's his name, Dollar Cost.
12  Because if you can 10X your stack, for just doubling the
13  money you put in, which is what you get on a 90 percent
14  dip, that's pretty nice, man.  And if something has got
15  product market fit and the fundamentals are there,
16  you're onramping the users, you're getting more
17  adoption, you're adding a little bit more features that
18  are the fiat honor apps are coming, it's getting better.
19   There's only 100,000 HEX stakers, man.
20          MR. GAINES:  Yeah.
21          MR. HEART:  While everything else in the world
22  is failing, we've only got 100,000 HEX stakers.  I'm
23  telling you man, I believe that number will go up and I
24  see it going up.  100 -- 200 people every day.  I think
25  it's like maybe 180 people a day or something.  He might

VIDEO:  @Richard Heart (founder of HEX coin) Meets

163

```
 1    stable, man.  A lot of these girls are on anti-
 2    depression medication.  So if you go up and you
 3    introduce and you're not like a weirdo or whatever and
 4    she acts like a raging bitch, fuck her, she has issues.
 5            MR. WEEKES:  Exactly.  Sure enough.
 6            MR. GAINES:  All right, cool. So guys, where
 7    can people find you, real quick, you all?
 8            MR. HEART:  Tonight we'll be found wherever
 9    pretty girls are, wherever that is.
10            MR. WEEKES:  We got you, bro, you'll be going
11    out.
12            MR. WOODS:  Yeah.  Yes, we are.  All of us.
13            MR. GAINES:  And then Miguel, what about you?
14            MIGUEL:  Well --
15            MR. HEART:  Let me ask --
16            MIGUEL:  Go ahead.
17            MR. HEART:  -- free self-help books,
18    (inaudible) SCI vibe, or you could Google, or like go on
19    YouTube, search SCI vibe.  It's an audio book, SCI vibe.
20            MR. WEEKES:  We'll put it in a note below.
21            MR. HEART:  Yeah, and then HEX.com, 10,000X
22    performance, two years, perfect flawless thousand day
23    uptime.
24            World's first time deposit on the blockchain.
25     And we've got Pulse Chain.com, world's largest free air
```

VIDEO:  @Richard Heart (founder of HEX coin) Meets

164

1  drop.
2           And we've got RichardHeart.com, you know,
3  world's biggest diamond.  $10 million of watches.  $3
4  million of cars.  And then longevity, I raised $27
5  million for medical research, so SCNS.org is the
6  foundation that I raised that money for.
7           MR. WEEKES:  Yo, we've got Ivan in the chat --
8  $500 bucks, live on the air.  He says, "See you in
9  Vegas," Richard.
10          MR. HEART:  Shout out to you, man.
11          MR. GAINES:  Pulse com baby.
12          MR. HEART:  Oh, my goodness.
13          MR. GAINES:  And all the links -- all the
14 links are below, guys, as well, for the members of the
15 panel.
16          MR. WEEKES:  Shout out to Ivan, man.
17          MR. GAINES:  Anything else?
18          MR. WOODS:  So my shout out is, I'm known as
19 Funding Gym.  That's just my brand name, my company, F-u-
20 n-d-i-n-g G-y-m.  Funding Gym.
21          MR. HEART:  Yeah.
22          MR. WOODS:  So I'm founding all those social
23 platforms if you find me.  But I'm Gary Woods.  Like I
24 said, I came out of retirement because I'm supporting
25 the crypto project, product of HEX.  I love this

VIDEO:  @Richard Heart (founder of HEX coin) Meets

167

1  met each other in the real world.
2          MR. GAINES:  Oh, really?
3          MR. HEART:  First time ever.
4          MR. WEEKES:  And for me, personally, thank you
5  Karim for getting me to HEX, and also Miguel.  And to me
6  the founder is fucking amazing.
7          Shout out to you Richard, man.  You're a great
8  guy.  I actually like you, man.  Shout out to you.
9          MR. GAINES:  Cool.  So guys, we'll be back
10 here in a few minutes.  We're going to do Bigger Pockets
11 here in a second, man.  It's going to be lit.  We'll
12 catch you guys.  Check out all the guys linked below,
13 man.  Be right back.  Peace.
14         MR. WEEKES:  Peace.
15         (End of video.)
16                  * * * * *

VIDEO:  @Richard Heart (founder of HEX coin) Meets

TRANSCRIBER'S CERTIFICATE

I, Christine Boyce, hereby certify that the foregoing transcript is a complete, true and accurate transcription of all matters contained on the recorded proceedings in the Matter of HEX.

@Richard Heart (founder of HEX coin) Meets Miami

405258-FW

_____

Transcriber

8/25/2022