# EXHIBIT C

1

1   UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3   In the Matter of:     )

4                         ) File No. FW-04358-A

5   HEX                   )

6

7   SUBJECT:  Richard Heart at PulseCon 2022

8   PAGES:    1 through 3

9

10

11

12

13

14

15                  VIDEO TRANSCRIPTION

16

17

18

19

20

21

22

23

24          Diversified Reporting Services, Inc.

25                  (202) 467-9200


VIDEO   Richard Heart at PulseCon 2022

2

1                   P R O C E E D I N G S

2       RICHARD HEART AT PULSECON 2022 JokerEffectx FTV

3               HEX JOKER:  Just so you know we got this

4       PulseCon2022 coming up in September.  T-money and

5       Freedom TV.info are doing it.  So I know they are

6       making attempts to reach out to you to essentially be

7       a speaker at that.

8               There's going to be 3,000 seats in a theater

9       of all kinds of different coins that will be there to

10      kind of, like, you know, to see what PulseChains about

11      or whatnot.  Just want to know you're viewpoint on

12      that and if, of course, if you'd like to --

13              MR. HEART:  Sounds great.  Yeah, I'm happy

14      to talk.  I mean, I'm going to do it remote.  I'm not

15      flying in, but if you want me to do a remote talk, I'm

16      happy to do it.

17              HEX JOKER:  Yeah, that would be --

18              MR. HEART:  I think it's a (crosstalk).

19              Yeah, I mean, I like it when people promote

20      stuff that I invented.  So I'm a fan.  You know?  I

21      don't want the stuff I invented to suck.  So yeah.

22              (Music playing)

23              (End of video.)

24                      * * * * *

25

VIDEO  Richard Heart at PulseCon 2022

3

1                    TRANSCRIBER'S CERTIFICATE

2

3      I, Crystal Arbogast, hereby certify that the foregoing

4      transcript is a complete, true and accurate

5      transcription of all matters contained on the recorded

6      proceedings in the matter of:

7      HEX

8      Richard Heart at PulseCon 2022

9      FW-04358-A

10     519606-FW

11

12                              _____

13                              Transcriber

14

15

16

17

18

19

20

21

22

23

24

25

# Transcript Word Index

**[04358 - yeah]**

## 0

**04358**
  1:4 3:9

## 1

**1**
  1:8

## 2

**202**
  1:25
**2022**
  1:7 2:2 3:8

## 3

**3**
  1:8
**3,000**
  2:8

## 4

**467-9200**
  1:25

## 5

**519606**
  3:10

## a

**accurate**
  3:4
**arbogast**
  3:3
**attempts**
  2:6

## c

**certificate**
  3:1
**certify**
  3:3
**coins**
  2:9
**coming**
  2:4
**commission**
  1:1
**complete**
  3:4
**contained**
  3:5
**course**
  2:12
**crosstalk**
  2:18
**crystal**
  3:3

## d

**different**
  2:9
**diversified**
  1:24
**doing**
  2:5

## e

**essentially**
  2:6
**exchange**
  1:1

## f

**fan**
  2:20
**file**
  1:4
**flying**
  2:15
**foregoing**
  3:3
**freedom**
  2:5
**ftv**
  2:2
**fw**
  1:4 3:9,10

## g

**going**
  2:8,14
**great**
  2:13

## h

**happy**
  2:13,16
**heart**
  1:7 2:2,13,18 3:8
**hex**
  1:5 2:3,17 3:7

## i

**invented**
  2:20,21

## j

**joker**
  2:3,17
**jokereffectx**
  2:2

## k

**kind**
  2:10
**kinds**
  2:9

## know

  2:3,5,10,11,20

## m

**making**
  2:6
**matter**
  1:3 3:6
**matters**
  3:5
**mean**
  2:14,19
**money**
  2:4
**music**
  2:22

## p

**pages**
  1:8
**people**
  2:19
**playing**
  2:22
**proceedings**
  3:6
**promote**
  2:19
**pulsechains**
  2:10
**pulsecon**
  1:7 2:2 3:8
**pulsecon2022**
  2:4

## r

**reach**
  2:6
**recorded**
  3:5
**remote**
  2:14,15
**reporting**
  1:24
**richard**
  1:7 2:2 3:8

## s

**seats**
  2:8
**securities**
  1:1
**september**
  2:4
**services**
  1:24
**sounds**
  2:13

## speaker

  2:7

**states**
  1:1
**stuff**
  2:20,21
**subject**
  1:7
**suck**
  2:21

## t

**talk**
  2:14,15
**theater**
  2:8
**think**
  2:18
**transcriber**
  3:13
**transcriber's**
  3:1
**transcript**
  3:4
**transcription**
  1:15 3:5
**true**
  3:4
**tv.info**
  2:5

## u

**united**
  1:1

## v

**video**
  1:15 2:23
**viewpoint**
  2:11

## w

**want**
  2:11,15,21
**whatnot**
  2:11

## y

**yeah**
  2:13,17,19,21

VIDEO  Richard Heart at PulseCon 2022