

August 23, 2024

Re: *Securities and Exchange Commission v. Schueler et al.*, 1:23-cv-05749-CBA-PK

Dear Judge Amon:

     Pursuant to Rule 3(D)(ii) of your Individual Motion Practices and Rules, Defendant Richard Heart, through undersigned counsel, is providing you with a full set of courtesy copies of the following papers that were electronically filed in the above-captioned matter on August 22, 2024:

1. Defendant Richard Heart's Notice of Motion to Dismiss Complaint;
2. Defendant Richard Heart's Memorandum of Law in Support of Motion to Dismiss Complaint;
3. Declaration of Michael E. Liftik with Exhibits A-G;
4. Plaintiff Securities and Exchange Commission's Memorandum of Law in Opposition to Defendant Richard Heart's Motion to Dismiss Complaint;
5. Declaration of Derek Kleinmann with Exhibits A-D;
6. Declaration of Kyle Bahr; and
7. Defendant Richard Heart's Reply Memorandum of Law in Support of Motion to Dismiss Complaint.

     Copies of this letter, but not the papers identified above, will be sent to Judge Kuo and Plaintiff Securities and Exchange Commission's counsel. A copy of this letter will also be electronically filed.

Very truly yours,

*/s/ Michael Liftik*

Michael Liftik

<div style="columns:2">

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael Liftik (*pro hac vice*)
Nicholas Inns (*pro hac vice*)
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
michaelliftik@quinnemanuel.com
nicholasinns@quinnemanuel.com

Kristin Tahler
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

Samuel P. Nitze
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samuelnitze@quinnemanuel.com

**GRAY REED**
Chris Davis (*pro hac vice*)
Joshua Smeltzer (*pro hac vice*)
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (469) 320-6215
Facsimile: (469) 320-6926
cdavis@grayreed.com
jsmeltzer@grayreed.com

**KIRK & INGRAM, LLP**
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212) 859-3504
dkirk@kirkingram.com

Michael W. Ingram (*pro hac vice*)
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310) 487-0270
mingram@kirkingram.com

**CLARK SMITH VILLAZOR LLP**
Patrick J. Smith
Jeffrey D. Rotenberg
Brian T. Burns
666 Third Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 582-4400
patrick.smith@csvllp.com
jeffrey.rotenberg@csvllp.com
brian.burns@csvllp.com

*Attorneys for Defendant Richard Heart*

</div>