

**FORT WORTH**
**REGIONAL OFFICE**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Burnett Plaza, 801 Cherry Street, Suite 1900, Unit 18
Fort Worth, TX 76102

April 21, 2025

Via ECF

The Honorable Carol Bagley Amon
United States District Court Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: *Securities and Exchange Commission v. Schueler, et al.*, 1:23-cv-05749-CBA-PK

Dear Judge Amon,

    On February 28, 2025, the Court dismissed the Commission's complaint, granting leave to file an amended complaint by March 20, 2025. On March 17, 2025, the Court extended the SEC's deadline to file an amended complaint until today, April 21, 2025. Plaintiff Securities and Exchange Commission provides this notice that it does not intend to file an amended complaint in this matter.

Dated: April 21, 2025        Respectfully submitted,


        */s/ Matthew J. Gulde*
        MATTHEW J. GULDE
        Illinois Bar No. 6272325
        U.S. Securities and Exchange Commission
        Fort Worth Regional Office
        Burnett Plaza, Suite 1900
        801 Cherry Street, Unit #18
        Fort Worth, TX 76102-6882
        Ph: 817-978-1410
        Fax: 817-978-4927
        guldem@sec.gov

        ATTORNEY FOR PLAINTIFF UNITED
        STATES SECURITIES AND EXCHANGE
        COMMISSION

cc:

QUINN EMANUEL URQUHART &
SULLIVAN LLP
Samuel P. Nitze
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
samuelnitze@quinnemanuel.com

Michael Liftik
Nicholas Inns
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202)538-8000
Facsimile: (202)538-8100
michaelliftik@quinnemanuel.com
nicholasinns@quinnemanuel.com

Kristin Tahler
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kristintahler@quinnemanuel.com

GRAY REED & McGRAW LLP
Chris Davis
Joshua Smeltzer
1601 Elm Street, Suite 4600
Dallas, Texas75201
Telephone: (469) 320-6215
Facsimile: (469) 320-6926
cdavis@grayreed.com
jsmeltzer@grayreed.com

CLARK SMITH VILLAZOR LLP
Patrick J. Smith
Jeffrey D. Rotenberg
Brian T. Burns
250 West 55th Street, 30th Floor
New York, New York 10019
Telephone: (212) 582-4400
patrick.smith@csvllp.com
jeffrey.rotenberg@csvllp.com
brian.burns@csvllp.com

KIRK & INGRAM, LLP
David E. Kirk
43 West 43rd Street, Suite 279
New York, NY 10036
Telephone: (212)859-3504
dkirk@kirkingram.com

Michael W. Ingram
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Telephone: (310)487-0270
mingram@kirkingram.com